IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR 162 ) <br> CORN LITIGATION, ) <br> ) <br> (This Document Relates to All Cases) ) <br> _____) | MDL No: 2591 <br><br> Case No. 14-md-2591-JWL |

## SCHEDULING ORDER FOR SERVICE OF PROCESS

As reported in Plaintiffs' Lead Counsel's April 17, 2015 status report (ECF doc. 363), the parties conferred and agreed upon a process for completing service of process on foreign and domestic defendants. The court accepts the parties' agreed deadlines and orders as follows:

1.  For the Master Consolidated Complaints and for all cases filed and docketed in MDL No. 2591 on or before April 17, 2015, where the plaintiff has not completed and filed the Notice to Conform, service on any domestic Syngenta defendant shall be completed by June 1, 2015, and service on any foreign Syngenta defendant shall be completed by July 31, 2015.

2.  For all cases that are filed and docketed in MDL No. 2591 after April 17, 2015, where the plaintiff does not file a Notice to Conform, service on any domestic Syngenta defendant shall be completed within forty-five days after the case is docketed in MDL No. 2591, and service on any foreign Syngenta defendant shall be completed within 120 days after the case is docketed in MDL No. 2591.

O:\14-MD-2591-JWL, Syngenta\deadlines for completing service.wpd

IT IS SO ORDERED.

Dated April 20, 2015, at Kansas City, Kansas.

                                         s/ James P. O'Hara
                                        James P. O'Hara
                                        U.S. Magistrate Judge