

**LexisNexis Matthew Bender**
**PO Box 7247-0178**
**Philadelphia, PA 19170-0178**

**TIN: 14-0499170**

*Litigation Software Order*

| | |
|---|---|
| Date: | April 21, 2015 |
| Quote #: | RR CN NV 421 |
| Terms: | Net 30 |
| Billing Frequency: | Payment in Full |
| PO Number | |

| Bill To: | ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | Ship To: (if different) |
|---|---|---|
| Name | Lori Munoz | |
| Address | Frost Bank Plaza | |
| | 802 North Carancahua Suite 1300 | |
| | Corpus Christi, TX 78401 | |

Phone number  361.884.8808
Email address  lori.munoz@roystonlaw.com

| Salesperson | Phone | Segment | | | Valid Until |
|---|---|---|---|---|---|
| Kenneth Neal | 713-249-2385 | LL | | | 4/30/2015 |
| Qty | Description | | Unit Price | Discount | SubTotals | Annual Totals |
| **Year 1** | | **Effective Dates: 05/01/2015 - 04/30/2016** | | | | |
| 1 | New Concordance - 2 User Subscription | | $2,546 | $2,546 | | |
| | Additional Discount | | | ($255) | | |
| | *Sub-Total New Concordance - 2 User Subscription* | | | | $2,291 | |
| 1 | New Native Viewer - Concordance 2 User Add-on (6 user) Subscription | | $1,609 | $1,609 | | |
| | Additional Discount | | | ($161) | | |
| | *Sub-Total New Native Viewer - Concordance 2 User Add-on (6 user) Subscription* | | | | $1,448 | |
| | TRAINING | | | | | |
| | Concordance Online Training: | | | | | |
| | CN Fundamentals (CF) Online Training | | $350 | $350 | | |
| | Additional Discount | | | ($35) | | |
| | *Sub-Total CN Fundamentals (CF) Online Training* | | | | $315 | |
| | | | | | **Sub-Total Year 1**\*\* | **$4,054** |
| | | | | | \*\* Sales tax may apply and will be included on invoice | |
| | | | | | **Order Total**\*\* | **$4,054** |

\*  Discounts apply provided you commit to the specified term at the specified price on or before the Proposal Expiration Date. Fees are non-refundable. Annual fees for Software Subscriptions and Annual Maintenance and Support are non-cancelable and will be billed automatically upon anniversary of the Effective Date

 \*\* Sales tax may apply and will be included on invoice.

*The Concordance Native Viewer add-on software is licensed per user and NOT based on the number of concurrent users, but rather on the number of individual users.  However, simultaneous use of Native Viewer will be limited by the number of Concordance licenses used to launch the add-on.*

Use of the Software licensed pursuant to this Software Order is subject to the terms and conditions of the End User License Agreement
Found at http://www.lexisnexis.com/terms/ca

*Authorized Signature:*_____

*Title:* _____

*Date:*_____

EXHIBIT 2