UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION* | MDL No. 2591 |
| THIS DOCUMENT RELATES TO: | Case No. 2:14-md-2591-JWL-JPO |
| ALL CASES | |

**ORDER APPROVING REQUESTED BRIEFING SCHEDULE
REGARDING THE TWO DISPUTES OVER SYNGENTA'S
FIRST SET OF REQUESTS FOR PRODUCTION TO PRODUCER PLAINTIFFS**

The parties have conferred on Syngenta's first set of requests for production to the Producer Plaintiffs for purposes of this stage of discovery prior to the resolution of the pending motions to dismiss. Although they have reached agreement on a number of Syngenta's requests, they disagree on two categories of those requests: (1) requests that seek information concerning the Producer Plaintiffs' financial statements, and (2) requests that seek information on the Producer Plaintiffs' growing, harvesting and handling of other grains beyond corn.

The parties' joint request, submitted on July 24, 2015, for an agreed briefing schedule to resolve these two categories of disputes regarding Syngenta's first set of requests for production to Producer Plaintiffs is hereby GRANTED.

It is ORDERED that by **Tuesday, August 4, 2015**, the Producer Plaintiffs and Defendant may each submit a brief (not to exceed ten pages) regarding the two disputed issues. Counsel, for ECF case management tracking purposes, shall jointly file a one sentence motion, separate from the briefs, asking the court to resolve the two issues.

{01670600.DOCX;-1}

Dated: July 27, 2015					s/ James P. O'Hara
							James P. O'Hara
							U.S. Magistrate Judge