**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>   ALL CASES | Master File No.<br>2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**SYNGENTA'S MOTION TO CERTIFY ORDER ON MOTIONS TO DISMISS**
**FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., and Syngenta Produce US, LLC (collectively, "Syngenta") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 7(b), to certify its September 11, 2015 Order, Dkt. 1016, on Syngenta's motions to dismiss in order to permit an interlocutory appeal under 28 U.S.C. § 1292(b) to the United States Court of Appeals for the Tenth Circuit. As explained in the accompanying memorandum, Syngenta respectfully believes that this Order addressed several novel and controlling questions of law for which there are substantial grounds for difference of opinion and from which an immediate appeal may materially advance the termination of this litigation. Syngenta will not seek any stay of discovery or other proceedings in this Court pending the proposed appeal and thus does not intend this motion for interlocutory appeal to delay ongoing proceedings before this Court.

Dated: October 13, 2015						Respectfully submitted,

/s/ Thomas P. Schult
Thomas P. Schult (tschult@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone (816) 561-7007
Fax: (816) 561-1888

*Liaison Counsel for Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., and Syngenta Produce US, LLC*


Michael D. Jones (mjones@kirkland.com)
Edwin John U (edwin.u@kirkland.com)
Patrick F. Philbin (patrick.philbin@kirkland.com)
Ragan Naresh (ragan.naresh@kirkland.com)
Patrick Haney (patrick.haney@kirkland.com)
**KIRKLAND & ELLIS LLP**
655 15th Street N.W., Suite 1200
Washington, D.C.  20005
Telephone:  (202) 879-5000
Fax:   (202) 879-5200

*Lead Counsel for Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., and Syngenta Produce US, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2015, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ Thomas P. Schult
Thomas P. Schult