IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR 162 ) <br> CORN LITIGATION, ) <br> ) <br> (This Document Relates to All Cases) ) <br> _____) | MDL No: 2591 <br><br> Case No. 14-md-2591-JWL |

## **ORDER**

Today the court held a telephone status conference in this multi-district litigation to address concerns raised by Syngenta regarding the selection process for the bellwether discovery pool, and regarding cases directly filed in the District of Kansas on November 19 and 20, 2015. The parties discussed their respective positions and addressed concerns posed to them by both Judge Lungstrum and Judge O'Hara. No substantive rulings were made on the record, but the court set the following deadlines:

1. With respect to cases filed directly in the District of Kansas as of today's date, any motion to dismiss or transfer based on lack of venue or personal jurisdiction shall be filed by January 8, 2016.[1] Any response is due by January 22, 2016. Any reply is due by January 29, 2016.

2. By January 22, 2016, the parties shall file a joint status report indicating the final selections of each side to the bellwether discovery pool. This final selection should

---

[1] The parties are encouraged to meet and confer in an attempt to reach a stipulation on this issue that would eliminate the need for such a motion.

1

account for previously selected cases that have since been voluntarily dismissed and provide for their replacements as contemplated by Scheduling Order No. 2.[2] Should either side object to a selection made by the other, it may file a memorandum in support of its objection, limited to five pages, as an attachment to the report. Any response, limited to five pages, may be filed within one week. Any reply, limited to two pages, may be filed within two business days.

IT IS SO ORDERED.

Dated December 14, 2015, at Kansas City, Kansas.

                                          s/ James P. O'Hara
                                          James P. O'Hara
                                          U.S. Magistrate Judge

---

[2] ECF doc. 1098 at 6.