## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: Syngenta AG MIR162 | ) | |
| Corn Litigation | ) | |
| | ) | **MDL No. 2591** |
| | ) | |
| This document relates to: | ) | **Case No. 2:14-md-2591-JWL** |
|     All Cases | ) | |

### SCHEDULING ORDER NO. 3

On July 29, 2016, plaintiffs filed their Consent Motion to Amend Scheduling Order No. 2[1] (ECF doc. 2366).  After reviewing the motion, the court informed lead counsel for plaintiffs and defendants that under the proposed extended deadlines, it would be unlikely that summary judgment and *Daubert* motions could be decided 60 days before trial (the usual goal in this district).  Counsel indicated their understanding and stated that plaintiffs still sought the extensions and defendants still did not oppose them.  For good cause shown and after conferring with the presiding U.S. District Judge, the court grants the motion and modifies the dates contained in Scheduling Order No. 2 as follows:

---

[1] ECF doc. 1098.

| Event | Current Schedule | Modified Schedule |
|---|---|---|
| Plaintiffs' Merits Expert Reports | September 9, 2016 | October 10, 2016 |
| Completion of Plaintiffs' Merits Expert Discovery | October 10, 2016 | November 9, 2016 |
| Syngenta's Merits Expert Reports | November 4, 2016 | December 5, 2016 |
| Completion of Syngenta's Merits Expert Discovery | November 23, 2016 | December 23, 2016 |
| Pretrial Order Due | November 23, 2016 | December 23, 2016 |
| Final Pretrial Conference | December 5, 2016 | January 10, 2017, 1:30 p.m. |
| Summary Judgment and *Daubert* Motions Due | January 6, 2017 | February 6, 2017 |
| Summary Judgment and *Daubert* Oppositions Due | January 27, 2017 | February 27, 2017 |
| Summary Judgment and *Daubert* Replies Due | February 10, 2017 | March 13, 2017 |

All other provisions of Scheduling Order No. 2 shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.


Dated: <u>August 1, 2016</u>                    <u>      s/ James P. O'Hara      </u>
                                                                          James P. O'Hara
                                                                          United States Chief Magistrate Judge