IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | Syngenta AG MIR 162 Corn Litigation | ) ) ) | MDL No. 2591 |
| | | ) | Case No. 14-md-2591-JWL-JPO |
| This Document Relates to All Cases | | ) ) | |
| _____ | | ) | |

## **ORDER**

The Court conducted an in-person status conference in this case on this date, at which the Court made various rulings. As more fully set forth on the record of the conference, the Court rules as follows:

1. The parties' joint request for modifications to the current schedule (as set forth in Scheduling Order No. 3) is **granted**. The following deadlines now apply:

   a. Plaintiffs' bellwether and non-damages class merits experts reports are due **October 10, 2016**.

   b. Plaintiffs' damages class merits expert reports are due **October 24, 2016**.

   c. Completion of plaintiffs' merits experts discovery by **November 23, 2016**.

   d. Syngenta's merits expert reports are due **December 22, 2016**.

   e. Completion of Syngenta's merits expert discovery by **January 30, 2017**.

   f. Proposed pretrial order is due **January 10, 2017**.

   g. Final pretrial conference is set for **January 31, 2017, at 9:00 a.m. CST**.

   h. The current deadlines for summary judgment and *Daubert* motions and briefs remain unchanged.

2.	Syngenta's request for modification of expert report deadlines relating to non-producers Rail Transfer and Trans Coastal is **denied**.

3.	By **October 18, 2016**, Syngenta shall file its brief asserting any objection concerning the Court's trying the Kansas statewide class action and the nationwide Lanham Act class action in June 2017.  By **November 1, 2016**, plaintiffs shall respond to any such objection, and in that brief they shall also assert any objection to Syngenta's reliance on its *Lexecon* rights, based on a consent to personal jurisdiction and venue, with respect to claims asserted by certain class representatives in the other statewide class actions.  By **November 15, 2016**, Syngenta shall file its combined reply brief in support of its objection and response brief in opposition to plaintiffs' objection.  By **November 22, 2016**, plaintiffs shall file their reply brief in support of their objection. Each side's two briefs shall have a combined total of no more than 20 pages.

IT IS SO ORDERED.

Dated this 4th day of October, 2016, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge