## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

In Re: Syngenta AG MIR162    )
Corn Litigation                    )
                                 )     **MDL No. 2591**
                                 )
This document relates to:      )     **Case No. 2:14-md-2591-JWL-JPO**
**Barksdale Farms, et al. v.**       )
**Syngenta AG et al**
**(Case No: 2:16-cv-2712-JWL-JPO)**

### NOTICE TO CONFORM TO PRODUCER PLAINTIFFS' AMENDED CLASS ACTION MASTER COMPLAINT

Plaintiffs files this Notice to ("Notice to Conform") directed at Producer Plaintiffs' Third Amended Class Action Master Complaint (ECF No. 2531) as permitted and approved by the Court's Order Relating to Consolidated Pleadings (ECF No. 287). Upon filing of this Notice, Plaintiff's constituent case styled as: *Barksdale Farms, et al. v. Syngenta AG et al.*, *Case No. 2:16-cv-2712-JWL-JPO* is deemed amended to conform to the general factual allegations, requested damages, and jury trial demand set forth in Plaintiffs' Third[1] Amended Master Complaint. Plaintiff acknowledges that for purposes of the above-captioned case this Notice and the Amended Master Complaint shall be deemed together to be the operative pleading pursuant to Fed. R. Civ. P. 7(a)(1).

### VENUE

1.      Plaintiff filed their constituent case in the U.S. District Court for the Northern District of Mississippi, Greenville Division.  Venue for remand and trial is therefore appropriate

---

[1] Plaintiff notes that on June 3, 2015, the Court approved new forms of the notices to conform to comport with the Producer Plaintiffs' Amended Master Class Action Complaint and the Non-Producer Plaintiffs' Amended Master Class Action Complaint.  *See* ECF No. 461.  On September 19, 2016, the Producer Plaintiffs' Third Amended Class Action Master Complaint was filed.  ECF No. 2531.  The parties have not yet moved for a form of the notice to conform that comports with the Plaintiffs' Third Amended Class Action Master Complaint.  Plaintiff is utilizing the form of notice approved on June 3, 2015, but has modified the notice to reflect that Plaintiff is conforming to the Producer Plaintiffs' Third Amended Class Action Master Complaint.

in the above-named District.

## IDENTIFICATION OF PLAINTIFF IF INDIVIDUAL

2.      Plaintiff Joshua R. Chandler is a resident  and  citizen of Tutwiler, Mississippi.

3.      Plaintiff William E. Young, III is a resident and citizen of Clarksdale, Mississippi.

4.      Plaintiff Pam Jones is a resident and citizen of Shaw, Mississippi.

5.      Justin Davis is a resident and citizen of Cleveland, Mississippi.

6.      Robert Lee Carpenter is a resident and citizen of Senatobia, Mississippi.

7.      Jessie Lee Howell is a resident and citizen of Senatobia, Mississippi.

8.      Anthony Ferretti d/b/a Anthony Ferretti Farms is a resident and citizen of Shaw, Mississippi.

9.      CT Danna is a resident and citizen of Cleveland, Mississippi.

10.     Gude Carver is a resident and citizen of Shaw, Mississippi.

11.     James B. Russell is a resident and citizen of Batesville, Mississippi.

12.     John Henry Farms is a resident and citizen of Cleveland, Mississippi.

13.     Ralph W. McGee is a resident and citizen of Leland, Mississippi.

14.     JR Frey is a resident and citizen of Ruleville, Mississippi.

15.     Patti Rooker is a resident and citizen of Cleveland, Mississippi.

16.     Rocco Glynn Morris Jr. is a resident and citizen of Clarksdale, Mississippi.

17.     Ross Hester is a resident and citizen of Cleveland, Mississippi.

18.     William S. Nickles is a resident and citizen of Batesville, Mississippi.

19.     William E. Livingston Jr. is a resident and citizen of Ruleville, Mississippi.

## IDENTIFICATION OF PLAINTIFF IF BUSINESS

20.     Barksdale Farms is a partnership organized in Mississippi and maintains its

principal place of business in Quitman County, Mississippi.

2

21.     Flautt Farms is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

22.     St. Jude Planting Company is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

23.     WT&J Farms, Inc., is incorporated in Mississippi, and maintains its principal place of business in Coahoma County, Mississippi.

24.     CSW Farms, Inc., is incorporated in Mississippi, and maintains its principal place of business in Coahoma County, Mississippi.

25.     Massey Planting Co. is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

26.     J&P Farms of MS, Inc., is incorporated in Mississippi, and maintains its principal place of business in Panola County, Mississippi.

27.     Long Lake Farms is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

28.     Monteith Farms is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

29.     Palasini Farms is a partnership organized in Mississippi and maintains its principal place of business in Washington County, Mississippi.

30.     Lakewood, a Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

31.     Ashton Planting Co. is a partnership organized in Mississippi and maintains its principal place of business in Holmes County, Mississippi.

32.     Riverside Farms is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

33.     Bilbo Farms is a partnership organized in Mississippi and maintains its principal place of business in Quitman County, Mississippi.

2

34.     L&G Farms is a partnership organized in Mississippi and maintains its principal place of business in Quitman County, Mississippi.

35.     Eastover Plantation, Inc., is incorporated in Mississippi, and maintains its principal place of business in Coahoma County, Mississippi.

36.     Westside Farms, Inc., is incorporated in Mississippi, and maintains its principal place of business in Panola County, Mississippi.

37.     SKJ, LLC is incorporated in Mississippi, and maintains its principal place of business in Panola County, Mississippi.

38.     Phelps Farms, LLC is incorporated in Mississippi, and maintains its principal place of business in Panola County, Mississippi.

39.     Bayou Farms, Inc., is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

40.     Circle Bayou, Inc. is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

41.     Pemble Farms Partnership II is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

42.     Parkinson Farms, Inc., is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

43.     Garry Makamson Farms is a partnership organized in Mississippi and maintains its principal place of business Leflore County, Mississippi.

44.     Silent Shade Planting Company is a partnership organized in Mississippi and maintains its principal place of business in Humphreys County, Mississippi.

45.     Ganier Planting Company is a partnership organized in Mississippi and maintains its principal place of business in Washington County, Mississippi.

46.     Lyndale Farms is a partnership organized in Mississippi and maintains its principal place of business in Tate County, Mississippi.

2

47.     Danny Pearson Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

48.     Gant & Sons Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

49.     Circle H Joint Venture is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

50.     Rowan Farms, LLC is incorporated in Mississippi, and maintains its principal place of business in Rankin County, Mississippi.

51.     Shelton Farms, LLC is incorporated in Mississippi, and maintains its principal place of business in Rankin County, Mississippi.

52.     Greg Burton Farms is a partnership in Mississippi and maintains its principal place of business in Humphreys County, Mississippi.

53.     Cole Eagle Farms, LLC is incorporated in Mississippi, and maintains its principal place of business in Humphreys County, Mississippi.

54.     Cole Lake Plantation, LLC is incorporated in Mississippi, and maintains its principal place of business in Humphreys County, Mississippi.

55.     Rowland Farms, LLC is incorporated in Mississippi, and maintains its principal place of business in Humphreys County, Mississippi.

56.     Green Land Planting Co., LLC is incorporated in Mississippi, and maintains its principal place of business in Humphreys County, Mississippi.

57.     Wakefield Farms is a partnership organized in Mississippi and maintains its principal place of business in Tate County, Mississippi.

58.     Briscoe & Sons Farm is a partnership organized in Mississippi and maintains its principal place of business in Lafayette County, Mississippi.

59.     Linville Farms is a partnership organized in Mississippi and maintains its principal place of business in Desoto County, Mississippi.

2

60.     White Brothers Farm is a partnership organized in Mississippi and maintains its principal place of business in Tate County, Mississippi.

61.     Treadway Brothers Farm is a partnership organized in Mississippi and maintains its principal place of business in Desoto County, Mississippi.

62.     Three T Farm, LLC is incorporated in Mississippi, and maintains its principal place of business in Tate County, Mississippi.

63.     B and H Farming, LLC is incorporated in Mississippi, and maintains its principal place of business in Tate County, Mississippi.

64.     Tim Morris Farms is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

65.     MM Farms, Inc., is incorporated in Mississippi, and maintains its principal place of business in Coahoma County, Mississippi.

66.     Morris Farms is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

67.     M&R Farms is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

68.     Ray Crawford Farms is a partnership organized in Mississippi and maintains its principal place of business in Quitman County, Mississippi.

69.     3-Rock Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

70.     A & L Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

71.     ADB Farms LLC is incorporated in Mississippi, and maintains its principal place of business in Washington County, Mississippi.

72.     Moon Lake Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tunica County, Mississippi.

2

73.     Grittman Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

74.     Bluff View Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

75.     W & W Partnership is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

76.     Andrews Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

77.      Tidmore Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

78.     Ashley Selman Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Leflore County, Mississippi.

79.     Lubin Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

80.     Beeler Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

81.     Bell & Bell Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

82.     Bell Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

83.     The Griffith Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

84.     Brazil Planting Company is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

85.     Byrd Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

2

86.     Chic, Inc. is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

87.     Chic Jr. Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

88.     Rello, Inc. is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

89.     Chickasaw Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

90.     Hunt Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

91.     Talley Land Management Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

92.     Daniel W. Lyons Farms  is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

93.     Callow & Callow Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

94.     G & D Farm Inc. is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

95.     Davidson Farms No. 3 is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

96.     Dean Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

97.     DL Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

98.     Double L Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

2

99.     Duraj & Duraj Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

100.    Durst & Durst Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sharkey County, Mississippi.

101.    Holy Grove Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sharkey County, Mississippi.

102.    Riverview Farms A Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

103.    J.O. & H.C. Eastland Inc. is incorporated in Mississippi, and maintains its principal place of business in Sunflower County, Mississippi.

104.    Bear Wallow, Inc. is incorporated in Mississippi, and maintains its principal place of business in Sunflower County, Mississippi.

105.    Fitzhugh Farms Inc. is incorporated in Mississippi, and maintains its principal place of business in Sunflower County, Mississippi.

106.    Frank L. Melton Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

107.    Fioranelli Brothers Joint Venture is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

108.    Bass Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

109.    Brushy Lake Farms of Bolivar County is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

110.    Haney Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

111.    Mosco Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

112.    Jerry & Ruth Short Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

113.    S & S Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

114.    Henry Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

115.    F & h Farms Inc. is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

116.    Westside Farms Partnership is incorporated in Mississippi, and maintains its principal place of business in Coahoma County, Mississippi.

117.    McKee Planting Company is incorporated in Mississippi, and maintains its principal place of business in Coahoma County, Mississippi.

118.    T & D Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

119.    L & N Reginelli Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

120.    Lagniappe Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

121.    Malatesta & Malatesta Inc. Partnership d/b/a Lema Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

122.    Little Panther Plantation is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

123.    Marcam Holdings is a partnership organized in Mississippi and maintains its principal place of business in Coahoma County, Mississippi.

124.    Mascot Planting Company is a partnership organized in Mississippi and maintains

2

its principal place of business in Coahoma County, Mississippi.

125.    Mike Swindoll Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

126.    Morgan Planting Company Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

127.    Chenault Farms is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

128.    Pair-A-Dice Farms Inc. is incorporated in Mississippi, and maintains its principal place of business in Sunflower County, Mississippi.

129.    Panther Creek Plantation is a partnership organized in Mississippi and maintains its principal place of business in Washington County, Mississippi.

130.    Paul Fortner Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

131.    Perthshire Farms Joint Venture is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

132.    Mentone Farms LLC is incorporated in Mississippi, and maintains its principal place of business in Washington County, Mississippi.

133.    Opossum Ridge Planting Co. is a partnership organized in Mississippi and maintains its principal place of business in Washington County, Mississippi.

134.    Pongetti Farms Partnership II is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

135.    Rayner Planting Company Joint Venture is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

136.    RKB Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sharkey County, Mississippi.

137.    Rodney H. Walker Farms Partnership is a partnership organized in Mississippi and

maintains its principal place of business in Bolivar County, Mississippi.

138.    Sunflower Plantation Planting Co. LLC is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

139.    R & R Farms Inc. is incorporated in Mississippi, and maintains its principal place of business in Bolivar County, Mississippi.

140.    Woods Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

141.    Scallion Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

142.    E & S Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

143.    Smythe & Sons Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

144.    J and S Farms is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

145.    Beaver Bayou Farms is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

146.    Talley Planting Company is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

147.    Crossroad Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Tallahatchie County, Mississippi.

148.    Terry Rocconi Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

149.    Bobo Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

150.    A & T Farms Partnership is a partnership organized in Mississippi and maintains

its principal place of business in Tallahatchie County, Mississippi.

151.    Tollison Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Sunflower County, Mississippi.

152.    Twin Ridge Farms Partnership is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

153.    Waxhaw Farms is a partnership organized in Mississippi and maintains its principal place of business in Bolivar County, Mississippi.

154.    West Partnership II is a partnership organized in Mississippi and maintains its principal place of business in Panola County, Mississippi.

155.    Gourlay Joint Venture is a partnership organized in Mississippi and maintains its principal place of business in Lafayette County, Mississippi.

156.    Z & P Farms LLC is incorporated in Mississippi, and maintains its principal place of business in Washington County, Mississippi.

157.    Jamerson Farms II is a partnership organized in Mississippi and maintains its principal place of business in Marshall County, Mississippi.

## PLAINTIFF SPECIFIC FACTUAL ALLEGATIONS

158.    Joshua R. Chandler planted 201.44 acres of corn in 2013 in Sunflower County, Mississippi. Chandler planted 504.55 acres of corn in 2014 in Sunflower County, Mississippi. He has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

159.    William E. Young planted 172 acres of corn in 2013 in Coahoma County, Mississippi. Young planted 246 acres of corn in 2014 in Coahoma County, Mississippi.  He has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

160.    Pam Jones planted 48.8 acres of corn in 2013 in Bolivar County, Mississippi. Jones planted 84.7 acres of corn in 2014 in Bolivar County, Mississippi.  She has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

161.    Justin Davis planted 342.47 acres of corn in 2013 in Bolivar County,

Mississippi.  He has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

162.     Robert Lee Carpenter planted 227.06 acres of corn in 2013 in Tate County, Mississippi.  He has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

163.     Jessie Lee Howell planted 70.8 acres of corn in 2013 in Tate County, Mississippi.  Howell planted 122.5 acres of corn in 2014 in Tate County, Mississippi.  He has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

164.     Barksdale Farms planted 670 acres of corn in 2014 in Quitman County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

165.     Flautt Farms planted 2813.72 acres of corn in 2013 in Tallahatchie County, Mississippi.  Flautt Farms planted 2111.86 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

166.     Flat Grassy Farms planted 529 acres of corn in 2013 in Tallahatchie County, Mississippi.  Flat Grassy Farms planted 731 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

167.     St. Jude Planting Company planted 1440.03 acres of corn in 2013 in Coahoma County, Mississippi.  St. Planting Company planted 719.65 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

168.     WT&J Farms, Inc. planted 665.13 acres of corn in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

2

169.        CSW Farms, Inc. planted 239.7 acres of corn in 2013 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

170.        Massey Planting Co. planted 2772.79 acres of corn in 2013 in Coahoma County, Mississippi.  Massey Planting Co. planted 2744.01 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

171.        J&P Farms of MS, Inc. planted 313.73 acres of corn in 2013 in Panola and Tunica Counties, Mississippi.  J&P Farms of MS, Inc. planted 471.65 acres of corn in 2014 in Panola and Tunica Counties, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

172.        Long Lake Farms planted 2219.58 acres of corn in 2013 in Coahoma County, Mississippi.  Long Lake Farms planted 711.85 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

173.        Monteith Farms planted 614.70 acres of corn in 2013 in Panola County, Mississippi.  Monteith Farms planted 421.5 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

174.        Palasini Farms planted 582.76 acres of corn in 2013 in Washington County, Mississippi.  Palasini Farms planted 85 acres of corn in 2014 in Washington County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

175.        Lakewood, a Partnership planted 434.6 acres of corn in 2013 in Sunflower County, Mississippi.  Lake, a Partnership planted 376 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or

2

Agrisure Duracade™ com.

176.    Ashton Planting Co. planted 1064.6 acres of corn in 2013 in Holmes County, Mississippi.  Ashton Planting Co. planted 697.4 acres of corn in 2014 in Holmes County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

177.    Riverside Farms planted 1247.6 acres of corn in 2013 in Panola County, Mississippi.  Riverside Farms planted 758.24 acres of corn in 2014 in Panola County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

178.    Bilbo Farms planted 1157.9 acres of corn in 2013 in Panola and Quitman Counties, Mississippi.  Bilbo Farms planted 2430.4 acres of corn in 2014 in Panola and Quitman Counties, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

179.    L&G Farms planted 20 acres of corn in 2013 in Quitman County, Mississippi. L&G Farms planted 285.5 acres of corn in 2014 in Quitman and Panola Counties, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

180.    Eastover Plantation, Inc. planted 367 acres of corn in 2013 in Coahoma County, Mississippi.  Eastover Plantation, Inc. planted 172 acres of corn in 2014 in Coahoma County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

181.    Westside Farms, Inc. planted 350.92 acres of corn in 2013 in Quitman County, Mississippi.  Westside Farms, Inc. planted 292.53 acres of corn in 2014 in Quitman County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

182.    SKJ, LLC planted 170.6 acres of corn in 2013 in Panola County, Mississippi.

SKJ, LLC planted 201.7 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

183.     Phelps Farms, LLC planted 475.58 acres of corn in 2013 in Panola County, Mississippi.  Phelps Farms, LLC planted 171.55 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

184.     Bayou Farms, Inc. planted 124.76 acres of corn in 2013 in ? County, Mississippi.  Bayou Farms, Inc. planted 323.11 acres of corn in 2014 in Sunflower and Bolivar Counties, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

185.     Circle Bayou, Inc. planted 165.9 acres of corn in 2013 in Bolivar County, Mississippi.  Circle Bayou, Inc. planted 103 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

186.     Pemble Farms Partnership II planted 1575.1 acres of corn in 2013 in Bolivar County, Mississippi.  Pemble Farms Partnership II planted 1292.56 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

187.     Parkinson Farms, Inc. planted 706.33 acres of corn in 2013 in Bolivar County, Mississippi.  Parkinson Farms, Inc. planted 168.59 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

188.     Garry Makamson Farms planted 2006.2 acres of corn in 2013 in Leflore County, Mississippi.  Garry Makamson Farms planted 1634.16 acres of corn in 2014 in Leflore County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

189.        Silent Shade Planting Company planted 3329.41 acres of corn in 2013 in Holmes and Humphreys Counties, Mississippi.  Silent Shade Planting Company planted 1793.4 acres of corn in 2014 in Holmes and Humphreys Counties, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

190.        Ganier Planting Company planted 1222.16 acres of corn in 2013 in Washington County, Mississippi.  Ganier Planting Company planted 659.78 acres of corn in 2014 in Washington County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

191.        Lyndale Farms planted 610.16 acres of corn in 2013 in Tate County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

192.        Danny Pearson Farms Partnership planted 305.2 acres of corn in 2013 in Humphreys County, Mississippi.  Danny Pearson Farms Partnership planted 214.9 acres of corn in 2014 in Humphreys County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

193.        Gant & Sons Partnership planted 1246.24 acres of corn in 2013 in Bolivar County, Mississippi.  Gant & Sons Partnership planted 857.6 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

194.        Circle H Joint Venture planted 993 acres of corn in 2013 in Bolivar County, Mississippi.  Circle H Joint Venture planted 1091.1 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

195.        Rowan Farms, LLC planted 147.74 acres of corn in 2013 in Humphreys County, Mississippi.  Rowan Farms, LLC planted 294.54 acres of corn in 2014 in Humphreys County, Mississippi.  It has not knowingly purchased or planted Agrisure

Viptera® or Agrisure Duracade™ com.

196.     Shelton Farms, LLC planted 1161.8 acres of corn in 2013 in Humphreys County, Mississippi.  Shelton Farms, LLC planted 298.19 acres of corn in 2014 in Humphreys County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

197.     Greg Burton Farms planted 1809.43 acres of corn in 2013 in Humphreys County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

198.     Cole Eagle Farms, LLC planted 464.83 acres of corn in 2013 in Humphreys County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

199.     Cole Lake Plantation, LLC planted 561.09 acres of corn in 2015 in Humphreys County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

200.     Rowland Farms, LLC planted 298.93 acres of corn in 2013 in Humphreys County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

201.     Green Land Planting Co., LLC planted 410 acres of corn in 2015 in Humphreys County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

202.     Wakefield Farms planted 364.9 acres of corn in 2013 in Tate County, Mississippi.  Wakefield Farms planted 342.4 acres of corn in 2014 in Tate County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

203.     Briscoe & Sons Farm planted 443.89 acres of corn in 2013 in Panola and Lafayette Counties, Mississippi.  Briscoe & Sons Farm planted 220.51 acres of corn in 2014

in Panola and Lafayette Counties, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

204.     Linville Farms planted 110.9 acres of corn in 2013 in Desoto County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

205.     White Brothers Farm planted 506.9 acres of corn in 2013 in Tate County, Mississippi.  White Brothers Farm planted 92.05 acres of corn in 2014 in Tate County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

206.     Treadway Brothers Farm planted 256.7 acres of corn in 2013 in Desoto County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

207.     Three T Farm, LLC planted 966.87 acres of corn in 2013 in Tate County, Mississippi.  Three T Farm, LLC planted 654.76 acres of corn in 2014 in Tate County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

208.     B and H Farming, LLC planted 100.72 acres of corn in 2014 in Tate County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

209.     Tim Morris Farms planted 25.39 acres of corn in 2013 in Coahoma County, Mississippi.  Tim Morris Farms planted 477.74 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

210.     MM Farms, Inc. planted 210.82 acres of corn in Coahoma County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

211.     Morris Farms planted 503.32 acres of corn in 2013 in Coahoma County,

Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

212.         M&R Farms planted 267.56 acres of corn in 2013 in Coahoma County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

213.         Ray Crawford Farms planted 1297.06 acres of corn in 2013 in Quitman County, Mississippi.  Ray Crawford Farms planted 297.81 acres of corn in 2014 in Quitman County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

214.         3-Rock Farms Partnership planted 826.62 acres of corn in 2013 in Bolivar County, Mississippi.  3-Rock Farms Partnership planted 271.20 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

215.         A & L Farms Partnership planted 276.31 acres of corn in 2013 in Bolivar County, Mississippi.  A & L Farms Partnership planted 218.80 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

216.         ADB Farms LLC planted 554.85 acres of corn in 2013 in Washington County, Mississippi.  ADB Farms LLC planted 0 acres of corn in 2014 in Washington County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

217.         Moon Lake Farms Partnership planted 1,334.95 acres of corn in 2013 in Tunica County, Mississippi.  Moon Lake Farms Partnership planted 0 acres of corn in 2014 in Tunica County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

2

218.         Grittman Farms Partnership planted 1,098.88 acres of corn in 2013 in Sunflower County, Mississippi.  Grittman Farms Partnership planted 858.65 acres of corn in 2014 in Sunflower County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

218.     Bluff View Farms Partnership planted 267.88 acres of corn in 2013 in Panola County, Mississippi.  Bluff View Farms Partnership planted 20.72 acres of corn in 2014 in Panola County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

219.     W & W Partnership planted 0 acres of corn in 2013 in Panola County, Mississippi. W & W Partnership planted 1,194.12 acres of corn in 2014 in Panola County, Mississippi. It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

220.     Andrew Farms Partnership planted 687.94 acres of corn in 2013 in Bolivar County, Mississippi.  Andrews Farms Partnership planted 327.00 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

221.     Anthony Ferretti d/b/a Anthony Ferretti Farms planted 177.80 acres of corn in 2013 in Bolivar County, Mississippi. Anthony Ferretti d/b/a Anthony Ferretti Farms planted 77.50 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

222.     Tidmore Farms Partnership planted 122.17 acres of corn in 2013 in Bolivar County, Mississippi.  Tidmore Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

223.    Ashley Selman Farms Partnership planted 3,338.43 acres of corn in 2013 in Leflore County, Mississippi.  Ashley Selman Farms Partnership planted 2,330.83 acres of corn in 2014 in Leflore County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ corn.

224.    Lubin Farms Partnership planted 428.74 acres of corn in 2013 in Sunflower County, Mississippi.  Lubin Farms Partnership planted 307.39 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ corn.

225.    Beeler Farms Partnership planted 645.80 acres of corn in 2013 in Sunflower County, Mississippi.  Beeler Farms Partnership planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ corn.

226.    Bell & Bell Partnership planted 221.09 acres of corn in 2013 in Bolivar County, Mississippi.  Bell & Bell Partnership planted 191.93 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ corn.

227.    Bell Farms Partnership planted 513.06 acres of corn in 2013 in Bolivar County, Mississippi.  Bell Farms Partnership planted 272.29 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ corn.

228.    The Griffith Partnership planted 748.70 acres of corn in 2013 in Bolivar County, Mississippi.  The Griffith Partnership planted 534.20 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ corn.

2

229. Brazil Planting Company planted 552.47 acres of corn in 2013 in Sunflower County, Mississippi. Brazil Planting Company planted 352.36 acres of corn in 2014 in Sunflower County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

230. Byrd Farms Partnership planted 292.23 acres of corn in 2013 in Sunflower County, Mississippi. Byrd Farms Partnership planted 0 acres of corn in 2014 in Sunflower County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

231. Chic, Inc. planted 0 acres of corn in 2013 in Bolivar County, Mississippi. Chic, Inc. planted 0 acres of corn in 2014 in Bolivar County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

232. Rello, Inc. planted 228.31 acres of corn in 2013 in Bolivar County, Mississippi. Rello, Inc. planted 0 acres of corn in 2014 in Bolivar County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

233. Chic Jr. Farms Partnership planted 116.25 acres of corn in 2013 in Bolivar County, Mississippi. Chic Jr. Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

234. Chickasaw Farms Partnership planted 1,337.73 acres of corn in 2013 in Panola County, Mississippi. Chickasaw Farms Partnership planted 0 acres of corn in 2014 in Panola County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

235. Hunt Farms Partnership planted 2,337.60 acres of corn in 2013 in Tallahatchie County, Mississippi. Hunt Farms Partnership planted 1,188.97 acres of corn in 2014 in

Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure

Viptera® or Agrisure Duracade™ com.

236.    Talley Land Management Partnership planted 2,337.60 acres of corn in 2013 in

Panola County, Mississippi.  Talley Land Management Partnership planted 1,188.97 acres

of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted

Agrisure Viptera® or Agrisure Duracade™ com.

237.    CT Danna planted 284.60 acres of corn in 2013 in Bolivar County, Mississippi.  CT

Danna planted 181.30 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u>

knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

238.    Daniel W. Lyons Farms planted 324.80 acres of corn in 2013 in Bolivar

County, Mississippi.  Daniel W. Lyons Farms planted 0 acres of corn in 2014 in

Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®

or Agrisure Duracade™ com.

239.    Callow & Callow Partnership planted 512.07 acres of corn in 2013 in Bolivar

County, Mississippi.  Callow & Callow Partnership planted 0 acres of corn in 2014 in

Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®

or Agrisure Duracade™ com.

240.    G & D Farm Inc. planted 0 acres of corn in 2013 in Bolivar County, Mississippi.

G & D Farm Inc. planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u>

knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

241.    Davidson Farms No. 3 planted 136.21 acres of corn in 2013 in Sunflower

County, Mississippi.  Davidson Farms No. 3 planted 0 acres of corn in 2014 in

Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure

Viptera® or Agrisure Duracade™ com.

242.    Dean Partnership planted 921.20 acres of corn in 2013 in Bolivar County,
Mississippi.  Dean Partnership planted 637.83 acres of corn in 2014 in Bolivar County,
Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure
Duracade™ com.

243.    DL Farms Partnership planted 300.58 acres of corn in 2013 in Bolivar
County, Mississippi.  DL Farms Partnership planted 0 acres of corn in 2014 in
Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®
or Agrisure Duracade™ com.

244.    Double L Farms Partnership planted 534.09 acres of corn in 2013 in Sunflower
County, Mississippi.  Double L Farms Partnership planted 0 acres of corn in 2014 in
Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure
Viptera® or Agrisure Duracade™ com.

245.    Duraj & Duraj Partnership planted 1,683.09 acres of corn in 2013 in Bolivar
County, Mississippi.  Duraj & Duraj Partnership planted 578.34 acres of corn in 2014 in
Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®
or Agrisure Duracade™ com.

246.    Durst & Durst Partnership planted 1,379.45 acres of corn in 2013 in Sharkey
County, Mississippi.  Durst & Durst Partnership planted 579.51 acres of corn in 2014 in
Sharkey County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®
or Agrisure Duracade™ com.

247.    Holy Grove Partnership planted 0 acres of corn in 2013 in Sharkey
County, Mississippi.  Holy Grove Partnership planted 317.17 acres of corn in 2014 in
Sharkey County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®
or Agrisure Duracade™ com.

2

248.     Riverview Farms A Partnership planted 166.23 acres of corn in 2013 in Sunflower County, Mississippi.  Riverview Farms A Partnership planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

249.     J.O. & H.C. Eastland Inc. planted 255.93 acres of corn in 2013 in Sunflower County, Mississippi.  J.O. & H.C. Eastland Inc. planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

250.     Bear Wallow Inc. planted 119.45 acres of corn in 2013 in Sunflower County, Mississippi.  Bear Wallow Inc. planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

251.     Fitzhugh Farms Inc. planted 132.27 acres of corn in 2013 in Sunflower County, Mississippi.  Fitzhugh Farms Inc. planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

252.     Frank L. Melton Farms Partnership planted 418.39 acres of corn in 2013 in Tallahatchie County, Mississippi.  Frank L. Melton Farms Partnership planted 0 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

253.     Fioranelli Brothers Joint Venture planted 1,397.26 acres of corn in 2013 in Bolivar County, Mississippi.  Fioranelli Brothers Joint Venture planted 744.34 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure

2

Viptera® or Agrisure Duracade™ com.

254.    Gude Carver Jr. planted 0 acres of corn in 2013 in Bolivar County, Mississippi.  Gude Carver Jr. planted 88 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

255.    Bass Farms Partnership planted 201.50 acres of corn in 2013 in Coahoma County, Mississippi.  Bass Farms Partnership planted 0 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

256.    Brushy Lake Farms of Bolivar County planted 708.25 acres of corn in 2013 in Coahoma County, Mississippi.  Brushy Lake Farms of Bolivar County planted 203.30 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

257.    Haney Farms Partnership planted 1,025.69 acres of corn in 2013 in Sunflower County, Mississippi.  Haney Farms Partnership planted 392.32 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

258.    Mosco Farms Partnership planted 910.80 acres of corn in 2013 in Bolivar County, Mississippi.  Mosco Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

259.    James B. Russell planted 399.90 acres of corn in 2013 in Panola County, Mississippi.  James B. Russell planted 192.44 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure

2

Duracade™ com.

260.     Jerry & Ruth Short Partnership planted 695.49 acres of corn in 2013 in Bolivar County, Mississippi.  Jerry & Ruth Short Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

261.     S & S Farms Partnership planted 635.72 acres of corn in 2013 in Bolivar County, Mississippi.  S & S Farms Partnership planted 546.06 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

262.     Henry Farms Partnership planted 176.35 acres of corn in 2013 in Bolivar County, Mississippi.  Henry Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

263.     F & H Farms Inc. planted 264.40 acres of corn in 2013 in Bolivar County, Mississippi.  F & H Farms Inc. planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

264.     John Henry Farms planted 0 acres of corn in 2013 in Bolivar County, Mississippi.  John Henry Farms planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

265.     Westside Farms Partnership planted 533.40 acres of corn in 2013 in Coahoma County, Mississippi.  Westside Farms Partnership planted 0 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

2

266.     McKee Planting Company planted 232.70 acres of corn in 2013 in Coahoma County, Mississippi.  McKee Planting Company planted 115.50 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

267.     T & D Farms Partnership planted 1,237.98 acres of corn in 2013 in Sunflower County, Mississippi.  T & D Farms Partnership planted 166.07 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

268.     L & N Reginelli Partnership planted 856.90 acres of corn in 2013 in Bolivar County, Mississippi.  L & N Reginelli Partnership planted 642.47 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

269.     Lagniappe Farms Partnership planted 2,440.65 acres of corn in 2013 in Bolivar County, Mississippi.  Lagniappe Farms Partnership planted 897.55 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

270.     Malatesta & Malatesta Inc. Partnership d/b/a Lema Farms Partnership planted 590.35 acres of corn in 2013 in Bolivar County, Mississippi.  S & S Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

271.     Little Panther Plantation planted 888.37 acres of corn in 2013 in Coahoma County, Mississippi.  Little Panther Plantation planted 212.50 acres of corn in 2014 in Coahoma County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

2

272.    Marcam Holdings planted 343.86 acres of corn in 2013 in Coahoma County, Mississippi. Marcam Holdings planted 540.88 acres of corn in 2014 in Coahoma County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

273.    Mascot Planting Company planted 1,202.45 acres of corn in 2013 in Coahoma County, Mississippi. Mascot Planting Company planted 832.60 acres of corn in 2014 in Coahoma County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

274.    Ralph W. McGee d/b/a McGee Farms planted 375.95 acres of corn in 2013 in Sharkey County, Mississippi. Ralph W. McGee d/b/a McGee Farms planted 987.91 acres of corn in 2014 in Sharkey County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

275.    Mike Swindoll Farms Partnership planted 676.35 acres of corn in 2013 in Tallahatchie County, Mississippi. Mike Swindoll Farms Partnership planted 76.12 acres of corn in 2014 in Tallahatchie County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

276.    Morgan Planting Company Partnership planted 2,034.96 acres of corn in 2013 in Bolivar County, Mississippi. Morgan Planting Company Partnership 1,559.30 planted 0 acres of corn in 2014 in Bolivar County, Mississippi. It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

277.    Chenault Farms planted 297 acres of corn in 2013 in Bolivar County, Mississippi. Chenault Farms planted 291.07 acres of corn in 2014 in Bolivar County, Mississippi. It <u>has</u>

<u>not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

278.  Pair-A-Dice Farms Inc. planted 784.96 acres of corn in 2013 in Sunflower County, Mississippi.  Pair-A-Dice Farms Inc. planted 279.65 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

279.  JR Frey planted 6 acres of corn in 2013 in Sunflower County, Mississippi. JR Frey planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

280.  Panther Creek Plantation planted 888.37 acres of corn in 2013 in Washington County, Mississippi.  Panther Creek Plantation planted 212.50 acres of corn in 2014 in Washington County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

281.  Patti Rooker Farms planted 316.20 acres of corn in 2013 in Bolivar County, Mississippi.  Patti Rooker Farms planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

282.  Paul Fortner Farms Partnership planted 842.45 acres of corn in 2013 in Tallahatchie County, Mississippi.  Paul Fortner Farms Partnership planted 832.04 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

283.  Perthshire Farms Joint Venture planted 4,221.30 acres of corn in 2013 in Bolivar County, Mississippi. Perthshire Farms Joint Venture planted 104.39 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera®

2

or Agrisure Duracade™ com.

284.  Mentone Farms LLC planted 0 acres of corn in 2013 in Washington County, Mississippi.  Mentone Farms LLC planted 223.37 acres of corn in 2014 in Washington County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

285.  Opossum Ridge Planting Co. planted 1,261.57 acres of corn in 2013 in Washington County, Mississippi.  Opossum Ridge Planting Co. planted 947.66 acres of corn in 2014 in Washington County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

286.  Pongetti Farms Partnership planted 144.10 acres of corn in 2013 in Bolivar County, Mississippi.  Pongetti Farms Partnership planted 147.40 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

287.  Rayner Planting Company Joint Venture planted 110.87 acres of corn in 2013 in Bolivar County, Mississippi.  Rayner Planting Company Joint Venture planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

288.  RKB Farms Partnership planted 239.75 acres of corn in 2013 in Sharkey County, Mississippi.  RKB Farms Partnership planted 468.28 acres of corn in 2014 in Sharkey County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

289.  Rocco Glynn Morris Jr. d/b/a Rocco Glynn Morris Jr. Farms planted 130.40 acres of corn in 2013 in Coahoma County, Mississippi.  Rocco Glynn Morris Jr. d/b/a Rocco Glynn

Morris Jr. Farms planted 0 acres of corn in 2014 in Coahoma County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

290.  Rodney H. Walker Farms planted 206.00 acres of corn in 2013 in Bolivar County, Mississippi.  Rodney H. Walker Farms planted 119.67 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

291.  Sunflower Plantation Planting Co LLC planted 0 acres of corn in 2013 in Bolivar County, Mississippi.  Sunflower Plantation Planting Co LLC planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

292.  Hackberry Farms d/b/a Ross Hester planted 164.80 acres of corn in 2013 in Bolivar County, Mississippi.  Hackberry Farms d/b/a Ross Hester planted 119.05 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

293. R & R Farms Inc. planted 170.15 acres of corn in 2013 in Bolivar County, Mississippi.  R & R Farms Inc. planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

294.  Woods Farms Partnership planted 1,812.29 acres of corn in 2013 in Panola County, Mississippi.  Woods Farms Partnership planted 1,380.67 acres of corn in 2014 in Panola County, Mississippi.  It has not knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

295.  Scallion Farms Partnership planted 226.19 acres of corn in 2013 in Tallahatchie

County, Mississippi.  Scallion Farms Partnership planted 142.55 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

296.  E & S Farms Partnership planted 142.90 acres of corn in 2013 in Tallahatchie County, Mississippi.  E & S Farms Partnership planted 182.43 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

297.  Smythe & Sons Partnership planted 2,324.60 acres of corn in 2013 in Tallahatchie County, Mississippi.  Smythe & Sons Partnership planted 1,051.52 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

298.  J and S Farms planted 280.20 acres of corn in 2013 in Bolivar County, Mississippi. J and S Farms planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

299.  Beaver Bayou Farms planted 0 acres of corn in 2013 in Bolivar County, Mississippi. John Henry Farms planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

300.    William S. Nickles planted 137.42 acres of corn in 2013 in Panola County, Mississippi.  William S. Nickles planted 137.42 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

301.  Talley Planting Company planted 1,139.91 acres of corn in 2013 in Tallahatchie County, Mississippi.  Talley Planting Company planted 1,345.26 acres of corn in 2014 in

2

Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

302.  Crossroad Farms Partnership planted 714.15 acres of corn in 2013 in Tallahatchie County, Mississippi.  Crossroad Farms Partnership planted 607.72 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

303.  Terry Rocconi Farms Partnership planted 384.20 acres of corn in 2013 in Bolivar County, Mississippi.  Terry Rocconi Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

304.  Bobo Farms Partnership planted 63.48 acres of corn in 2013 in Panola County, Mississippi.  Bobo Farms Partnership planted 69.76 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

305.  A & T Farms Partnership planted 692.38 acres of corn in 2013 in Tallahatchie County, Mississippi. A & T Farms Partnership planted 558.69 acres of corn in 2014 in Tallahatchie County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

306.  Tollison Farms Partnership planted 311.68 acres of corn in 2013 in Sunflower County, Mississippi.  Tollison Farms Partnership planted 100.50 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

307.  Twin Ridge Farms Partnership planted 508.92 acres of corn in 2013 in Bolivar

County, Mississippi.  Twin Ridge Farms Partnership planted 0 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

308.  Waxhaw Partnership II planted 701.78 acres of corn in 2013 in Bolivar County, Mississippi.  Waxhaw Partnership II planted 264.48 acres of corn in 2014 in Bolivar County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

309.  West Partnership II planted 1,438.75 acres of corn in 2013 in Panola County, Mississippi.  West Partnership II planted 534.26 acres of corn in 2014 in Panola County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

310.  Gourlay Joint Venture planted 1,938.14 acres of corn in 2013 in Lafayette County, Mississippi.  Gourlay Joint Venture planted 0 acres of corn in 2014 in Lafayette County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

311.  William E. Livingston Jr. planted 79.10 acres of corn in 2013 in Sunflower County, Mississippi.  William E. Livingston planted 0 acres of corn in 2014 in Sunflower County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

312.  Z & P Farms LLC planted 0 acres of corn in 2013 in Washington County, Mississippi. Z & P Farms LLC planted 0 acres of corn in 2014 in Washington County, Mississippi.  It <u>has not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

313.  Jamerson Farms II planted 0 acres of corn in 2013 in Marshall County, Mississippi.

2

Jamerson Farms II planted 0 acres of corn in 2014 in Marshall County, Mississippi.  It <u>has</u> <u>not</u> knowingly purchased or planted Agrisure Viptera® or Agrisure Duracade™ com.

**CAUSES OF ACTION**

113.     Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, the following causes of action set forth in Producer Plaintiffs' Third Amended Class Action Master Complaint (ECF No. 2531) on file with the Clerk of the Court for the U.S. District Court for the District of Kansas in the matter entitled *In Re: Syngenta AG MIR162 Corn Litigation*, MDL No. 2591 [check all that apply]:

Count I – Violation of the Lanham Act

Count II and Count XXXIV – Violation of Minn. Stat. §§ 325D.13 and 325F.69Negligence, specify law of applicable state:

| | |
|---|---|
| Count III – Alabama | Count XXXV – Mississippi |
| Count VII – Arkansas | Count XXXVIII – Missouri |
| Count XI – Colorado | Count XLI – Nebraska |
| Count XIV – Illinois | Count XLV – North Carolina |
| Count XVII – Indiana | Count XLIX – North Dakota |
| Count XX – Iowa | Count LIV – Ohio |
| Count XXII – Kansas | Count LVII – Oklahoma |
| Count XXV – Kentucky | Count LX – South Dakota |
| Count XXVII – Louisiana | Count LXII – Tennessee |
| Count XXIX – Michigan | Count LXVI – Texas |
| Count XXXI – Minnesota | Count LXIX – Wisconsin |

Tortious Interference [with Business / Business Expectancy / Business or Contractual Relations], specify law of applicable state:

| | |
|---|---|
| Count IV – Alabama | Count LII – North Dakota |
| Count VIII – Arkansas | Count LVIII – Oklahoma |
| Count XVIII – Indiana | Count LXIII – Tennessee |
| Count XXXIX – Missouri | |

Trespass to Chattels / Personal Property / Damage to Movables, specify law of applicable state:

      Count V – Alabama

      Count IX – Arkansas

      Count XIII – Colorado

      Count XV – Illinois

      Count XIX – Indiana

      Count XXI – Iowa

| | |
|---|---|
| Count XXIV – Kansas | Count XLVII – North Carolina |
| Count XXVI – Kentucky | Count LI – North Dakota |
| Count XXVIII – Louisiana | Count LV – Ohio |
| Count XXX – Michigan | Count LIX – Oklahoma |
| Count XXXII – Minnesota | Count LXI – South Dakota |
| Count XXXVII – Mississippi | Count LXIV – Tennessee |
| Count XL – Missouri | Count LXVII – Texas |
| Count XLIII – Nebraska | Count LXX – Wisconsin |

Private Nuisance / Qualified Nuisance, specify law of applicable state:

| | |
|---|---|
| Count VI – Alabama | Count XLVIII – North Carolina |
| Count X – Arkansas | Count L – North Dakota |
| Count XXIII – Kansas | Count LVI – Ohio |
| Count XXXIII – Minnesota | Count LXV – Tennessee |
| Count XXXVI – Mississippi | Count LXVIII – Texas |
| Count XLII – Nebraska | Count LXXI – Wisconsin |

Violation of Applicable State Consumer Fraud / Consumer Protection / Unfair and Deceptive Trade Practices Statute:

> Count XII - Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101, *et seq.*

> Count XVI - Illinois Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/1, *et seq.*

> Count XLIV - Nebraska Consumer Protection Act, Neb. Rev. Stat. § 59-1602, *et seq.*

> Count XLVI - North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen Stat. § 75-1.1, *et seq.*

> Count LIII - North Dakota Unfair Trade Practices and Consumer Protection Law, N.D. Code Ann. § 51-15-01, *et seq.*

Plaintiff's constituent case shall be deemed subject to any relevant responsive pleading filed by one or more Defendants to Producer Plaintiffs' Third Amended Class Action Master Complaint, including answers and motions to dismiss any of the causes of action marked above. By way of filing this notice, Plaintiff shall not be deemed to have adopted any class-action allegations set forth in the Amended Master Complaint or waived any right to object to class certification or opt out of any certified class. This Notice also does *not* serve as a request for exclusion of any certified class.

Dated this the 21st day of October, 2016.

Respectfully Submitted,

CHAPMAN LEWIS & SWAN, PLLC

/s/ W. Brennan Chapman
W. BRENNAN CHAPMAN
MS BAR#:  102508
P.O. Box 428
Clarksdale, MS 38614
(662)-627-4105
(662)-627-4171 (fax)
brennan@chapman-lewis-swan.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2016, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such

filing to all counsel of record.

/s/ W. Brennan Chapman_____
W. Brennan Chapman

5