# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE: Syngenta AG MIR162 | ) | **MDL No: 2591** |
| Corn Litigation | ) | |
| | ) | **Case No:  14-md-2591-JWL-JPO** |
| | ) | |
| **(This Document Relates to All Cases)** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>DECEMBER 2, 2016 STATUS CONFERENCE AGENDA</u>

1. The status conference will take place in **COURTROOM #643**, located on the 6th Floor, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas, on **December 2, 2016 beginning at 10:00 a.m.**   A telephone conference line will be available for interested counsel and parties to listen in on this hearing. Participants on the phone line will NOT be able to participate in the hearing, only listen in. To join the conference line, interested participants shall dial into the **CONFERENCE LINE at 1-888-363-4749** and the **ACCESS CODE is 2126821**. Participants will follow the instructions to join the call.

2. The court intends to discuss the implementation of and any unresolved matters concerning the class notice approved by the court.

3. The court intends to discuss issues relating to the possible inclusion of the Nationwide Lanham Act class action in the June 5, 2017 Kansas class action trial.

4.  The court also intends to discuss whether multiple non-related Kansas plaintiffs can and should be consolidated into one or more single trials in the event the Kansas class action cannot proceed as scheduled.

5.  Further, the court intends to discuss any discovery scheduling issues identified by the parties no later than November 30, 2016.

6.  The court will also entertain any matters which counsel wish to bring to the court's attention at the conference.

**Dated this 28th day of November, 2016 at Kansas City, Kansas.**

**s/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT  JUDGE**