**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

IN RE: SYNGENTA MIR 162
CORN LITIGATION

This document relates to all cases               Case No:  14-md-2591-JWL

Attorney for Plaintiffs: Patrick J. Stueve,
Don M. Downing
William B. Chaney
Scott Powell

Attorney for Defendants: Thomas P. Schult
Edwin John U
Ragan Naresh
Jennifer Weiland

| JUDGE: | John W. Lungstrum | DATE: | 12/2/2016 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Kim Greiner |

# STATUS HEARING

Counsel for both parties appear.

For the reasons set forth in full on the record, the Court **OVERRULES** Syngenta's Objection to Inclusion of the Nationwide Class Action Lanham Act Claim with the Kansas Class Action Trial (**doc. #2606**).  Any of the plaintiffs who fall into the categories of Kansas residents, or plaintiffs who filed their individual cases in the District of Kansas before the MDL was created or plaintiffs who first filed their cases in the District of Kansas by means of an iteration of a Master Complaint would all be available as class representatives for the Kansas Lanham Act trial.

The Court further ordered that the parties are to meet and confer and report back to the Court by **December 9, 2016** as to which Plaintiffs, then, should be the class representatives for the Nationwide Lanham Act trial consistent with this ruling and to propose whatever mechanics may be required to effect that.

The Court further recognizes that this ruling may also have implications for the place of trial of the other state class actions and orders the parties to meet and confer on that topic and report back **by December 9, 2016** as to what their positions are, consistent with this ruling.

The Court **GRANTS:**

> #2718 - Producer Plaintiffs' Unopposed Motion to Amend Definition of Nationwide Lanham Act Class and Modify Class Notice
>
> #2720 - (Corrected) Producer Plaintiffs' Unopposed Motion to Amend Definition of Nationwide Lanham Act Class and Modify Class Notice

The Court schedules a follow-up telephone status conference on **December 16, 2016 at 9:30 a.m.**