CLERK'S COURTROOM MINUTE SHEET – CIVIL

IN RE: SYNGENTA MIR 162
CORN LITIGATION

This document relates to all cases                Case No:  14-md-2591-JWL

Attorney for Plaintiffs: Patrick J. Stueve,
Don M. Downing
William B.Chaney
Scott Powell

Attorney for Defendants: Thomas P. Schult
Ragan Naresh
Jennifer Weiland

| JUDGE: | John W. Lungstrum | DATE: | 12/16/2016 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Kim Greiner |

# STATUS HEARING – by telephone conference

Counsel for both parties appear.

As set forth in full on the record, producer plaintiffs are ordered to file their motion seeking to withdraw non-Kansas Nationwide Lanham Act class representatives on or before **December 19, 2016.**  Upon indication that there are no objections to the motion other than already ruled on by the Court,  the Court will grant the motion.

The parties are ordered to submit no later than **December 22, 2016**,  a joint statement setting forth their agreement, or disagreement,  on where, when and how the subsequent state class cases should be tried.   To the extent that the parties have areas of disagreement, the joint filing should include each side's position in attachments not to exceed five (5) double spaced pages per side.