```
                 UNITED STATES DISTRICT COURT
                       DISTRICT OF KANSAS


In Re:

Syngenta AG MIR 162              Case No. 14-md-2591-JWL-JPO
Corn Litigation

                                 Kansas City, Kansas
                                 Date:  1/06/2017
..........................

              TRANSCRIPT OF STATUS CONFERENCE

                          BEFORE

               HONORABLE JOHN W. LUNGSTRUM
         SENIOR UNITED STATES DISTRICT COURT JUDGE


APPEARING TELEPHONICALLY FOR THE PLAINTIFFS:

William B. Chaney               Don M. Downing
Gray Reed & McGraw              Gray, Ritter & Graham, P.C.
1601 Elm Street                 701 Market Street
Suite 4600                      Suite 800
Houston, TX 75201               St. Louis, MO 63101

Patrick J. Stueve               Scott A. Powell
Stueve Siegel                   Hare Wynn Newell & Newton
  Hanson, LLP                   2025 Third Avenue
460 Nichols Road                Suite 800
Suite 200                       Birmingham, AL 35203
Kansas City, MO 64112

APPEARING TELEPHONICALLY FOR SYNGENTA DEFENDANTS:

Edwin U                         Thomas P. Schult
Ragan Naresh                    Berkowitz Oliver Williams
Kirkland & Ellis                 Shaw & Eisenbrandt, LLP
655 15th Street, NW             2600 Grand Boulevard
Suite 1200                      Suite 1200
Washington, D.C. 20005          Kansas City, MO 64108
```

1               (Court called to order.)
2               JUDGE LUNGSTRUM:  Good morning.  This is
3    Judge Lungstrum and we're here in Case No. 14-md-2591,
4    *In re Syngenta AG MIR162, Corn Litigation,* and
5    specifically concerning the trial of the non-Kansas
6    certified class actions.  Would the parties please state
7    their appearances beginning with counsel for the
8    plaintiffs.
9               MR. CHANEY:  Yes, Your Honor.  William
10   Chaney, one of plaintiffs' co-lead counsel.
11              JUDGE LUNGSTRUM:  And for Syngenta.
12              MR. U:  Good morning, Your Honor.  Edwin U
13   for Syngenta.  Mr. Naresh is on the line and I believe
14   Mr. Schult is on the line as well.
15              MR. CHANEY:  And, Your Honor, I believe my
16   other co-lead counsel are also on the line, Mr. Downing,
17   Mr. Powell and Mr. Stueve.
18              JUDGE LUNGSTRUM:  All right.  Well, welcome
19   to all.  I have reviewed your submissions on this
20   particular topic and I have concluded it is appropriate
21   to try all of the non-Kansas certified class actions in
22   this court.  I think that's more consistent with the MDL
23   approach to things.  We did set up a bellwether process
24   right out the gate, but that, in my mind, was always
25   having its most efficacy in the event the classes were

1  not certified.
2       I think that these class actions are different
3  from individual cases.  They resolve more disputes and I
4  think they ought to be resolved in this court where
5  rulings have been made and the history of the case is
6  more familiar, so I'm going to try them here.
7       Now, the -- that leads to question of how we get
8  to that, and I do believe that the appropriate next step
9  is for the plaintiffs to file their motion to
10 consolidate within 14 days of my ruling on the summary
11 judgment motions in the Kansas class action.  I want to
12 wait that long because I think that might help inform
13 you about what -- whether or not any of the state class
14 actions could be grouped to trial -- to try together.
15 I'm open to trying them one at a time.  I'm open to
16 trying them all together.  I'm open to see what you all
17 present to me when the time comes.  So I want to see
18 that motion then and we can take that up accordingly.
19 That's not going to be for a while obviously but I think
20 that's fine.
21      We may have trials of these class actions
22 beginning next fall that would be anticipated by me but
23 we'll -- again that's all something that abides further
24 discussion once I see what the contours are of the
25 suggestions by the plaintiffs about how this ought to

1   proceed and position taken by Syngenta.
2           Finally, on my list of things for this morning,
3   the final pretrial conference in the Kansas class
4   action, and it's only for the Kansas class action, is
5   currently scheduled for January 31st.  However, we need
6   to move that up one day to Monday, January 30th at nine
7   o'clock to accommodate scheduling for the court.  So
8   that final pretrial conference is moved up a day to
9   January 30th at nine o'clock, although the rest of the
10  logistics of that I assume stay the same.
11          Judge O'Hara, did you want to make any changes
12  with regard to when any submissions were due or anything
13  like that?
14              JUDGE O'HARA:  No.  But I would respectfully
15  remind counsel the draft pretrial order is due into my
16  chambers next Tuesday, January 10th.
17              JUDGE LUNGSTRUM:  Okay. All right. That's
18  the sum and substance of what I have to impart to you
19  here today.  Any questions or comments or other matters
20  that we ought to address since we're together here
21  today, Mr. Chaney?
22              MR. CHANEY:  With respect to the matters
23  raised, I have nothing further, Your Honor.  I do -- I
24  am aware, with regard to the rescheduling of the
25  pretrial conference, that there may be some expert

1  depositions on that day, the 30th.  I'm not personally
2  involved in any of those so I don't know whether that's
3  going to impact participation by any of my co-counsel.
4  But if they're on the line, I think we need to highlight
5  that.
6              MR. DOWNING:  Yes, this is Don Downing, Your
7  Honor.  We do have one of Syngenta's expert depositions
8  scheduled on the 30th.  I can certainly meet and confer
9  with Syngenta to try to rearrange that, or I don't know
10 if February 1st would be available on your calendar for
11 the pretrial conference.
12             JUDGE LUNGSTRUM:  No.  We really need to do
13 it January 30th.
14             MR. DOWNING:  Okay.  We will work with
15 Syngenta's counsel to rearrange that deposition,
16 reschedule it.
17             JUDGE LUNGSTRUM:  Okay.  Any further
18 comments from Syngenta?
19             MR. U:  Your Honor, it's Edwin U.  First we
20 understand the court was making a ruling with respect to
21 where the other state classes would be tried and not
22 inviting argument.  So with that understood, we'll
23 proceed then to the scheduling conference.
24         In terms of the 30th, Mr. Jones will be finishing
25 up a trial.  I'm slated to be in a different trial

1  unless that moves.  But regardless, we will work it out
2  and we will cover it and confer with the other side in
3  terms of the Syngenta expert deposition.
4              JUDGE LUNGSTRUM:  Excellent.  We appreciate
5  your flexibility.  I apologize on behalf of the court
6  for the need to make this change, but sometimes those
7  things arise and we need to deal with them accordingly.
8  I do appreciate your flexibility though on both sides
9  here.
10     And as you note, Mr. U, I did not invite further
11 argument.  Your submissions were quite thorough as I've
12 come to expect from you on both sides and were adequate
13 to inform me in my decision-making.  And the ruling I
14 made was certainly influenced thereby.
15     If there's nothing further, then I thank you.
16 Again, have a pleasant weekend and we are in recess.
17            (Proceedings adjourned.)
18
19                       CERTIFICATE
20     I certify that the foregoing is a correct
21 transcript from the record of proceedings in the
22 above-entitled matter.
23    DATE:  January 6, 2017
24
25              /s/Kimberly R. Greiner
                KIMBERLY R. GREINER, RMR, CRR, CRC, RDR
                United States Court Reporter