# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>    ALL CASES | Master File No.<br>2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

## JOINT MOTION REGARDING *DAUBERT* MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs' Co-Lead Counsel and Syngenta jointly file this motion seeking an Order providing that the summary judgment motions due on February 6, 2017, shall be limited to issues relevant to the June 2017 trial of negligence claims brought on behalf of a class of Kansas producers and the Lanham Act claims brought on behalf of a nationwide class. The parties further propose that the *Daubert* motions be limited to the disclosed experts related to those same classes. A proposed Order is being submitted to the Court along with this joint motion. In support, the parties state as follows:

    1.    The Court has scheduled a class trial in June 2017 to resolve the negligence claims brought on behalf of a class of Kansas producers and the Lanham Act claims brought on behalf of a nationwide class;

    2.    Subsequent trials will address claims brought on behalf of classes of producers from other states, as well as individual claims brought by producers and non-producers who are not covered by a class definition or have opted out of a class;

    3.    Pursuant to Scheduling Order No. 3, ECF No. 2368, *Daubert* motions and motions for summary judgment are due February 6, 2017;

4. The parties agree that it is in the interest of efficiency and judicial economy to limit the February 6 motions for summary judgment and *Daubert* motions to issues related to the June 2017 trial, as opposed to issues that are unique to cases scheduled for subsequent trials or trials that have not yet been scheduled;[1]

5. The parties agree that no arguments for subsequent cases are waived if not presented on February 6 and that all arguments for subsequent cases are expressly preserved.

The parties thus jointly propose that the summary judgment motions due on February 6, 2017 be limited to issues relevant to the June 2017 trial of negligence claims brought on behalf of a class of Kansas producers and the Lanham Act claims brought on behalf of a nationwide class. The parties further propose that the *Daubert* motions due on February 6, 2017, shall be limited to: the experts related to the class of Kansas producers; and experts related to the Lanham Act claims brought on behalf of a nationwide class.

The parties further propose that once the Court has set a trial schedule for cases after the June 2017 trial, the parties shall promptly meet and confer to discuss the timing for subsequent *Daubert* motions and motions for summary judgment, as well as a "show cause" procedure that will streamline future summary judgment and *Daubert* motions with respect to issues resolved by way of the initial motions, similar to the process contemplated by the Court for subsequent class certification motions and the application of prior orders to new parties. *See* Scheduling Order No. 2, ECF No. 1098, at 10; Scheduling Order No. 1, ECF 123, at 15 (holding that all of the Court's orders will apply to all cases unless a party shows good cause to the contrary pursuant to the Order's show cause provision).

---

[1] By way of illustrative example, issues unique to cases scheduled for subsequent trials could include issues specific to the laws of states other than Kansas, or issues related to specific producers or class representatives that will not be involved in the Kansas trial.

2

Respectfully Submitted,

/s/  Thomas P. Schult
**BERKOWITZ OLIVER LLP**
Thomas P. Schult
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Telephone:   (816) 561-1888
tschult@berkowitzoliver.com

**LIAISON COUNSEL FOR DEFENDANTS**

**KIRKLAND & ELLIS, LLP**
Michael D. Jones
655 15th Street, NW
Washington, D.C.  20005
Telephone:   (202) 879-5294
michael.jones@kirkland.com

**COUNSEL FOR DEFENDANTS**

/s/  Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve - KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101
stueve@stuevesiegel.com

**CO-LEAD, CLASS AND LIAISON COUNSEL
FOR PLAINTIFFS**

**GRAY REED & McGRAW, P.C.**
William B. Chaney #04108500 TX
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:   (214) 954-4135
Facsimile:    (214) 953-1332
wchainey@grayreed.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

**GRAY, RITTER & GRAHAM, P.C.**
Don M. Downing, #30405 MO
701 Market Street, Suite 800
Telephone:   (816) 714-7101
ddowning@grgpc.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

**HARE WYNN NEWELL & NEWTON**
Scott A. Powell #ASB-7523-L60S
2025 3rd Ave. North, Suite 800
Birmingham, AL 3 5203
Telephone:   (205) 328-5330
Facsimile:    (205) 324-2165
scott@hwnn.com
bvines@hwn.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**