## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>    ALL CASES | Master File No.<br>2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

### ORDER GRANTING JOINT MOTION REGARDING *DAUBERT* MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT

The Joint Motion Regarding *Daubert* Motions and Motions for Summary Judgment, filed January 10, 2017, (Dkt. 2788) is GRANTED.

It is hereby ORDERED that the summary judgment motions due on February 6, 2017, shall be limited to issues relevant to the June 2017 trial of negligence claims brought on behalf of class of Kansas producers and the Lanham Act claims brought on behalf of the nationwide class. The *Daubert* motions due on February 6, 2017, shall also be limited to the disclosed experts related to those same classes.

Dated:  January 10, 2017

                                                s/ John W. Lungstrum
                                                District Judge John W. Lungstrum
                                                United States District Court Judge