# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D/S NORDEN A/S

                Petitioner,

v.

CHS de PARAGUAY, SOCIEDAD de
RESPONSABILIDAD LIMITADA (SRL).

                Respondent.

Case No. 16 Civ. 2274 (LTS)

---

### DECLARATION OF WILLIAM J. HONAN

William J. Honan declares as follows:

1.     I am a partner in the firm of Holland & Knight LLP, attorneys for respondent CHS de Paraguay, Sociedad de Responsabilidad Limitada (SRL) ("CHSP"). Holland & Knight LLP are also attorneys for non-party CHS, Inc.

2.     I make this Declaration in support of CHSP's Motion to Dismiss the Amended Petition to Compel Arbitration of D/S NORDEN A/S ("Norden"), principally to provide background for an arbitration commenced by Norden against CHS, Inc. The statements below are based on my personal knowledge.

3.     CHS Inc. entered into a voyage charter party of a bulk carrier with Norden on January 26, 2015 ("Charter"). A copy of the Charter is annexed to Norden's Petition as Exhibit B.

1



CONFIDENTIAL

4. Clause 35 of the Charter provides: "Any dispute between Owners and Charterers arising out of this Charter shall be arbitrated at New York...." Petition ¶ 17, Ex. B.

5. On January 22, 2016, Norden commenced arbitration against CHS Inc. under the Charter by appointing its arbitrator and demanding that CHS Inc. appoint a second arbitrator.

6. Norden's arbitration demand against CHS, Inc. seeks, among other remedies: (i) indemnity from any amount for which it is held liable in a suit that was expected to be filed against it and Owner by the Taiwan cargo receivers in Taiwan cargo and (ii) security for its indemnity claim.

7. CHS, Inc. appointed its arbitrator on February 12, 2016.

8. On March 8, 2016, Norden accepted the arbitration panel and on March 17, 2016, CHS, Inc. accepted the arbitration panel.

9. On May 11, 2016, the arbitration panel held an initial hearing. Prior to the hearing, several documents were submitted by Norden's counsel and the undersigned to the arbitrators, including:

   a. The Letter of Undertaking issued by The North of England P&I Association Limited on behalf of Bohandymar, Ltd. to the Taiwanese cargo receivers dated June 9, 2015, annexed hereto as Exhibit 1.

   b. A second Letter of Undertaking issued by The North of England P&I Association Limited on behalf of Norden to Bohandymar, Ltd. dated July 14, 2015, annexed hereto as Exhibit 2.

**CONFIDENTIAL**

    c. The Statement of Facts for the vessel, MV CMB EDOUARD, at the loadport of Nueva Palmira, Uruguay, annexed hereto as Exhibit 3.

    d. The Certificate of Quality dated April 8, 2015 issued by Control Union Uruguay S.A., annexed hereto as Exhibit 4.

10. In our capacity as attorneys for CHS, Inc., we have also received a copy of the Statement of Facts for the Vessel MV CMB EDOUARD at the discharge port of Kaohsiung, annexed hereto as Exhibit 5, and at the discharge port of Taichung, annexed hereto as Exhibit 6.

### VERIFICATION

Pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct.

Executed on August 15, 2016.

New York, NY

_____
William J. Honan

#46936251_v2

3

**CONFIDENTIAL**

# EXHIBIT 1

**CONFIDENTIAL**

# NORTH 

### Letter of Undertaking

### Cargo Claim

To: Cargo Interests of the captioned cargo, CHAROEN POKPHAND ENTERPRISE (TAIWAN) CO., LTD., FWUSOW INDUSTRY CO., LTD., TZOONG-YI INDUSTRY CO., LTD., DONG FONG CO., LTD., FORMOSA OILSEED PROCESSING CO., LTD. TAIPEI BRANCH, TAISUN ENTERPRISE CO., LTD.
And South China Insurance Co. Ltd., Shin Kong Insurance Co., Ltd., MSIG Mingtai Insurance Co., Ltd., Fubon Insurance Co., Ltd.
(all c/o: Messrs. Lin & Associates, Maritime Law Office
Address: Suite , Fl. 6, No. 77, Sec. 1, Chung-Ching S. Rd., Taipei Taiwan, 100, R.O.C.)

Our Ref:   15/001/ICU/HW/NL301939LM
Your Ref:
Date:   09 June 2015

Dear Sirs

Claim: M.V. "CMB EDOUARD"
arrived at Kaohsiung on about 23 May 2015
arrived at Taichung on about 2 June 2015
Alleged Sweating, heating and etc. damage to 30,102.818 MT of Paraguayan soybeans in bulk
Bills of Lading :01, 02, 03, 04, 05, 06, 07, 08, 09

IN CONSIDERATION of your releasing and/or refraining from arresting or otherwise detaining the M/V "CMB EDOUARD" (hereafter named "The Vessel") or any other vessel or property in the same or associated ownership, management, possession or control for the purpose of obtaining security in respect of your claim arising out of and/or in connection with the abovementioned cargo claim we, The North of England P&I Association, hereby undertake to pay you within 14 days upon your request in writing, any sum inclusive of interest and costs or sums not exceeding NT$ 324,000,000.000 (New Taiwanese Dollars three hundred and twenty four million) which may either be agreed in writing between the parties to be due to you or which may be adjudged to be due to you in respect of the abovementioned cargo claim against the Vessel or Owners of the Vessel or their servants or agents (hereafter named "The Owners") by a final unappealable irrevocable judgment or award of the Taiwan Kaohsiung District Court as the first stage of court and the appellate courts.

This letter of undertaking shall remain valid until such time as it is returned to us for cancellation, or until the above claim is fully paid as was mentioned in the first paragraph of this Letter of Undertaking, whichever is the earlier.

This letter of undertaking is not to be considered an admission of liability on part of the Owners and is written entirely without prejudice to any rights, defences, immunities or limitations which the Shipowners may have, none of which are regarded as waived.

THE NORTH OF ENGLAND P&I ASSOCIATION LIMITED  The Quayside, Newcastle upon Tyne, NE1 3DU, UK
Telephone: +44 (0) 191 2325221  Fax: +44 (0) 191 2611540  www.nepia.com

The North of England Protecting and Indemnity Association Limited  Registered in England No. 505456  Registered Office above
Hong Kong Room 1007-09, COSCO Tower, 183 Queen's Road Central Hong Kong Telephone +852 25446813 Fax +852 25423424.
Greece 5-7 Agiou Nikolaou, GR 185 37, Piraeus, Greece  Telephone +30 210 4204300  Fax +30 210 4282920
Singapore 80 Anson Road #26-03 · IN Varick Towers, Singapore 079907  Telephone +65 64100150 Fax +65 622/0170
Tokyo S Mitsujuuku Building, 6th Floor 2-8-6 Kyobashi, Chuo-ku Tokyo Japan 104   0061  Tel. +81(3)5159 5072  Fax +81(3)5250 0073
The North of England P&I Association Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority
and the Prudential Regulation Authority in the UK.

CONFIDENTIAL

Case 1:16-cv-02274-LTS   Document 25-1   Filed 08/15/16   Page 3 of 16

We warrant that we are informed by the Owners that the Vessel was not demised chartered at any material time, and that we are legally permitted to issue this Letter of Undertaking and we have duly authorized the person undersigned to sign and execute this Letter of Undertaking.

We further agree for and on behalf of the Owners and obtain the Owners' consent in this regard that any and all claims and disputes between the aforesaid Owners and South China Insurance Co., Ltd., Shin Kong Insurance Co., Ltd., MSIG Mingtai Insurance Co., Ltd., Fubon Insurance Co., Ltd., as well as the cargo Interests, shall, be governed by and construed under the Taiwanese Law and such claims and disputes shall at your sole request/choice, be exclusively referred to the Taiwan Kaohsiung District Court as the first stage of court and the appellate courts.

This undertaking shall be governed by and construed in accordance with English law and subject to the exclusive jurisdiction of the English High Court of Justice for the purpose of any process for the enforcement thereof.

Yours faithfully

*[signature]*

A G Taylor
Global Director (Claims)
The North of England P&I Association Limited

**CONFIDENTIAL**

# EXHIBIT 2

**CONFIDENTIAL**

# NORTH 

To: Bohandymar Ltd
c/o North of England P&I Association Ltd
100 The Quayside
Newcastle Upon Tyne
NE1 3DU

Our Ref:     15/009/NWN/PO/NL302077PO
Your Ref:
Date:        14 July 2015

Dear Sirs

**Vessel: "CMB EDOUARD"**

**Charter:** dated 23 March 2015 (the "Charter") between Bohandymar Ltd (the "Owners") and D/S Norden A/S (the "Charterers")

**Voyage:**
Claim by cargo interests: Alleged sweating, heating and etc. damage to 30,402.818mt of Paraguayan soybeans in bulk

**Bills of Lading/Contracts of carriage:** BS/L 01 TO 09 Nueva Palmira/Kaohsiung and/or Taichung dated 5 April 2015

**Security provided in relation to the claim by cargo interests:** Letter of Undertaking issued on 9 June 2015 by The North of England P&I Association in the amount of NT$ 324 Million inclusive of interest and costs (together "the Secured Sum").

**Claim:** Indemnity and/or damages under the above Charter in relation to the above claim by cargo interests in accordance with and as defined in clause 3 (but excluding for the purposes of this undertaking any costs or amount as referred to in clause 3c) of the ICA ("the Claim").

In consideration of your refraining, subject to (2) below, from arresting or otherwise detaining any vessel or any other asset or property in the same or associated ownership, management, possession or control of the Charterers for the purpose of founding jurisdiction and/or obtaining security in respect of the Claim and of your refraining from commencing proceedings against the Charterers in respect of the Claim otherwise than before the court or arbitration tribunal provided for in the Charter, we, The North of England P&I Association hereby undertake to pay you on demand such sums which may be found to be due to you from the Charterers in respect of the Claim (excluding interest thereon) by a final and unappealable judgement/award of a competent court/tribunal,

THE NORTH OF ENGLAND P&I ASSOCIATION LIMITED The Quayside, Newcastle upon Tyne, NE1 3DU UK
Telephone: +44 (0) 191 2325221 Fax: +44 (0) 191 2610540 www.nepia.com

The North of England Protecting and Indemnity Association Limited. Registered in England No. 505456. Registered Office as above.
Hong Kong: [illegible address] Telephone +852 25446913 Fax +852 27426434
Greece: [illegible address] Telephone +30 210 4283036 Fax +30 210 4280920
Singapore: 80 Anson Road #26-03 Fuji Xerox Towers, Singapore 079907 Telephone +65 66110101 Fax +65 62840163
Tokyo: [illegible address]
[illegible line regarding Financial Conduct Authority]

**CONFIDENTIAL**

whichever is applicable, or by written agreement between the parties provided always that our total liability hereunder shall not in the aggregate exceed the maximum amount of the Secured Sum.

And for the consideration aforesaid:

(1) We undertake that we are authorised to appoint solicitors on behalf of the Charterers to accept service of court or arbitration proceedings in connection with the Claim.

(2) Nothing in this undertaking shall prevent you from seeking an adjustment to the amount secured hereunder or from seeking security for any amount not secured hereunder; in the first instance by approaching the Charterers.

(3) This Letter of Undertaking is not to be construed as an admission of liability by the Charterers and is issued and accepted entirely without prejudice to any rights, defences, immunities or limitations.

This Letter of Undertaking shall be governed by and construed in accordance with English law and we agree to submit to the exclusive jurisdiction of the English High Court of Justice for the purpose of any process for the enforcement hereof.

Yours faithfully

*[signature]*

MJC Salthouse
Deputy Global Director (Claims)
The North of England P&I Association Limited

**CONFIDENTIAL**

# EXHIBIT 3

**CONFIDENTIAL**

**RiverMaritime**

⚓ ⚓ ⚓ *Ship Agents*

## STATEMENT OF FACTS

*Page Nbr 01 / 02*

| | |
|---|---|
| Name, flag and type of vssl: | MV CMB EDOUARD / Hong Kong / Bulk Carrier |
| Shippers: | CHS DE PARAGUAY SRL |
| Cargo: | 30.102,818 mt of Paraguayan Soybeans |
| Port of loading | Corporación Navios SA - Nueva Palmira - Uruguay |
| Destination port: | KAOHSIUNG AND/OR TAICHUNG, TAIWAN |
| Charterers | CHS INC |
| Commenced ldg ops | 03rd of April 2015 15:00 hr |
| Completed ldg ops: | 05th of April 2015 05:05 hr |

### CHRONOLOGICAL EVENTS

| Date | Time | Event |
|---|---|---|
| March 28th, 2015 Saturday | 17:35 | Vsl arrived & anchored at Mvdo roads |
| | 17:35 | Notice of readiness tendered by master and rejected |
| | 1735/2400 | Vssl anchored at Montevideo / Awaiting laycan commencement |
| March 29th, 2015 Sunday | 0000/2400 | Vssl anchored at Montevideo / Awaiting laycan commencement |
| March 30th, 2015 Monday | 0000/2400 | Vssl anchored at Montevideo / Awaiting laycan commencement |
| March 31st, 2015 Tuesday | 0000/1200 | Vssl anchored at Montevideo / Awaiting authorization fm Coast Guard and Terminal to proceed upstream |
| | 12:00 | Coast Guard and Terminal authorized to proceed upto Nva Palmira |
| | 1200/1636 | Vessel idle awaiting river pilots |
| | 16:36 | Anchor up - Vssl proceed to Mvdo P/S |
| | 19:36 | River Pilots o/b at Mvdo P/S, vsl proceed navigation to Nueva Palmira port |
| April 01st, 2015 Wednesday | 08:40 | Vssl arrived at Nva Palmira roads |
| | 09:12 | Dropped anchor awaiting free pier - mv Basic Princess alongside |
| | 09:12 | Notice of readiness tendered by master |
| | 09:20 | River Pilots disembarked |
| | 11:05 | Port authorities, surveyor and agency o/b |
| | 11:30 | Free pratique granted - inwards clearance by port authorities |
| | 1130/1200 | Holds #1,2,3,4 & 5 were inspected/accepted by Control Union surveyors on owners acc. |
| | 0912/2400 | Vssl idle anchored at Nva Palmira roads awaiting free pier |
| April 02nd, 2015 Thursday (Eastern Holidays) | 0000/2400 | Vssl idle anchored at Nva Palmira roads awaiting free pier |
| April 03rd, 2015 Friday (Eastern Holidays) | 0000/1210 | Vssl idle anchored at Nva Palmira roads awaiting free pier |
| | 12:10 | MV Basic Princess sailed / free pier |
| | 12:30 | Port plt on board at Nva Palmira roads |
| | 12:36 | Anchor up / started berthing maneouvre assisted by two tugs |
| | 13:24 | First line ashore |
| | 13:42 | All made fast alongside at Navios terminal, port pilot off |
| | 1400/1440 | Holds #1,2,3,4 & 5 were re-inspected/accepted by Control Union surveyors |
| | 1440/1501 | Rigging for working |
| | 15:00 | Commenced ldg ops into hold # 2 |
| | 15:12 | Commenced ldg ops into hold # 4 - second line |
| | 1931/1941 | Shift conveyor fm hold # 2 to hold # 1 |
| | 2210/2217 | Shift conveyor fm hold # 4 to hold # 3 |
| April 04th, 2015 Saturday | 0246/0251 | Shift conveyor fm hold # 1 to hold # 5 |
| | 04:10 | Stopped ldg into # 5, vsl continue ldg with one line |
| | 0506/0513 | Shift conveyor fm hold # 3 to hold # 5 |
| | 08:30 | Resumed ldg into hold # 3 by second line |
| | 08:32 | Stopped ldg into # 5, vsl continue ldg with one line |
| | 09:19 | Resumed ldg into hold # 5 by second line |
| | 1111/1132 | Shift conveyor fm hold # 5 to hold # 4 |
| | 1123/1138 | Shift conveyor fm hold # 3 to hold # 2 |
| | 1621/1717 | Shifting vessel by ropes |
| | 1843/1902 | Shift conveyor fm hold # 4 to hold # 5 |
| | 2008/2111 | Shifting vessel by ropes |

CONFIDENTIAL

# RiverMaritime
⚓ ⚓ ⚓   *Ship Agents*

## STATEMENT OF FACTS

Page Nbr 02 / 02

### CHRONOLOGICAL EVENTS

| Date | Time | Event |
|---|---|---|
| April 05th, 2015 Sunday (Eastern Holidays) | 0108/0139 | Check draft by vessel |
| | 0227/0246 | Shift conveyor fm hold # 5 to hold # 3 |
| | 0408/0415 | Check draft by vessel |
| | 0438/0445 | Shift conveyor fm hold # 3 to hold # 5 |
| | 05:05 | Master declared loading operations as completed due to reach max sailing draft Argentinian river pilots on board |
| | 0600/0625 | Fumigation in all holds by Fumigran |
| | 0640 | Finished with cargo docxs on board |
| | 0700 | Port pilot on board |
| | | Started unberth maneouvre assisted by two tugs boat |
| | | Unberthed |
| | | Port pilot disembarked |
| | | Vssl sailed fm Nva Palmira |

### CARGO DETAILS

Total loaded at Navios terminal: **30.102.818** mt of Paraguayan soybeans in bulk

| Hold | Quantity / mt | Product | Load Port | Status | Sfactor | Destination |
|---|---|---|---|---|---|---|
| H/1 | 4 838 252 | sbs py | Nueva Palmira | Full | 51,5 | Kaohsiung and/or Taichung |
| H/2 | 6 909 588 | sbs py | Nueva Palmira | Full | 49,3 | Kaohsiung and/or Taichung |
| H/3 | 6 304 384 | sbs py | Nueva Palmira | Slack | - | Kaohsiung and/or Taichung |
| H/4 | 6 896.502 | sbs py | Nueva Palmira | Full | 49,4 | Kaohsiung and/or Taichung |
| H/5 | 5.154 092 | sbs py | Nueva Palmira | Slack | - | Kaohsiung and/or Taichung |

### SHIPS CONDITION

| | ON ARRIVAL | | SUPPLIED | ON SAILING | |
|---|---|---|---|---|---|
| Fuel oil: | 107,25 | mt | Nil | 93,450 | mt |
| Diesel Oil: | 101,53 | mt | Nil | 99,590 | mt |
| Fresh Water: | 65,00 | mt | 40 | 85 | mt |
| Draft FWD: | 3,62 | mts | - | 10,02 | mts |
| Draft AFT: | 6,06 | mts | - | 10,05 | mts |
| Water Salinity: | 0,9985 | | | 0,9985 | |

[River Maritime Ship Agents stamp]

o/bo shippers
CHS de Paraguay SRL

**MASTER REMARKS:**

Master of M/V "Cmá Edouard"
Capt Vicente Almonte Patac

CONFIDENTIAL

# EXHIBIT 4

**CONFIDENTIAL**



Certificate No: 04610/15

## CERTIFICATE OF QUALITY

| | |
|---|---|
| VESSEL'S NAME | : MV "CMB EDOUARD" |
| PORT OF LOADING | : NUEVA PALMIRA, URUGUAY, ANY SOUTH AMERICAN PORT(S) |
| PORT OF DISCHARGE | : KAOHSIUNG AND/OR TAICHUNG, TAIWAN |
| QUANTITY | : 30,102.818 METRIC TONS |
| DESCRIPTION OF GOODS | : PARAGUAYAN SOYBEANS IN BULK |

**SAMPLING:** AT LOADING PORT AND AT LOADING TIME REPRESENTATIVE SAMPLES WERE DRAWN BY US UNIFORMLY AND SYSTEMATICALLY, AT THE NEAREST AND BEST PRACTICABLE POINT TO THE VESSEL.

**QUALITY/ANALYSIS:** ONE SET OF THESE SAMPLES WAS SENT TO THE LABORATORY, WHERE IT WAS WELL MIXED AND REDUCED TO CONSTITUTE ONE AVERAGE SAMPLE FOR DETERMINATION OF THE QUALITY. THE LABORATORY REPORTED:

**ORIGINAL**

| SPECIFICATIONS | | RESULTS |
|---|---|---|
| SPLITS: | NOT TO EXCEED 30.00PCT | 9.36 % |
| MOISTURE: | NOT TO EXCEED 14.00PCT | 12.40 % |
| TOTAL DAMAGE KERNEL: | 8.00PCT BASIS, 8.50PCT MAXIMUM, OF WHICH | 1.86 % |
| HEAT DAMAGED: | 5.00PCT MAXIMUM | 0.20 % |
| FOREIGN MATERIAL: | 1.00PCT BASIS, 2.00PCT MAXIMUM | 0.40 % |
| PROTEIN | 34.50PCT BASIS, 34.00PCT MINIMUM | 34.85 % |
| OIL | 18.50PCT BASIS, 18.00PCT MINIMUM | 21.80 % |
| AFLATOXIN | MAX 10 PPB | 3 PPB |

THIS CERTIFICATE REFLECTS OUR FINDING AT TIME AND PLACE OF LOADING.

MONTEVIDEO, APRIL 8TH 2015

p/ CONTROL UNION URUGUAY S.A.



CONTROL UNION URUGUAY S.A.
Av. 18 de Julio 878 ap 1102 · CP 11100 · Montevideo · Uruguay
2901 1627 · cuuruguay@controlunion.com.uy · www.controlunion.com.uy

**CONFIDENTIAL**

# EXHIBIT 5

**CONFIDENTIAL**

歐亞公證股份有限公司

# EURASIA SUPERINTENDENCE LTD.

STATEMENT OF FACTS

M.V. "CMB EDOUARD" Arrived at Kaohsiung on May 23, 2015 from Uruguay.
Discharge 7,022.278 M/T. of Paraguayan Soybeans in bulk.
Consignee: Messrs.: Charoen Pokphand Enterprise(Taiwan) CO., Ltd...etc.

| | |
|---|---|
| Vessel arrived Outer Harbor at | : 0354 Hrs On May. 23, 2015 |
| Free Pratique Granted at | : 0354 Hrs On May 23, 2015 |
| Notice of Readiness Tendered at | : 0354 Hrs On May 23, 2015 |
| Notice of Readiness Accepted at | : 0800 Hrs On May 25, 2015 |
| Vessel Alongside Pier No.71  at | : 0806 Hrs On May 23, 2015 |
| Discharging Commenced at | : 1500 Hrs On May 26, 2015 |
| Discharging Completed at | 2340 Hrs On May 28, 2015 |

Month: May.

| DAY | DATE | H.NO. | WORKING TIME FROM – TO | REMARKS |
|---|---|---|---|---|
| Sat. | 23rd | - | No work | 0354-Vsl arr. at Kaohsiung Port. |
| | | | | 0354-N/Readiness tendered. |
| | | | | 0710-0806 Hrs: Vsl shifted to Pier#71 F.E Silo from Anchorage. |
| | | | | 0806-2400 Hrs: For cargo inspection. |
| | | | | Rain time: 0354-0906,1025-1430, 1500-2400 Hrs. |
| Sun. | 24th | - | No work | Rain time: 0000-0700,0845-2400 Hrs. |
| Mon. | 25th | - | No work | 0800-N/Readiness accepted. |
| | | | | 1840-Cargo inspection passed. |
| | | | | Rain time: 0000-0820,1150-1335, 1335-1505,1610-1750,1930-2400 Hrs. |
| Tue. | 26th | 1,2,4 & 5 | 1500-1945 | 1500-1945:Commenced disch musty cargo at H.#1,2,4 &5. |
| | | | | 1950-2330: Disch. heated cargo at H.#2 |
| | | | | Rain time:0600-1500,2330-2400 Hrs. |
| Wed. | 27th | 2 | 0910-1040 | Discharging musty cargo at H.#2. |
| | | 5 | 1035-1200 | Discharging musty cargo at H.#5. |
| | | 3 | 1410-1540 | Discharging musty cargo at H.#3. |
| | | 5 | 1200-1740 | Discharging musty cargo at H.#5. |
| | | 2 | 0800-0910. | 1040-2000:Disch. heated cargo at H.#2. |
| | | | | Rain time: 0040-0325 Hrs. |
| Thu | 28th | 2 | 0915-2340 | Rain time:0430-0450,0500-0700 Hrs |
| | | | | 0830-0850:Lifting bulldozer in H.#2. |
| | | | | 0915-Discharging heated cargo at H.#2. |
| | | | | 2340-Completed disch. at H.#2. |

(Meal Break: 1200-1230, 1800-1830 Hrs.)
End

*Signed for receipt only without prejudice to the owners/Master's rights and without admission or acceptance of any liability*

EURASIA SUPERINTENDENCE LTD.

SURVEYOR
O/B OF ALL CARGO RECEIVERS

**CONFIDENTIAL**

# EXHIBIT 6

**CONFIDENTIAL**

# 國耀船務代理股份有限公司
## GLORY SHIPPING AGENCY CORP.

台中市梧棲區大智路二段281號4樓　　　　　　TEL: 886-4-26569811-5 Line
4F No.281 Dajhih Road Sec. 2　　　　　　　　FAX: 886-4-26567663
Wuchi, Taichung, Taiwan R.O C　　　　　　　TLX: (051) 94075377 GSAC
Website: www.gsac.com.tw　　　　　　　　　 E-Mail: gsac@mail.gsac.com.tw

## STATEMENT OF FACT

1. M.V. " CMB EDOUARD " V.36L Discharging 23,080.540 M/T of Paraguayan Soybeans in bulk at Taichung port.
2. Vessel arrived at Taichung outer harbour      1130HRS MAY. 29TH, 2015.
3. NOR Tendered / NOR Accepted                  1130HRS MAY. 29TH, 2015.
4. Pilot on board                                0705HRS JUN. 02ND, 2015.
5. Vessel berthed at pier No.3                   0806HRS JUN. 02ND, 2015.
6. Commenced discharging                         1525HRS JUN. 02ND, 2015.
7. Completed discharging                         1450HRS JUN. 07TH, 2015.

Month: May

| Date | Working/Time | Remark |
|---|---|---|
| 29TH Fri. | No work | 1130 Vessel arrived at Taichung outer harbor.<br>1130 NOR Tendered/ NOR Accepted.<br>1130-2400 Vessel waiting for dischg berthing. |
| 30TH Sat.<br>(Today is holiday.) | No work | 0000-2400 Vessel waiting for dischg berthing.<br>0935-1020 Rain time. |
| 31ST Sun.<br>(Today is holiday.) | No work | 0000-2400 Vessel waiting for dischg berthing.<br>1245-1530,1605-2400 Rain time. |

Month: June

| Date | Working/Time | Remark |
|---|---|---|
| 01ST Mon. | No work | 0000-2400 Vessel waiting for dischg berthing.<br>0000-0430,0730-0950 Rain time. |
| 02ND Tue. | 1525-2250 | 0000-0705 Vessel waiting for dischg berthing.<br>0705 Pilot on board.<br>0806 Vessel berthed at pier No.3.<br>1524 Passed cargo inspection.<br>1525-1540 Commenced dischg heavy sweated/mildewed damage cargo at h5.<br>1540 Resumed dischg heated/sweated/caked damage cargo at h5.<br>1550-2105 Commenced dischg heavy sweated/mildewed damage cargo at h1.<br>2105 Resumed dischg heated/sweated/caked damage cargo at h1.<br>2250 Ceased dischg at h1,5. |

**** TO BE CONTINUED ****

**CONFIDENTIAL**

| Month:Jun. | | MV CMB EDOUARD | Page:2/2 |
|---|---|---|---|
| 03RD Wed. | 0805-2250 | 0805 Resumed dischg at h5.<br>0825-1010 Commenced dischg heavy sweated/mildewed damage cargo at h3.<br>1200 Ceased dischg at h5.<br>1235-1535 Commenced dischg heavy sweated/mildewed damage cargo at h4.<br>1620 Ceased dischg at h3.<br>1650 Resumed dischg at h2.<br>2250 Ceased dischg at h2,4. | |
| 04TH Thu. | 0810-2250 | 0810 Resumed dischg at h4.<br>0830 Resumed dischg at h2.<br>0920 Ceased dischg at h4.<br>0940 Resumed dischg at h5.<br>1115 Finished dischg at h2.<br>1205 Resumed dischg at h1.<br>1805 Finished dischg at h5.<br>1900 Resumed dischg at h4.<br>2250 Ceased dischg at h1,4. | |
| 05TH Fri. | 0810-2250 | 0810 Resumed dischg at h1,4.<br>1010 Ceased dischg at h4.<br>1025 Resumed dischg at h3.<br>2015 Finished dischg at h1.<br>2015 Resumed dischg at h4.<br>2250 Ceased dischg at h3,4. | |
| 06TH Sat.<br>(Today is holiday.) | 0940-2250 | 0500-0940,1310-1510,1535-1635,1655-1755 Rain time.<br>0940 Resumed dischg at h3,4.<br>2250 Ceased dischg at h3,4. | |
| 07TH Sun.<br>(Today is holiday.) | 0815-1450 | 0815 Resumed dischg at h3,4.<br>1320 Finished dischg at h4.<br>1450 Completed dischg at h3. | |

\# TAICHUNG CARGO WAS FULLY DISCHARGED AND VESSEL'S DISCHARGING OPERATION WAS TO MASTER'S SATISFACTION
\# VESSEL WAS READY TO SAIL IN SEAWORTHY TRIM TO MASTER'S SATISFACTION

*Signed for receipt only without prejudice to the owners/vessel's rights and without admission or acceptance of any liability*

MASTER OF M.V. CMB EDOUARD V.36L

GLORY SHIPPING AGENCY CORP. O/B
UNITED PACIFIC SHIPPING AGENCY
CO., LTD. AS AGENT ONLY.

EURASIA SUPERINTENDENCE LTD.
O/B RECEIVERS.

CONFIDENTIAL