IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR 162 CORN LITIGATION ) ) ) This Document Relates To: ) ) The Kansas Class Trial ) ) | MDL No. 2591<br><br>Case No. 14-md-2591-JWL |

**<u>VERDICT FORM</u>**

We, the jury, impaneled and sworn in the above-entitled case, upon our oaths, do make the following unanimous answers to the questions propounded by the Court:

1. Did Class Plaintiffs prove, by a preponderance of the evidence, the requirements of negligence, as set forth in Instructions No. 13-15?

    Yes __✓__          No _____

*If your answer to Question 1 is YES, please answer Question 2; if the answer is NO, please sign and date the form below, and your deliberations are complete.*

2. Did Syngenta prove, by a preponderance of the evidence, its defense of a superseding cause, as set forth in Instruction No. 16?

    Yes _____          No __✓__

*If your answer to Question 2 is NO, please answer Question 3; if the answer is YES, please sign and date the form below, and your deliberations are complete.*

3. State the amount of damages that Class Plaintiffs proved, by a preponderance of the evidence, as set forth in Instruction No. 18.

$ __217,700,000__

*If your answer to Question 3 is greater than zero, please answer Question 4; if not, please sign and date the form below, and your deliberations are complete.*

4. Did Class plaintiffs prove, by clear and convincing evidence, that they should be awarded punitive damages in this case, as set forth in Instruction No. 19?

   Yes _____        No __✓__

*If your answer to Question 4 is YES, please answer Question 5; if the answer is NO, please sign and date the form below, and your deliberations are complete.*

5. State the amount of punitive damages that Class Plaintiffs proved, by clear and convincing evidence, as set forth in Instruction No. 19.

   $ _____

*Your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the Court that you have reached a verdict.*

__6-23-17__
Date

[signature redacted]
Foreperson

2