## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| In re: SYNGENTA AG MIR162 CORN LITIGATION ) ) ) ) ) ) This document relates to: ) ) The Kansas and Nationwide Classes Certified by the Court ) ) ) | CIVIL ACTION<br><br>No. 14-MD-2591-JWL |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** pursuant to the Jury Verdict returned on June 23, 2017; the Court's Memorandum and Order of September 11, 2015; the Court's Memorandum and Order of August 17, 2016; the Court's Memorandum and Order of April 5, 2017; and rulings at trial pursuant to Fed. R. Civ. P. 50, that judgment is entered against defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Seeds, Inc. (now known as Syngenta Seeds, LLC), and Syngenta Biotechnology, Inc. (now merged with Syngenta Crop Protection, LLC, with Syngenta Crop Protection, LLC, as the remaining entity) (collectively "defendants") and in favor of the Kansas Plaintiff Class, as defined in the Court's Memorandum and Order of September 26, 2016, on its claim of negligence, in the amount of Two Hundred Seventeen Million, Seven Hundred Thousand dollars ($217,700,000.00), plus post judgment interest at the rate of 1.22% per annum as provided by law; and defendants are granted judgment on

all other claims by the Kansas Plaintiff Class; and defendants are granted judgment on the claims by the Nationwide Plaintiff Class, as defined in the Court's Memorandum and Order of September 26, 2016.

**IT IS SO ORDERED.**

**Dated this 23rd day of June, 2017, in Kansas City, Kansas.**

**s/ Sharon Scheurer**
**By Deputy Clerk**
**TIMOTHY M. O'BRIEN**
**Clerk of the District Court**

**Form approved this 23rd day of June, 2017, in Kansas City, Kansas.**

**s/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**