IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE SYNGENTA AG MIR 162 CORN LITIGATION, | ) ) ) | MDL No: 2591 |
| This Document Relates to the Arkansas and Missouri Class Cases | ) ) ) ) | Case No. 14-md-2591-JWL |

## ORDER SETTING PRETRIAL CONFERENCE

On July 6, 2017, the presiding U.S. District Judge, John W. Lungstrum, issued a Memorandum and Order consolidating certain class actions for trial, with four staggered special settings in 2018, first up being trial of the claims of the Arkansas and Missouri classes on January 22, 2018, with dispositive motions concerning the Arkansas and Missouri claims due September 22, 2017 (ECF No. 3319). The undersigned U.S. Magistrate Judge, James P. O'Hara, has been directed by Judge Lungstrum to conduct final pretrial conferences for each of the consolidated trials.

The pretrial conference with regard to the Arkansas and Missouri class claims will be held on **August 4, 2017, at 9:00 a.m.** in Courtroom 223. For efficiency's sake, and with the assumption that both the court and attorneys will learn from this first pretrial conference on consolidated claims, and further since dispositive motions pertaining to the next cases in line (Illinois and Nebraska) aren't due until January 5, 2018, the undersigned will wait to set the remaining pretrial conferences until after the Arkansas/Missouri final pretrial order is

entered. But counsel should bring their calendars to the August 4, 2017 conference and be prepared to discuss possible settings, or perhaps just one, to deal with pretrial orders for each of the remaining three trials.

By **July 24, 2017**, with regard to the Arkansas/Missouri trial, the parties shall submit their proposed pretrial order, in Word format, to the undersigned's chambers. The parties are directed to use as a starting point the final pretrial order governing the trial of the Kansas claims (ECF No. 2848), and to modify it <u>only</u> to address state-specific issues. As Judge Lungstrum has repeatedly noted, the court will <u>not</u> permit any party to re-litigate an issue the court has previously resolved.[1]

Dated July 7, 2017, at Kansas City, Kansas.

          s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[1] *See* ECF No. 3319 ("As the Court has previously indicated, the Court does not intend that the parties re-argue issues that it has already resolved.").