-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION | No. 2:14-MD-02591-JWL-JPO |
| THIS DOCUMENT RELATES TO: | MDL No. 2591 |
| ALL CASES | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR APPROVAL OF IN RE: SYNGENTA AG MIR 162 CORN LITIGATION
COMMON BENEFIT QUALIFIED SETTLEMENT FUND TRUST
AND AGREED MOTION FOR APPOINTMENT OF SPECIAL MASTER**

This matter is before the Court on Plaintiffs' Unopposed Motion for Approval of In Re: Syngenta AG MIR 162 Corn Litigation Common Benefit Qualified Settlement Fund Trust and Agreed Motion for Appointment of Special Master (ECF No. 3353) (the "QSF Motion"). After considering the Motion and determining that it should be granted, the Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED:

1. The Court, having determined that the establishment of a Qualified Settlement Fund under 26 U.S.C. § 468B would be in the best interests of the parties in the implementation of Section IV of the Court's July 27, 2015, Order Establishing Protocols for Common Benefit Work and Expenses and Establishing the Common Benefit Fee and Expense Funds (ECF No. 936) (the "CBO Order"), hereby approves the Trust Instrument identified as Exhibit "B" to the QSF Motion (the "Trust Instrument"); and Liaison, Class and Co-Lead Counsel, as proposed in the Motion, are directed to execute the Trust Instrument and serve as Trustees of the trust to be

-2-

created by the Trust Instrument in accordance with its terms and conditions and as set forth by the CBO Order, until further order of the Court; and,

2. The Court, having further determined, upon the parties' agreement, that good cause has been shown for the appointment of Ted Halpin ("Halpin") to serve as Special Master and perform the duties specified under Article IV of the CBO Order, hereby appoints Halpin as Special Master to perform the duties specified in Article IV of the CBO Order, and orders that Halpin is entitled to the compensation disclosed on Exhibit "D" to the Motion and in accordance with the terms and conditions of the CBO Order.

3. Nothing in this Order modifies the requirements of the CBO Order.

IT IS SO ORDERED.

Dated this 1st day of August, 2017, at Kansas City, Kansas.

        s/ John W. Lungstrum  
        Hon. John W. Lungstrum  
        UNITED STATES DISTRICT JUDGE

4118853.1