CLERK'S COURTROOM MINUTE SHEET – CIVIL

IN RE: SYNGENTA MIR 162
CORN LITIGATION

Case No:  14-md-2591-JWL

Attorney for Plaintiffs: Patrick J. Stueve,
Don M. Downing
Scott Powell
Bradley Wilders

Attorney for Defendants: Thomas P. Schult
Ragan Naresh
Patrick F. Philbin

| JUDGE: | John W. Lungstrum | DATE: | 8/25/2017 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Kim Greiner |

# TELEPHONE STATUS CONFERENCE

After consultation with counsel, the Court hereby orders:

The jury trial in the ARKANSAS & KANSAS Classes certified set for January 22, 2018 is hereby RESCHEDULED to begin on **TUESDAY, JANUARY 16, 2017 AT 9:00 a.m.**

The jury trial in the Ohio Class certified that is currently set for October 8, 2017 is RESCHEDULED to begin on **TUESDAY, OCTOBER 9, 2017 at 9:00 a.m.**

As to the unopposed motion to enter judgment including a plan of allocation of damages (doc. #3398), the Court orders that the plaintiff's, although they indicate they have no objection, to file a written response setting forth their position.