IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE SYNGENTA AG MIR 162 | § | |
| CORN LITIGATION | § | No. 2:14-MD-02591-JWL-JPO |
| | § | |
| THIS DOCUMENT RELATES TO: | § | MDL No. 2591 |
| | § | |
| ALL CASES | § | |

**HOSSLEY-EMBRY PLAINTIFFS' MOTION TO JOIN TOUPS/COFFMAN PLAINITIFFS' MOTION TO (i) DELAY CONSIDERATION OF THE REQUEST FOR PRELIMINARY APPROVAL OF THE MEDIATED SETTLEMENT AGREEMENT, (ii) BE APPOINTED TO THE PLAINTIFFS' SETTLEMENT NEGOTIATION COMMITTEE, AND (iii) COMPEL THE PRODUCTION OF DOCUMENTS AND INFORMATION**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

The over 650 corn producer plaintiffs from Iowa, South Dakota, North Dakota and Minnesota represented by Daniel Allen Hossley of Hossley-Embry, LLP along with its various co-counsel in this litigation (collectively hereinafter referred to as the "Hossley-Embry Plaintiffs") respectfully move the Court to join in the Toups/Coffman Plaintiffs' Motion To (i) Delay Consideration of the Request for Preliminary Approval of the Mediated Settlement Agreement (MSA), (ii) Be Appointed to the Plaintiffs' Settlement Negotiation Committee, and (iii) Compel the Production of Documents and Information filed by Mitchell A. Toups and Richard L. Coffman on February 27, 2018 (hereinafter referred to as the "Toups/Coffman Plaintiffs' Motion").[1]

**THE HOSSLEY-EMBRY PLAINTIFFS**

The Hossley-Embry law firm began filing its first cases on behalf of the corn producer farmers against the Syngenta Corporation and the other Defendants back in approximately October of 2015 in the United States District Court for the District of South Dakota, Northern

---

[1] In support of this motion to join, *see* attached hereto as **Exhibit 1**, Daniel Allen Hossley's Declaration.

Division and in November of 2015 in the United States District Court Northern District of Iowa Western Division. Since its first filings, Hossley-Embry has filed over 650 individual corn producing farmers' cases, <u>each with their own separate cause number</u>. All of these individually filed cases are now pending before this Honorable MDL Court. The Hossley-Embry Plaintiffs also produced two of the bellwether plaintiffs in the Federal MDL proceeding, both of whom, with the full assistance of the Hossley-Embry law firm, participated in the discovery process, including responding to discovery and producing the plaintiffs for their depositions.

Similar to the Toups/Coffman Plaintiffs' counsel, Hossley-Embry's counsel and its Plaintiffs have been actively involved in the work up of their individual cases not to mention the overwhelming amount of expense incurred since 2014 on behalf of each corn producer plaintiff. Additionally, the Hossley-Embry Plaintiffs' counsel spent countless time with each of their clients, their local Farm Services Administration (FSA) offices, local crop insurance agencies, and other local elevators, ethanol plants, and seed sales offices to provide all of the supporting documents as required by the Court.

### <u>SILENT SETTLEMENT SPECIAL MASTER AND COUNSEL FOR THE PLAINTIFFS' SETTLEMENT NEGOTIATION COMMITTEE</u>

Again similar to the Toups/Coffman Plaintiffs' counsel, the Hossley-Embry Plaintiffs' counsel experienced silence from the Settlement Special Master and from the Counsel for Plaintiffs' Settlement Negotiation Committee. On March 21, 2016, the Court appointed Ellen K. Reisman ("Reisman") as the settlement special master "to explore settlement of all the cases, in all of the courts in which they are pending." *See* (Doc. #1745) **Exhibit C** to the Toups/Coffman Plaintiffs' Motion.

In 2016, Daniel Allen Hossley attempted to reach out to Reisman to participate in the settlement discussions. However, none of his attempted phone calls were returned. In August of

2017, Daniel Allen Hossley sent an email to Reisman requesting to speak to her or a member of the Plaintiffs' Settlement Negotiation Committee. *See* **Exhibit 2**. Again, there was no response from Reisman.

On August 8, 2017, the Plaintiffs' Settlement Negotiation Committee was appointed and two lawyers would represent the class actions (Chris Seeger and Dan Gustafson) and two lawyers representing the individual producer plaintiffs (Mikal Watts and Clayton Clark). *See* Doc. #3366, **Exhibit D** to the Toups/Coffman Plaintiffs' Motion. Again, counsel for the Hossley-Embry Plaintiffs attempted to learn information regarding the settlement negotiations, the Syngenta settlement term sheet, preliminary MSA, and side agreements by and between the various Plaintiffs' Settlement Negotiation Committee members. Recently, the Hossley-Embry Plaintiffs' counsel sent an email to Mikal Watts requesting any information. *See* **Exhibit 3**. The email was never responded to.

**WHEREFORE**, the Hossley-Embry Plaintiffs respectfully request the Court to allow the Hossley-Embry Plaintiffs to join in Toups/Coffman Plaintiffs' Motion requesting to (i) Delay consideration of the Plaintiffs' Settlement Negotiation Committee's anticipated request for preliminary approval of the version of the MSA negotiated and agreed to by the Plaintiffs' Settlement Negotiation Committee as it is currently constituted until such time as the Hossley-Embry Plaintiffs' counsel have had an opportunity to review along with Toups/Coffman Plaintiffs, provide input, and sign off on the MSA (or an amended version of the MSA), (ii) Compel the Plaintiffs Settlement Negotiation Committee and the Special Master to produce copies of the original Syngenta term sheet, all drafts of the MSA and the current version of the signed MSA, and all documents and information pertaining to any other written or unwritten side agreement(s), if any, by and between the Plaintiffs' Settlement Negotiation Committee members and/or other counsel, (iii) Appoint a representative of the Hossley-Embry Plaintiffs or

3

Toups/Coffman counsel to the Plaintiffs' Settlement Negotiation Committee to represent their joint interests and (iv) grant them such other and further relief to which they are justly entitled.

Date:  February 28, 2018

                                              Respectfully submitted,

                                              /s/ *Daniel Allen Hossley*
                                              D. Allen Hossley
                                              **HOSSLEY – EMBRY, LLP**
                                              South Dakota State Bar 3800
                                              Texas State Bar 00792591
                                              515 S. Vine Avenue
                                              Tyler, Texas 75702
                                              Telephone:  903-526-1772
                                              Facsimile:   903-526-1773
                                              allen@hossleyembry.com

                                              **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Hossley-Embry Plaintiffs' Motion to Join the Toups/Coffman Plaintiffs' Motion to (i) Delay Consideration of the Request for Preliminary Approval of the Mediated Settlement Agreement, (ii) Be Appointed to the Plaintiffs' Settlement Negotiation Committee, and (iii) Compel the Production of Documents and Information was served on all counsel of record, via the Court's electronic filing system, on February 28, 2018.

                                       */s/ Daniel Allen Hossley*
                                       D. Allen Hossley