IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:**<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279 | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS AND SUBCLASSES, APPOINTMENT OF SETTLEMENT CLASS COUNSEL, SUBCLASS COUNSEL, AND CLASS REPRESENTATIVES, APPROVAL TO DISSEMINATE THE CLASS NOTICE, APPOINTMENT OF THE NOTICE ADMINISTRATOR AND CLAIMS ADMINISTRATOR AND SPECIAL MASTERS, AND ADOPTION <u>OF A SCHEDULE FOR THE FINAL APPROVAL PROCESS</u>**

On February 26, 2018, Plaintiffs and the Syngenta Defendants[1] entered into a Settlement Agreement ("Settlement"), attached as Exhibit A to Plaintiffs' contemporaneously filed Memorandum in Support of this Motion ("Memorandum"). For the reasons stated in their Memorandum and supporting materials, Plaintiffs move for the following relief:

---

[1] "Syngenta" refers collectively to the various Syngenta affiliates that were named as defendants in this litigation (Syngenta AG, Syngenta Corporation, Syngenta Crop Protection AG, Syngenta Crop Protection LLC, Syngenta Biotechnology, Inc., and Syngenta Seeds, LLC (f/k/a Syngenta Seeds, Inc.), collectively with all of their affiliates and predecessor and successor entities, which are parties to the Settlement.

1. Provisional certification of the following Settlement Class and four Subclasses for settlement purposes only:

> Any Person in the United States that during the Class Period owned any Interest in Corn in the United States priced for sale during the Class Period <u>and</u> falls into one of the four sub-classes:
>
> a. <u>Subclass 1</u>: Any Producer in the United States that, during the Class Period owned any Interest in Corn in the United States priced for sale during the Class Period, excluding Producers that, at any time prior to the end of the Class Period, purchased Agrisure Viptera Corn Seed and/or Agrisure Duracade Corn Seed and produced Corn grown from Agrisure Viptera Corn Seed and/or Agrisure Duracade Corn Seed. ("Non-Viptera/Duracade Purchaser Subclass");
>
> b. <u>Subclass 2</u>: Any Producer in the United States that during the Class Period owned any Interest in Corn in the United States priced for sale during the Class Period and that, at any time prior to the end of the Class Period, purchased Agrisure Viptera Corn Seed and/or Agrisure Duracade Corn Seed and produced Corn grown from Agrisure Viptera Corn Seed or Agrisure Duracade Corn Seed. ("Viptera/Duracade Purchaser Subclass");
>
> c. <u>Subclass 3</u>: Any Grain Handling Facility in the United States that during the Class Period owned any Interest in Corn in the United States priced for sale during the Class Period. ("Grain Handling Facility Subclass");
>
> d. <u>Subclass 4</u>: Any Ethanol Production Facility in the United States that during the Class Period owned any Interest in Corn in the United States priced for sale during the Class Period. ("Ethanol Production Facility Subclass").[2]

---

[2] Excluded from the Settlement Class are: (a) the Court and its officers, employees, appointees, and relatives; (b) Syngenta and its affiliates, subsidiaries, officers, directors, employees, contractors, agents, and representatives; (c) all plaintiffs' counsel in the MDL Actions or the Related Actions; (d) government entities; (e) those who opt out of the Settlement Class; and (f) "Excluded Exporters." Excluded Exporter means Archer Daniels Midland Company, Bunge North America, Inc., Cargill, Incorporated, Cargill, International SA, Louis Dreyfus Company, BV, Louis Dreyfus Company, LLC, Louis Dreyfus Company Grains Merchandising, LLC, Gavilon Grain, LLC, Trans Coastal Supply Company, Inc., Agribase International Inc., or the Delong Co. Inc., and their respective parent(s) and each of their predecessors, affiliates, assigns, successors, related companies, subsidiary companies, holding companies, insurers, reinsurers, current and former attorneys, and their current and former members, partners, officers, directors, agents, and employees, in their capacity as such, any licensees, distributors, retailers, seed dealers, seed advisors, other resellers, and their insurers, and affiliates, in their capacity as

2. Appointment of the following Plaintiffs named in the Producer Plaintiffs' Fourth Amended Master Class Action Complaint as Representative Plaintiffs:

   a. For the Non-Viptera/Duracade Purchaser Subclass: Mike DaVault, Bradley DaVault, and David DaVault d/b/a DaVault ArkMo Farms; Steven A. Wentworth ; Charles B. Lex; Five Star Farms; the "Grafel entities" (Beaver Creek Farms, Inc., Demmer Farms, Inc., Grafel Farms, LLC, and D. and S. Grain & Cattle Co.); David Polifka; David Polifka Revocable Living Trust; Bottoms Farms Partnership; JPPL, Inc.; NEBCO, Inc.; TRIPLE BG Partnership; David Schwaninger; Kaffenbarger Farms, Inc.; Bieber Farm; Rolling Ridge Ranch, LLC; Grant Annexstad; Roger Ward; and, Leroy Edlund.

   b. For the Viptera/Duracade Purchaser Subclass: Robert & Todd Niemeyer (Custom Farm Services LLC); Charles Cobb (CE Cobb Farms); and, Marvin Miller.

   c. For the Grain Handling Facility Subclass: Kruseman Fertilizer Company.

   d. For the Ethanol Production Facility Subclass: Al-Corn Clean Fuel, LLC.

3. Appointment of Christopher A. Seeger, Daniel E. Gustafson, and Patrick J. Stueve as Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade Purchaser Subclass; Lynn R. Johnson as Subclass Counsel for the Viptera/Duracade Purchaser Subclass; Kenneth A. Wexler for the Grain Handling Facility Subclass; and James E. Cecchi as Subclass Counsel for the Ethanol Production Facility Subclass.

4. Preliminary approval of the Settlement, approval of the claims process, notice plan, including the Long Form Notice and Publication Notice, and permission to disseminate notice in accordance with the requirements of Rule 23 and Due Process pursuant to the terms of the Notice Plan described in Plaintiffs' Memorandum.

---

such. Excluded Exporter does not include, however, any Grain Handling Facilities or Ethanol Production Facilities, except those operated, owned (in whole or in part, directly or indirectly), or administered by one of the entities specifically listed in this paragraph.

5. Appointment of BrownGreer PLC as Notice Administrator and Claims Administrator for this Settlement.

6. Appointment of Ellen K. Reisman and the Honorable Daniel Stack (ret.) as Special Masters to oversee various aspects of the settlement as set forth in the Settlement Agreement.

7. The setting of deadlines as set forth in Plaintiffs' Memorandum and the scheduling of a Fairness Hearing, at which the Court will hear argument on the fairness, adequacy and reasonableness of the Settlement, the award of attorneys' fees and costs, and entertain any objections to the Settlement.

8. All other relief requested in Plaintiffs' Memorandum and the proposed order submitted therewith.

Dated: March 12, 2018

Respectfully Submitted,

/s/ Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
stueve@stuevesiegel.com

*Co-Lead, Litigation Class and Liaison Counsel for Plaintiffs and Proposed Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade Purchaser Subclass (Subclass 1)*


**SEEGER WEISS LLP**
Christopher A. Seeger
55 Challenger Road
Ridgefield Park, NJ  07660
Telephone:    (212) 584-0700
cseeger@seegerweiss.com

*Member of Plaintiffs' Settlement Negotiation Committee and Proposed Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade Purchaser Subclass (Subclass 1)*


**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
120 S. 6th St., Minneapolis, MN 55402
Telephone:    (612) 333-8844
Facsimile:    (612) 339-6622
dgustafson@gustafsongluek.com

*Minnesota Co-Lead Litigation Class Counsel, Member of Plaintiffs' Settlement Negotiation Committee and Proposed Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade*

*Purchaser Subclass (Subclass 1)*

**GRAY, RITTER & GRAHAM, P.C.**
Don M. Downing, MO Bar #30405
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone:   (314) 200-4737
Facsimile:    (314) 241-4140
ddowning@grgpc.com

**HARE WYNN NEWELL & NEWTON**
Scott A. Powell, #ASB-7523-L60S
2025 3rd Ave. North, Suite 800
Birmingham, Alabama 35203
Telephone:   (205) 328-5330
Facsimile:    (205) 324-2165
scott@hwnn.com
bvines@hwn.com

**GRAY REED & McGRAW, P.C.**
William B. Chaney, TX Bar #04108500
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:    (214) 954-4135
Facsimile:     (214) 953-1332
wchainey@grayreed.com

*Co-Lead and Litigation Class Counsel*

**SHAMBERG JOHNSON AND BERGMAN**
Lynn R. Johnson
2600 Grand Blvd.
Suite 500
Kansas City, Missouri 64108
Telephone:    (816) 474-0004
Facsimile:     (816) 474-0003
ljohnson@sjblaw.com

*Proposed Subclass Counsel for the Viptera/Duracade Purchaser Subclass (Subclass 2)*

6

**WEXLER WALLACE LLP**
Kenneth A. Wexler
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Telephone:    (816) 589-6270
Facsimile:    (312) 346-2222
kaw@wexlerwallace.com

*Proposed Subclass Counsel*
*for the Grain Handling*
*Facility Subclass (Subclass 3)*

**CARELLA, BYRNE, CECCHI, OLSTEIN,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone:    (973) 994-1700
Facsimile:    (973) 994-1744
JCecchi@carellabyrne.com

*Proposed Subclass Counsel*
*for the Ethanol Production*
*Facility Subclass (Subclass 4)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/  Patrick J. Stueve
Plaintiffs' Co-Lead, Liaison, and Class Counsel for Plaintiffs