IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES EXCEPT:<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279 | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Settlement Agreement |
| Exhibit 1 to Ex. A | List of Related Actions |
| Exhibit 2 to Ex. A | Claim Form |
| Exhibit 3 to Ex. A | Long-form Notice |
| Exhibit 4 to Ex. A | Notice Plan |
| Exhibit 5 to Ex. A | Publication Notice |
| Exhibit 6 to Ex. A | List of Released Parties |
| Exhibit B | Judgment Entry in *Fostoria Ethanol, LLC v. Syngenta Seeds, Inc.* |
| | Declaration of Patrick J. Stueve |
| | Declaration of Daniel E. Gustafson |
| | Declaration of Christopher A. Seeger |
| | Declaration of Orran L. Brown, Sr. ("Brown Decl.") |
| Exhibit 1 to Brown Decl. | Biography of Orran L. Brown, Sr. |
| Exhibit 2 to Brown Decl. | BrownGreer PLC Summary |
| Exhibit 3 to Brown Decl. | Long-form Notice |
| Exhibit 4 to Brown Decl. | Print Publication Notice |
| Exhibit 5 to Brown Decl. | Pre-Opt Out Deadline Radio Script |
| Exhibit 6 to Brown Decl. | Post-Opt Out Deadline Radio Script |

1

| | |
|---|---|
| Exhibit 7 to Brown Decl. | Facebook Ad |
| Exhibit 8 to Brown Decl. | Press Release |
| Exhibit 9 to Brown Decl. | Fliers to FSA Offices and Trade Organizations |
| Exhibit 10 to Brown Decl. | Short-Form Postcard Reminder |
| Exhibit 11 to Brown Decl. | FJC Checklist |
| Exhibit C | Firm resume of Seeger Weiss LLP |
| Exhibit D | Firm resume of Gustafson Gluek PLLC |
| Exhibit E | Firm resume of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. |
| Exhibit F | Firm resume of Shamberg Johnson & Bergman |
| Exhibit G | Firm resume of Wexler Wallace LLP |