# EXHIBIT 1

## to Settlement Agreement

## **EXHIBIT 1**

## **LIST OF RELATED ACTIONS**

The following actions and all actions consolidated or associated with them, as well as all actions asserting Claims substantially similar to those listed below, are the "Related Actions."

**United States District Court for the District of Kansas**
*In re Syngenta AG MIR162 Corn Litigation,* No. 2:14-md-02591 (D. Kan.)

**District Court, County of Hennepin, Fourth Judicial Circuit**
*In re Syngenta Litigation,* No. 27-cv-15-3785 (4th Jud. Dist. Ct., Minn.)

**Southern District of Illinois**
*In re Syngenta Mass Tort Actions*, No. 3:15-cv-00255-DRH and No. 3:15-cv-01221-DRH (S.D. Ill.)

**Circuit Court of the First Judicial Circuit, Williamson County, Illinois**
*Browning v. Syngenta Seeds, Inc. et al.,* No. 15-L-157 (Ill. Cir. Ct.)

**Court of Common Pleas of Seneca County, Ohio**
*Fostoria Ethanol, LLC v. Syngenta Seeds, Inc.* No. 15-cv-0323 (Seneca Cty., Ohio)

**State Court of Michigan in the 54th Circuit Court for the County of Tuscola**
*Michigan Ethanol, LLC v. Syngenta Seeds, LLC, et al.,* No. 17-29831-NZ (Tuscola Cty., Mich.)

**District Court of Perkins County, Nebraska**
*Mid America Agri Products/Wheatland, LLC v. Syngenta Seeds, LLC, et al.* No. CI 14-32 (Perkins Cty., Neb.)

**State of Indiana, County of Madison Superior Court**
*Ultimate Ethanol, LLC v. Syngenta Seeds, Inc. et al.,* No. 48C05-1512-CT-000184 (Madison Cty., Indiana)

**Iowa District Court for Carroll County**
*TCE, LLC v. Syngenta Seeds, Inc.,* No. EQCV 039491 (Carroll Cty., Iowa)