# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES EXCEPT:<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279 | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**DECLARATION OF DANIEL E. GUSTAFSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASSES AND SUBCLASSES, APPOINTMENT OF SETTLEMENT CLASS COUNSEL, SUBCLASS COUNSEL, AND CLASS REPRESENTATIVES, APPROVAL TO DISSEMINATE THE CLASS NOTICE, APPOINTMENT OF THE NOTICE ADMINISTRATOR AND CLAIMS ADMINISTRATOR AND SPECIAL MASTERS, AND ADOPTION OF A SCHEDULE FOR THE FINAL APPROVAL PROCESS**

Pursuant to 28 U.S.C. § 1746, I, DANIEL E. GUSTAFSON, hereby declare and state as follows:

1. I am licensed to practice law in the State of Minnesota and am admitted to practice in the District of Minnesota. I am a member of Gustafson Gluek PLLC.

47580

2. I am proposed Co-Class and Co-Subclass Counsel, respectively, for both the proposed Settlement Class and the proposed settlement subclass of corn producers who did not purchase Agrisure Viptera and Agrisure Duracade corn seed, as defined in the accompanying motion for, among other things, preliminary settlement approval and provisional settlement class certification.

3. I respectfully submit this Declaration in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, Provisional Certification of Settlement Classes and Subclasses, Appointment of Settlement Class Counsel, Subclass Counsel, and Class Representatives, Approval to Disseminate the Class Notice, Appointment of The Notice Administrator and Claims Administrator and Special Masters, and Adoption of a Schedule for the Final Approval Process.

4. On August 5, 2015, William Sieben and I were appointed Co-Lead Interim Class Counsel for a Minnesota proposed class of corn producers by Judge Spikins in *In re Syngenta Class Action Litigation*, Court File Nos. 27-CV-15-12625 and 27-cv-15-3785 (4th Jud. Dist. Ct. Minn.) ("Minnesota Actions").

5. I was actively involved in all aspects of the litigation in the Minnesota Actions, working closely with William Sieben as well as Lewis A. Remele, Jr. and Francisco Guerra, IV who were appointed as Co-Lead Counsel for the Individual Plaintiffs in the Minnesota Actions. I was intimately involved in the conduct of discovery, expert work, and trial preparation of all aspects of the Minnesota Actions. My direct involvement in all aspects of the litigation forms the basis of my judgement that this settlement is fair, reasonable and adequate

6. Throughout this litigation, the MDL and Minnesota plaintiffs coordinated discovery efforts against Syngenta, which included the production of millions of pages of

47580

documents, depositions of numerous Syngenta employees or former employees and third-party witnesses. Minnesota Co-Lead Counsel, or counsel designated by them, participated in all or nearly all of those depositions.

7. In the Minnesota Actions, the plaintiff class representatives' depositions were taken, as were those of numerous bellwether plaintiffs. Minnesota Co-Lead Counsel organized various lawyers to act as a deposition team to prepare and produce plaintiffs for deposition. These depositions occurred in several states across the country. In addition, Minnesota Co-Lead Counsel or the counsel designated by them responded to written discovery propounded on the plaintiffs' class representatives' and bellwether plaintiffs and collected and produced documents on behalf of those plaintiffs.

8. The MDL and Minnesota Class Plaintiffs jointly retained two agricultural economists to provide opinions in support of class certification. On June 15, 2016, Plaintiffs in the Minnesota Actions moved to certify the Minnesota class, using the same expert agricultural economists whose reports were submitted in the federal MDL. Syngenta deposed these experts and then filed a forceful opposition brief, supported by its own expert reports. MDL counsel and Minnesota counsel deposed Syngenta's experts for class certification in August 2016. On august 17, 2016, Minnesota plaintiffs filed their reply brief in support of their motion class certification.

9. This Court held an evidentiary hearing on the MDL Plaintiff corn producers' class certification motion in September 2016, which Judge Thomas M. Sipkins, then presiding over the Minnesota state court, attended. During that hearing, the Court heard testimony from both of Plaintiffs' agricultural economists and argument from counsel. On September 16, 2016, the Minnesota state court separately heard argument on Minnesota Plaintiffs' motion for class certification.

47580

10. On November 3, 2016, the Minnesota state court granted in full the Minnesota Plaintiffs' class motion.

11. Syngenta petitioned for interlocutory appeal but, on January 10, 2017, the Minnesota Court of Appeals denied interlocutory review.

12. Notice was sent by first-class mail to Class Members in the Minnesota Actions on February 17, 2017.

13. With respect to the merits, Plaintiffs in the Minnesota Actions prepared and produced twelve expert witnesses on issues related to biotechnology, the standard of care, GMO cross-pollination, the Chinese regulatory system, corporate governance, agricultural economics, and damages.

14. Syngenta produced reports for fourteen experts in the Minnesota Actions.

15. All of the merits experts for both parties were deposed.

16. On April 26, 2017, just prior to the start of the first individual plaintiff trial in Minnesota, a mistrial was declared in the bellwether case due to a problem that arose with the jury. That trial was re-scheduled to begin July 10, 2017 but was resolved on the eve of trial.

17. On August 9, 2017, I was appointed as a Member of the Plaintiffs' Settlement Negotiation Committee (hereinafter "PNC") by this Court, along with Christopher A. Seeger, Mikal Watts, and Clayton A. Clark. That same day, the courts in the Minnesota Actions and in the Illinois Actions also entered similar orders.

18. On September 11, 2017, a jury trial began in Minnesota on behalf of the Minnesota class. On September 25, 2017, mid-way through the Minnesota class trial, Syngenta and the PNC entered into a settlement term sheet and Judge Laurie Miller, who was presiding over the Minnesota Actions, dismissed the jury.

47580

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 9, 2018                    */s/ Daniel E. Gustafson*
                                        Daniel E. Gustafson

47580