IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE SYNGENTA AG MIR 162 | § | |
| CORN LITIGATION | § | No. 2:14-MD-02591-JWL-JPO |
| | § | |
| THIS DOCUMENT RELATES TO: | § | MDL No. 2591 |
| | § | |
| ALL CASES | § | |

**HOSSLEY-EMBRY PLAINTIFFS' MOTION TO JOIN
TOUPS/COFFMAN PLAINITIFFS' RESPONSE IN OPPOSITION TO CLASS
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS
SETTLEMENT AGREEMENT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

The over 650 corn producer plaintiffs from Iowa, South Dakota, North Dakota and Minnesota represented by Daniel Allen Hossley of Hossley-Embry, LLP along with its various co-counsel in this litigation (collectively hereinafter referred to as the "Hossley-Embry Plaintiffs")[1] respectfully move the Court to join in the Toups/Coffman Plaintiffs' Response in Opposition to Class Counsel's Motion for Preliminary Approval of the Proposed Class Settlement Agreement (the "Toups/Coffman Plaintiffs' Response").[2]

**THE HOSSLEY-EMBRY PLAINTIFFS**

The Hossley-Embry law firm began filing its first cases on behalf of the corn producer farmers against the Syngenta Corporation and the other Defendants back in approximately October of 2015 in the United States District Court for the District of South Dakota, Northern Division and in November of 2015 in the United States District Court Northern District of Iowa Western Division. Since its first filings, Hossley-Embry has filed over 650 individual corn

---

[1] Please see **Exhibit A** for a listing of all Plaintiffs representative by the law firm Hossley Embry, LLP and its co-counsel in this litigation.

[2] In support of this motion to join, *see* **Exhibit 1**, Daniel Allen Hossley's Declaration, attached to Hossley-Embry Plaintiffs' Motion to Join Toups/Coffman Plaintiffs' Motion To (i) Delay Consideration of the Request for Preliminary Approval of the Mediated Settlement Agreement, (ii) Be Appointed to the Plaintiffs' Settlement Negotiation Committee, and (iii) Compel the Production of Documents and Information filed on February 28, 2018.

producing farmers' cases, <u>each with their own separate cause number</u>.[3] All of these individually filed cases are now pending before this Honorable MDL Court. The Hossley-Embry Plaintiffs also produced two of the bellwether plaintiffs in the Federal MDL proceeding, both of whom, with the full assistance of the Hossley-Embry law firm, participated in the discovery process, including responding to discovery and producing the plaintiffs for their depositions.

Similar to the Toups/Coffman Plaintiffs' counsel, Hossley-Embry's counsel and its Plaintiffs have been actively involved in the work up of their individual cases not to mention the overwhelming amount of expense incurred since 2014 on behalf of each corn producer plaintiff. Additionally, the Hossley-Embry Plaintiffs' counsel spent countless time with each of their clients, their local Farm Services Administration (FSA) offices, local crop insurance agencies, and other local elevators, ethanol plants, and seed sales offices to provide all of the supporting documents as required by the Court. Accordingly, the Hossley-Embry Plaintiffs' are similarly situated to the Toups/Coffman Plaintiffs' and the arguments and exhibits set forth in the Toups/Coffman Plaintiffs' Response apply equally to the Hossley-Embry Plaintiffs' and, thus, are incorporated herein by reference as if set forth in full.

**WHEREFORE**, the Hossley-Embry Plaintiffs respectfully request the Court to allow the Hossley-Embry Plaintiffs to join in Toups/Coffman Plaintiffs' Response requesting the Court to (i) reject the proposed Class Settlement Agreement as currently written and deny the Motion for Preliminary Approval, (ii) deny the filing of the Fourth Amended Class Action Complaint (Doc. #3505) to the extent it is inconsistent with the STS (iii) enforce the STS, (iv) direct Class Counsel and the PNC to reform the proposed Class Settlement Agreement to exclude Hossley-Embry Plaintiffs and all other Individual Plaintiffs, so they may proceed to consummate and distribute Individual Plaintiffs' portion of the Syngenta Settlement in the 23rd District Court of

---

[3] Please see **Exhibit A**.

2

Brazoria County, Texas, in a manner consistent with the terms of the STS, and (v) grant Hossley-Embry Plaintiff any and all other and further relief to which they are justly entitled.

Date:  March 26, 2018

                                      Respectfully submitted,

                                      */s/ Daniel Allen Hossley*
                                      D. Allen Hossley
                                      **HOSSLEY – EMBRY, LLP**
                                      South Dakota State Bar 3800
                                      Texas State Bar 00792591
                                      515 S. Vine Avenue
                                      Tyler, Texas 75702
                                      Telephone:  903-526-1772
                                      Facsimile:   903-526-1773
                                      allen@hossleyembry.com

                                      **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the Hossley-Embry Plaintiffs' Motion to Join the Toups/Coffman Plaintiffs' Response in Opposition to Class Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement Agreement was served on all counsel of record, via the Court's electronic filing system, on March 26, 2018.

                                                  /s/ *Daniel Allen Hossley*
                                                   D. Allen Hossley

4