# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE SYNGENTA AG MIR 162 | § | |
| CORN LITIGATION | § | No. 2:14-MD-02591-JWL-JPO |
| | § | |
| THIS DOCUMENT RELATES TO: | § | MDL No. 2591 |
| | § | |
| ALL CASES | § | |

## HOSSLEY-EMBRY PLAINTIFFS' MOTION TO JOIN TOUPS/COFFMAN PLAINITIFFS' REPLY IN RE: THEIR MOTION TO DELAY CONSIDERATION OF CLASS COUNSEL'S MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS SETTLEMENT AGREEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

The Hossley-Embry Plaintiffs respectfully move the Court to join in the Toups/Coffman Plaintiffs' Reply In Re: Their Motion to Delay Consideration of Class Counsel's Motion for Preliminary Approval of the Proposed Class Settlement Agreement. (the "Toups/Coffman Plaintiffs' Reply").[1]

The Hossley-Embry Plaintiffs' are similarly situated to the Toups/Coffman Plaintiffs' and the arguments set forth in the Toups/Coffman Plaintiffs' Reply and thus apply equally to the Hossley-Embry Plaintiffs' and, thus, are incorporated herein by reference as if set forth in full.

**WHEREFORE**, the Hossley-Embry Plaintiffs respectfully request the Court to allow the Hossley-Embry Plaintiffs to join the Toups/Coffman Plaintiffs' Reply In Re: Their Motion to Delay Consideration of Class Counsel's Motion for Preliminary Approval of the Proposed Class Settlement Agreement including any and relief requested and set for in the Toups/Coffman Plaintiffs' Reply.

Date:  March 26, 2018

---

[1] Please see **Exhibit A** for a listing of all Plaintiffs representative by the law firm Hossley Embry, LLP and its co-counsel in this litigation.

Respectfully submitted,

 /*s/ Daniel Allen Hossley*
D. Allen Hossley
**HOSSLEY – EMBRY, LLP**
South Dakota State Bar 3800
Texas State Bar 00792591
515 S. Vine Avenue
Tyler, Texas 75702
Telephone:  903-526-1772
Facsimile:   903-526-1773
allen@hossleyembry.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Hossley-Embry Plaintiffs' Motion to Join Toups/Coffman Plaintiffs' Reply In Re: Their Motion to Delay Consideration of Class Counsel's Motion for Preliminary Approval of the Proposed Class Settlement Agreement was served on all counsel of record, via the Court's electronic filing system, on March 26, 2018.

 /*s/ Daniel Allen Hossley*
D. Allen Hossley