## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In re Syngenta AG MIR 162 Corn Litigation**<br><br>**This document relates to:**<br><br>*Tuttle v. Syngenta Corp., et al.*, No. 2:14-cv-02554-JWL-JPO<br><br>*Bentlage v. Syngenta Corp., et al.*, No. 2:15-cv-02033-JWL-JPO<br><br>*Hamilton v. Syngenta Corp., et al.*, No. 2:15-cv-02061-JWL-JPO<br><br>*Moore v. Syngenta Corp., et al.*, No. 2:15-cv-02187-JWL-JPO | MDL No. 2591<br><br>Case No. 2:14-md-2591-JWL-JPO |

## NOTICE OF APPEARANCE

Christopher A. Seeger of the law firm Seeger Weiss LLP enters his appearance as counsel for the Plaintiffs in the above-referenced constituent actions in this multidistrict litigation.

Respectfully submitted,

Dated:  March 26, 2018

*/s/ Christopher A. Seeger*
Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile:  (973) 639-9393
Email: cseeger@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                            */s/ Christopher A. Seeger*
                                            Christopher A. Seeger