IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR 162 CORN LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL CASES** EXCEPT:<br><br>*Louis Dreyfus Company Grains Merchandising, LLC v. Syngenta AG*, No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG*, No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG*, No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG*, No. 2:15-cv-02279-JWL-JPO | The Honorable John W. Lungstrum<br><br>Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**ORDER GRANTING JOINT MOTION TO STAY AND TO ENJOIN PUTATIVE SETTLEMENT CLASS FROM COMMENCING OR PROSECUTING ANY RELATED CLAIMS PENDING FINAL APPROVAL OF THE SETTLEMENT**

For the reasons stated and as more fully set forth on the record of the Court's hearing on the motion on April 5, 2018, and in the Court's Memorandum and Order of April 10, 2018, the parties' Joint Motion To Stay And To Enjoin Putative Settlement Class From Commencing Or Prosecuting Any Related Claims Pending Final Approval Of The Settlement, filed on March 16, 2018, is hereby GRANTED.

It is hereby ORDERED that all deadlines and proceedings in the above-captioned cases are STAYED pending final approval of the parties' Settlement Agreement (including but not limited to the Court's preliminary approval of the Settlement Agreement, certification of the Settlement Class, final approval of the settlement, and any appeal concerning the settlement). All putative

Settlement Class members are enjoined from filing, commencing, prosecuting, intervening in, participating in, continuing to prosecute and/or maintaining, as plaintiffs, claimants, or class members, any other lawsuit, including, without limitation, a Related Lawsuit, or administrative, regulatory, arbitration, or other proceeding in any jurisdiction (whether state, federal, or otherwise), against Released Parties based on, relating to, or arising out of the claims and causes of action, or the facts and circumstances at issue, in this litigation, Related Lawsuits and/or the Released Claims (as defined by the parties' Settlement Agreement).  The stay and injunction will remain in effect unless and until a putative Settlement Class member's opt-out becomes effective on the date this Court grants Final Approval, the Court denies approval of the settlement, or the Settlement Agreement is otherwise terminated.

IT IS SO ORDERED.

Dated this 10th day of April, 2018, at Kansas City, Kansas.

*s/ John W. Lungstrum*
Honorable John W. Lungstrum
United States District Court Judge