IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES EXCEPT:**<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al., No: 16-2788-JWL*<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al, 2:14-cv-02637-JWL-JPO*<br><br>*The Delong Co., Inc. v. Syngenta AG et al., No. 2:147-cv-02614-JWL-JPO*<br><br>*Agribase International Inc. v. Syngenta AG et al., 2:2015-cv-02279* | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**ORDER GRANTING JOINT MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT CITIBANK, N.A. AS ESCROW AGENT**

This matter is before the Court on a Joint Motion to Establish Qualified Settlement Fund and to Appoint Citibank, N.A. as Escrow Agent (ECF No. 3530) (the "QSF Motion"). After considering the Motion and determining that it should be granted, the Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED:

1. The Agrisure Viptera/Duracade Class Settlement Agreement Escrow Account (the "Fund") is established as a Qualified Settlement Fund ("QSF") within the meaning of Treas. Reg. § 1.468B-1 and pursuant to the jurisdiction conferred on this Court by Treas. Reg § 1.468B-1(c)(1). The Court hereby approves the Escrow Agreement identified as Exhibit "A" to the QSF Motion

1

(the "Escrow Agreement").

2. Brown Greer PLC is hereby appointed as the Administrator of the QSF (the "QSF Administrator") and to have such duties and responsibilities as provided for in the Settlement Agreement and the Escrow Agreement.

3. Citibank, N.A. is hereby appointed as the Escrow Agent for the Fund and to have such duties and responsibilities as provided for in the Escrow Agreement.

4. The Court retains exclusive jurisdiction of this action to consider all further matters arising out of or connected with the Fund.

**IT IS SO ORDERED**.

**Dated this 10th day of April, 2018, at Kansas City, Kansas.**

s/ John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge