# EXHIBIT 3

# Corn Seed Settlement Program

| CF-01 | **PRODUCER CLAIM FORM** |
|---|---|

Complete this Producer Claim Form if you are a farmer, renter, owner or landlord of a farm and had an Interest in Corn produced in the United States that was priced for sale from September 15, 2013 to April 10, 2018.

This Claim Form and Consent Authorization will be solely used by the Claims Administrator to process claims under the Syngenta Corn Seed Settlement Program ("the Settlement") and to get information from the FSA to process these claims. You can submit an electronic Claim Form in just a few quick and easy steps on the settlement website at **www.CornSeedSettlement.com.** The online filing system is quicker, more efficient, has online help and will ask you only those questions required for your claim. If you cannot submit your claim online, complete, sign, and return this Claim Form to:

Corn Seed Settlement Program Claims Administrator, P.O. Box 26226, Richmond, VA 23260.

## I.   Producer Information

Use the mailing address where you typically receive mail and are most likely to timely receive notices from the Claims Administrator. Do not use the address of the farm that is the subject of this Claim Form if it is not where you typically receive mail.  If you are the Representative Claimant of a Producer (see Section III) use your mailing address instead of the address of the Producer. It is your responsibility to ensure that your current contact information is on file with the Claims Administrator at all times and you must promptly update your address if you move.

| **Producer Information** | First | | Middle | Last | | Suffix |
|---|---|---|---|---|---|---|
| | Farm or Business Name (if applicable) | | | | | |
| **Mailing Address** (not the farm location) | Street Address 1 | | | | | |
| | Street Address 2 | | | | | |
| | City | | | State/Province | | |
| | Zip Code/Postal Code | | | Country | | |

| **Social Security Number or Tax ID Number for this Producer** | |
|---|---|
| **Email Address** | |
| **Phone Number** | |
| **Choose your preferred method of written communication** (choose all that apply): | ☐ Email   ☐ U.S. Mail |

The claims process ordered by the Court is designed to compensate eligible Corn Producers using government data including FSA-578 and/or Crop Insurance (RMA) data. By signing this section, I hereby formally request and authorize the USDA/FSA and USDA/RMA to promptly produce to the Claims Administrator electronic copies of the complete, unabridged contents of my FSA-578 forms and any crop insurance data (RMA) in connection with the acres I planted Corn in any and all of Marketing Years 2013-18. This information will be kept confidential and secure, used only for the purpose of determining your settlement payment, and destroyed at the conclusion of this Settlement.

| Producer Signature | | Date | _____/_____/_____ (Month)   (Day)   (Year) |
|---|---|---|---|
| Printed Name | First                    Middle | Last | |

### III.    Representative Claimant Information

If you are a Representative Claimant (someone authorized by law or court order to file a claim on behalf of another person), complete this section. Provide the documentation that grants you the authority to submit this claim on behalf of the Producer. This documentation could be a court order, power of attorney, will, or other legally binding document. Your lawyer cannot sign and submit the Claim Form for you. If you are NOT a Representative Claimant, skip this section and go to Section IV.

| Is the individual for whom you are acting deceased, minor or legally incapacitated or incompetent? | ☐ Deceased      ☐ Minor<br>☐ Legally Incapacitated or Incompetent<br>☐ Other (Specify) _____ |
|---|---|
| Relationship to Producer | ☐ Spouse    ☐ Parent   ☐ Child   ☐ Sibling<br>☐ Administrator   ☐ Executor<br>☐ Other (Specify) _____ |
| Representative Claimant Name | First      Middle      Last |
| Social Security Number or Tax ID Number | |

By signing the Declaration in Section VII of this Claim Form, I certify that I have legal authority to file this claim on behalf of the individual identified in Section I.

## IV.    Attorney and Law Firm Information

If you hired a lawyer to file a lawsuit against Syngenta, identify your lawyer below. If you have not hired a lawyer, skip to Section V. You do not need a lawyer to make a claim.

| Firm Name | |
|---|---|
| **Contact Person** | First                     Middle                    Last                  Suffix |
| **Mailing Address** | Street Address 1 |
| | Street Address 2 |
| | City                          State                    Zip Code |
| **Email Address** | |
| **Phone Number** | |

## V.    Corn Acreage Information

1. **Acreage Reported to the USDA.** For each of the years that you planted Corn in Marketing Years 2013-14 through 2016-17, did you report all of (or if you are a landlord did the renter(s) report your share in) your Corn acreage to the USDA on the FSA-578 form?

   ☐ **YES**

   ☐ **NO**

2. **2017-18 Acreage.** Do you plan to report all of (or if you are a landlord will the renter(s) report your share in) your Corn acreage to the USDA on the FSA-578 form for Marketing Year 2017-18?

   ☐ **YES,** I have already reported my acreage to the USDA on the FSA-578 form.

   ☐ **YES,** I will report my acreage to the USDA on the FSA-578 form by 7/31/18.

   ☐ **NO,** I will not report my acreage to the USDA on the FSA-578 form.

   ☐ **NO,** I did not farm Corn in 2017-18.

3. **Crop Insurance.** For all Marketing Years for which your Corn acreage was not reported to the USDA on the FSA-578 form, did you (or if you are a landlord did the renter(s)) obtain crop insurance from an agency to which you reported your acreage?

   ☐ **YES,** I obtained crop insurance for all acreage not reported on the FSA-578 form.

   ☐ **NO,** I did not obtain crop insurance for all acreage not reported on the FSA-578 form.

   ☐ **N/A,** I reported all acreage on the FSA-578 form.

**Skip to Section VI if, for all Corn acreage in Marketing Years 2013-18, you either: (1) reported the acreage on the FSA-578 form; or (2) obtained crop insurance. Otherwise, continue to Question 4.**

**4. Landlord Information.** Are you making this claim as a landlord who has a financial Interest in the sale of Corn?  If Yes, you qualify to make a claim under this Settlement.

A landlord or other Person who receives only a fixed cash payment for renting the land that did not vary with the type, size of, or price of the Corn crop does not qualify to make a claim under this Settlement.

☐ **YES,** I am a landlord who has financial Interest in the sale of Corn.

☐ **NO,** I am a landlord who receives only a fixed cash payment for renting the land.

☐ **NO,** I am not a landlord, I am a farmer.

If you answered YES, you must attach to this Claim Form a copy of the leasing agreement showing that you have a financial Interest in the sale of Corn.

**5. Corn Acreage Not Reported to the USDA FSA.** You must complete the following information regarding your total Corn farming operations for all Marketing Years 2013-18.

Each CLU field number must be listed separately. **Only report Corn acreage.** If you need to list more than ten field numbers, copy page 4 to provide the additional information and attach it to this Claim Form.

| Marketing Year | Farm Number | Tract Number | CLU Field Number | Corn Acreage | Producer Share | Acres Grown for Silage | Failed Acreage (Did Not Harvest) | Renting Producer Name (Landlords only) | County and State |
|---|---|---|---|---|---|---|---|---|---|
| 2016-17 | 4925 | 23 | 2 | 14.25 | 0.2500 | 2.00 | 5.00 | Stevenson Family Trust LLC | Autauga, AL |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| VI. | Information About Your Farming Operations |
|---|---|

All Producers must provide the following information regarding the disposition of harvested Corn for each Marketing Year during the Class Period for all farming operations.

**1. Disposition of harvested Corn:** To the best of your knowledge, for each Marketing Year, state the *percentage* of harvested Corn which was "fed on farm" and not sold.

(If all the 2017-18 crop has not been disposed, state the percentage you expect to "feed on farm" and not market.)

| 2013-14 | 2014-15 | 2015-16 | 2016-17 | 2017-18 |
|---|---|---|---|---|
| % | % | % | % | % |

**2. Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) Purchases:** To the best of your knowledge, did you or your renter purchase corn seed containing Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) and plant corn seed containing Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) on any Corn acres between September 15, 2013 and April 10, 2018?

☐ YES

☐ NO

| VII. | Declaration and Signature |
|---|---|

By signing this form:

| 1. | I declare that I am the Producer (or Representative Claimant) entitled and/or authorized to make claims for the bushels listed in this Claim Form, and that no other person or entity has made claims for my share in the bushels listed in this Claim Form to the best of my knowledge. If the Producer is a business or other legal entity, I certify that I am authorized to act on behalf of the Producer submitting this Claim Form. |
|---|---|
| 2. | I understand that by my signature I hereby formally request and authorize the USDA/FSA and USDA/RMA to promptly produce to the Claims Administrator electronic copies of the complete, unabridged contents of my FSA-578 forms and any crop insurance data (RMA) in connection with the acres I planted Corn in any and all of Marketing Years 2013-18. |
| 3. | I declare under penalty of perjury that the foregoing information in this Claim Form and contained in my supporting documents is true and correct. I understand that my Claim Form and supporting documents may be subject to audit, verification, and review. |

| **Producer Signature** (or Representative Signature) | | **Date** | _____/_____/_____ <br>(Month) (Day) (Year) |
|---|---|---|---|
| **Printed Name** | First        Middle        Last | | Suffix |
| **Title** (if applicable) | | | |

**If you grew Corn under <u>any other</u> Social Security Number or Tax ID Number, complete another Producer Claim Form for that identified Producer.**
**Any person with a share in the Corn reported (including qualified landlords) must submit their own claim.**