# EXHIBIT 4

# Corn Seed Settlement Program

**Style Definition:** Comment Text

**Formatted Table**

---

### P1CF-01      PRODUCER CLAIM FORM

Complete this Producer Claim Form if you are a farmer, renter, owner or landlord of a farm and had an Interest in Corn produced in the United States that was priced for sale from September 15, 2013 to April 10, 2018.

This Claim Form and Consent Authorization will be solely used by the Claims Administrator to process claims under the Syngenta Corn Seed Settlement Program ("the Settlement") and to get information from the FSA to process these claims. Go to  You can submit an electronic Claim Form in just a few quick and easy steps on the settlement website at **www.CornSeedSettlement.com** to submit your Claim Form online. .  The online filing system is quicker, more efficient, has online help and will ask you only those questions required for your claim. If you cannot submit your claim online, complete, sign, and return the Claim Form to:

> Corn Seed Settlement Program Claims Administrator, P.O. Box 26226, Richmond, VA 23260.

**Formatted:** Font: Bold, No underline, Font color: Auto

**Formatted:** Font: Bold, No underline, Font color: Auto

### I.    Producer Information

Use the mailing address where you typically receive mail and are most likely to timely receive notices from the Claims Administrator. Do not use the address of the farm that is the subject of this Claim Form if it is not where you typically receive mail.  If you are the Representative Claimant of a Producer (see Section III) use your mailing address instead of the address of the Producer. It is your responsibility to ensure that your current contact information is on file with the Claims Administrator at all times and you must promptly update your address if you move.

| Producer Information | First | | Middle Initial | Last | Suffix |
|---|---|---|---|---|---|
| | Farm or Business Name (if applicable) | | | | |
| **Mailing Address** (not the farm location) | Street Address 1 | | | | |
| | Street Address 2 | | | | |
| | City | | | State/Province | |
| | City | State | Zip Code/Postal Code | Country | |

**Formatted:** Font: 10 pt, Not Bold

**Deleted Cells**

**Deleted Cells**

**Inserted Cells**

**Formatted:** Font: +Body (Calibri), 11 pt, Bold

10

540499

| II.     USDA/FSA Consent and Authorization |
|---|

The claims process ordered by the Court is designed to compensate eligible Corn Producers using **Social Security Number or Tax ID** and/or Crop Insurance (RMA) data. By signing this section, I hereby **Number for this Producer** authorize the USDA/FSA and USDA/RMA to promptly produce to the Claims Administrator electronic copies of the complete, unabridged contents of my FSA-578 forms and any crop **Email Address** insurance data (RMA) in connection with the acres I planted Corn in any and all of Marketing Years 2013-18. This information will be kept confidential and secure, used only for the purpose of determining your **Phone Number** settlement payment, and destroyed at the conclusion of this Settlement.

| II.     USDA and FSA Consent & Authorization |
|---|

The claims process ordered by the Court is designed to compensate eligible Corn Producers using government data including FSA-578 or Crop Insurance (RMA) data. By signing this section, I hereby formally request and authorize the USDA/FSA and USDA/RMA to promptly produce to the Claims Administrator electronic copies of the complete, unabridged contents of my FSA-578 forms and any crop insurance data (RMA) in connection with the acres I planted Corn in any and all of Marketing Years 2013-18. This information will be kept confidential and secure, used only for the purpose of determining your settlement payment, and destroyed at the conclusion of this Settlement. **Choose your preferred method of written communication** (choose all that apply):

☐ Email     ☐ U.S. Mail

Inserted Cells

**Producer Signature**                    **Date**

_____/_____
(Month)  (Day)
(Year)

Formatted: Font: +Body (Calibri), 11 pt, Bold

10

540499

| **Producer Signature** | | | **Date** | ___/___/___ <br> (Month)  (Day)  (Year) |
| Printed Name | First | Middle | Last | |

| | III.    Representative Claimant Information | | | |

If you are a Representative Claimant (someone authorized by law or court order to file a claim on behalf of another person), complete this section. Provide the documentation that grants you the authority to submit this claim on behalf of the Producer. This documentation could be a court order, power of attorney, will, or other legally binding document. Your lawyer cannot sign and submit the Claim Form for you. If you are NOT a Representative Claimant, skip this section and go to Section IV.

| **Is the individual for whom you are acting deceased, minor or legally incapacitated or incompetent?** | ☐ Deceased        ☐ Minor <br> ☐ Legally Incapacitated or Incompetent <br> ☐ Other (Specify) _____ |
| **Relationship to Producer** <br> (Check all that apply) | ☐ Spouse      ☐ Parent  ☐ Child   ☐ Sibling <br> ☐ Administrator   ☐ Executor <br> ☐ Other (Specify) _____ |
| **Representative Claimant Name** | First            Middle       Last |
| **Mailing Address** | Street Address 1 <br> Street Address 2 <br> City      State      Zip Code |
| **Email Address** | |
| **Phone Social Security Number or Tax ID Number** | |

By signing the Declaration in Section VII of this Claim Form, I certify that I have legal authority to file this claim on behalf of the individual identified in Section I.

**Formatted:** Font: +Body (Calibri), 11 pt, Bold

540499

| IV.     Attorney and Law Firm Information | | | | |
|---|---|---|---|---|
| If you hired a lawyer to file a lawsuit against Syngenta, identify your lawyer below.  ~~If~~ you ~~haven't~~have not hired a lawyer, skip to Section V.  ~~You~~ ~~don't have to have~~do not need a lawyer to make a claim. | | | | |
| **Firm Name** | | | | |
| **Contact Person** | First | Middle | Last | Suffix |
| **Mailing Address** | Street Address 1 | | | |
| | Street Address 2 | | | |
| | City | State | Zip Code | |
| **Email Address** | | | | |
| **Phone Number** | | | | |

| V.     Corn Acreage Information |
|---|
| 1. **Acreage Reported to the USDA.** ~~For~~ ~~all~~each of the years that you planted Corn in Marketing Years 2013-14 through 2016-17, did you report all of (or if you are a landlord did the ~~farmer~~renter(s) report your share in) your Corn acreage to the USDA on the FSA ~~for FSA Form~~ 578 ~~purposes~~form?<br><br>☐ ~~-~~**YES**<br>☐ ~~-~~**NO** |
| 2. **2017-18 Acreage.** Do you plan to report all of (or if you are a landlord will the renter(s) report your share in) your Corn acreage to the USDA on the FSA ~~for Form~~ 578 ~~purposes~~form for Marketing Year 2017-18~~-~~?<br><br>☐ ~~—~~**YES,** I have already reported my acreage to the USDA on the FSA ~~for Form~~ 578 ~~purposes~~form.<br><br>☐ ~~-~~**YES,** I will report my acreage to the USDA on the FSA ~~for Form~~ 578 ~~purposes~~form by 7/31/18.<br><br>☐ ~~-~~**NO,** I will not report my acreage to the USDA on the FSA ~~for Form~~ 578 ~~purposes~~form.<br><br>☐ ~~-~~**NO,** I did not farm Corn in 2017-18.<br><br>~~If you answered Yes to Questions 1 and 2, skip to Section VI.~~<br><br>~~If you answered No to Questions 1 and/or 2, answer Question 3.~~ |

**Formatted:** Font: +Body (Calibri), 11 pt, Bold

~~10~~

~~540499~~

**3.  Crop Insurance.**  ~~For~~ ~~any or~~ all Marketing Years ~~2013-18~~for which your Corn acreage was not reported to the USDA on the FSA-578 form, did you (or if you are a landlord did the renter(s)) obtain crop insurance from an agency to which you reported ~~all of~~ your acreage?

☐ **YES** ~~If you answered Yes, do not answer Question 4 or Question 5, and skip to Section VI., I obtained crop insurance for all acreage not reported on the FSA-578 form.~~

☐ ~~NO~~ ~~If you answered No, you must answer Questions 4 and 5.~~ **NO,** I did not obtain crop insurance for all acreage not reported on the FSA-578 form.

☐ **N/A,** I reported all acreage on the FSA-578 form.

> *Formatted: Font: Not Bold*

**Skip to Section VI if, for all Corn acreage in Marketing Years 2013-18, you either: (1) reported the acreage on the FSA-578 form; or (2) obtained crop insurance. Otherwise, continue to Question 4.**

**4.  Landlord Information.** Are you making this claim as a landlord who has a financial ~~interest~~Interest in the sale of Corn ~~(including for example, cash rent that varies based on a share of the Corn sold or the price received for the sale of Corn)?~~?  If ~~yes~~Yes, you qualify to make a claim under this Settlement.

A landlord or other Person who receives only a fixed cash payment for renting the land that did not vary with the type, size of, or price of the Corn crop does not qualify to make a claim under this Settlement.

☐ ~~YES (,~~ I am a ~~qualified~~ ~~landlord). If you answered Yes, continue to~~ who has financial Interest in~~the~~ ~~Landlord Addendum at the end~~sale of ~~this form and complete and sign the Landlord Addendum.~~Corn.

> *Formatted: Font: Not Bold*
> *Formatted: Font: Not Bold*

☐ ☐ **NO (,** I am a ~~Farmer). If~~landlord who receives only a fixed cash payment for renting the land.

> *Formatted: Font: Not Bold*
> *Formatted: Font: Not Bold*

☐ **NO,** I am not a landlord, I am a farmer.

If you answered YES, you ~~answered No, continue to Question 5 and complete the remainder of~~must attach to this Claim Form. ~~DO NOT~~ complete the Landlord Addendum at the end a copy of the leasing agreement showing that you have a financial Interest in the sale of ~~this Claim Form~~Corn.

**5.  Corn Acreage Not Reported to the USDA FSA.** ~~-~~ You must complete the following information regarding your total Corn farming operations for all Marketing Years 2013-18.

Each ~~farm~~CLU field number must be listed separately. **Only report Corn acreage.** If you need to more than ten ~~farms~~field numbers, copy page 4 to provide the additional information and attach it to ~~the~~this Claim Form.

> *Formatted: Font: Bold*
> *Inserted Cells*
> *Inserted Cells*
> *Formatted: Font: Not Bold*

| Marketing Year | Farm Number | Tract Number | CLU Field Number | Corn Acreage | Producer Share | Acres Grown for Silage? | Failed Acreage (Did Not Harvest) | Renting Producer Name (Landlords only) | County and State |
|---|---|---|---|---|---|---|---|---|---|
| ~~2016-17~~2017 | 4925 | 23 | 2 | 14.25 | 0.2500 | 2.00 | 5.00 | *Stevenson Family Trust LLC* | *Autauga, AL* |

> *Formatted: Font: +Body (Calibri), 11 pt, Bold*

~~10~~

~~540499~~

|  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

**Formatted:** Font: +Body (Calibri), 11 pt, Bold

10

540499

| VI. | Information About ~~your~~Your Farming ~~Operation~~Operations | | | |
|---|---|---|---|---|

All Producers must provide the following information regarding the disposition of ~~your~~ harvested Corn for each Marketing Year ~~starting on September 15, 2013~~during the Class Period for all ~~your~~ farming operations.

**1.** **Disposition of ~~your Harvested~~harvested Corn:** To the best of your knowledge, for each Marketing Year, state the *percentage* of ~~your~~ harvested Corn which was "fed on farm" and not sold~~?~~.

~~1.~~ *(If all the 2017-18 crop has not been disposed, state the percentage you expect to "feed on farm" and not market*

| 2013-14 | 2014-15% | 2015-16 | %2016-17 | 2017-18 |
|---|---|---|---|---|
| %~~2014-15~~ | % | %~~2016-17~~ | % | % |
| 2017-18 *(If you haven't disposed of all of the 2017-18 crop yet, state the percentage you expect to feed on farm and not market)* | | | | % |

**2. Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) Purchases:** To the best of your knowledge, did you or your renter purchase ~~Corn Seed~~corn seed containing Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) and plant ~~Corn Seed~~corn seed containing Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) on any ~~of your~~ Corn acres ~~prior to [[Preliminary Approval Date]]?~~between September 15, 2013 and April 10, 2018?

☐ **YES** _____
☐ **NO**

| VII. | Declaration and Signature |
|---|---|

By signing this form:

| 1. | I declare that I am the Producer (or Representative Claimant) entitled and/or authorized to make claims for the bushels listed in this Claim Form, and that no other person or entity has made claims for my share in the bushels listed in this Claim Form to the best of my knowledge. If the Producer is a business or other legal entity, I certify that I am authorized to act on behalf of the Producer submitting this Claim Form. |
|---|---|
| 2. | I understand that by my signature I hereby formally request and authorize the USDA/FSA and USDA/RMA to promptly produce to the Claims Administrator electronic copies of the complete, unabridged contents of my FSA-578 forms and any crop insurance data (RMA) in connection with the acres I planted Corn in any and all of Marketing Years 2013-18. |
| 3. | I declare under penalty of perjury that the foregoing information in this Claim Form and contained in my supporting documents is true and correct. I understand that my Claim Form and supporting documents may be subject to audit, verification, and review. |

~~10~~

~~540499~~

| Producer Signature<br>(or Representative Signature) | | | Date | _____/_____/_____<br>(Month)   (Day)   (Year) | |
|---|---|---|---|---|---|
| Printed Name | First | Middle | Last | Suffix | |
| Title (if applicable) | | | | | |

**If you grew Corn under <u>any other</u> Social Security Number or Tax ID Number, complete another Producer Claim Form for that identified Producer.**
~~Landlords and any other~~ <u>Any</u> person with a share in the Corn reported <u>(including qualified landlords)</u> must submit their own claim.

**Inserted Cells**

**Formatted:** Font: +Body (Calibri), 11 pt, Bold

~~10~~

~~540499~~

| LANDLORD ADDENDUM TO PRODUCER CLAIM FORM | | | | | | |
|---|---|---|---|---|---|---|
| **I.     Landlord Corn Acreage Information** | | | | | | |

**Corn Acreage Not Reported on FSA Form 578.**  Provide the information in the chart below for all rented farm Corn acres. Provide the name of the person or entity that farms each tract and send a copy of the rental agreement showing that you receive variable rent payable based on a share of the crop or proceeds from the sale of Corn. Each farm number must be listed separately.  **Only report Corn acres.** If you need to list more than fourteen farms, copy this page to provide the additional information and attach it to this form.

| Marketing Year | Farm Number | Tract Number | CLU Field Number | Corn Acreage | Renting Producer Name | Renting Producer Share |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

> **Formatted:** Font: +Body (Calibri), 11 pt, Bold

10

540499

| | II.    Information About the Farming Operations for Farms you Rented to others | | | |
|---|---|---|---|---|

You must provide the following information regarding the disposition of the Corn harvested for each Marketing Year starting on September 15, 2013 for all the farm acres you rented to another person or entity.

**1.  Disposition of your Harvest Corn:** To the best of your knowledge, for each Marketing Year, state the *percentage* of the Corn harvested by each person or entity that rented your land which was fed on farm and not sold?

| | 2013-14 | % | 2015-16 | % |
|---|---|---|---|---|
| | 2014-15 | % | 2016-17 | % |
| | 2017-18 (If the person or entity that rented your land hasn't disposed of the 2017-18 crop yet, state the percentage you expect to be fed on farm and not market) | | | % |

**2.  Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) Purchases:** To the best of your knowledge, did the person or entity that rented your land, in any of Marketing Years 2011-18, purchase Corn Seed containing Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) and plant Corn Seed containing Agrisure Viptera (MIR162) or Agrisure Duracade (Event 5307) on any of your rented land?

☐ YES    ☐ NO

| III.    Declaration |
|---|

By signing this form:

| 1. | I declare that I am the Landlord for the Leasing Producers listed on this Landlord Addendum. |
|---|---|
| 2. | I understand that by my signature I hereby formally request and authorize the USDA/FSA and USDA/RMA to promptly produce to the Claims Administrator electronic copies of the complete, unabridged contents of any FSA-578 forms and any crop insurance data (RMA) in connection with the acres I rented to another person or entity in any and all of Marketing Years 2013-18. |
| 3. | I declare under penalty of perjury that the foregoing information in this Claim Form and this Landlord Addendum is true and correct. I understand that my Claim Form and Landlord Addendum may be subject to audit, verification, and review. |

| **Landlord Signature** | | **Date** | /    / (Month)  (Day)   (Year) |
|---|---|---|---|
| **Printed Name** | First | Middle | Last |
| **Title** (if applicable) | | | |

**Formatted:** Font: +Body (Calibri), 11 pt, Bold

10

540499

Exemplar Only: Do Not Use.

540499

**Formatted:** Font: +Body (Calibri), 11 pt, Bold