# EXHIBIT 5

# Corn Seed Settlement Program

| CF-02 | GRAIN HANDLING FACILITY CLAIM FORM |
|---|---|

This Claim Form and Consent Authorization will be used by the Claims Administrator for the sole purpose of processing claims under the Settlement. You can submit an electronic Claim Form in just a few quick and easy steps on the settlement website at **www.CornSeedSettlement.com.** The online filing system is quicker, more efficient, has online help and will ask you only those questions required for your claim. If you cannot submit your claim online, complete, sign, and return this Claim Form to:

Corn Seed Settlement Program Claims Administrator, P.O. Box 26226, Richmond, VA 23260.

## I. Contact Information

Use the mailing address where you typically receive mail and are most likely to timely receive notices from the Claims Administrator. It is your responsibility to ensure that your current contact information is on file with the Claims Administrator at all times and you must promptly update your address if you move.

| | |
|---|---|
| **Business Name** | |
| **Authorized Representative** | First    Middle    Last    Suffix |
| **Mailing Address** | Street Address 1<br>Street Address 2<br>City    State/Province<br>Zip Code/Postal Code    Country |
| **Tax ID Number** | |
| **Email Address** | |
| **Phone Number** | |

| **Choose your preferred method of written communication** (choose all that apply): | ☐ Email     ☐ U.S. Mail |
|---|---|

| | II. Attorney and Law Firm Information |
|---|---|
| If you hired a lawyer to file a lawsuit against Syngenta, identify your lawyer below. If you have not hired a lawyer, skip to Section III. You do not need a lawyer to make a claim. |
| **Firm Name** | |
| **Contact Person** | First / Middle / Last / Suffix |
| **Mailing Address** | Street Address 1 <br> Street Address 2 <br> City / State / Zip Code |
| **Email Address** | |
| **Phone Number** | |
| | III. Grain Handling Facility Information |
| \multicolumn{2}{l}{Provide information regarding each Grain Handling Facility where you purchased and then priced Corn bushels for sale. Include bushels transported, stored or otherwise handled that were subsequently priced for sale. This Section must be completed for each Grain Handling Facility associated with this Tax ID Number. Copy this Section to provide additional Grain Handling Facility information and attach it to the Claim Form.} |
| **Facility Name** | |
| **Type of Facility** | |
| **Facility Address** | Street Address 1 <br> Street Address 2 <br> City / State/Province <br> Zip Code/Postal Code / Country |
| **Total Storage Capacity** | |

1. **Bushels Priced for Sale:** For each Marketing Year, state the number of bushels bought and then priced for sale during the Class Period.

   (Attach to your Claim Form documents sufficient to show (a) the Storage Capacity of each Grain Handling Facility; and (b) the number of bushels bought and then priced for sale during all Marketing Years within the Class Period. Include bushels transported, stored, or otherwise handled that were subsequently priced for sale.)

| 2013-14 | 2014-15 | 2015-16 | 2016-17 | 2017-18 |
|---|---|---|---|---|
|  |  |  |  |  |

2. Did you own this Grain Handling Facility from September 15, 2013 to April 10, 2018?
   - ☐ YES
   - ☐ NO

3. If you answered NO to Question 2, list the dates of ownership for the entire period between September 15, 2013 to April 10, 2018:

### IV. Declaration and Signature

By signing this form:

| 1. | I declare that I am the person entitled and/or authorized to make claims for the bushels listed in this Claim Form, and that no other person or entity has made claims for the bushels listed in this Claim Form to the best of my knowledge. |
|---|---|
| 2. | If the Grain Handling Facility is a business or other legal entity, I certify that I am authorized to act on behalf of the Grain Handling Facility submitting this Claim Form. |
| 3. | I declare under penalty of perjury that the foregoing information in this Claim Form and contained in my supporting documents is true and correct. I understand that my Claim Form and supporting documents may be subject to audit, verification, and review. |

| **Signature of Authorized Representative** |  | **Date** | _____/_____/_____ (Month) (Day) (Year) |
|---|---|---|---|
| **Printed Name** | First    Middle    Last    Suffix |  |  |
| **Title** |  |  |  |