# EXHIBIT 8

CORN SETTLEMENT PROGRAM

Corn Seed Settlement Program

| E1CF-03 | ETHANOL PRODUCTION FACILITY CLAIM FORM |
|---|---|

This Claim Form and Consent Authorization will be used by the Claims Administrator for the sole purpose of getting information from the FSA to processprocessing claims under the Settlement. Go to www.CornSeedSettlement.com to You can submit your an electronic Claim Form in just a few quick and easy steps on the settlement website at **www.CornSeedSettlement.com**. The online. filing system is quicker, more efficient, has online help and will ask you only those questions required for your claim. If you cannot submit your claim online, complete, sign, and return this Claim Form to:

Corn Seed Settlement Program Claims Administrator, P.O. Box 26226, Richmond, VA 23260.

## I. Contact Information

Use the mailing address where you typically receive mail and are most likely to timely receive notices from the Claims Administrator. It is your responsibility to ensure that your current contact information is on file with the Claims Administrator at all times and you must promptly update your address if you move.

| | | | | |
|---|---|---|---|---|
| **Business Name** | | | | |
| **NameAuthorized Representative** | First | Middle Initial | Last | Suffix |
| | Business Name (if applicable) | | | |
| **Mailing Address** | Street Address 1 | | | |
| | Street Address 2 | | | |
| | City | State/Province | | |

Formatted: Indent: Left: -0.09", Hanging: 0", Space Before: 0 pt, After: 0 pt

Formatted Table

Split Cells

Formatted: Tab stops: 6.5", Right

| | City | State | Zip Code/Postal Code | Country |
|---|---|---|---|---|
| | | | | |

Deleted Cells

Deleted Cells

Inserted Cells

| | |
|---|---|
| Social Security Number or Tax ID Number | |
| Email Address | |
| Phone Number | |

**II. Representative Claimant Information**

If you are a Representative Claimant, complete this section. If you are NOT a Representative Claimant, skip this section and go to Section III. Representative Claimant is an authorized representative, ordered by a court, administrative official, or otherwise authorized under applicable state law, or law of applicable country, of a deceased, minor or legally incapacitated or incompetent individual.

| | |
|---|---|
| **Is the individual for whom you are acting Deceased, minor or legally incapacitated or incompetent?** | ☐ Deceased ☐ Minor<br>☐ Legally Incapacitated or Incompetent<br>☐ Other (Specify) ________ |
| **Relationship to Claimant**<br>(Check**Choose your preferred method of written communication** (choose all that apply) ): | ☐ Spouse Email ☐ Parent<br>☐ Child ☐ Sibling<br>☐ Administrator ☐ Executor<br>☐ Other (Specify) U.S. Mail |

Formatted: Font color: Auto, Superscript

| | | | |
|---|---|---|---|
| **Representative Name** | First | Middle | Last |
| **Mailing Address** | Street Address 1 | | |
| | Street Address 2 | | |
| | City | State | Zip Code |

Formatted: Tab stops: 6.5", Right

Exemplar Only – DRAFT – Not for Use.

| Phone Number | |
|---|---|
| Email Address | |
| By signing the Declaration in Section V of this Claim Form, I certify I have legal authority to file this claim on behalf of the individual identified in Section I. | |

DRAFT
Exemplar Only. Do Not Use.

Formatted: Tab stops: 6.5", Right

## III.II. Attorney and Law Firm Information

Formatted Table

If you hired a lawyer to file a lawsuit against Syngenta, identify your lawyer below. If you have not hired a lawyer, skip to Section III. You do not need a lawyer to make a claim.

Formatted Table

| | | | |
|---|---|---|---|
| **Firm Name** | | | |
| **Contact Person** | First | Middle | Last |
| **Mailing Address** | Street Address 1 | | |
| | Street Address 2 | | |
| | City | State | Zip Code |
| **Email Address** | | | |
| **Phone Number** | | | |

## IV.III. Ethanol Production Facility Information

Provide information regarding each Ethanol Production Facility where you produced Dried Distillers Grains (DDGs) and then priced those DDGs for sale. This Section must be completed for each Ethanol Production Facility associated with this Tax ID Number. Copy this Section to provide additional Ethanol Production Facility information and attach it to the Claim Form.

| | | | |
|---|---|---|---|
| **Facility Name** | | | |
| **Type of Facility** | | | |
| **Facility Address** | Street Address 1 | | |
| | Street Address 2 | | |
| | City | | State/Province |
| | City | State / Zip Code/Postal Code | Country |

Deleted Cells

Deleted Cells

Inserted Cells

Formatted: Tab stops: 6.5", Right

Exemplar Draft - Do Not Use.

| | | e | | |
|---|---|---|---|---|
| **Total Throughput** | | | | |

Formatted: Tab stops: 6.5", Right

1. Short Tons of DDGs Priced for Sale: For each Marketing Year, state the short tons of DDGs sold during the Class Period.

(Attach to your Claims Form documents sufficient to show (a) the PProduction CCapacity of each Ethanol Production Facility; and (b) the number of short tons of DDGs sold during all Marketing Years within the cClass pPeriod.)

| 2013-14Market Year | 2014-15Short Tons of DDGs Priced for Sale | 2015-16 | 2016-17 | 2017-18 |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| 2013-14 | |
| 2014-15 | |
| 2015-16 | |
| 2016-17 | |
| 2017-18 | |

1.2. Did you own this Ethanol Production Facility from September 15, 2013 to [[Prelim Approval Date]] April 10, 2018?

☐ YES If you answered Yes, skip to Question 3.

☐ NO If you answered No, answer Question 2.

2.3. If No, list the dates of ownership for each facility that you did not own for the entire period between September 15, 2013 to [[Prelim Approval Date]] April 10, 2018:

3. Are you making a claim for any other Ethanol Production Facility?

☐ YES If you answered Yes, copy Section IV to provide the additional information and attach it to the Claim Form.

☐ NO

Formatted: Font: 10 pt
Formatted: Font: Arial, 10 pt
Formatted: Font: Arial, 10 pt
Formatted: List Paragraph
Formatted: Font: Arial, 10 pt
Formatted: Font: Arial, 10 pt
Formatted: Font: Arial, 10 pt
Formatted: Font: Arial, 10 pt
Formatted: Font: 10 pt
Formatted: Font: Arial, 10 pt

Exemplar Only. Do Not Use. DRAFT

Formatted: Tab stops: 6.5", Right

## V. IV. Declaration and Signature

By signing this form:

| | |
|---|---|
| **1.** | I declare that I am the person entitled and/or authorized to make claims for the short tons listed in this Claim Form, and that no other person or entity has made claims for the short tons listed in this Claim Form to the best of my knowledge. |
| **2.** | If the Ethanol Production Facility is a business or other legal entity, I certify that I am authorized to act on behalf of the Ethanol Production Facility submitting this Claim Form. |
| **3.** | I declare under penalty of perjury that the foregoing information in this Claim Form and contained in my supporting documents is true and correct. I understand that my Claim Form and supporting documents may be subject to audit, verification, and review. |

| | | | |
|---|---|---|---|
| **Signature of Authorized Representative** (or Representative Signature) | | **Date** | _____/_____/_____ (Month) (Day) (Year) |
| **Printed Name** | First | Middle | Last |
| **Title** (if applicable) | | | |

Exemplar Only. Do Not Use. DRAFT

Formatted: Tab stops: 6.5", Right