IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.,* No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.,* No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG et al.,* No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.,* No. 2:15-cv-02279-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF CLAIM AND NOTICE-RELATED EXPENSES**

On May 10, 2018, Settlement Class Counsel filed an Unopposed Motion for Disbursement of Funds from the Qualified Settlement Fund for payment of claim and notice-related expenses. *See* ECF No. 3540.  After review of this Motion, the Motion is granted and the Court approves the disbursement of $417,551.13 from the Qualified Settlement Fund to pay the invoice attached as Exhibit A to the Motion.

**IT IS SO ORDERED.**

Dated this 14th day of May, 2018 in Kansas City, Kansas.

                                          s/ John W. Lungstrum
                                          JOHN W. LUNGSTRUM
                                          United States District Judge