# EXHIBIT 3



# SYNGENTA DOCKET ANALYSIS

**Prepared for:** John Cracken & Watts Guerra LLP

**Prepared by:**  The Settlement Alliance, LLC

**July 2018**

**CONFIDENTIAL**

**Engagement Overview**

The Settlement Alliance ("TSA") has been engaged by Watts Guerra ("WG") and John Cracken to perform a third-party analysis as to WG's clients' potential recovery in the $1.5 billion Syngenta Corn settlement. This report will utilize work TSA performed on WG's docket in Q4 2017, in which TSA was engaged to analyze and report on the following:

- Analysis of WG's ingested cases as of 11/6/17, including:
  - Farm count per year
  - Total acres per year and accompanying population distribution
  - Ownership percentage of farms per year
  - Regional Composition
  - Bushels harvested by year and accompanying population distribution

- Selection of a Random Sample of 1,435 (2.5% of total population) cases from the entirety of the WG docket (57,385 as of 11/6/17) and analysis of characteristics detailed above.
  - Based on statistical sampling theory assuming a normally distributed random sample, this sample size gives TSA 95% confidence (at a 3.5% margin for error) that the sample results will yield the same result as the total population.
  - To select the sample, TSA received a listing of all 57,385 Case IDs from David Watts (Information Manager) and picked all selections randomly using a systematic sampling method, which involves randomly picking a starting point in the selection population and selecting every $n^{th}$ (in this case, 40th) item to be included as a selection.

- Analysis of US corn bushel production from 2013-2017

For the purposes of this report, TSA has incorporated observations from the randomly selected sample of 1,435 claimants detailed above as representative of the entire population of ~57,000 claimants in WG's docket. In addition, ***TSA utilized inputs provided to it by WG. TSA does not express any opinion as to the validity of these inputs***. The observations from the randomly selected sample provide the basis for TSA's analysis of the WG docket's total bushels as a percentage of total applicable bushels from 2013-2017.

**The Settlement Alliance Background**

The Settlement Alliance, in its partnership with Shapiro Settlement Solutions, is a leading Mass Tort and Class Action settlement claims administrator offering comprehensive claims administration services to law firms across the United States. Focusing on class action settlements, mass tort aggregate settlements, and multidistrict litigation in a broad range of product liability, pharmaceutical, and mass disaster torts, TSA works with Counsel to specifically tailor claims administration services to both Claimants' and Counsel's specific needs.

Currently, TSA has 174 employees across 5 offices performing various litigation related administrative services to assist in the efficient management of settlements, including: Qualified Settlement Fund Administration Services (Healthcare Lien Resolution, Bankruptcy and Probate

coordination,  and QSF Treasury and Accounting), Settlement Document Management (Release Deficiency Review & Clearing, Quality Assurance & Settlement Compliance, Release Processing and Defendant verification, Medical Record Review & Management), and Administrative Support (Claimant Call Center, Law Firm Customer Service Team, and Mail House Equipment and Personnel). TSA is routinely retained by law firms to provide valuations and analysis of their mass tort and class action inventories.

**Data & Scope Limitations and Disclosures**

WG's total claimant count was 57,385 as of 11/6/17. Of that total, WG had received at least partial FSA-578 information from the majority of clients for the harvest periods from 2013-2017. ***Note that while these FSA-578s had been received, not all had undergone ingestion into WG's internal database, limiting the ability for TSA to analyze the docket.*** Therefore, TSA selected a statistically significant random sample of 1,435 cases to analyze as representative of the total docket population of 57,385 cases and extrapolate to the broader population. Of those cases, 1,035 had applicable FSA-578 information – the remaining cases with no FSAs were excluded from the analysis as they did not have the applicable information necessary for analysis. TSA was provided with complete information on 991 of the remaining 1,035 cases to analyze, a sufficient amount to conclude results derived from analysis are representative of the total population with 95% confidence and a 3.5% margin for error.

The detail provided to TSA by Watts Guerra for analysis includes Case Name, Case Number, County, State, Total Acres by Year, Client Acres per Year, Ownership percentage, Client Bushels per year, and Yield per year, all aggregated on a per claimant level. This information forms the basis for all analysis listed in this report. WG advised TSA that its grain elevator clients were excluded from the data provided for analysis, and therefore will not be included in the scope of this report.

All information detailed in this report, except those data points denoted as derived from US Census or USDA information, *was provided by Watts Guerra*. **The analysis in this report is subject to the completeness, accuracy, and validity of that information. TSA does not make any representation as to the external information provided by Watts Guerra as derived from its internal database**.

**WG has not provided TSA with any updated docket information as of July 2018 for analysis in this report; all figures are derived from docket information received in November 2017. TSA does not make any representation to the current status of the claimants in the docket, nor does it opine on any potential material changes in the claimant count or composition of the docket since the date of the original (Nov 2017) engagement between TSA and WG**.

**All analysis in this report is purely *presumptive*, and the information presented does not represent TSA's opinion as to the size of Watts Guerra's clients' claim to the settlement pool. Rather, it is the derivative analysis of external information provided by Watts Guerra**.

3-0003

TSA was contracted by John Cracken and Watts Guerra, and is being compensated for providing an analysis of the docket. Per the terms of the agreement, TSA may perform additional work related to this settlement for Watts Guerra or other firms.

## National Corn Harvest Statistics

| National Summary Statistics (2013-2017) | | | | | | |
|---|---|---|---|---|---|---|
| | **2013** | **2014** | **2015** | **2016** | **2017** | **Total** |
| **Farm Count[1]** | **348,530** | **348,530** | **348,530** | **348,530** | **348,530** | **1,742,650.0** |
| Total Acres[2] | 87,668,000.0 | 83,136,000.0 | 80,664,000.0 | 86,748,000.0 | 83,119,000.0 | 421,335,000.0 |
| Total Bushels | 13,925,147,000.0 | 14,215,532,000.0 | 13,554,923,000.0 | 15,148,038,000.0 | 14,280,112,000.0 | 71,123,752,000.0 |
| **Implied Yield** | **158.8** | **171.0** | **168.0** | **174.6** | **171.8** | **168.8** |
| **Average per farm** | | | | | | |
| *Acres* | *251.5* | *238.5* | *231.4* | *248.9* | *238.5* | *241.8* |
| *Bushels* | *39,953.94* | *40,787.1* | *38,891.7* | *43,462.7* | *40,972.4* | *40,813.6* |

*Source: 2012 Census & NASS*

*Footnotes:*

[1] *Farm count was taken from the 2012 Census that details Corn Operations with Area Harvested (www.quickstats.nass.udsa.gov)*

[2] *Total acres harvested, derived from the NASS (www.quickstats.nass.udsa.gov) for each year presented above.*

All of the National information in this report (and in this section) is derived from information provided by the National Agricultural Statistics Service ("NASS") and the US Department of Agriculture ("USDA"). The NASS is one of thirteen federal statistical agencies whose principal function is the collection, analysis, and dissemination of information for statistical purposes. The agency is subject to the Information Quality Act, which requires all Federal agencies to maximize the quality, objectivity, utility, and integrity of information provided to the public. The NASS uses FSA (Farm Service Agency) information, which is self-reported by farmers on a yearly basis, to supplement the detailed survey it conducts to report consistent, reliable information. The NASS surveys over 125,000 farmers yearly over 10,000 area segments, and surveys over 75,000 farms annually. In addition, the NASS conducts various site visits throughout the year to supplement its understanding of reported information. For the purposes of this report, TSA considers the NASS and the USDA provided statistical agricultural information on corn as the most accurate and reliable data source for nationwide statistics. In addition, the count of corn farms in the United States was last measured in the 2012 census. Therefore, TSA has estimated the total number of corn farms from 2013-2017 to mirror the count from the 2012 census.

Over the 2013-2017 claims period, corn farmers harvested 242 acres per year on average, with over 71% of all farms harvesting less than 250 acres per year. In fact, the 2012 Census demonstrated 95% of all farms harvested 1,000 acres of corn or less. Total corn acreage harvested nationally was in excess of 80 million acres in every period TSA analyzed, peaking in 2013 at 87.7 million acres. Bushel yields varied from 159-175 bushels per acre over the settlement time period, with an acre yielding 169 bushels on average over the five harvests in the settlement. Average yield over the period was pulled down by the 2013 harvest, which yielded only 159 bushels per acre due to a severe drought – more than 9 bushels per acre less than any other harvest year in the period.

Bushel production per farm averaged 40,814 over the five harvests, peaking in 2016 when the average farm produced nearly 43,500 bushels. On a yearly basis, total corn bushels produced nationally ranged from 13.5 billion to 15.1 billion from 2013-2017, averaging 14.2 billion over the five harvest years.

Total bushels produced over the settlement period totaled greater than 71 billion, which will form the basis of TSA's assumptions as to total bushel production throughout this report.

### Analysis of Random Sample

| Summary of Random Sample by Total Acreage Quartile (2013-2017) | | | | | | Total |
|---|---|---|---|---|---|---|
| | Bottom Quartile | Second Quartile | Third Quartile | Top Quartile | | Total |
| **Total Acres** | **48,025.4** | **130,735.3** | **289,319.0** | **973,951.5** | | **1,442,031.3** |
| *% of total* | *3.3%* | *9.1%* | *20.1%* | *67.5%* | | *100.0%* |
| Total Client Acres | 35,526.1 | 104,828.6 | 236,188.0 | 677,273.7 | | 1,053,816.4 |
| *% of total* | *3.4%* | *9.9%* | *22.4%* | *64.3%* | | *100.0%* |
| **Client Bushels** | **5,971,569.4** | **18,021,513.7** | **40,420,556.7** | **114,238,409.1** | | **178,652,048.8** |
| *% of total* | *3.3%* | *10.1%* | *22.6%* | *63.9%* | | *100.0%* |
| Implied Ownership % | 74.0% | 80.2% | 81.6% | 69.5% | | 73.1% |
| Implied yield | 168.1 | 171.9 | 171.1 | 168.7 | | 169.5 |
| % Producing Corn[1] | 85.0% | 94.2% | 98.2% | 99.2% | | 94.3% |
| *Average per year [2]* | | | | | | |
| *Acres per Farm* | *80.0* | *176.4* | *364.4* | *1,212.9* | | *490.8* |
| *Client Acres* | *59.2* | *141.5* | *297.5* | *843.4* | | *358.7* |
| *Client Bushels* | *9,952.6* | *24,320.5* | *50,907.5* | *142,264.5* | | *60,807.4* |

*Source: WG Internal Database and TSA Random Sample Selections*

Footnotes:
[1] *Represents the amount of farmers producing corn in each year (accounts for crop rotation). At the time of TSA's analysis in Q4 2017, WG had only fully ingested FSA information for 2013-2014. Therefore, TSA used the average of farmers producing corn relative to total claimant count over these two periods for all years in this report.*

[2] *In arriving at per year averages, all farms with acreage of 0 were excluded in a given period, as that farmer did not produce any corn in that year.*

As mentioned previously in this report, TSA selected a random sample of 1,435 cases to analyze the WG docket, of which WG was able to provide full FSA-578 information for 991. This sample size of 991 is statistically significant and gives TSA 95% confidence the results from the sample yield the same result as the total population with a margin for error of 3.5%. As previously noted, the 991 random selections for which TSA received FSA-578 information from WG will form the basis of all analysis on the WG docket in this report.

The chart above summarizes the aggregate population of claims included in the random sample for all years from 2013-2017, organized in quartiles based on total acreage harvested over the settlement period. The average acreage per farm per year was 80 for the bottom quarter of farms in the docket, while the top quartile averaged over 15x that acreage at 1,212 acres per year. In fact, the top 25% of farms by acreage accounted for 68% of all acres harvested over the settlement period, demonstrating a heavy skew towards larger farms controlling the majority of acreage in

3-0005

the docket. Total acreage per farm per year in the sample averaged 491 from 2013-2017, over double the national average (241 acres per farm per year) over the same time period.

Average yield across all farm acreage quartiles ranged from 168-172 bushels per acre, in line with the national average over the same time period of 169 bushels per acre. Ownership % (the total acreage/bushels owned by the claimant) averaged 73% of all acreage harvested by each farm, with the claimants owning 359 acres per farm per year. In addition, over 94% of farmers in the sample produced corn in a given year across all quartiles. The claimants in the sample harvested 60,808 bushels per year (after accounting for ownership % and % producing corn) on average, with the claimants in the largest quartile producing over 140,000 bushels per year.

**Estimated Bushels in Docket**

| Illustrative Sensitivity Analysis to Estimate Total Bushels in Docket - Random Sample Averages | | | |
|---|---|---|---|
| | **High** | **Base** | **Low** |
| **Farms** | 57,385 | 57,385 | 57,385 |
| *Average acres per farm* [1] | 508.0 | 490.8 | 473.6 |
| **Total Acres** | 29.2M | 28.2M | 27.2M |
| *Yield* [2] | 169.5 | 169.5 | 169.5 |
| **Total bushels undiscounted** | 4,942.0M | 4,774.9M | 4,607.8M |
| *Ownership %* [3] | 76.6% | 73.1% | 69.6% |
| *% harvesting corn* [4] | 97.8% | 94.3% | 90.8% |
| **Potential Client Bushels per Year** | 3,699.6M | 3,289.0M | 2,909.6M |
| Harvests (2013-2017) | 5 | 5 | 5 |
| **Total Bushels in Docket** | **18,497.8M** | **16,444.8M** | **14,548.1M** |

*Source: WG Internal Database, TSA Random Sample Selections*

*Footnotes:*

[1] *Denotes the average size of a farm in random sample. TSA assumed a change of +/- 3.5% when varying the assumptions.*

[2] *Average yield per acre. TSA did not change this assumption as the docket average was very similar to the national average.*

[3] *Denotes ownership percentage in the farm. Assumes a variance of +/- 3.5%.*

[4] *% of farmers harvesting corn in a given year (accounts for crop rotation). Assumes a variance of +/- 3.5%.*

**To estimate the total bushels produced by the claimants in the WG docket over the settlement period, TSA used the averages of the randomly selected sample of cases to make the following assumptions**:

- Average acres per farm: 490.8 acres per farm per year
- Corn bushel yield per acre: 169.5 bushels
- Ownership % of farm: 73.1% of corn-producing acreage
- % of farmers harvesting corn: 94.3% of farmers per year

Each of these assumptions form the basis for TSA's estimate of total bushels in the WG docket. They were each adjusted 3.5% (the random sample's margin for error at a 95% confidence interval) higher/lower to form the alternative cases except for bushel yield, which was consistent with the national average and had little variance.

3-0006

Given the 57,385 farms in the docket, TSA multiplied the acreage per farm and bushel yield per acre to arrive at 4.7 billion bushels produced by the claimants' farms per year. After accounting for ownership percentage and the percentage of farms producing corn, TSA estimates total client owned bushels produced per year by all claimants in the docket was 3.3 billion bushels. Provided five harvests in the settlement, TSA estimates total bushels in the docket to be 16.4 billion, encompassed within an estimated range of 14.5-18.5 billion bushels.

**Estimate of Total Bushels in Settlement & Proportion Attributable to WG Docket**

| Potential Bushels in Settlement | |
| --- | --- |
| **National Bushels (2013-2017)** | |
| 2013 Bushels | 13,925.1M |
| 2014 Bushels | 14,215.5M |
| 2015 Bushels | 13,554.9M |
| 2016 Bushels | 15,148.0M |
| 2017 Bushels | 14,280.1M |
| **Total National Bushels (2013-2017)** | **71,123.8M** |
| | |
| **Less:** | |
| (-) Estimated Bushels in WG Docket[1] | -16,444.8M |
| **Potential non-WG Bushels[2]** | **54,679.0M** |

*Source: NASS , WG Internal Database, TSA Random Sample Selections*

*Notes:*

**[1] Total bushels TSA estimated in the WG docket based on random sample taken from WG-provided claimant information. See TSA's calculation and description of this estimate earlier in the report.**

[2] *Total bushels produced nationally (NASS), less TSA's estimate for total bushels in the WG docket.*

In the analysis above, TSA attempted to derive the total bushels in the settlement using its estimate of the bushels in WG's docket and the national bushel production information from NASS. TSA then implied the proportionate share of bushels for WG's docket relative to total national bushels over the settlement period.

As noted previously, total bushels harvested in the United States in the 2013-2017 harvests totaled 71 billion bushels. TSA then subtracted its **estimate** of total bushels in the WG docket – 16.4 billion – to derive the total potential bushels in the settlement that are not included in WG's docket, which amounted to 54.7 billion bushels. **Derived from this estimate**, WG's clients' proportion of the total settlement bushels would equal 23.1% of total bushel production *before accounting for the settlement claims rate*.

3-0007

3-0008

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is a true and correct presumptive statistical analysis.

Executed this 6th day of July, 2018 in Travis County, Texas.

Shaun Hardick,
The Settlement Alliance, LLC