# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION | Master File No. 2:14-MD-02591-JWL-JPO |
| THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>: | MDL No. 2591 |
| *Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO | |
| *Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO | |
| *The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO | |
| *Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279-JWL-JPO | |

## <u>DECLARATION OF JOHN URSU</u>

I, John Ursu, declare as follows:

1. I am a partner of Greene Espel, PLLP, ("Greene Espel"). Based on my position with my firm, I am authorized on behalf of my firm to submit this declaration.

2. I make this declaration based on my personal knowledge and if called to testify to the contents hereof, I could and would competently do so. I respectfully submit this declaration in support of Plaintiffs' request for attorneys' fees and expenses in this litigation.

3. Our practice embraces the wide variety of complex disputes. We have defended and prosecuted complex class actions involving allegations of securities fraud, breach of fiduciary duty in the corporate context, and business torts. Our attorneys are experienced in handling matters

involving complex financial instruments and transactions, trade secrets, and professional liability issues, and are regularly called upon to teach and write about these issues.

4.	Greene Espel is an elite litigation boutique located in Minneapolis, Minnesota. Our firm has both a constitutional practice that represents cities and municipalities, a complex commercial practice that represents numerous Fortune 500 firms, and a white collar and investigatory practice those navigating government investigations. For many years, by nearly every reputational measure, our firm has ranked at the top level of firms in the region. Our success is the direct result of our unusual structure in which every attorney—whether a partner or non-partner—has an equal voice in the firm's management. Greene Espel's unique approach attracts and retains top-notch talent, resulting in each attorney's investment in every firm client's success. We are proud that Greene Espel encourages participation and contribution at every level—from administrative assistants and paralegals as well as our most junior and most senior attorneys. Everyone at our firm contributes to our representation of each client.

5.	The following chart contains background information on every timekeeper for whom we are submitting our common benefit request.

| Attorney Name (Last Name, First Name) | Law School Graduation Year | Experience, Honors/Awards |
|---|---|---|
| Baker, John | 1986 | John Baker is one of the founding attorneys of Greene Espel. An exceptional brief writer, John is an experienced appellate advocate and trial attorney. John has presented oral argument on appeal more than 30 times. While John has significant experience in private and public-sector matters, he is best known as an advocate, author and speaker on constitutional law, land-use litigation, appellate practice, telecommunications law, and defamation.<ul><li>Listed in *The Best Lawyers in America* (2015-2018)</li><li>Selected to Super Lawyers list, *Minnesota Super Lawyers* (2003-2017)</li></ul> |

| | | |
|---|---|---|
| | | • Selected to list of "Top 25 Appellate Law Super Lawyers," *Minnesota Journal of Law and Politics* (2005) |
| Dunlop, Sybil | 2008 | Sybil Dunlop helps clients resolve complex commercial and intellectual property disputes. Sybil advises Fortune 100 clients as they navigate business disputes with contractors, clients, and business partners. As a litigator, Sybil is a passionate advocate with first-chair trial and arbitration experience. She has also represented clients before the Patent Trial and Appeal Board, including the first patent owner to score a complete victory in a CBM proceeding.<br>• Recognized as Minnesota State Bar Association North Star Lawyer for pro bono service (2016)<br>• Selected to Rising Stars list, *Minnesota Super Lawyers* (2013-2016)<br>• Recognized as Up and Coming *Attorney, Minnesota Lawyer* (2015)<br>• Vanderbilt University Law School<br>    ○ 2L Mock Trial Champion and Top Litigator Award Recipient<br>    ○ Best Brief Award 2006<br>    ○ Scholastic Achievement Awards: Conflicts of Law, Professional Responsibility, and Legal Writing<br>• Smith College<br>    ○ Andrew C. Slater Prize for Excellence in Debate |
| Espel, Larry | 1977 | Larry Espel founded the law firm with Cliff Greene in 1993. Larry's well-reputed practice includes federal and state litigation in Minnesota and throughout the country. It has involved class actions and multi-district lawsuits, arbitration, and administrative proceedings to resolve commercial, environmental, construction, products liability, and telecommunications disputes. Larry is an experienced mediator and arbitrator, and was a Certified Civil Trial Specialist for 30 years. He has published articles and lectures in the fields of contracts, construction law, environmental litigation, and products liability.<br>• Named Local Litigation Star - Minnesota, Benchmark Litigation, The |

3

|  |  |  |
|---|---|---|
|  |  | Guide to America's Leading Firms and Attorneys (2010-2018)<br>• Selected to Super Lawyers list, Minnesota Super Lawyers (2003-2017)<br>• Winner of The Hennepin County Pro Bono Publico Award For Excellence By An Attorney in the Private Sector (2015)<br>• Recognized as Minnesota State Bar Association North Star Lawyer for Pro Service (2012-2015)<br>• Selected to list of the "Top 40 Business Litigation Super Lawyers," Minnesota Journal of Law and Politics (2009)<br>• Distinguished Service Award, Children's Law Center (2006) |
| Gassman-Pines, Jenny | 2006 | Jenny is an experience litigator whose cases involve the defense of private and public-sector clients facing employment claims in courtroom and agency settings, including discrimination, whistleblower, and retaliation lawsuits. She also regularly advises and defends corporate clients and individuals related to non-competition and non-solicitation agreements.<br>• Selected to Rising Stars list, Minnesota Super Lawyers (2012-2016)<br>• Recognized as Minnesota State Bar Association North Star Lawyer for pro bono service (2015-2016)<br>• Wesleyan University Service Award, presented to volunteers who have given sustained or significant service to Wesleyan University (2013)<br>• Arthur T. Pfefer Memorial Award, Twin Cities Cardozo Society (2009)<br>• Outstanding Achievement Award in Employment Discrimination Law, Minnesota State Bar Association, Labor & Employment Law Section (2006)<br>• Baldwin Fellowship, awarded to the member of the senior class who shows the most promise of becoming an outstanding lawyer and public-spirited citizen, Wesleyan University (2003)<br>• Camp Prize, awarded for excellence in English Literature, Wesleyan University (2003) |

4

| | | |
|---|---|---|
| Gilbertson, Robert | 1991 | Bob Gilbertson is an experienced trial lawyer who has successfully handled litigation and arbitrations across the United States in cases involving intellectual property, commercial disputes, insurance, industrial catastrophes, and products liability.  He has tried cases to verdict in all of these areas and has handled cases in 30 states around the country. He also has deep experience representing companies faced with putative class action and antitrust lawsuits, having defended 36 such actions in 16 different states around the country.<ul><li>U.S. Courts of Appeals for the Federal, Second, Sixth and Eighth Circuits</li><li>Listed in The Best Lawyers in America (2013-2018)</li><li>Selected to Super Lawyers list, Minnesota Super Lawyers (2014-2017)</li><li>Recognized as Minnesota State Bar Association North Star Lawyer for pro bono service (2012-2015)</li><li>Named a "Rising Star" and a "Super Lawyer" by Minnesota Journal of Law & Politics</li><li>Led teams that received the Volunteer Award, The Advocates for Human Rights (1998 and 2004)</li></ul> |
| Greene, Clifford | 1976 | Cliff Greene is one of Minnesota's preeminent trial advocates.  He consistently earns this recognition from leading legal publications—including Best Lawyers in America, Chambers, and Benchmark Litigation—as well as his peers. Most recently, Best Lawyers elected Cliff as the"2018 Minneapolis Litigation - Labor and Employment Lawyer of the Year."  Cliff represents clients in complex business, employment, and product liability actions. He also regularly counsels and defends government agencies and officials in disputes involving high-profile claims and significant precedent.  Cliff maintains a special focus on federal practice and procedure. He has been appointed by three different chief judges of the District of Minnesota to chair the Local Rules Advisory Committee. In 2016, the Chief Judge appointed Cliff to co-chair the federal magistrate Merit Selection Panel.  U.S. Supreme Court<ul><li>Named Leading Commercial Litigator, *Chambers USA*, America's</li></ul> |

| | | |
|---|---|---|
| | | <ul><li>Leading Lawyers for Business-The Client's Guide (2009-2018)</li><li>Listed in The Best Lawyers in America (2008-2018)</li><li>Selected as '2018 Minneapolis Litigation - Labor & Employment Lawyer of the Year", *Best Lawyers in America*</li><li>Selected to Super Lawyers list, *Minnesota Super Lawyers* (2003-2017)</li><li>Named Local Litigation Star - Minnesota, Benchmark Litigation, The Guide to America's Leading Firms and Attorneys (2010-2016)</li><li>Listed in Who's Who: Products Liability (2014-2016)</li><li>Listed as Minneapolis Lawyer of the Year by *Best Lawyers in America* for Litigation: Labor and Employment (2015)</li><li>Named Eighth Circuit Litigation Star – Minnesota, Benchmark Appellate, The Guide to America's Leading Appeals Litigation Firms and Attorneys (2012-2013)</li><li>Selected to Minnesota Super Lawyers list, *Super Lawyers*<ul><li>Selected to "Top Ten" Super Lawyers list (2005, 2011-2013)</li><li>Selected to "Top 100" Super Lawyers list (multiple years)</li></ul></li><li>2001 Award from Minnesota Federal Court recognizing 12 Years of Service as Chair of Local Rules Advisory Committee</li></ul> |
| Hagerty, Brian (Of Counsel) | 2004 | Brian graduated first in his class from the University of Michigan Law School in 2004, then completed a clerkship with Judge John M. Walker, Jr. of the U.S. Court of Appeals for the Second Circuit—the first of his four clerkships.  In all, over the course of about 10 years, Brian clerked for judges at every level of court in both the state and federal systems and worked on cases of almost every description, from multi-million-dollar derivatives-related litigation, to patent suits involving medical devices and electronics, to civil-rights cases, personal-injury cases, and criminal cases of all kinds.<ul><li>Daniel H. Grady Prize (highest GPA in graduating class), Class of 1908 Award (highest GPA, first two years), and Maurice</li></ul> |

6

| | | |
|---|---|---|
| | | <ul><li>Weigle Award (highest first-year GPA), University of Michigan Law School</li><li>West Publishing Company Award (outstanding scholarship and extracurricular contributions), University of Michigan Law School</li><li>Ralph M. Freeman Award (excellence in criminal law and procedure), University of Michigan Law School</li><li>Hubert H. Humphrey Merit Scholarship, University of Minnesota — Humphrey School of Public Affairs</li></ul> |
| Hibbard, Kathryn | 2006 | Kate has represented clients in class-action lawsuits, actions involving personal injuries and wrongful death claims, as well as litigation involving shareholder and intellectual property disputes, antitrust and employment claims, special litigation committees, and business torts.  Kate has also represented clients facing governmental investigations involving the Federal Trade Commission, the Commodities Futures Trading Commission, the Securities and Exchange Commission, and the Office of the Comptroller of the Currency.<ul><li>Selected to Rising Stars list, *Minnesota Super Lawyers* (2013-2016)</li><li>Presidential Scholarship Recipient (full tuition), University of St. Thomas School of Law</li></ul> |
| Johnson, Mark | 2003 | Mark Johnson is lead counsel in complex commercial litigation and arbitration matters for several Fortune 1000 corporations and sophisticated individuals.  Mark regularly brings and defends lawsuits involving trade secrets, trademarks, and other intellectual property; professional liability; the enforcement of contractual and fiduciary duties; finance and securities; and international business disputes.<ul><li>Selected to Super Lawyers list, *Minnesota Super Lawyers* (2015-2017)</li><li>Honored as Attorney of the Year, *Minnesota Lawyer* (2012)</li><li>Selected to Rising Stars list, *Minnesota Super Lawyers* (2011-2014)</li><li>Recognized as Up and Coming Attorney, *Minnesota Lawyer* (2011)</li></ul> |

| Kimble, Janine | 2010 | Janine Kimble represented public and private sector clients in complex litigation and compliance matters. She has assisted clients through all phases of cases in both state and federal court.  Janine joined Greene Espel after clerking for Justice Alan C. Page of the Minnesota Supreme Court. Janine received her J.D. from Stanford Law School, where she was on the board of the Stanford Law Review. She received her B.A. magna cum laude from St. Olaf College. Before attending law school, Janine was a Recruitment Director for Teach For America in Minneapolis and taught eighth grade math for two years as a Teach For America Corps Member in Mississippi.  Janine currently works as an Assistant Attorney general for the Minnesota Attorney General's Office. |
|---|---|---|
| Paul, Jeya (Of Counsel) | 2006 | Jeya Paul is an experienced litigator whose practice focuses on intellectual property and other complex commercial disputes.  She has experience with all stages of litigation, from pre-suit investigations to trial and post-trial proceedings. Jeya has represented clients in patent litigation matters in district courts across the country and at the Federal Circuit. She also has experience with inter partes reviews at the United States Patent and Trademark Office.  Jeya is a graduate of Stanford Law School and a former federal district court law clerk. |
| Rashid, Faris | 2010 | Faris Rashid represents private sector clients in complex commercial matters, including cases involving trade secrets, non-competition and non-solicitation agreements, technology and software-related disputes, and product liability claims.  He advises corporate clients regarding FCPA and anti-corruption laws, and coordinates responses to government investigations, including those conducted by the Securities and Exchange Commission and the Federal Trade Commission. aris has represented both local enterpreneurs and Fortune 500 companies.  Faris received his J.D., magna cum laude from the University of Wisconsin Law School, and his B.A., with high distinction, from the University of Wisconsin. After law school, he clerked for the Honorable Ann D. Montgomery of the United States District Court for the District of Minnesota. |

| | | |
|---|---|---|
| | | <ul><li>Recognized as Minnesota State Bar Association North Star Lawyer for pro bono service (2015)</li><li>University of Wisconsin Law School--Davis Award for Excellence in the Study of Constitutional Law</li></ul> |
| Schmitter, Chris | 2013 | Chris Schmitter uses experience gained from federal trial and appellate court clerkships to represent clients in both the public and private sectors.  Chris joined Greene Espel after clerking for the Honorable Sidney R. Thomas of the U.S. Court of Appeals for the Ninth Circuit and for the Honorable John Tunheim of the U.S District Court for the District of Minnesota.  While in law school, Chris clerked for the U.S. Attorney's Office for the District of Minnesota and served as a legal intern for the U.S. Department of Justice's Civil Rights Division (Criminal Section). He worked as a research assistant to Professor Kristin Hickman. Chris also served as the student director of the Misdemeanor Prosecution Clinic.  Before attending law school, Chris served as Deputy Chief of Staff and Legislative Director for U.S. Representative Tim Walz.<ul><li>Class of 2013 Most Outstanding Contribution Award, University of Minnesota Law School</li><li>Judge Edward J. Devitt Award for excellence in the study of federal law and practice, University of Minnesota Law School</li><li>ALI-CLE Scholarship and Leadership Award, University of Minnesota Law School</li><li>Book Award for highest grade in Property, Federal Securities Regulation, and Advanced Corporate Law, University of Minnesota Law School</li><li>Recipient of the Leonard, Street & Deinard Law Review Award for excellence in legal writing</li></ul> |
| Sindberg Porter, Erin | 2007 | Erin has over a decade of experience litigating complex cases.  She has counseled individuals and corporations facing civil litigation, criminal prosecutions, and government investigations. Erin's clients include Fortune 500 companies as well as individuals and smaller organizations. She has represented clients facing mortgage repurchase |

9

| | | |
|---|---|---|
| | | claims, defending the originators and sellers of mortgage loans against banks and other investors demanding repurchase and indemnification. She also represents companies in complex business tort cases helping clients navigate multiple actions in different states and jurisdictions.  Erin also maintains a robust pro bono practice, advocating for mothers and children. Her advocacy includes; representing children through the Children's Law Center who recognized her as Volunteer of the Month, helping review the City of Minneapolis Youth Violence Prevention Program, a founding member of the Minnesota Mother Attorneys Association, and serving on the Board of Directors of Our Fair Carousel. Erin also currently serves as the President of Macalester College's Alumni Board.<br>• Recognized as Up and Coming Attorney, *Minnesota Lawyer* (2017)<br>• Selected to Rising Stars list, *Minnesota Super Lawyers* (2011-2017)<br>• Recognized as Minnesota State Bar Association North Star Lawyer for pro bono service (2012-2015)<br>• Named Children's Law Center October 2013 Volunteer of the Month<br>• CALI Award for highest grade in Constitutional Law, Federal Jurisdiction |
| Ursu, John | 2002 | John has practiced at Greene Espel since 2005 where, according to the 2010 edition of Benchmark: The Definitive Guide to America's Leading Litigation Firms and Attorneys, he "has made a name for himself managing complex business disputes." In 2011, John was named as one of Minnesota Lawyer's 28 "Up & Coming Attorneys," and from 2013 to 2017, one of Benchmark's "Local Litigation Stars."  John graduated from the University of Michigan Law School in 2002, where he was Managing Editor of the Michigan Law Review. While at Michigan, he won the 78th Annual Henry M. Campbell Moot Court Competition, which the university describes as "one of the highest honors a Michigan law student can achieve." John won several awards while at Michigan, including the Jason L. Honigman award for his contributions to the Law Review over two years. Following law school, John clerked for the Honorable Richard H. |

| | | |
|---|---|---|
| | | Kyle of the United States District Court for the District of Minnesota.<br>• Named to 2018 BTI Client Service All-Stars List (2018)<br>• Listed in The Best Lawyers in America (2018)<br>• Honored as Local Litigation Star, *Benchmark: The Definitive Guide to America's Leading Litigation Firms and Attorneys* (2013-2017)<br>• Named Up & Coming Attorney, *Minnesota Lawyer* (2011)<br>• Listed as Rising Star, *Minnesota Super Lawyers* (2011, 2012)<br>• Recognized as Future Star, *Benchmark: The Definitive Guide to America's Leading Litigation Firms and Attorneys* (Third Annual Edition, Fourth Annual Edition, Fifth Annual Edition)<br>• Champion, 78th Annual Henry M. Campbell Moot Court Competition at University of Michigan Law School, as awarded by Judge Frank Easterbrook (7th Cir.), Judge Steven Reinhardt (9th Cir.), and Barbara Underwood, former Acting Solicitor General for the United States (2002)<br>• Jason L. Honigman Award, for the greatest contributions to the *Michigan Law Review* (2002)<br>• Certificate of Merit, for the highest grade in Constitutionalism in South Africa (2002)<br>• James A. Dykema Award, for election to the editorial board of the *Michigan Law Review* (2001) |
| Wallace-Jackson, David | 1998 | David Wallace-Jackson litigates complex matters in federal and state courts throughout the United States. He represents companies and individuals in complex business and intellectual property disputes, internal investigations and due diligence work, and white-collar criminal defense matters. David routinely litigates complex cases involving contract, trade secret and unfair competition issues. He defends companies against product liability lawsuits and related agency investigations. David investigates international business conduct issues as they arise under the Foreign Corrupt Practices Act |

11

| | | |
|---|---|---|
| | | and the U.K. Bribery Act. And he defends clients caught up in the criminal justice system.<br>• Listed in The Best Lawyers in America (2013-2018)<br>• Dana Award for Personal Achievement, Carleton College (1987) |
| Zhao, X. Kevin | 2010 | X. Kevin Zhao represents clients in complex litigation, including multidistrict class actions, business disputes and arbitration, and product-liability litigation.  Kevin has prosecuted and defended a variety of claims in federal and state courts across the country.  Kevin also has substantial experience in cross-border disputes. Leveraging his fluency in Mandarin, for instance, Kevin has prepared, defended, and taken numerous depositions of Chinese-speaking witnesses in China and Hong Kong.  In addition to complex litigation, Kevin advises clients on regulatory-compliance matters, including trade compliance and export controls, and conducts sensitive internal investigations.  Kevin maintains an active pro bono practice, working with asylum seekers in partnership with The Advocates for Human Rights.<br>• Appointed to the Merit Selection Panel by Chief Judge John R. Tunheim to advise the U.S. District Court of the District of Minnesota on the selection of a new U.S. Magistrate Judge (February, 2018)<br>• Recognized as Minnesota State Bar Association North Star Lawyer for pro bono service (2014-2016)<br>• Graduate Fellow for Constitutional Law and Corporations, Harvard Law School |

| Staff Name (Last Name, First Name) | Years of experience in the legal industry | Experience |
|---|---|---|
| Dolphin, Kathleen | 30 | As a litigation specialist paralegal, Katy Dolphin helps clients in all phases of litigation.  Katy is a critical member of case teams who masters the factual record and deploys that mastery to provide tactical and strategic input.  She is responsible for investigative support, including factual research and interviews; document review and management; preparation of summary |

| | | |
|---|---|---|
| | | investigative memoranda and court filings; and trial preparation and support. |
| Frisell, Sharon | 28 | Sharon is a litigation specialist at Greene Espel with over 25 years of litigation experience. As a seasoned litigation paralegal, her experience includes high volumes of document collection and management, witness interviews and preparation, discovery tasks, pretrial preparation, and trial support. |
| Jones, Debra | 23 | Deb Jones, RP® is a senior paralegal with more than 20 years of experience providing key support in a broad range of legal areas, with a focus on employment and complex commercial litigation. She assists in all phases of litigation, including document preservation and collection, factual analysis and development, depositions, and trial preparation. |
| Levy, Carynne | 22 | Carynne Levy is a Senior Paralegal at Greene Espel with over twenty years' experience in all aspects of complex litigation case management in multiple jurisdictions including Alabama, Arizona, Florida, Georgia, and Minnesota. Carynne has an extensive background in orchestrating crucial day-to-day assistance to attorneys in the areas of mass tort product liability cases, general commercial litigation matters with significant claims at stake, FINRA arbitrations, and SEC investigations. She assists in all phases of litigation, including document collection and analysis, discovery requests and responses, fact development, case investigation and organization, depositions, arbitration, trial preparation and trial support. Carynne also has experience in bankruptcy and immigration matters. Carynne regularly works with the latest litigation support and courtroom technologies. |
| Ling, Lynn | 1 | Lynn Ling is a 2016 graduate of the University of Minnesota Law School with a Bachelor's Degree from Nanjing University in Nanjing, China. Before clerking at Greene Espel during her final two years of law school, Ms. Ling worked at private law firms in Minneapolis and New York and at a corporate legal department. A native Mandarin speaker, Ms. Ling's professional experience also included liaising between the United States and China for universities in both countries. Ms. Ling now a senior associate at Clifton Larson Allen in Minneapolis. |
| Nikolai, Mary | 1 | Mary Nikolai is a 2018 graduate of the University of St. Thomas Law School with eight years' experience working for private law firms on commercial litigation matters and legislative initiatives. Mary has worked as a legal assistant, providing drafting assistance for legal |

| | | |
|---|---|---|
| | | documents and has broad experience researching a range of legal and legislative matters. |
| Nusbaum, Ann | 18 | Ann Nusbaum joined Greene Espel as a paralegal in 2014. Ann had significant experience as a paralegal in large litigation firms, where she specialized in ediscovery, technical collection, review, and database management, especially on large, complex matters. Ann's experience included all aspect of discovery, from collection to production, and managing internal litigation support and external vendors for each step in the discovery process. Ann retired from private practice in 2016. |
| Richart, Laura | 10 | Laura Richart provides important support to Greene Espel attorneys and paralegals by managing documents and databases. Laura Richart is a Case Assistant at Greene Espel. |
| Yackley, Melanie | 8 | As a Case Manager, Mel Yackley helps manage and triage all the moving parts of complex litigation matters. She assists matter teams with defining goals, standardizing processes, and delivering results that align with each client's objectives. |

6. Our firm was the first to file suit against Syngenta for its premature, broad commercialization. When the MDL was created, I was appointed to the Executive Committee, where I have been deeply involved in multiple strategic decisions on procedural matters, discovery, dispositive motions, and trial. My partners and colleagues and I have conducted extensive legal research, have drafted and and assisted co-lead counsel in the drafting of significant motions, including Syngenta's motion to dismiss, motion to remand (which included the complicated area of foreign relations), dismissal of third-party complaints (which included the Grain Standards Act), and summary judgment motions involving Syngenta's arguments pertaining to exporters and China, worked with co-lead counsel regarding information pertaining to China's regulatory system, assisted in research and drafting of the motion for class certification, argued important motions (including motion to remand and motions to dismiss third-party complaint), assisted in developing facts pertaining to the United States commodity system and means of bulk transportation, developed the procedural framework for the coordinated cases, took depositions of

14

critical witnesses as lead lawyer (including representatives of NGFA and NAEGA), reviewed documents, assisted in preparing trial witnesses including Randy Giroux, and sat as thought partners in every step of this litigation.

7. Our firm has been heavily invested in every piece of the multi-district and class action litigation against Syngenta. We have had to forego other work due to our commitments to this litigation.

8. Greene Espel maintains contemporaneous records of time and expenses in the ordinary course of business. Clients are sent monthly invoices detailing those time records and expenses, which are recorded and saved (along with non-billable, administrative time) in a software system.

9. In compliance with the Court's Order Establishing Protocols for Common Benefit Work and Expenses, ECF No. 936 (the "Common Benefit Order"), my firm submitted its common benefit time and expense submissions to Co-Lead Counsel in the MDL.

10. In compliance with the Common Benefit Order, I did not include in these submissions time and expenses spent in respect to my individual clients who were not either bellwether or class representative plaintiffs.

11. As part of the preparation of my declaration, I re-reviewed all of the time entries and expenses previously submitted in this litigation to exercise billing judgment.

12. My partner Erin Sindberg Porter and I have exercised billing judgment in re-reviewing common benefit time and expenses. We scrutinize each invoice, and I have done so again here, and again in a teleconference with Co-Lead Counsel.

13. After this re-review, I can confirm that this time was undertaken by the members of my firm at my direction. I believe that the common benefit time and expense information

submitted on behalf of my firm is accurate and in compliance with the Court's Common Benefit Order.

14. After exercising billing judgment and making billing reductions based on my review of the records, the total lodestar for my law firm is $1,767,880.80. A breakdown of the lodestar is provided below.

|  | Name | Title | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|---|
| 1. | Ursu, John W. | Partner | 972.30 | $534.00 | $519,208.20 |
| 2. | Zhao, X. Kevin | Associate | 718.30 | $361.00 | $259,306.30 |
| 3. | Hagerty, Brian | Associate | 564.90 | $400.00 | $225,960.00 |
| 4. | Schmitter, Chris L. | Associate | 475.10 | $337.00 | $160,108.70 |
| 5. | Hibbard, Kathryn N. | Partner | 330.00 | $412.00 | $135,960.00 |
| 6. | Wallace-Jackson, David | Partner | 280.90 | $501.00 | $140,730.90 |
| 7. | Levy, Carynne L. | Paralegal | 256.20 | $266.00 | $68,149.20 |
| 8. | Sindberg Porter, Erin | Partner | 243.90 | $374.00 | $91,218.60 |
| 9. | Dolphin, Kathleen A. | Paralegal | 98.10 | $258.00 | $25,309.80 |
| 10. | Rashid, Faris A. | Associate | 94.00 | $361.00 | $33,934.00 |
| 11. | Nusbaum, Ann J. | Paralegal | 76.70 | $238.00 | $18,254.60 |
| 12. | Richart, Laura S. | Paralegal | 52.40 | $90.00 | $4,716.00 |
| 13. | Gilbertson, Robert J. | Partner | 46.90 | $585.00 | $27,436.50 |
| 14. | Jones, Debra A. | Paralegal | 41.30 | $258.00 | $10,655.40 |
| 15. | Kimble, Janine W. | Associate | 37.40 | $302.00 | $11,294.80 |
| 16. | Dunlop, Sybil L. | Partner | 31.90 | $322.00 | $10,271.80 |
| 17. | Baker, John M. | Partner | 21.80 | $305.00 | $6,649.00 |
| 18. | Gassman-Pines, Jenny | Partner | 15.10 | $345.00 | $5,209.50 |
| 19. | Greene, Clifford M. | Partner | 11.20 | $596.00 | $6,675.20 |
| 20. | Paul, Jeya | Associate | 5.20 | $391.00 | $2,033.20 |
| 21. | Frisell, Sharon C. | Paralegal | 5.00 | $238.00 | $1,190.00 |
| 22. | Johnson, Mark L. | Partner | 4.50 | $400.00 | $1,800.00 |
| 23. | Yackley, Melanie M. | Paralegal | 3.40 | $112.00 | $380.80 |
| 24. | Espel, Larry D. | Partner | 1.70 | $643.00 | $1,093.10 |

|     | Name | Title | Total Hours | Hourly Rate | Lodestar |
|-----|------|-------|-------------|-------------|----------|
| 25. | Nikolai, Mary M. | Paralegal | 1.50 | $160.00 | $240.00 |
| 26. | Ling, Lynn Y. | Paralegal | 0.80 | $119.00 | $95.20 |
|     | **TOTALS** |  | 4,390.50 |  | $1,767,880.80 |

15. Our firm's investment in this litigation resulted in our timekeepers spending significant amounts of time, advancing the case against Syngenta.

16. My firm seeks $199,822.80 in expenses in connection with the prosecution of the litigation. Those expenses are summarized below:

| Category Code | Description of Category Code | Amounts |
|---------------|------------------------------|---------|
| 1 | Federal Express / Local Courier | $153.91 |
| 5 | In-House Photocopying | $1,634.32 |
| 7 | Hotels | $457.70 |
| 8 | Meals | $151.35 |
| 9 | Mileage | $975.90 |
| 10 | Air Travel | $508.60 |
| 12 | Lexis/Westlaw/Bloomberg | $5,759.62 |
| 17 | Ground Transportation | $24.40 |
| 18 | Miscellaneous | $157.00 |
| 19 | Litigation Fund Assessment | $190,000.00 |
|  | **TOTAL** | **$199,822.80** |

17. As part of my firm's request for an award of expenses, I have reviewed Section III(B) of the Court's Order Establishing Protocols for Common Benefit Work and Expenses and Establishing the Common Benefit Fee and Expense Funds (Doc. 936) (the "Common Benefit Order"). The requested award is in conformity with the Common Benefit Order.

18. Greene Espel requests $160,000 as reimbursement for capital contributions to the litigation fund.

19. The expenses pertaining to this case are reflected in the records of my firm. These records are contemporaneously prepared from receipts, expense vouchers, check and credit card records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 6th day of July, 2018, in Minneapolis, Minnesota.

*/s/ John W. Ursu*
JOHN URSU