Paul LLP Supplemental Submission

| LEGAL FEES TASK PERFORMED | PAUL LLP TIMEKEEPER | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | |
| Complaint drafting | Attorneys | | | 571.70 | $338,552.50 | This includes investigation and due diligence in the year before Cargill filed the first complaint, drafting of all individual complaints filed in the federal MDL and in Minnesota, and working with defense counsel on individual cases before the federal MDL was formed. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 92.00 | $16,889.50 | |
| Dispositive motion briefing/argument | Attorneys | | | 2.10 | $1,365.00 | Reading and preparing with Minnesota co-counsel on motion to dismiss hearing |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Class certification motion briefing and argument | Attorneys | | | 0.30 | $195.00 | Analyzing potential class certification strategy in 2015 before complaints were filed. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **DISCOVERY, DEPOSITIONS, DOC REVIEW** | | | | | | |
| Plaintiff fact sheet preparation/review | Attorneys | | | 44.83 | $19,873.25 | This is not duplicative of the Plaintiff Fact Sheet time that was submitted in the Minnesota leadership fee application. This time is the administrative portion of collecting documents, bates numbering and uploading documents, and converting information in FSA records to electronic data as required by the federal MDL Co-Leads in order to keep all individual clients out of the federal class. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 507.05 | $78,529.00 | |
| Paper discovery (Syngenta and third parties) | Attorneys | | | 7.20 | $4,680.00 | This is time spent drafting initial discovery in our individual cases to Syngenta before the federal and Minnesota MDLs were formed. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Paper discovery against plaintiffs | Attorneys | | | 1.80 | $495.00 | Time spent drafting responses to discovery propounded to our client prior to client being dismissed as a class representative |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Discovery motion practice and communications with adverse parties | Attorneys | | | 7.40 | $4,495.00 | This is reading pleadings related to objections to common benefit and other administrative orders. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Fact depositions (Syngenta and third parties) | Attorneys | | | 1.10 | $550.00 | General work on preparing for depositions |
| | Contract Attorneys | | | | | |

Paul LLP Supplemental Submission

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Non-attorneys | | | | | | |
| Defend fact depositions (of plaintiffs) | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Discovery file management | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| **EXPERT WORK, DAUBERT MOTIONS** | | | | | | | |
| Plaintiffs' expert witness work (including development of report, defense of depositions) | Attorneys | | | | 0.60 | $390.00 | Reviewing investigative materials on potential experts |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Defendant expert witness work (depositions) | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Daubert motion practice (plaintiff experts) | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Daubert motion practice (defense experts) | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| **PRETRIAL PREP, TRIAL, AND POST TRIAL** | | | | | | | |
| Motions in limine | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Trial (presenting witnesses and argument) | Attorneys | | | | 38.60 | $22,330.00 | Attended the Kansas trial in order to prepare for the Minnesota class trial. |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Trial briefing and jury intructions | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Other pretrial motion practice | Attorneys | | | | 40.70 | $21,700.00 | This is time spent on responding to motions to transfer. |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| Post-trial briefing | Attorneys | | | | | | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| **SETTLEMENT AND SETTLEMENT ADMINISTRATION** | | | | | | | |
| Pre-settlement communication with clients | Attorneys | | | | 82.50 | $43,987.50 | This is time spent giving updates on status of the litigation and responding to questions from clients, much of which was via phone calls. |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | 183.20 | $31,267.50 | |
| Settlement negotiations | Attorneys | | | | 20.40 | $12,915.00 | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |

## Paul LLP Supplemental Submission

| Category | Role | | | | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Assisting clients in perfecting claims in settlement | Attorneys | | | | 4.10 | $2,275.00 | |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | 455.20 | $64,518.50 | |
| Preparation of fee petition | Attorneys | | | | 61.40 | $33,715.00 | This is time spent preparing Paul LLP's declarations in support of the Kansas co-lead fee applications and supplemental application. Additionally, this includes time drafting Paul LLP's individual fee application and supplement. |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | 53.70 | $9,844.50 | |
| **ADMINISTRATIVE** | | | | | | | |
| Administrative work as court-appointed leadership | Attorneys | | | | 49.60 | $30,470.00 | This is time spent reading pleadings in the federal and Minnesota MDLS and attending hearings where Paul LLP was not taking the lead on briefing or argument. |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | | | |
| **OTHER (describe in Notes)** | | | | | | | |
| | Attorneys | | | | 920.3 | $525,835.00 | All client acquisition time is included in this category along with time spent on leadership applications for the federal and Minnesota MDLs and time spent on the process to opt clients who were acquired after class certification was requested and thus had to be individually opted-out. This also includes ___ hours of general administrative work including, for example, managing client database, updating client contact information, obtaining FSA releases, working with FSA offices, and calculating acreage for clients, and creating the excluded client list to submit to the federal MDL co-leads to exclude clients from federal class certification. |
| | Contract Attorneys | | | | | | |
| | Non-attorneys | | | | 558.1 | $95,246.50 | |

| PAUL LLP EXPENSES PAID | Amount | Notes |
|---|---|---|
| Common Benefit Assessment Fees | | |
| Postage | $4,731.36 | |
| Photocopying | $2,145.47 | |
| Hotels | $4,631.55 | |
| Meals | $4,041.75 | |
| Mileage | | |
| Air Travel | $13,146.12 | |
| Court Fees | $21,367.00 | |
| Transcript Fees | | |
| Groud Transportation | $9,459.16 | |
| Expert/Consulting Fees Not Included in Common Benefit | | |
| Special Master Fees | | |
| Miscellaneous (Describe) | $12,557.09 | Research, mailing supplies, advertising, meeting room rental, PACER, local counsel fees, process service |
| **TOTAL** | $72,079.50 | |