The Hodge Law Firm

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
| --- | --- | --- | --- | --- | --- | --- |
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| **PLEADINGS, BRIEFS, DISPOSITIVE MOTIONS** | | | | | | |
| Complaint drafting | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Dispositive motion briefing/argument | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Class certification motion briefing and argument | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| **DISCOVERY, DEPOSITIONS, DOC REVIEW** | | | | | | |
| Plaintiff fact sheet preparation/review | | | | | | |
| | Attorneys | 0 | 0 | 123.5 | $55,575.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 91.75 | $11,468.75 | |
| Paper discovery (Syngenta and third parties) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Paper discovery against plaintiffs | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Discovery motion practice and communications with adverse parties | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Fact depositions (Syngenta and third parties) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Defend fact depositions (of plaintiffs) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Discovery file management | | | | | | |

The Hodge Law Firm

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
| --- | --- | --- | --- | --- | --- | --- |
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| **EXPERT WORK, DAUBERT MOTIONS** | | | | | | |
| Plaintiffs' expert witness work (including development of report, defense of depositions) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Defendant expert witness work (depositions) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Daubert motion practice (plaintiff experts) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Daubert motion practice (defense experts) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| **PRETRIAL PREP, TRIAL, AND POST TRIAL** | | | | | | |
| Motions in limine | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Trial (presenting witnesses and argument) | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Trial briefing and jury intructions | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Other pretrial motion practice | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |

The Hodge Law Firm

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| Post-trial briefing | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| **SETTLEMENT AND SETTLEMENT ADMINISTRATION** | | | | | | |
| Pre-settlement communication with clients | | | | | | |
| | Attorneys | 0 | 0 | 572.25 | $325,768.75 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 59.25 | $7,406.25 | |
| Settlement negotiations | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| Assisting clients in perfecting claims in settlement | | | | | | |
| | Attorneys | 0 | 0 | 88.5 | $39,825.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 80 | $10,000.00 | |
| Preparation of fee petition | | | | | | |
| | Attorneys | 0 | 0 | 46 | $20,700.00 | Was not included in initial application |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 18 | $2,250.00 | Was not included in initial application |
| **ADMINISTRATIVE** | | | | | | |
| Administrative work as court-appointed leadership | | | | | | |
| | Attorneys | 0 | 0 | 0 | $0.00 | |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 0 | $0.00 | |
| **OTHER (describe in Notes)** | | | | | | |
| | Attorneys | 0 | 0 | 294.5 | $113,368.75 | Travel, legal research, factual research, case analysis and strategy, meetings with local experts |
| | Contract Attorneys | 0 | 0 | 0 | $0.00 | |
| | Non-attorneys | 0 | 0 | 7 | $875.00 | Pleading and document collection and review; travel arrangements |

| EXPENSES PAID | Amount | Notes |
|---|---:|---|
| Common Benefit Assessment Fees | $ - | |
| Postage | $ 1,996.90 | |
| Photocopying | $ - | |
| Hotels | $ 15,533.68 | |
| Meals | $ 3,002.06 | |
| Mileage | $ 12,498.42 | |
| Air Travel | $ 10,227.86 | |
| Common Benefit Assessment Fees | $ - | |
| Court Fees | $ - | |
| Transcript Fees | $ - | |
| Ground Transportation | $ - | |
| Expert/Consulting Fees Not Included in Common Benefit | $ - | |
| Special Master Fees | $ - | |
| Miscellaneous (Describe) | $ 3,638.95 | Research publications, Pacer fees |
| TOTAL | $ 46,897.87 | |