AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">*Plaintiff*</td><td>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)</td><td>Case No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td style="text-align:center">*Defendant*</td><td>)</td><td></td></tr>
</table>

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*