IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR162<br>CORN LITIGATION<br><br>This Document Relates to All Cases <u>Except</u>:<br><br>*Louis Dreyfus Co. Grains Merchandising LLC v. Syngenta AG*, No. 16-2788<br><br>*Trans Coastal Supply Co., Inc. v. Syngenta AG*, No. 14-2637<br><br>*The Delong Co., Inc. v. Syngenta AG*, No. 17-2614<br><br>*Agribase Int'l Inc. v. Syngenta AG*, No. 15-2279 | MDL No. 2591<br><br>Case No. 14-md-02591-JWL-JPO |

## ENTRY OF APPEARANCE

The undersigned attorney, Michael G. Pattillo, Jr. of MoloLamken LLP, hereby enters his appearance as counsel for Watts Guerra LLP, a movant in above-referenced MDL No. 14-MD-2591.

Dated: August 3, 2018

Respectfully submitted,

/s/ Michael G. Pattillo, Jr.
Michael G. Pattillo, Jr.
   D.C. Bar No. 479616
MOLOLAMKEN LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556-2000
Fax: (202) 556-2001
mpattillo@mololamken.com

*Of Counsel for Watts Guerra LLP*

## CERTIFICATE OF SERVICE

     I certify that on August 3, 2018, I caused the foregoing Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Michael G. Pattillo, Jr.
                                        Michael G. Pattillo, Jr.