Law Offices of A. Craig Eiland

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| **PLEADINGS, BRIEFS, DISPOSITIVE MOTIONS** | | | | | | |
| Complaint drafting | | | | | | Drafting, reviewing, and finalizing 9 Illinois State Court Complaints on behalf of 834 clients; filed by local counsel in the Circuit Court of the First Judicial Circuit of Williamson County, Illinois; Preparing 90 Summonses |
| | Attorneys | | | 88.00 | $55,000.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Dispositive motion briefing/argument | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Class certification motion briefing and argument | | | | | | Drafting, reviewing, and finalizing Certain Producers Class Members' Objection to Class Counsel's Proposed Class Notice (Doc. 2645) |
| | Attorneys | | | 30.00 | $18,750.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **DISCOVERY, DEPOSITIONS, DOC REVIEW** | | | | | | |
| Plaintiff fact sheet preparation/review | | | | | | Reviewing approximately 50,000 pages of client farm records (including FSA Form 578s, crop insurance, seed corn receipts, sales contracts, and settlement statements) |
| | Attorneys | | | 815.00 | $509,375.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Paper discovery (Syngenta and third parties) | | | | | | Reviewing Syngenta's document production produced in Illinois litigation; specifically for certain Syngenta employees; preparing deposition hot doc outlines for those certain employees (including document review time tracked by Advansic program) |
| | Attorneys | | | 320.00 | $160,000.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Paper discovery against plaintiffs | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Discovery motion practice and | Attorneys | | | | | |

Law Offices of A. Craig Eiland

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| communications with adverse parties | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Fact depositions (Syngenta and third parties) | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Defend fact depositions (of plaintiffs) | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Discovery file management | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **EXPERT WORK, DAUBERT MOTIONS** | | | | | | |
| Plaintiffs' expert witness work (including development of report, defense of depositions) | Attorneys | | | 26.00 | $19,500.00 | Working with coordinating Illinois counsel on the development of expert reports |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Defendant expert witness work (depositions) | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Daubert motion practice (plaintiff experts) | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Daubert motion practice (defense experts) | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **PRETRIAL PREP, TRIAL, AND POST TRIAL** | | | | | | |
| Motions in limine | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Trial (presenting witnesses and argument) | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Trial briefing and jury instructions | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |

Law Offices of A. Craig Eiland

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| Other pretrial motion practice | | | | | | Drafting and filing Motion for Extension of Time to File Response to Motion to Amend Nationwide and Kansas Class Judgment by Interested Party Eiland Plaintiffs (Doc. 3369); Drafting and Filing Consent Motion for Extension of Time and Stipulated Briefing Schedule (Doc. 3387) |
| | Attorneys | | | 4.00 | $2,500.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Post-trial briefing | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **SETTLEMENT AND SETTLEMENT ADMINISTRATION** | | | | | | |
| Pre-settlement communication with clients | | | | | | Nearly four years of client communications including numerous in-person meetings, phone calls, emails, and update letter correspondence regarding fact sheet requirements, requesting the farm record necessary to complete the PFS, updating and reporting on important case activity and developments including the over 30 hearings attended by counsel; assisting clients with farm record retrieval. |
| | Attorneys | | | 4015.00 | $2,509,375.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Settlement negotiations | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |

Law Offices of A. Craig Eiland

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| Assisting clients in perfecting claims in settlement | | | | | | Drafting, reviewing, preparing, and sending Claim Form Packet to clients with pre-filled claim forms to clients and explanation and instruction for making a claim; Receipt and review of Client Claim Forms; confirming forms are completed correctly; daily communication with clients re questions on how to correctly fill out the claim forms; following up with clients who have not submitted a claim; submitting a claim on behalf of clients |
| | Attorneys | | | 330.00 | $165,000.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 330.00 | $41,250.00 | |
| Preparation of fee petition | Attorneys | | | 150.00 | $87,500.00 | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 156.00 | $19,500.00 | |
| **ADMINISTRATIVE** | | | | | | |
| Administrative work as court-appointed leadership | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **OTHER (describe in Notes)** | | | | | | |
| Excluding clients from class action | | | | | | Work on excluding clients from Class Action; communicate and follow-up with clients; receipt and review of exclusion forms; resolve issues; daily communication with clients re questions and reminders; organizing opt outs; creating opt out index for Analytics in order to identify and find each opt out; transmitting to Analytics by opt out deadline; Work on confirming clients are identified as a valid exclusion, identifying "missing" clients, identify deficient clients; working to resolve deficiencies; drafting and sending letter to C. Ellis and M. Kopperud re Class Exclusion Discrepancies (with identified discrepancies attached) |
| | Attorneys | | | 500.00 | $250,000.00 | |

Law Offices of A. Craig Eiland

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Illinois Coordinating Counsel Work | Attorneys | | | 650.00 | $415,000.00 | Working with coordinating counsel with cases pending in Illinois including numerous in-person meetings, conference calls, emails, and other correspondence re case strategy and development, experts, motion practice, discovery matters, document review, hearing preparation, etc. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Hearings and related travel | Attorneys | | | 340.00 | 220,00 | Attending approximately 30 hearings (approximately 15 in-person) in Kansas City, Williamson County, Illinois, and the Southern District of Illinois |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Administrative Work | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 5500.00 | $687,500.00 | Full time legal assistant dedicated to Syngenta litigation work over the last 3.5 years and the work of five other staff members as required |
| Total | | | | 13254.00 | $4,940,250.00 | |

| LAW OFFICES OF A CRAIG EIALND EXPENSES PAID | Amount | Notes |
|---|---|---|
| Common Benefit Assessment Fees | | |
| Postage | $ 17,087.72 | |
| Photocopying | $ 19,954.00 | |
| Hotels | $ 2,139.56 | |
| Meals | $ 1,083.06 | |
| Mileage | | |
| Air Travel | $ 11,525.10 | |
| Common Benefit Assessment Fees | | |
| Court Fees | $ 4,393.40 | |
| Transcript Fees | $ 18.90 | |
| Ground Transportation | | |
| Expert/Consulting Fees Not Included in Common Benefit | | |
| Special Master Fees | | |
| Miscellaneous (Describe) | | |

| TOTAL | $ 56,201.74 | |
|---|---|---|