| LEGAL FEES<br>TASK PERFORMED | TIMEKEEPER | Approved Common Benefit Work | |
|---|---|---|---|
| | | Hours | Fees |
| **PLEADINGS, BRIEFS, DISPOSITIVE MOTIONS** | | | |
| Complaint drafting | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Dispositive motion briefing/argument | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Class certification motion briefing and argument | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| **DISCOVERY, DEPOSITIONS, DOC REVIEW** | | | |
| Plaintiff fact sheet preparation/review | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | 74.6 | $9,325.00 |
| Paper discovery (Syngenta and third parties) | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Paper discovery against plaintiffs | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Discovery motion practice and communications with adverse parties | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Fact depositions (Syngenta and third parties) | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Defend fact depositions (of plaintiffs) | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |
| Discovery file management | | | |
| | Attorneys | | |
| | Contract Attorneys | | |
| | Non-attorneys | | |

| | | |
|---|---|---|
| **EXPERT WORK, DAUBERT MOTIONS** | | |
| Plaintiffs' expert witness work (including development of report, defense of depositions) | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Defendant expert witness work (depositions) | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Daubert motion practice (plaintiff experts) | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Daubert motion practice (defense experts) | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| **PRETRIAL PREP, TRIAL, AND POST TRIAL** | | |
| Motions in limine | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Trial (presenting witnesses and argument) | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Trial briefing and jury intructions | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Other pretrial motion practice | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Post-trial briefing | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| **SETTLEMENT AND SETTLEMENT ADMINISTRA** | | |
| Pre-settlement communication with clients | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Settlement negotiations | | |

| | | |
|---|---|---|
| Assisting clients in perfecting claims in settlement | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| Preparation of fee petition | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| **ADMINISTRATIVE**<br>Administrative work as court-appointed leadership | | |
| | Attorneys<br>Contract Attorneys<br>Non-attorneys | |
| **OTHER (describe in Notes)** | Attorneys<br>Contract Attorneys<br>Non-attorneys | |

| Other Work | | Notes |
|---|---|---|
| Hours | Fees | |
| | | |
| | | Wilcox & Williams, LLC<br><br>Nicole M. Eagan |