## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE SYNGENTA AG MIR 162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES EXCEPT:**<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279-JWL-JPO | The Honorable John W. Lungstrum<br><br>Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

### DECLARATION OF MICHAEL K. JOHNSON

I, Michael K. Johnson, declare and state as follows:

1. I am a founding partner of the law firm Johnson Becker, PLLC ("Johnson Becker" or "Firm"). I am an adult over 18 years of age and if called upon as a witness, I would testify to the matters set forth herein.

2. During all relevant time periods, I was the supervising partner in charge of the Syngenta litigation in our Firm. In turn, I have direct knowledge of the facts set forth herein. Based on my personal knowledge, and my review of the relevant records in this matter, which were maintained in the course of my Firm's regular business practices, I submit this declaration in support of Johnson Becker's Supplementation to Its Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

1

2

3. Attached to this Declaration are true and correct copies of the following documents:

   a. A PDF copy of the spreadsheet issued by the Court on July 18, 2018, which aggregates the time entries previously submitted by Johnson Becker, is attached as "Exhibit A."

   b. An updated PDF copy of Johnson Becker's client-specific billing spreadsheet (previously filed as Exhibit G at Dkt. No. 3576-7) is attached as "Exhibit B." This spreadsheet has been updated to reflect the time that Johnson Becker staff has expended on helping its clients to complete their claim form submissions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2018                                By: /s/Michael K. Johnson_____
                                                     Michael K Johnson, Esq.

                                                     JOHNSON BECKER, PLLC
                                                     444 Cedar Street, Suite 1800
                                                     St. Paul, MN 55101
                                                     Telephone: (612) 436-1800
                                                     Fax: (612) 436-1801