# EXHIBIT A

Johnson Becker, PLLC
Aggregate Time Submission

Johnson Becker, PLLC
Aggregate Time and Expense Submission

| LEGAL FEES | | Approved Common Benefit Work | | Other Work | | Notes |
|---|---|---|---|---|---|---|
| TASK PERFORMED | TIMEKEEPER | Hours | Fees | Hours | Fees | |
| **PLEADINGS, BRIEFS, DISPOSITIVE MOTIONS** | | | | | | |
| Complaint drafting | | | | | | |
| | Attorneys | 3.9 | $1,615.00 | 147.4 | $56,797.50 | Complaint Drafting, Review, Revision |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 177.9 | 22,237.50 | Prepare and file complaint, send for service, save documents in JB Database |
| Dispositive motion briefing/argument | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Class certification motion briefing and argument | | | | | | |
| | Attorneys | 86.8 | $49,332.50 | | | Review motion to stay sending of notice, Worked on reply brief |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **DISCOVERY, DEPOSITIONS, DOC REVIEW** | | | | | | |
| Plaintiff fact sheet preparation/review | | | | | | |
| | Attorneys | | | 9.3 | $2,967.50 | Review and approve PFSs |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 39,433.55 | $5,330,318.75 | Interpreting any received records, review and revise as needed, inform client will be sending PFS and prepare document internally. Check client provided records for completeness, Ordering records (grain, seed, FSA forms, insurance), at least 2 records for full years have been received if interpreted, if not interpreted ¾ records have been received, follow up with providers for remaining records, and follow up with clients for missing providers. |
| Paper discovery (Syngenta and third parties) | | | | | | |

Johnson Becker, PLLC
Aggregate Time and Expense Submission

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Attorneys | 117.4 | $36,445.00 |  |  | Document review, Teleconference, Review, edit and revise motion to vacate |
|  | Contract Attorneys |  |  |  |  |  |
|  | Non-attorneys |  |  |  |  |  |
| Paper discovery against plaintiffs |  |  |  |  |  |  |
|  | Attorneys |  |  |  |  |  |
|  | Contract Attorneys |  |  |  |  |  |
|  | Non-attorneys |  |  |  |  |  |
| Discovery motion practice and communications with adverse parties |  |  |  |  |  |  |
|  | Attorneys |  |  |  |  |  |
|  | Contract Attorneys |  |  |  |  |  |
|  | Non-attorneys |  |  |  |  |  |
| Fact depositions (Syngenta and third parties) |  |  |  |  |  |  |
|  | Attorneys |  |  |  |  |  |
|  | Contract Attorneys |  |  |  |  |  |
|  | Non-attorneys |  |  |  |  |  |
| Defend fact depositions (of plaintiffs) |  |  |  |  |  |  |
|  | Attorneys |  |  |  |  |  |
|  | Contract Attorneys |  |  |  |  |  |
|  | Non-attorneys |  |  |  |  |  |
| Discovery file management |  |  |  |  |  |  |
|  | Attorneys | 2 | $650 |  |  | Correspondence with Martin Phipps, Barry Deacon, Pete Flowers and lit. team re: ESI protocols |
|  | Contract Attorneys |  |  |  |  |  |
|  | Non-attorneys |  |  |  |  |  |
| **EXPERT WORK, DAUBERT MOTIONS** |  |  |  |  |  |  |
| Plaintiffs' expert witness work (including development of report, defense of depositions) |  |  |  |  |  |  |
|  | Attorneys | 11.2 | $7,280.00 |  |  | Telephone conference with Martin P., Ty H., Eric B., Steve Ford and James Richardson. Discussed and planned an agenda for next week's expert meeting in Nashville, TN., Attend expert meeting |
|  | Contract Attorneys |  |  |  |  |  |

Johnson Becker, PLLC
Aggregate Time and Expense Submission

| | | | | | | |
|---|---|---|---|---|---|---|
| | Non-attorneys | | | | | |
| Defendant expert witness work (depositions) | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Daubert motion practice (plaintiff experts) | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Daubert motion practice (defense experts) | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **PRETRIAL PREP, TRIAL, AND POST TRIAL** | | | | | | |
| Motions in limine | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Trial (presenting witnesses and argument) | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Trial briefing and jury intructions | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Other pretrial motion practice | | | | | | |
| | Attorneys | 440.2 | $178,295.00 | 46 | $17,250 | Conferences regarding overall case strategy and analysis, Conduct Research and Draft Pleadings, Discuss court orders, etc. |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Post-trial briefing | | | | | | |
| | Attorneys | | | | | |

Johnson Becker, PLLC
Aggregate Time and Expense Submission

| | | | | | | |
|---|---|---|---|---|---|---|
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **SETTLEMENT AND SETTLEMENT ADMINISTRATION** | | | | | | |
| Pre-settlement communication with clients | | | | | | |
| | Attorneys | 1.2 | $780.00 | 126.1 | $43,550.00 | Draft client update letter, Phone Call to Client; Opt-Out related communications |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 804.3 | $103,482.50 | Mail Received-Opt-Out, Mail Received-Miscellaneous, Phone Call-Miscellaneous, Voice Mail-Miscellaneous |
| Settlement negotiations | | | | | | |
| | Attorneys | 0.2 | $130 | | | Phone call re: potetial settlement discussions |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Assisting clients in perfecting claims in settlement | | | | | | |
| | Attorneys | 8 | $3,600.00 | | | Conduct legal research re: survival actions, Correspondence re: settlement |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 534.25 | $67,658.75 | Phone Call-Claim Form, Client Mass Letter-Claim Form Update; Client Mass Letter-Settlement Update |
| Preparation of fee petition | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **ADMINISTRATIVE** | | | | | | |
| Administrative work as court-appointed leadership | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| **OTHER (describe in Notes)** | | | | | | |

Johnson Becker, PLLC
Aggregate Time and Expense Submission

| Category | Role | | | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| Other | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 17.8 | $2,225 | Investigate potential Dual Representation, coordinate with other law firm, prepare and file Substitution of Counsel |
| Other | | | | | | |
| | Attorneys | | | | | |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 977.1 | $122,137.50 | Open file internally, double check client provided information, create physical file, send letter confirming representation, prepare case to order records. |
| Other | | | | | | |
| | Attorneys | | | 325.7 | $211,705.00 | Attorney case review; analyze and set Statute of Limitations |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | 325.7 | $40,712.50 | Process new client information internally, double check client information, prepare for attorney review. |
| Other | | | | | | |
| | Attorneys | | | 35.3 | $15,362.50 | Administrative, Data Management, and Training |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Other | | | | | | |
| | Attorneys | 188.9 | $81,635 | 82.6 | $31,425.00 | Legal Research, Strategy, and Analysis |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| Other | | | | | | |
| | Attorneys | 52.9 | $34,385 | | | Travel |
| | Contract Attorneys | | | | | |
| | Non-attorneys | | | | | |
| | **Totals:** | 912.7 | $394,147.50 | 43043 | $6,067,830.00 | |

Johnson Becker, PLLC
Aggregate Time and Expense Submission

| EXPENSES PAID | Amount | Notes |
|---|---:|---|
| Common Benefit Assessment Fees | | |
| Postage | $ 9,636.24 | Opt-Out Related Postage |
| Photocopying | | |
| Hotels | $ 2,949.09 | Status Conference Travel, Evidence Hearing Tavel |
| Meals | $ 1,137.52 | Working Meals and Meetings, Updates after Status Conferences |
| Mileage | | |
| Air Travel | 7,145.25 | Travel to and from status conferences and hearings |
| Common Benefit Assessment Fees | | |
| Court Fees | $ 107,558.47 | Court Filing Fee, Legal Process and Service Fee, |
| Transcript Fees | | |
| Ground Transportation | $ 1,228.58 | Taxi to airport, airport parking, etc. |
| Expert/Consulting Fees Not Included in Common Benefit | | |
| Special Master Fees | | |
| Miscellaneous (Describe) | $ 8,475.79 | Ordering records for PFS preparation |
| | | |
| TOTAL | $ 138,130.94 | |