# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated, | Master File No. 2:14-md-02591-JWL-JPO<br><br>MDL No. 2591 |
| Plaintiffs, | File No. 18-cv-01082-DWF-BRT (D. Minn. April 24, 2018) |
| v. | |
| Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton, Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum, PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50, | |
| Defendants. | |

## ENTRY OF APPEARANCE OF DOUGLAS J. NILL

Douglas J. Nill enters his appearance on behalf of Plaintiffs Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., and Roland B. Bromley and Bromley Ranch, LLC, individually, and similarly situated corn growers across the United States ("Farmers" or "Kellogg plaintiffs"). By entering this appearance, Farmers do not waive their challenge to this Court's jurisdiction on substantive and procedural due process grounds set forth in pleadings filed with the MDL Panel and including Plaintiffs' Objections And Motion To Reconsider And Rescind The August 1, 2018 Transfer Order And Grant Rehearing And Oral Argument To

1

Address Fifth And Fourteenth Amendment Substantive And Procedural Due Process Violations, MDL No. 2591, Clerk Doc. No. 792, filed August 8, 2018.

Dated: August 15, 2018

By: /s/ Douglas J. Nill
Douglas J. Nill (MN #0194876)

DOUGLAS J. NILL, PLLC
d/b/a FARMLAW
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402-1801
Telephone: (612) 573-3669
Email: dnill@farmlaw.com

Counsel for Plaintiffs and Proposed Class Of Farmers

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

By: /s/ Douglas J. Nill
Douglas J. Nill (MN #0194876)

DOUGLAS J. NILL, PLLC
d/b/a FARMLAW
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402-1801
Telephone: (612) 573-3669
Email: dnill@farmlaw.com

Counsel for Plaintiffs and Proposed Class Of Farmers