IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:**<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.,* No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.,* No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG, et al.,* No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.,* No. 2:15-cv-02279-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF PAGE LIMITS FOR THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR FINAL <u>APPROVAL OF THE SETTLEMENT</u>**

MDL Co-Lead Counsel and Settlement Class Counsel (collectively, "Plaintiffs") respectfully move the Court for a page extension for their forthcoming Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement.

In support of this Motion, Plaintiffs state:

1. While Local Rule 7.1(e) does not include a page limitation for the fact section of a brief, it does limit the "arguments and authorities section" to 30 pages "absent a court order."

2. Pursuant to the Order Preliminarily Approving the Settlement, the Court set a deadline of October 17, 2018, to file the Motion for Final Approval and to respond to objections to the settlement. ECF No. 3532 at 10.

3. Rather than filing a memorandum in support of the motion for final approval and separately filing responses to these objections, on October 17, 2018, Plaintiffs plan to file a single memorandum that will both support the motion for final approval and will respond to certain objections aimed at the settlement.[1]

4. While Plaintiffs are continuing to revise and tighten their current memorandum, Plaintiffs anticipates that their memorandum will include an argument and authorities section that will not exceed 55 pages.

5. For good cause shown, Plaintiffs respectfully request leave to file a memorandum that contains an "arguments and authorities" section of up to 55 pages.

WHEREFORE, Plaintiffs respectfully request that the Court extend the page limit in Local Rule 7.1(e) for this memorandum.

---

[1] Plaintiffs previously responded to fee-related objections. *See generally* ECF No. 3712. Consistent with the Court's October 4, 2018 Order, Plaintiffs will file a combined response to the Rademacher, Roberts, Hayhurst and Brookover objections only on November 1, 2018. ECF No. 3750.

Dated: October 16, 2018

Respectfully Submitted,

/s/  Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:     (816) 714-7101
stueve@stuevesiegel.com

**CO-LEAD, CLASS, LIAISON AND SETTLEMENT CLASS COUNSEL FOR PLAINTIFFS**

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ  07660
Telephone:    (212) 584-0700
Facsimile:     (212) 584-0799
cseeger@seegerweiss.com

**MEMBER OF PLAINTIFFS' SETTLEMENT NEGOTIATION COMMITTEE AND SETTLEMENT CLASS COUNSEL**

Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza - Suite 2600
120 South 6th Street
Minneapolis, MN 55402
Telephone:    (612) 333-8844
Facsimile:     (612)339-6622
dgustafson@gustafsongluek.com

**MEMBER OF PLAINTIFFS' SETTLEMENT NEGOTIATION COMMITTEE, SETTLEMENT CLASS COUNSEL AND MN CLASS COUNSEL**

Don M. Downing
**GRAY, RITTER & GRAHAM, P.C.**
701 Market Street, Suite 800
St. Louis, MO 63101
Telephone:	(314) 241-5620
ddowning@grgpc.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

William B. Chaney
**GRAY REED & MCGRAW, LLP**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:	(214) 954-4135
wchaney@grayreed.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

Scott Powell
**HARE WYNN NEWELL & NEWTON**
2025 3rd Ave. North, Suite 800
Birmingham, AL 35203
Telephone:	(205) 328-5330
scott@hwnn.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Patrick J. Stueve
Plaintiffs' Co-Lead, Liaison, Class and Settlement
Class Counsel for Plaintiffs