**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION** | Master File No. 2:14-MD-02591-JWL-JPO |
| **THIS DOCUMENT RELATES TO ALL CASES EXCEPT:** | MDL No. 2591 |
| *Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.,* No. 16-2788-JWL-JPO | |
| *Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.,* No. 2:14-cv-02637-JWL-JPO | |
| *The Delong Co., Inc. v. Syngenta AG et al.,* No. 2:17-cv-02614-JWL-JPO | |
| *Agribase International Inc. v. Syngenta AG, et al.,* No. 2:15-cv-02279-JWL-JPO | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT;
CERTIFICATION OF SETTLEMENT CLASS AND SUBCLASSES;
AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL,
SUBCLASS COUNSEL, CLASS AND SUBCLASS REPRESENTATIVES,
SPECIAL MASTERS, AND CLAIMS ADMINISTRATOR**

On April 10, 2018, the Court granted, pursuant to Federal Rule of Civil Procedure ("Rule") 23(e), preliminary approval of the class-action settlement agreement ("Settlement" or "Settlement Agreement") (ECF No. 3507-2) between Plaintiffs[1] and the Syngenta Defendants,[2] provisionally certified the Settlement Class and four Settlement Subclasses, approved the

---

[1] "Plaintiffs" are the proposed Class Representative Plaintiffs named in paragraph 3 below.

[2] "Syngenta" refers collectively to the various Syngenta affiliates that were named as defendants in this litigation (Syngenta AG, Syngenta Corporation, Syngenta Crop Protection AG, Syngenta Crop Protection LLC, Syngenta Biotechnology, Inc., and Syngenta Seeds, LLC (f/k/a Syngenta Seeds, Inc.), collectively with all of their affiliates and predecessor and successor entities, which are parties to the Settlement.

dissemination of notice to the Class (including the Notice Plan), appointed Settlement Class and Subclass Counsel, appointed Special Masters to assist it in overseeing the Settlement, appointed BrownGreer PLC as Notice and Claims Administrator, and set a schedule for final approval proceedings, including applicable deadlines for the submission of request for exclusion from the Settlement Class, the filing of objections to the Settlement, and the submission of Claim Forms. ECF Nos. 3531-32.

For the reasons stated in their accompanying Memorandum, the accompanying Declaration of Orran L. Brown, Sr. dated October 17, 2018, and exhibits thereto, and the materials filed in support of preliminary approval (*see* ECF Nos. 3507-2 to 3507-29), Plaintiffs now move for the following relief:

1. Final Approval of the Settlement, pursuant to Rule 23(e)(2).

2. Certification, pursuant to Rules 23(a) and (b)(3), of the following Class and four Subclasses, for settlement purposes only:

> Any Person[3] in the United States that, between September 15, 2013 and April 10, 2018, owned any Interest in Corn in the United States priced for sale at any time during that period <u>and</u> falls into one of the four sub-classes.
> 
> The Settlement Subclasses are defined as:
> 
> a. <u>Subclass 1</u>: Any Producer in the United States that, between September 15, 2013 and April 10, 2018, owned any Interest in Corn in the United States priced for sale at any time during that period, excluding Producers that, purchased Agrisure Viptera Corn Seed or Agrisure Duracade Corn Seed and produced Corn grown from Agrisure Viptera Corn Seed and/or Agrisure Duracade Corn Seed. ("Non-Viptera/Duracade Purchaser Subclass");
> 
> b. <u>Subclass 2</u>: Any Producer in the United States that, between September 15, 2013 and April 10, 2018, owned any Interest in Corn in the United States priced for sale at any time during that period, purchased Agrisure

---

[3] Capitalized terms are intended to have the definition ascribed to them in the Settlement Agreement.

2

>   Viptera Corn Seed and/or Agrisure Duracade Corn Seed and produced Corn grown from Agrisure Viptera Corn Seed or Agrisure Duracade Corn Seed. ("Viptera/Duracade Purchaser Subclass");
>
> c. <u>Subclass 3</u>: Any Grain Handling Facility in the United States that, between September 15, 2013 and April 10, 2018, owned any Interest in Corn in the United States priced for sale at any time during that period ("Grain Handling Facility Subclass"); and
>
> d. <u>Subclass 4</u>: Any Ethanol Production Facility in the United States that, between September 15, 2013 and April 10, 2018, owned any Interest in Corn in the United States priced for sale at any time during that period ("Ethanol Production Facility Subclass").

Excluded from the Settlement Class and Settlement Subclasses are: (a) the Court and its officers, employees, appointees, and relatives; (b) Syngenta and its affiliates, subsidiaries, officers, directors, employees, contractors, agents, and representatives; (c) all plaintiffs' counsel in the MDL Actions or the Related Actions; (d) government entities; (e) those who opted out of the Settlement Class; and (f) "Excluded Exporters."[4]

3. Appointment of the following Plaintiffs named in the Producer and Non-Producer Plaintiffs' Fourth Amended Master Class Action Complaint (ECF No. 3505) as Class and Subclass Representatives:

> a. For the Non-Viptera/Duracade Purchaser Subclass: Mike DaVault, Bradley DaVault, and David DaVault d/b/a DaVault ArkMo Farms; Steven A. Wentworth ; Charles B. Lex; Five Star Farms; the "Grafel entities" (Beaver Creek Farms, Inc., Demmer Farms, Inc., Grafel Farms, LLC, and D. and S. Grain & Cattle Co.); David Polifka; David

---

[4] "Excluded Exporter" means Archer Daniels Midland Company, Bunge North America, Inc., Cargill, Incorporated, Cargill, International SA, Louis Dreyfus Company, BV, Louis Dreyfus Company, LLC, Louis Dreyfus Company Grains Merchandising, LLC, Gavilon Grain, LLC, Trans Coastal Supply Company, Inc., Agribase International Inc., or the Delong Co. Inc., and their respective parent(s) and each of their predecessors, affiliates, assigns, successors, related companies, subsidiary companies, holding companies, insurers, reinsurers, current and former attorneys, and their current and former members, partners, officers, directors, agents, and employees, in their capacity as such, any licensees, distributors, retailers, seed dealers, seed advisors, other resellers, and their insurers, and affiliates, in their capacity as such. Excluded Exporter does not include, however, any Grain Handling Facilities or Ethanol Production Facilities, except those operated, owned (in whole or in part, directly or indirectly), or administered by one of the entities specifically listed in this paragraph.

>           Polifka Revocable Living Trust; Bottoms Farms Partnership; JPPL, Inc.; NEBCO, Inc.; TRIPLE BG Partnership; David Schwaninger; Kaffenbarger Farms, Inc.; Bieber Farm; Rolling Ridge Ranch, LLC; Grant Annexstad; Roger Ward; and, Leroy Edlund.
>
>   b.   For the Viptera/Duracade Purchaser Subclass: Robert & Todd Niemeyer (Custom Farm Services LLC); Charles Cobb (CE Cobb Farms); and, Marvin Miller.
>
>   c.   For the Grain Handling Facility Subclass: Kruseman Fertilizer Company.
>
>   d.   For the Ethanol Production Facility Subclass: Al-Corn Clean Fuel, LLC.

4. Confirmation, pursuant to Rules 23(c)(1)(B) and (g)(1), of the appointment of Christopher A. Seeger, Daniel E. Gustafson, and Patrick J. Stueve as Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade Purchaser Subclass; Lynn R. Johnson as Subclass Counsel for the Viptera/Duracade Purchaser Subclass; Kenneth A. Wexler for the Grain Handling Facility Subclass; and James E. Cecchi as Subclass Counsel for the Ethanol Production Facility Subclass.

5. Confirmation of the appointment of BrownGreer PLC as Claims Administrator for this Settlement.

6. Confirmation of the appointment of Ellen K. Reisman and the Honorable Daniel Stack (ret.) as Special Masters to oversee various aspects of the Settlement as set forth in the Settlement Agreement.

7. All other relief requested in Plaintiffs' Memorandum and the proposed Final Order and Judgment being submitted separately herewith.

Dated: October 17, 2018

Respectfully Submitted,

*/s/ Patrick J. Stueve*
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:      (816) 714-7100
Facsimile:       (816) 714-7101
stueve@stuevesiegel.com

*Co-Lead, Litigation Class, and Liaison Counsel for Plaintiffs and Provisional Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade Purchaser Subclass (Subclass 1)*

**SEEGER WEISS LLP**
Christopher A. Seeger
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:      (212) 584-0700
Facsimile:       (212) 584-0799
cseeger@seegerweiss.com

*Member of Plaintiffs' Settlement Negotiation Committee and Provisional Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade Purchaser Subclass (Subclass 1)*

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
120 S. 6th Street
Minneapolis, MN  55402
Telephone:     (612) 333-8844
Facsimile:      (612) 339-6622
dgustafson@gustafsongluek.com

*Minnesota Co-Lead Litigation Class Counsel, Member of Plaintiffs' Settlement Negotiation Committee and Provisional Settlement Class Counsel and Subclass Counsel for the Non-Viptera/Duracade*

*Purchaser Subclass (Subclass 1)*

**GRAY, RITTER & GRAHAM, P.C.**
Don M. Downing, MO Bar #30405
701 Market Street, Suite 800
St. Louis, MO  63101
Telephone:   (314) 200-4737
Facsimile:    (314) 241-4140
ddowning@grgpc.com

**HARE WYNN NEWELL & NEWTON**
Scott A. Powell, #ASB-7523-L60S
2025 3rd Ave. North, Suite 800
Birmingham, AL 35203
Telephone:   (205) 328-5330
Facsimile:    (205) 324-2165
scott@hwnn.com
bvines@hwn.com

**GRAY REED & McGRAW, P.C.**
William B. Chaney, TX Bar #04108500
1601 Elm Street, Suite 4600
Dallas, TX  75201
Telephone:     (214) 954-4135
Facsimile:      (214) 953-1332
wchainey@grayreed.com

*Plaintiffs' Co-Lead and Litigation Class Counsel*

**SHAMBERG JOHNSON AND BERGMAN**
Lynn R. Johnson
2600 Grand Blvd., Suite 500
Kansas City, MO  64108
Telephone:     (816) 474-0004
Facsimile:      (816) 474-0003
ljohnson@sjblaw.com

*Provisional Subclass Counsel for the Viptera/Duracade Purchaser Subclass (Subclass 2)*

**WEXLER WALLACE LLP**
Kenneth A. Wexler
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:     (816) 589-6270
Facsimile:      (312) 346-2222
kaw@wexlerwallace.com

*Provisional Subclass Counsel*
*for the Grain Handling*
*Facility Subclass (Subclass 3)*

**CARELLA, BYRNE, CECCHI, OLSTEIN,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Rd.
Roseland, NJ  07068
Telephone:     (973) 994-1700
Facsimile:      (973) 994-1744
JCecchi@carellabyrne.com

*Provisional Subclass Counsel*
*for the Ethanol Production*
*Facility Subclass (Subclass 4)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Patrick J. Stueve*
Plaintiffs' Co-Lead, Liaison, and Class Counsel,
Provision Settlement Class Counsel, and Provisional
Subclass Counsel for the Non-Viptera/Duracade
Purchaser Subclass (Subclass 1)