**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION** | Master File No. 2:14-MD-02591-JWL-JPO |
| **THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:** | MDL No. 2591 |
| *Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO | |
| *Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO | |
| *The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO | |
| *Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279 | |

## ORDER REGARDING FINAL APPROVAL HEARING

By Order of April 10, 2018 (Doc. # 3532), the Court preliminarily approved a settlement in this matter and set a final approval hearing for November 15, 2018. At that hearing, the Court will hear oral argument concerning the matters raised in plaintiffs' motion for final approval and other relief (Doc. # 3776). Included in the discussion of whether the settlement shall be approved, the Court will hear argument concerning the percentage of the settlement fund that should be awarded as the total amount for all attorney fees and the amount of expenses to be reimbursed relating to this matter. The Court will

not hear argument on the allocation of those fees among attorneys or among jurisdictions at this time.[1]

The Court will first hear argument from lead MDL plaintiffs' counsel or their designees, limited to a total of 30 minutes. It will then hear any additional remarks by counsel for Syngenta, limited to 10 minutes. The Court will then hear argument from putative settlement class members (or their counsel) who have filed written objections. No one who has not filed a written objection will be entitled to present argument. Each objector (or group of objectors, in the case of an objection filed by multiple class members) shall be limited to 10 minutes of argument. The Court will also hear any rebuttal from lead MDL plaintiffs' counsel or their designees, limited to a total of 15 minutes. If the Court desires any further argument, it will so indicate at the hearing.

IT IS SO ORDERED.

Dated this 6th day of November, 2018, in Kansas City, Kansas.

                                                            s/ John W. Lungstrum

_____

                                                            John W. Lungstrum  
                                                            United States District Judge

---

[1] The Court, in consultation with Judges Miller and Herndon, contemplates a subsequent hearing on Monday, December 17, 2018 at 1:00p.m. to take up allocation among jurisdictions in the event the settlement is approved.