# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

## NOTICE OF APPEAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Notice is hereby given that (i) Weller, Green, Toups & Terrell, LLP; Richard L. Coffman, P.C. dba The Coffman Law Firm; Richardson, Patrick, Westbrook & Brickman, LLC; Aaron D. Hovan, Attorney at Law; Abreo & Carter; Barrett Wylie, LLC; Butler Snow, LLP; Conrad F. Cropsey, Attorney at Law; Durrett, Arkema, Gerson & Gill, P.C.; Dye Snyder, LLP; E. Rudolph McIntyre, Attorney at Law; Estes & Kennedy Law Offices, PLLC; FisherBroyles, LLP; Chris W. Fitzgerald, Attorney at Law; Gamble & Russell, P.C.; Greak Law, P.C.; Hajjar Peters, LLP; Hallett, Hallett & Nagel; James M. Pietz, Attorney at Law; Jinks, Crow & Dickson, P.C.; John E. Tarburton, Attorney at Law; Orlans, P.C.; John L. Jernigan, III, Attorney at Law; Kenneth G. Walsh, Attorney at Law; Otts, Moore, Coale, Godwin, Stearns & Darby; Ray, Winton & Kelley, PLLC; Slaven Law Group; Teel & Maroney, PLC; Thomas P. Calhoun, III, Attorney at Law; Thompson, Garrett & Hines; Trousdale Ryan, P.C.; W. Dean Belk, Jr., Attorney at Law; Molleur Law Office; Joseph F. Manak, Attorney at Law; John M. Totten, P.C.; Bigham Law Firm; Nathan A. East, Attorney at Law; Richard Russell, Attorney at Law; Kizer, Bonds, Hughes & Bowen, PLLC; Terrie Harman, Attorney at Law; William Thomas, Attorney at Law; and White & Allen P.A. (collectively, Toups/Coffman Plaintiffs' Counsel)[1], and (ii) their clients,

---

[1] Toups/Coffman Plaintiffs' Counsel are also found in the record at, *inter alia*, Exhibit D to the Memorandum supporting Toups/Coffman Plaintiffs' Counsel's Motion for an Award of

1

Toups/Coffman Plaintiffs[2] hereby appeal to the United States Court of Appeals for the Tenth Circuit from the December 7, 2018 Memorandum and Order and December 7, 2018 Final Order and Judgment entered in this action (ECF Nos. 3849 and 3850) and from all interlocutory orders incorporated therein, including (without limitation) any order or judgment naming, identifying, and/or adjudicating motions, applications, objections, and/or other requests made by Toups/Coffman Plaintiffs' Counsel and/or Toups/Coffman Plaintiffs pertaining to, delineating, and/or affecting the process, procedures, and criteria for, and the administration of, the allocation and distribution of the attorneys' fees and expenses awarded by the Court in this action. Such interlocutory orders include, without limitation, ECF Nos. 1745, 3366, 3531, 3811, and 3812.

This appeal is taken from the above-referenced December 7, 2018 Final Order and Judgment and orders *only* with respect to their provisions pertaining to, delineating, and/or affecting the process, procedures, and criteria for, and the administration of, the allocation and distribution of

---

Attorneys' Fees and Expenses (ECF Nos. 3566 and 3567), ECF No. 3816, Exhibit 2, and the various complaints filed on behalf of their clients, the Toups/Coffman Plaintiffs.

[2] Toups/Coffman Plaintiffs are Toups/Coffman Plaintiffs' Counsel's clients who may be found in the record at, *inter alia*, Exhibit B to Plaintiffs' Original Petition filed in *Watson v. Syngenta Seeds, LLC, et al*; Cause No. 96081-CV; in the 412th Judicial District Court of Brazoria County, Texas, which was removed to the Southern District of Texas (Cause No. 3:18-cv-00126), and, pursuant to CTO-85 (ECF Nos. 3543 and 3544), transferred to this Court by the Judicial Panel on Multidistrict Litigation ("MDL Panel") for coordinated or consolidated pretrial proceedings in this action (collectively "Toups/Coffman Plaintiffs"). *Watson* was assigned a new case number in the District of Kansas: 2:18-cv-02284-JWL-JPO. *See* unnumbered Docket Annotation between ECF Nos. 3544 and 3545. Plaintiffs' Original Petition in *Watson*, including Exhibit B listing the Toups/Coffman Plaintiffs, is at ECF No. 1 in Cause No. 2:18-2284-JWL-JPO (D. Kan.).

Toups/Coffman Plaintiffs also may be found in the record at, *inter alia*, the Complaints filed in *J&P Farm, et al v. Syngenta Corporation, et al*, Case No. 2:15-cv-07999-JWL-JPO (D. Kan.), *Borah, et al v. Syngenta Corporation, et al*, Case No. 2:15-cv-09133-JWL-JPO (D. Kan.), *Williams Farms, et al v. Syngenta Corporation, et al*, Case No. 2:15-cv-02696-JWL-JPO (D. Kan.), and *Dirba Farms, et al v. Syngenta Corporation, et al*, Case No. 2:15-cv-02699-JWL-JPO (D. Kan.), all of which were transferred to this Court by the MDL Panel for coordinated or consolidated pretrial proceedings in this action and/or filed directly in this action.

the attorneys' fees and expenses awarded by the Court in this action. Toups/Coffman Plaintiffs' Counsel and Toups/Coffman Plaintiffs specifically do not appeal the fairness and/or overall amount of the settlement of this action. Toups/Coffman Plaintiffs' Counsel and Toups/Coffman Plaintiffs also do not assert that the attorneys' fee award should be in excess of the $503,333,333.33 of attorneys' fees previously awarded by the Court in this action.

Date: January 7, 2019

        Respectfully submitted,

        By: */s/ Mitchell A. Toups*
        Mitchell A. Toups
        **WELLER, GREEN TOUPS & TERRELL, LLP**
        2615 Calder Ave., Suite 400
        Beaumont, TX 77702
        Telephone: (409) 838-0101
        Facsimile: (409) 838-6780
        Email: matoups@wgttlaw.com

        Richard L. Coffman
        **THE COFFMAN LAW FIRM**
        505 Orleans St., Fifth Floor
        Beaumont, TX 77701
        Telephone: (409) 833-7700
        Facsimile: (866) 835-8250
        Email: rcoffman@coffmanlawfirm.com

        Eric Alan Isaacson
        **LAW OFFICE OF ERIC ALAN ISAACSON**
        6580 Avenida Mirola
        La Jolla, CA 92037
        Telephone: (858) 263-9581
        Email: ericalanisaacson@icloud.com

        **ON BEHALF OF TOUPS/COFFMAN PLAINTIFFS' COUNSEL AND TOUPS/COFFMAN PLAINTIFFS**

4

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of this Notice of Appeal was served on all counsel of record, via the Court's electronic filing system, on January 7, 2019.

                                                      */s/ Mitchell A. Toups*  
                                                      Mitchell A. Toups