IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES EXCEPT:**<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.,* No. 16-2788-JWL-JPO<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.,* No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG, et al.,* No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.,* No. 2:15-cv-02279-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**STIPULATION AND ORDER REGARDING THE COURT'S DECEMBER 31, 2018 MEMORANDUM AND ORDER, ECF NO. 3882**

On December 31, 2018, the Court entered its Memorandum and Order. ECF No. 3882. In this Order, the Court discussed the Paul LLP firm's inclusion in the Kansas and Minnesota pools:

> It was noted at the hearing that the R&R inadvertently places the Paul firm in both the Kansas and Minnesota pools. It was further revealed, however, that that firm is perhaps unique with respect to the amount of approved common benefit work performed in both jurisdictions, and that Kansas and Minnesota leadership have anticipated a common benefit award for that firm from both pools. Thus, the Court will not alter the placement in two pools of this one firm, with the assumption that eventual allocations will mindfully ensure a fair recovery by the firm.

ECF No. 3882 at 27 n.10. In Exhibit 2 of the Special Master's Report and Recommendation, however, five additional law firms were actually placed in both the Kansas and Minnesota pools:

1) Lockridge Grindal Nauen P.L.L.P.; 2) Paul LLP; 3) Wadler, Perches, Hundl & Kerlick; 4) Wagner Reese; 5) Wagstaff & Cartmell, LLP; and 6) Zimmerman Reed LLP. ECF No. 3816-2. It was the understanding of Kansas and Minnesota lead counsel that this was because each of these firms reported some audited common-benefit work and/or expenses in both jurisdictions (work that was subsumed in the joint fee petitions of each respective jurisdiction). *See* Dec. 17, 2018 Hr'g Tr. at 91. Consequently, the undersigned respectfully request entry of this stipulation and order that expands the group of firms to be paid from two pools to include all six of these firms.

Kansas and Minnesota leadership have discussed these six firms and request that all six firms remain in both pools because of separate work performed by these firms in both jurisdictions. Kansas and Minnesota leadership intend to follow the Court's guidance with regard to the Paul LLP law firm and to apply this same guidance to the additional five firms included in both pools, including confirming and ensuring that no firm submitted the same work in both jurisdictions and reporting to both courts the recommended allocations in each jurisdiction to ensure the courts know the overall fee being recommended.[1]

**IT IS SO ORDERED.**

Date: January 9, 2019      s/John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

---

[1] If the same work was approved by both leaderships, firms were expected to split the time reported to both jurisdictions.

Respectfully Submitted,

/s/  Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  (816) 714-7100
Facsimile:   (816) 714-7101
stueve@stuevesiegel.com

**CO-LEAD, CLASS, LIAISON AND SETTLEMENT CLASS COUNSEL FOR PLAINTIFFS**

**GRAY REED & McGRAW, P.C.**
William B. Chaney, TX Bar #04108500
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:   (214) 953-1332
wchainey@grayreed.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

**GRAY, RITTER & GRAHAM, P.C.**
Don M. Downing, MO Bar #30405
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone:  (314) 200-4737
Facsimile:   (314) 241-4140
ddowning@grgpc.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

**HARE WYNN NEWELL & NEWTON**
Scott A. Powell, #ASB-7523-L60S
2025 3rd Ave. North, Suite 800
Birmingham, Alabama 35203
Telephone:  (205) 328-5330
Facsimile:   (205) 324-2165
scott@hwnn.com

**CO-LEAD AND CLASS COUNSEL FOR PLAINTIFFS**

Respectfully Submitted,

/s/
Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza – Suite 2600
120 South 6th Street
Minneapolis, MN 55402
Telephone:  (612) 333-8844
Facsimile:   (612) 339-6622
gustafson@gustafsongluek.com

**CO-LEAD CLASS COUNSEL FOR THE MINNESOTA PLAINTIFFS AND SETTLEMENT CLASS COUNSEL**

/s/
Lewis A. Remele, Jr.
**BASSFORD REMELE, P.C.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:  (612) 333-3000
Facsimile:   (612) 333-8829
lremele@bassford.com

**CO-LEAD COUNSEL FOR THE MINNESOTA PLAINTIFFS**