# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: SYNGENTA AG MIR 162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATED TO ALL CASES EXCEPT:**<br><br>*Louis Dreyfus Company Grains Merchandising LLC vs. Syngenta AG, et al., No: 16-2788-JWL-JPO*<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta) AG, et al, 2:14-cv-02637-JWLJPO*<br><br>*The Delong Co., Inc. v. Syngenta AG et al., No. 2:17-cv-02614-JWL-JPO*<br><br>*Agribase International Inc. vs. Syngenta AG et al., No. 2:15-cv-02279-JWL-JPO* | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

## PETITION FOR AWARD FROM IRPA POOL

Pursuant to the Court's January 4, 2019 Order Regarding IRPA Applications and Expense Applications, the law firm of Hausfeld LLP, along with co-counsel DiCello Levitt & Casey LLC, makes this Petition for an Award from IRPA Pool. This Petition is intended to comply with the Court's January 4, 2019 Order, including, but not limited to Paragraph 1 of said Order. Hausfeld LLP and Dicello Levitt & Casey LLC represented the claimant Didion Ethanol LLC (claim No. E475085984) prior to preliminary approval of the settlement and they were not included in any fee or expense application previously submitted.

Hausfeld LLP certifies that it has uploaded an Excel spreadsheet with the represented claimant and a retainer agreement to the Corn Seed Settlement Program Website through the

1

Law Firm Portal.  Attached as Exhibit A is a printout of the firms' Excel spreadsheet containing their expenses in this matter.

Dated: January 17, 2019

                                             Respectfully submitted,

                                             /s/ James Pizzirusso

                                             James J. Pizzirusso
                                             HAUSFELD LLP
                                             1700 K Street, NW, Suite 650
                                             Washington, DC  20006
                                             Tel:  (202) 540-7200
                                             jpizzirusso@hausfeld.com

                                             Adam J. Levitt
                                             DICELLO LEVITT & CASEY LLC
                                             Ten North Dearborn Street, Eleventh Floor
                                             Chicago, Illinois 60602
                                             Tel:  (312) 214-7900
                                             alevitt@dlcfirm.com

                                             *Counsel for Didion Ethanol, LLC*