| EXPENSES PAID | Amount | Notes |
|---|---|---|
| **Hausfeld LLP** | | |
| Common Benefit Assessment Fees | | |
| Postage | $ 111.06 | |
| Photocopying | $ 75.50 | |
| Hotels | $ 2,684.10 | |
| Meals | $ 1,402.51 | |
| Mileage | | |
| Air Travel | $ 3,415.70 | |
| Common Benefit Assessment Fees | | |
| Court Fees | $ 105.00 | |
| Transcript Fees | | |
| Ground Transportation | $ 1,654.35 | Includes Amtrak Train travel |
| Expert/Consulting Fees Not Included in Common Benefit | $ 18,837.50 | Expert analysis related to ethanol damages, provided to lead MDL counsel and Defendants |
| Special Master Fees | | |
| Miscellaneous (Westlaw-Pacer research) | $ 2,306.06 | |
| Miscellaneous (conf room costs for mtgs ) | $ 722.90 | |
| Miscellaneous (Telephone calls) | $ 347.50 | |
| TOTAL | $ 31,662.18 | |
| **DiCello Levitt & Casey** | | |
| Common Benefit Assessment Fees | | |
| Postage | $ 15.34 | |
| Photocopying | $ 51.70 | |
| Hotels | $ 2,615.00 | |
| Meals | $ 1,385.25 | |
| Mileage | | |
| Air Travel | $ 2,950.00 | |
| Common Benefit Assessment Fees | $ - | |
| Court Fees | $ 105.00 | |
| Transcript Fees | | |
| Ground Transportation | $ 1,585.00 | |
| Expert/Consulting Fees Not Included in Common Benefit | $ 18,837.50 | Expert analysis related to ethanol damages, provided to lead MDL counsel and Defendants |
| Special Master Fees | | |
| Miscellaneous (Westlaw-Pacer research) | $ 1,668.30 | |
| Miscellaneous (conf room costs for mtgs ) | | |
| Miscellaneous (Telephone calls) | $ 180.00 | |
| TOTAL | $ 29,393.09 | |
| GRAND TOTAL | **$ 61,055.27** | |