<a><!-- --></a>




USPS TRACKING #

9405 5036 9930 0388 9738 58

Electronic Rate Approved #038555749

**PRIORITY MAIL 2-DAY™**

JOANNA BURKE
46 KINGWOOD GREENS DR
KINGWOOD TX 77339-5339

Expected Delivery Date: 01/17/19

0006

Carrier -- Leave if No Response    C048

SHIP TO: CLERK OF COURT
ROBERT J DOLE COURTHOUSE
UNITED STATES DISTRICT COURT-DISTRICT OF
500 STATE AVE
RM 259
KANSAS CITY KS 66101-2400

01/15/2019    Mailed from 77339    062S0000001301

$6.70 US POSTAGE Flat Rate Env
9405 5036 9930 0388 9738 58 0067 0000 0056 6101

**PRIORITY® ★ MAIL ★**

 DATE OF DELIVERY SPECIFIED*
 USPS TRACKING™ INCLUDED*
 INSURANCE INCLUDED*
 PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.


PS00001000014    EP14F Jul    OD: 12.5

RECEIVED
JAN 17 2019
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS


UNITED STATES POSTAL SERVICE