# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: Syngenta AG MIR162 Corn Litigation ) ) ) ) THIS DOCUMENT RELATES TO ) ALL CASES <u>EXCEPT</u>: ) ) *Louis Dreyfus Company Grains* ) *Merchandising LLC v. Syngenta AG, et* ) *al.*, No. 16-2788-JWL-JPO ) ) *Kellogg, et al., v. Watts Guerra, LLC,* ) *et al.*, No. 2:18-cv-02408-JWL-JPO ) | MDL No. 2591<br><br>Case No. 2:14-md-2591-JWL-JPO |

### SYNGENTA'S UNOPPOSED MOTION FOR ORDER DISMISSING INDIVIDUAL CASES SUBJECT TO THE DECEMBER 17, 2018 FINAL ORDER AND JUDGMENT AND ADDRESSING OUTSTANDING INDIVIDUAL ACTIONS

The Syngenta Defendants ("Syngenta") respectfully move this Court for an Order dismissing and closing individual cases subject to the December 17, 2018 Final Order and Judgment (ECF No. 3850) and addressing the outstanding individual actions for which no case schedule currently exists.

In support of this motion, Syngenta states as follows:

1. On December 17, 2018, the Court entered a Final Order and Judgment (ECF No. 3850) certifying a Settlement Class and approving the Agrisure Viptera/Duracade Settlement Agreement reached between the parties.

2. The Final Order and Judgment "dismissed with prejudice and without costs to any party" the Producer and Non-Producer Plaintiffs' Consolidated Fourth Amended Class Action Master Complaint (ECF No. 3505) ("Master Complaint"). *See* ECF No. 3850 at 12 (¶ 24). Pursuant to the Order Relating to Consolidated Pleadings, *see* ECF No. 287 at 7, the Final Order

and Judgment accordingly encompassed all of the individual actions which had conformed to the Master Complaint ("conforming cases") on the terms described in the settlement followed by the Final Order and Judgment.  Because the Court retains exclusive and continuing jurisdiction over all of these cases on the terms described in the Final Order and Judgment, Syngenta respectfully requests that the Court now direct the Clerk to close the conforming cases listed on Exhibit A.

3. There are a small number of individual cases (or in some instances individual claims in multi-party cases) filed in this MDL by Settlement Class members who did not conform to the Master Complaint ("non-conforming cases").  Exhibit B lists all non-conforming cases and Exhibit C lists cases where some plaintiffs named in the complaint filed a notice to conform and some did not.  The Order Relating to Consolidated Pleadings provides that "[a]ny Orders issued by the Court that are directed to the Master Complaint shall be deemed to apply to all cases to the extent the issues have the same subject-matter as the allegations, claims, and parties in the individual cases" unless a plaintiff files "an objection within 14 days of an Order explaining why that Order … should not apply to his or her individual case." ECF No. 287 at 8. The Final Order and Judgment addressed the resolution of all claims released by the settlement agreement and enjoined further prosecution of such individual cases.  ECF No. 287 at 10.  No Settlement Class member with a non-conforming case filed an objection pursuant to the Order Relating to Consolidated Pleadings. Syngenta accordingly requests that the Court order dismissal with prejudice of all claims and cases filed against any Released Party, as that term is defined in the settlement agreement, in all non-conforming cases given that the date for any objections by non-conforming plaintiffs passed 14 days after the Final Order and Judgment. Syngenta and Plaintiffs agree that in the event the Final Order and Judgment is reversed, all such dismissals may be vacated pursuant to and consistent with section 6.2.4 of the settlement agreement.  ECF

No. 3507-2 at 55 (in the event approval of the settlement is reversed all "MDL Actions … shall revert to their status as of the date before the execution of this Agreement." S.A. § 6.2.4 (ECF No. 3507-2).

4. The Settlement Class and Settlement Subclasses do not include those who opted out of the Settlement Class. ECF No. 3850. None of the individuals who timely and validly opted out of the Settlement Class, ECF No. 3850-1, have lawsuits currently pending in this MDL.

5. Also excluded from the Settlement Class and Settlement Subclasses are the "Excluded Exporters." Four such excluded exporters—Louis Dreyfus Company Grains Merchandising LLC ("Louis Dreyfus"), Trans Coastal Supply Company, Inc. ("Trans Coastal"), Agribase International, Inc. ("Agribase"), and The Delong Co. Inc. ("Delong")—have individual lawsuits that remain pending in this MDL.[1]

6. Syngenta respectfully requests that the Court enter an Order requiring Trans Coastal, Agribase, and Delong to file individual Notices of Intent to Proceed with Individual Lawsuit within 45 days if any of them intends to proceed with its claims,[2] or else be subject to dismissal for want of prosecution. Upon the filing of such a Notice, the parties could then confer on a scheduling order and submit a proposed order (with competing sections addressing any disputed issues) to the Court within 45 days of the date of each Notice.

---

[1] *See Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO; *Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO; *The Delong Co., Inc. v. Syngenta AG, et al.*, No. 2:17-cv-02614-JWL-JPO; *Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-02279-JWL-JPO.

[2] The Louis Dreyfus v. Syngenta case is currently subject to an operative scheduling order. *See* Amended Scheduling Order, ECF. No. 76, *Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*, No. 16-2788-JWL-JPO (Jul. 16, 2018).

3

7. Plaintiffs, by and through Settlement Class Counsel and Plaintiffs' Co-Lead Counsel, do not oppose this motion and the relief requested.

Dated: February 6, 2019                Respectfully submitted,

/s/ Thomas P. Schult
Thomas P. Schult (tschult@berkowitzoliver.com)
Jennifer B. Wieland (jwieland@berkowitzoliver.com)
Carson M. Hinderks (chinderks@berkowitzoliver.com)
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:   (816) 561-7007
Facsimile:   (816) 561-1888

*Liaison Counsel for Syngenta Defendants*

Michael D. Jones (mjones@kirkland.com)
Edwin John U (edwin.u@kirkland.com)
Bridget K. O'Connor (bridget.oconnor@kirkland.com)
Ragan Naresh (ragan.naresh@kirkland.com)
Patrick Haney (patrick.haney@kirkland.com)
**KIRKLAND & ELLIS LLP**
655 15th Street N.W., Suite 1200
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

*Lead Counsel for Syngenta Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 6, 2019, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ Thomas P. Schult
Thomas P. Schult