# Exhibit B

| Exhibit B: Cases That Did Not Conform to the Fourth Am. Master Complaint (For All Plaintiffs) | |
|---|---|
| **Case Name** | **Case Number** |
| 1  Michael's Grain Farm, Inc. et al v. Syngenta AG et aL | 2:17-cv-02460-JWL-JPO |
| 2  Beck v. Syngenta Corporation et al | 2:15-cv-09472-JWL-JPO |
| 3  The Great Bend Cooperative Association v. Syngenta AG et al | 2:15-cv-09589-JWL-JPO |
| 4  Basco Elevator, Ltd. v. Syngenta Corporation et al | 2:15-cv-09875-JWL-JPO |
| 5  Cline Grain, Inc. v. Syngenta AG et al | 2:15-cv-09882-JWL-JPO |
| 6  Pettisville Grain Co. v. Syngenta AG et al | 2:15-cv-09883-JWL-JPO |
| 7  Fleisher et al v. Syngenta Corporation et al | 2:15-cv-09894-JWL-JPO |
| 8  M&W Grain, Ltd et al v. Syngenta AG et al | 2:15-cv-09902-JWL-JPO |
| 9  Sigrist v. Syngenta Seeds, Inc. et al | 2:15-cv-09921-JWL-JPO |
| 10  Orebaugh et al v. Syngenta AG et al | 2:15-cv-09922-JWL-JPO |
| 11  Elijah Farms, Inc et al v. Syngenta AG et al | 2:15-cv-09927-JWL-JPO |
| 12  Rich et al v. Syngenta Seeds, Inc. et al | 2:15-cv-09935-JWL-JPO |
| 13  Anderson v. Syngenta Seeds, Inc. et a | 2:16-cv-02005-JWL-JPO |
| 14  Welsh v. Syngenta Seeds, Inc. et al | 2:16-cv-02006-JWL-JPO |
| 15  VJW Farm, Inc. v. Syngenta Seeds, Inc. | 2:16-cv-02013-JWL-JPO |
| 16  Richardson et al v. Syngenta AG et al | 2:16-cv-02014-JWL-JPO |
| 17  Wilt v. Syngenta AG et al | 2:16-cv-02016-JWL-JPO |
| 18  Logsdon et al v. Syngenta AG etal | 2:16-cv-02017-JWL-JPO |
| 19  Crone v. Syngenta Seeds et al | 2:16-cv-02045-JWL-JPO |
| 20  Heermann Productions Partnership et al v. Syngenta AG, et Al | 2:16-cv-02051-JWL-JPO |
| 21  Vermeer v. Syngenta Seeds, Inc et al | 2:16-cv-02052-JWL-JPO |
| 22  Allan and Carolyn Fischer FLP et al v. Syngenta AG et al | 2:16-cv-02054-JWL-JPO |
| 23  Berglund Farms JV v. Syngenta Corporation et al | 2:16-cv-02060-JWL-JPO |
| 24  Sefton v. Syngenta Corporation et a | 2:16-cv-02096-JWL-JPO |
| 25  Borneman et al v. Syngenta AG et al | 2:16-cv-02181-JWL-JPO |
| 26  Funk et al v. Syngenta Seeds, Inc. et al | 2:16-cv-02220-JWL-JPO |
| 27  Baumgartner, Kevin v. Syngenta AG et al | 2:16-cv-02308-JWL-JPO |
| 28  Alderman et al v. Syngenta Corporation et al | 2:16-cv-02329-JWL-JPO |
| 29  D & C Thornton Farms et al v. Syngenta Corporation et al | 2:16-cv-02330-JWL-JPO |
| 30  McLendon Farms, Inc. et al v. Syngenta Corporation et al | 2:16-cv-02331-JWL-JPO |
| 31  Kroll et al v. Syngenta Corporation et al | 2:16-cv-02368-JWL-JPO |
| 32  Bartelt v. Syngenta Corporation et al | 2:16-cv-02369-JWL-JPO |
| 33  Hazel v. Syngenta Corporation et al | 2:16-cv-02370-JWL-JPO |
| 34  Gebur v. Syngenta Corporation et al | 2:16-cv-02371-JWL-JPO |
| 35  Osterman et al v. Syngenta Corporation et al | 2:16-cv-02373-JWL-JPO |
| 36  Mork et al v. Syngenta Corporation et al | 2:16-cv-02374-JWL-JPO |
| 37  Olson v. Syngenta Corporation et al | 2:16-cv-02375-JWL-JPO |
| 38  McGriff et al v. Syngenta Corporation et al | 2:16-cv-02430-JWL-JPO |
| 39  Landgraf v. Syngenta Corporation et al | 2:16-cv-02532-JWL-JPO |
| 40  Claas v. Syngenta Corporation et al | 2:16-cv-02589-JWL-JPO |
| 41  Sievers v. Syngenta Corporation et al | 2:16-cv-02695-JWL-JPO |
| 42  Fisher Farms LLC et al v. Syngenta AG et al | 2:16-cv-02793-JWL-JPO |
| 43  Hirsch v. Sygenta Ag et al | 2:16-cv-02811-JWL-JPO |
| 44  Stracener et al v. Syngenta AG et al | 2:17-cv-02017-JWL-JPO |
| 45  Poling et al v. Syngenta AG et al | 2:17-cv-02018-JWL-JPO |
| 46  Triple K Farms et al v. Syngenta AG et al | 2:17-cv-02019-JWL-JPO |
| 47  Benson and Russ, Inc. et al v. Syngenta AG et al | 2:17-cv-02020-JWL-JPO |
| 48  Hammerstrom v. Syngenta AG et al | 2:17-cv-02022-JWL-JPO |
| 49  Rohrbach et al v. Syngenta Corporation et al | 2:17-cv-02534-JWL-JPO |
| 50  Bunda et al v. Syngenta Corporation et al | 2:17-cv-02607-JWL-JPO |
| 51  Larson et al v. Syngenta Corporation et al | 2:17-cv-02610-JWL-JPO |
| 52  Compton v. Syngenta AG et al | 6:16-cv-01004-JWL-JPO |