# Exhibit C

| | Exhibit C: Cases Where Some Plaintiffs Did Conform to the Fourth Am. Master Complaint (And Some Did Not) | | |
|---|---|---|---|
| | **Case Name** | **Case Number** | **Plaintiffs Who Did Not File a Notice to Conform** |
| 1 | Schultz, et al v. Syngenta Corporation, et al | 2:15-cv-02026-JWL-JPO | Michelle Schultz |
| 2 | Burke et al v. Syngenta AG et al | 2:15-cv-09275-JWL-JPO | Huntley Farms PTW<br>Bradley Little<br>Mickey Williams<br>Ryan S. Nelson<br>Gary L. Flanders<br>Vicki J. Flanders<br>Andrew A. Manning<br>Kelli J. Manning<br>Wrley Farms<br>Raymond D. Hettinger<br>Cheryl L. Hettinger<br>David Hettinger<br>Jodi L. Hettinger<br>Stephen & Robin Hettinger Farms<br>Craig Johnson<br>Larry R. Beasley<br>HRA Investments, LLC<br>Funderburg Farms, Inc.<br>Alice I. Funderburg Irrovocable Turst Alpine Bank & Trust Co., Trustee<br>Jack E. Funderburg GST Trust Apline Bank & Trust Co., Trustee<br>John K. Funderburg Jr. GST Trust  Apline Bank & Trust Co., Trustee<br>John K. Funderburg Jr. GST Trust Apline Bank & Trust Co., Trustee<br>Jack E. Funderburg GST Trust Alpine Bank & Trust Co., Trustee |
| 3 | Albrecht et al v. Syngenta Corporation et al | 2:15-cv-09400-JWL-JPO | Rustin Albrecht<br>Albrecht Farms |
| 4 | Hoffman et al v. Syngenta Corporation et al | 2:15-cv-09485-JWL-JPO | Hoffinan Hectares, Inc. |
| 5 | Woodin et al v. Syngenta Corporation et al | 2:15-cv-09491-JWL-JPO | Woodin Fann Enterprises, LLC<br>D&G Woodin, Inc. |
| 6 | Balder et al v. Syngenta Corporation et al | 2:15-cv-09496-JWL-JPO | Fairfield Farms, Inc.<br>D Balder Farms, Inc. |
| 7 | Schaller Company et al v. Syngenta Corporation et al | 2:15-cv-09549-JWL-JPO | Schaller C Trust<br>Kitchen & Hopley<br>Correy, LLC |
| 8 | Bravard v. Syngenta Corporation et al | 2:15-cv-09697-JWL-JPO | Kathy Bravard |
| 9 | Miles et al v. Syngenta Corporation et al | 2:15-cv-09726-JWL-JPO | Robin Miles |
| 10 | Vander Linden et al v. Syngenta Corporation et al | 2:15-cv-09830-JWL-JPO | Leon Vander Linden, Individually<br>Hossley Ranch Management, FLP<br>Vander Linden Family Farms, Inc.<br>Hossley Ranch Management, FLP |
| 11 | Tobin et al v. Syngenta Corporation et al | 2:15-cv-09839-JWL-JPO | Evelyn Tobin |

| | **Exhibit C: Cases Where Some Plaintiffs Did Conform to the Fourth Am. Master Complaint (And Some Did Not)** | | |
|---|---|---|---|
| 12 | Hicks et al v. Syngenta AG et al | 2:15-cv-09881-JWL-JPO | Hager Farms Inc. <br> Hager Brothers LLC <br> Jesse Sublett <br> Larry Leslie <br> Paul Hobbs <br> WA Hobbs and Sons Inc. <br> Stephen Towe <br> Paul Logsdon Jr. <br> Paul Logsdon III |
| 13 | Danielson et al v. Syngenta Corporation et al | 2:15-cv-09891-JWL-JPO | Rhonda Danielson, Individually <br> Danielson Farm |
| 14 | D&M Catfish, Inc. et al v. Syngenta AG et al | 2:16-cv-02055-JWL-JPO | Mary Lauren Howard d/b/a 3&1 Farm |
| 15 | Heinecke et al v. Syngenta Corporation et a | 2:16-cv-02166-JWL-JPO | Elaine Heinecke |
| 16 | Olson et al v. Syngenta Corporation et al | 2:16-cv-02287-JWL-JPO | Hillview Dairy, Inc. |
| 17 | Barker et al v. Syngenta AG et al | 2:16-cv-02317-JWL-JPO | David Dunaven <br> Dwight Radloff |
| 18 | Hinker et al v. Syngenta Corporation et al | 2:16-cv-02435-JWL-JPO | J&K Brokaw, Inc. <br> Linda Meyerdirk |
| 19 | Arnold et al v. Syngenta Corporation et al | 2:16-cv-02591-JWL-JPO | Racota Valley Ranch Partnership <br> Nelson Family Farm, LLC |

| | Exhibit C: Cases Where Some Plaintiffs Did Conform to the Fourth Am. Master Complaint (And Some Did Not) | | |
|---|---|---|---|
| 20 | Stock et al v. Syngenta AG et al | 2:16-cv-02795-JWL-JPO | Clinton Aycock<br>Joseph Sherman Bennett<br>Bare Bones Farm<br>Pleasant Hill Sod Farm<br>Gary David Callow<br>Four C's Farms<br>Oscar C. Clark<br>Clark Planting Partnership<br>Ike E. Coghlan<br>Sunshine Planting Company<br>David Dooley<br>Harris Land & Cattle Co.<br>Matthew A. Edgar<br>E & E Farms<br>Matte Edgar Farms<br>Julia Ann Glenn<br>J.A. Walls Glenn Farm<br>Kenneth E. Goodman, Jr.<br>Lester Griffin<br>Double M Farms<br>Danny R. Holland<br>DRH Farms<br>Loden Farms LLC<br>Kengreden Farms LLC<br>Kerry James<br>KMC Farms<br>B. Bryan Jones, III |

| | Exhibit C: Cases Where Some Plaintiffs Did Conform to the Fourth Am. Master Complaint (And Some Did Not) | | |
|---|---|---|---|
| 21 | Stock et al v. Syngenta AG et al **(CONTINUED)** | | Albert Mahalitc<br>Rebecca Wiggs McCreary<br>River Road Farms, Inc.<br>Rosemary S. Milner<br>SS Farms<br>Abbott Myers<br>Milton Parrish<br>Triple D. Planting Co., II<br>Bobby Ragland, Jr.<br>Gregory Scott Ragland<br>Cotton Creek Farms<br>James E. Reed, Jr.<br>Reed Farms Partnership<br>Joseph Shayeb<br>Kwayne Farms, LLC<br>Silverdale Planting Co.<br>Harry Simmons<br>Frank D. Smyly<br>Smyly Planting Company<br>Edwin P. Thomas, Jr.<br>Edwin Thomas Farm Partnership<br>Delta Farm & Turf<br>High Cotton Planting Co.<br>Charles E. Kelly<br>K and K Farms<br>Heath Killebrew<br>MP Farms |
| 22 | Stock et al v. Syngenta AG et al **(CONTINUED)** | | Doug Warren<br>Beryl Wiggs<br>A&B Farms<br>River Road Farms, Inc.<br>JB Farms<br>Brenda H. Wilson As Co-Executors of the Estate of Jay G. Wilson<br>Jay K. Wilson As Co-Executors of the Estate of Jay G. Wilson<br>Pickett Farms |