IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:<br><br>*Trans Coastal Supply Company, Inc. v. Syngenta AG, et al.*, No. 2:14-cv-02637-JWL-JPO<br><br>*The Delong Co., Inc. v. Syngenta AG et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Agribase International Inc. v. Syngenta AG, et al.*, No. 2:15-cv-9900-JWL-JPO<br><br>*Kellogg, et al., v. Watts Guerra, LLP, et al.*, No. 2:18-cv-2408-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**UNOPPOSED TWENTIETH MOTION FOR DISBURSEMENT OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND TO PAY NOTICE-RELATED EXPENSES**

On April 10, 2018, the Court granted preliminary approval of the settlement in this matter, and appointed BrownGreer PLC as the Notice Administrator and Claims Administrator. *See* ECF No. 3532 at ¶ 7. As part of that Preliminary Approval Order, the Court approved the Notice Plan, the Long Form Notice, Publication Notice and directed the Notice Administrator to comply with all other aspects of the Notice Plan. *Id.* at ¶¶ 9-11. The Court also appointed Daniel E. Gustafson, Christopher A. Seeger and Patrick J. Stueve as National Settlement Counsel. *Id.* at ¶ 5.

On April 10, 2018, the Court granted the Joint Motion to Establish a Qualified Settlement Fund. ECF No. 3535. The Court appointed BrownGreer PLLC as the Administrator of the Qualified Settlement Fund ("QSF") and Citibank, N.A., as the Escrow Agent. *Id.* at ¶¶ 2-3.

Pursuant to the Agrisure Viptera/Duracade Class Settlement Agreement ("Settlement Agreement"), Syngenta has deposited $1.51 billion into the Qualified Settlement Fund, "a portion of which shall be used to pay the fees and expenses of the Claims Administrator and the Notice Administrator, as well as the Class Notice as approved by the Court." Settlement Agreement, ECF No. 3507-2 at ¶ 3.7.1.2. Pursuant to the Escrow Agreement, the Escrow Agent shall disburse funds from the Escrow Account only upon the receipt of joint written instructions from authorized representatives from Syngenta and Settlement Class Counsel, which attaches any relevant order of the Court related to such requested disbursement. ECF No. 3530-1 at 2.

The Notice and Claims Administrator, as part of their duties to comply with the Court-approved Notice Plan, has incurred expenses in the amount of $814,551.89 relating to work performing those duties. A detailed invoice is attached hereto as Exhibit A. Counsel for Plaintiffs have provided a copy of the motion and the exhibit to Syngenta and Syngenta is unopposed to this motion.

Based on the language in the Settlement Agreement and the Escrow Agreement, Settlement Class Counsel move the Court for approval to disburse funds from the Qualified Settlement Fund to pay the invoice attached as Exhibit A, which totals $814,551.89.

Dated: January 6, 2020

Respectfully Submitted,

/s/ Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:     (816) 714-7101
stueve@stuevesiegel.com

**CO-LEAD, CLASS AND LIAISON COUNSEL**
**FOR PLAINTIFFS AND SETTLEMENT CLASS COUNSEL**


**SEEGER WEISS LLP**
Christopher A. Seeger
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone:     (212) 584-0700
Facsimile:     (212) 584-0799
cseeger@seegerweiss.com

**MEMBER OF PLAINTIFFS' SETTLEMENT**
**NEGOTIATION COMMITTEE**
**AND SETTLEMENT CLASS COUNSEL**


**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
120 S. 6th St., Minneapolis, MN 55402
Telephone:     (612) 333-8844
Facsimile:     (612) 339-6622
dgustafson@gustafsongluek.com

**MINNESOTA CO-LEAD LITIGATION CLASS COUNSEL,**
**MEMBER OF PLAINTIFFS' SETTLEMENT**
**NEGOTIATION COMMITTEE**
**AND SETTLEMENT CLASS COUNSEL**

**SHAMBERG JOHNSON AND BERGMAN**
Lynn R. Johnson
2600 Grand Blvd.
Suite 500
Kansas City, Missouri 64108
Telephone:    (816) 474-0004
Facsimile:    (816) 474-0003
ljohnson@sjblaw.com

**SUBCLASS COUNSEL FOR THE**
**VIPTERA/DURACADE CORN PRODUCER SUBCLASS**


**WEXLER WALLACE LLP**
Kenneth A. Wexler
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Telephone:    (816) 589-6270
Facsimile:    (312) 346-2222
kaw@wexlerwallace.com

**SUBCLASS COUNSEL FOR THE GRAIN HANDLING**
**FACILITY SUBCLASS**


**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone:    (973) 994-1700
Facsimile:    (973) 994-1744
JCecchi@carellabyrne.com


**SUBCLASS COUNSEL FOR THE ETHANOL PRODUCTION**
**FACILITY SUBCLASS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Patrick J. Stueve
Plaintiffs' Co-Lead, Liaison, and Class Counsel for Plaintiffs