# EXHIBIT A



250 Rocketts Way
Richmond, VA 23231

Invoice Number:  10090
Invoice Date:    12/18/19
Invoice Period:  11/1/19 - 11/30/19
Client Number:   470167

*Re: Syngenta Corn Seed Settlement*

| | |
|---|---|
| Fees related to Claims Administration | $751,206.00 |
| Expenses related to Claims Administration | $63,345.89 |
| TOTAL CHARGES FOR THIS INVOICE: | $814,551.89 |
| | |
| **TOTAL BALANCE NOW DUE:** | **$814,551.89** |

| BROWNGREER PLC<br>PROFESSIONAL SERVICES SUMMARY<br>AS OF  11/30/19 | | | | |
|---|---|---|---|---|
| **SUMMARY BY TIMEKEEPER** | | | | |
| **Name** | **Title** | **Claims Hours** | **Rate/Hour** | **Total Fee** |
| Atkinson, William | Senior Management | 118.9 | $350 | $41,615.00 |
| Ligon, William (Grey) | Team Lead | 123.1 | $225 | $27,697.50 |
| Moyers, Janet S. | Team Lead | 22.5 | $225 | $5,062.50 |
| Cheatham, Josh | Team Lead | 113.1 | $200 | $22,620.00 |
| Davis, Dustin | Team Lead | 8.5 | $175 | $1,487.50 |
| Hruska, Jonathan | Team Lead | 114.2 | $175 | $19,985.00 |
| Hunt, Andrew A. | Team Lead | 131.1 | $175 | $22,942.50 |
| Engle, Emily | Team Lead | 27.5 | $150 | $4,125.00 |
| Blankenship, Tamra | Program Supervisor | 119.5 | $130 | $15,535.00 |
| Montague, Jessie | Program Supervisor | 56.6 | $130 | $7,358.00 |
| Banta III, Robert W. | Program Supervisor | 0.3 | $100 | $30.00 |
| Edwards, Bradley D. | Program Supervisor | 115.9 | $100 | $11,590.00 |
| Lawson, Robert J. "Bob" | Program Supervisor | 18.4 | $100 | $1,840.00 |
| Fitchett, Edward "Paxton" P. | Project Administrator | 70.5 | $95 | $6,697.50 |
| Roussel, James E. | Project Administrator | 39.3 | $95 | $3,733.50 |
| McGuire, Brandon M. | Project Administrator | 133.1 | $90 | $11,979.00 |
| Smith, Jasmine M. | Project Administrator | 123.6 | $85 | $10,506.00 |
| Thomas, Amanda L. | Project Administrator | 63.9 | $85 | $5,431.50 |
| Mears, Jessica N. | Communications/Call Center Project Administrator | 32.4 | $95 | $3,078.00 |
| Mueller, Yvonne A. | Communications/Call Center Manager | 9.0 | $95 | $855.00 |
| Adkins, Tisa | Communications/Call Center Specialist | 14.9 | $75 | $1,117.50 |
| Carrington, Cherrie | Communications/Call Center Specialist | 47.9 | $75 | $3,592.50 |
| Gillison, Crystal C. | Communications/Call Center Specialist | 10.8 | $75 | $810.00 |
| Green, Carprice | Communications/Call Center Specialist | 23.3 | $75 | $1,747.50 |
| Martyn, Daniel L. | Communications/Call Center Specialist | 55.7 | $75 | $4,177.50 |
| McLean, Devin H. | Communications/Call Center Specialist | 79.4 | $75 | $5,955.00 |
| Russell, Jason | Communications/Call Center Specialist | 22.0 | $75 | $1,650.00 |
| Shelton, Joshua L. | Communications/Call Center Specialist | 15.5 | $75 | $1,162.50 |
| Buel, Christine | Communications/Call Center Specialist | 36.9 | $65 | $2,398.50 |
| Waller, Shekinah G. | Communications/Call Center Specialist | 68.1 | $65 | $4,426.50 |
| Young, Sherrod | Communications/Call Center Specialist | 66.2 | $65 | $4,303.00 |
| Austin, Jade D. | Communications/Call Center Specialist | 51.3 | $55 | $2,821.50 |
| Boisseau, Paula | Communications/Call Center Specialist | 123.8 | $55 | $6,809.00 |
| Brown, Letitia "Tish" M. | Communications/Call Center Specialist | 84.8 | $55 | $4,664.00 |
| Byrd, Chanelle | Communications/Call Center Specialist | 0.6 | $55 | $33.00 |
| Cobbs, Duan T. | Communications/Call Center Specialist | 13.1 | $55 | $720.50 |
| Cooks, Mercades | Communications/Call Center Specialist | 87.7 | $55 | $4,823.50 |
| Daguison, Anthony "Tony" V. | Communications/Call Center Specialist | 116.5 | $55 | $6,407.50 |
| Davis, Glynnise | Communications/Call Center Specialist | 1.1 | $55 | $60.50 |
| El-Amin, Tauheedah K. | Communications/Call Center Specialist | 113.0 | $55 | $6,215.00 |
| Essex, Christopher "Chris" D. | Communications/Call Center Specialist | 104.8 | $55 | $5,764.00 |
| Faulcon, Tijuan | Communications/Call Center Specialist | 83.5 | $55 | $4,592.50 |
| Franklin, Jenay L. | Communications/Call Center Specialist | 107.6 | $55 | $5,918.00 |
| Frazier, Jalen M. | Communications/Call Center Specialist | 43.4 | $55 | $2,387.00 |
| Hall, Malik K. | Communications/Call Center Specialist | 133.0 | $55 | $7,315.00 |
| Handy, Ashley A. | Communications/Call Center Specialist | 5.6 | $55 | $308.00 |

| BROWNGREER PLC PROFESSIONAL SERVICES SUMMARY AS OF 11/30/19 | | | | |
|---|---|---|---|---|
| SUMMARY BY TIMEKEEPER | | | | |
| Name | Title | Claims Hours | Rate/Hour | Total Fee |
| Higgs, Rogerena "Rena" O. | Communications/Call Center Specialist | 43.9 | $55 | $2,414.50 |
| Johnson, Chelsere J. | Communications/Call Center Specialist | 88.9 | $55 | $4,889.50 |
| Johnson, Claudale E. | Communications/Call Center Specialist | 60.9 | $55 | $3,349.50 |
| Johnston, Ashley N. | Communications/Call Center Specialist | 138.0 | $55 | $7,590.00 |
| Jones, Tiffany M. | Communications/Call Center Specialist | 69.8 | $55 | $3,839.00 |
| Kilbride, Emily A. | Communications/Call Center Specialist | 95.7 | $55 | $5,263.50 |
| Knight, Maya | Communications/Call Center Specialist | 57.1 | $55 | $3,140.50 |
| Langhorne, Teja | Communications/Call Center Specialist | 93.5 | $55 | $5,142.50 |
| MacDonald, Chad A. | Communications/Call Center Specialist | 1.5 | $55 | $82.50 |
| Micare, Claudia C. | Communications/Call Center Specialist | 107.6 | $55 | $5,918.00 |
| Mirochine, Liane Y. | Communications/Call Center Specialist | 103.8 | $55 | $5,709.00 |
| Moore, Tami | Communications/Call Center Specialist | 71.6 | $55 | $3,938.00 |
| Munoz, Henry A. | Communications/Call Center Specialist | 69.6 | $55 | $3,828.00 |
| Pippin, Rowan E. | Communications/Call Center Specialist | 77.2 | $55 | $4,246.00 |
| Powell, Daffney | Communications/Call Center Specialist | 0.9 | $55 | $49.50 |
| Reed, Joy | Communications/Call Center Specialist | 63.3 | $55 | $3,481.50 |
| Reidy, Jr., Henry W. | Communications/Call Center Specialist | 122.2 | $55 | $6,721.00 |
| Richardson, Ciara C. | Communications/Call Center Specialist | 130.4 | $55 | $7,172.00 |
| Roane, La Donna J. | Communications/Call Center Specialist | 1.1 | $55 | $60.50 |
| Russo, Zachary | Communications/Call Center Specialist | 17.6 | $55 | $968.00 |
| Samuel, Jade | Communications/Call Center Specialist | 91.7 | $55 | $5,043.50 |
| Scott, Shalanda A. | Communications/Call Center Specialist | 77.3 | $55 | $4,251.50 |
| Tabb, Joi L. | Communications/Call Center Specialist | 1.1 | $55 | $60.50 |
| Thomas, Daniel W. | Communications/Call Center Specialist | 0.9 | $55 | $49.50 |
| Thomas, Kenya M. | Communications/Call Center Specialist | 1.1 | $55 | $60.50 |
| Thornton, Zaina N. | Communications/Call Center Specialist | 138.8 | $55 | $7,634.00 |
| Tocarchick, Kristina M. | Communications/Call Center Specialist | 69.1 | $55 | $3,800.50 |
| Valentine, Deja | Communications/Call Center Specialist | 2.3 | $55 | $126.50 |
| Walton, Cindy L. | Communications/Call Center Specialist | 124.4 | $55 | $6,842.00 |
| Wilson, Kimberly R. | Communications/Call Center Specialist | 28.4 | $55 | $1,562.00 |
| Winston, Leslie | Communications/Call Center Specialist | 45.8 | $55 | $2,519.00 |
| Andrews, Ricardo J. | Claims Reviewer | 108.1 | $55 | $5,945.50 |
| Blados, Benjamin J. | Claims Reviewer | 138.2 | $55 | $7,601.00 |
| Cetto, Anthony D. | Claims Reviewer | 38.6 | $55 | $2,123.00 |
| Cujas, Christine M. | Claims Reviewer | 124.4 | $55 | $6,842.00 |
| Delisio, John P. | Claims Reviewer | 102.7 | $55 | $5,648.50 |
| Englert, Tynan D. | Claims Reviewer | 107.5 | $55 | $5,912.50 |
| Garland, Thomas K. | Claims Reviewer | 118.2 | $55 | $6,501.00 |
| Gnanodayan, Subi | Claims Reviewer | 0.8 | $55 | $44.00 |
| Gordon, Steven A. | Claims Reviewer | 29.1 | $55 | $1,600.50 |
| Gunn, Ka'myia | Claims Reviewer | 137.2 | $55 | $7,546.00 |
| Harris, Caleb M. | Claims Reviewer | 121.1 | $55 | $6,660.50 |
| James, Adonis J. | Claims Reviewer | 107.5 | $55 | $5,912.50 |
| Johns, Ryan A. | Claims Reviewer | 109.1 | $55 | $6,000.50 |
| Kwak, Justin | Claims Reviewer | 114.6 | $55 | $6,303.00 |
| Lacy, Andy P. | Claims Reviewer | 73.1 | $55 | $4,020.50 |

| BROWNGREER PLC<br>PROFESSIONAL SERVICES SUMMARY<br>AS OF 11/30/19 | | | | |
|---|---|---|---|---|
| SUMMARY BY TIMEKEEPER | | | | |
| Name | Title | Claims Hours | Rate/Hour | Total Fee |
| Lee, Lamonie | Claims Reviewer | 102.8 | $55 | $5,654.00 |
| Linders, Eric | Claims Reviewer | 8.3 | $55 | $456.50 |
| Mohan, Venita | Claims Reviewer | 72.0 | $55 | $3,960.00 |
| Pence, Elizabeth | Claims Reviewer | 78.7 | $55 | $4,328.50 |
| Perez, Maya R. | Claims Reviewer | 123.7 | $55 | $6,803.50 |
| Reynolds, Patrick | Claims Reviewer | 56.8 | $55 | $3,124.00 |
| Taylor, Jacquelyn M. | Claims Reviewer | 137.0 | $55 | $7,535.00 |
| Trent, Dillon | Claims Reviewer | 37.0 | $55 | $2,035.00 |
| Voronovich, Ruslan V. | Claims Reviewer | 110.9 | $55 | $6,099.50 |
| Waymack, Meredith K. | Claims Reviewer | 106.4 | $55 | $5,852.00 |
| Woloshin, Aaron | Claims Reviewer | 115.7 | $55 | $6,363.50 |
| Hughes, John | Intake, Scanning and Documentation | 12.4 | $45 | $558.00 |
| Whitley, Kirsten E. | Intake, Scanning and Documentation | 30.1 | $45 | $1,354.50 |
| Du Plessis, Ilze | Systems, Technology and Graphics Staff | 30.1 | $185 | $5,568.50 |
| Burnley, Donna | Systems, Technology and Graphics Staff | 4.0 | $175 | $700.00 |
| Henriksson, Pia | Systems, Technology and Graphics Staff | 141.2 | $175 | $24,710.00 |
| Williams, Wes | Systems, Technology and Graphics Staff | 2.4 | $150 | $360.00 |
| Cheerla, Harshitha | Systems, Technology and Graphics Staff | 133.8 | $140 | $18,732.00 |
| Dandu, Prudhvi | Systems, Technology and Graphics Staff | 142.2 | $140 | $19,908.00 |
| Gadde, Chaitanya | Systems, Technology and Graphics Staff | 152.2 | $140 | $21,308.00 |
| Kamma, Srikala | Systems, Technology and Graphics Staff | 129.1 | $140 | $18,074.00 |
| Malyala, Vamshi | Systems, Technology and Graphics Staff | 158.6 | $140 | $22,204.00 |
| Sheik, Gowse "Lazam" | Systems, Technology and Graphics Staff | 126.4 | $140 | $17,696.00 |
| Guduru, Sridevi | Systems, Technology and Graphics Staff | 120.4 | $120 | $14,448.00 |
| Singh, Tejinder | Systems, Technology and Graphics Staff | 140.3 | $120 | $16,836.00 |
| Srirenganathan, Anusha | Systems, Technology and Graphics Staff | 114.8 | $120 | $13,776.00 |
| **TOTAL** | | **8,764.90** | | **$751,206.00** |

| BROWNGREER PLC<br>PROFESSIONAL SERVICES SUMMARY<br>AS OF  11/30/19 | |
|---|---|
| **SUMMARY BY EXPENSE CATEGORY** | |
| **Claims Expenses** | **Total Expenses** |
| 50001 - Computerized Docket/Demographic Searches | $86.55 |
| 50013 - Other | $130.77 |
| 50015 - Printing/Photocopying/Dup. In-House | $126.70 |
| 50016 - Printing/ Photocopying/Dup Outside | $5,667.72 |
| 50020 - Postage-Advance, Internal Postage Meter | $50.15 |
| 50021 - Postage-Outside Service | $48,445.00 |
| 50039 - Telephone/Internet | $4,987.67 |
| 50043 - Local Meals & Working Lunches | $248.66 |
| 50047 - Computer & Software/Hardware Cost | $3,602.67 |
| **Amount Due** | **$63,345.89** |

<table>
<tbody>
<tr><td colspan="4" align="center">**BROWNGREER PLC**<br>**PROFESSIONAL SERVICES SUMMARY**<br>**AS OF  11/30/19**</td></tr>
<tr><td colspan="4" align="center">**EXPENSE DETAIL**</td></tr>
<tr><td>**Date**</td><td>**Claims Expense Category**</td><td>**Description**</td><td>**Amount**</td></tr>
<tr><td>11/30/19</td><td>50001 - Computerized Docket/Demographic Searches</td><td>LexisNexis Risk Data Management Inc (Inv # 1509995-20191130) Claimant ID Verification Research through LexisNexis Accurint - 25 Searches: Syngenta Corn Seed Settlement: Claims Administration</td><td>$72.10</td></tr>
<tr><td>11/30/19</td><td>50001 - Computerized Docket/Demographic Searches</td><td>LexisNexis Risk Data Management Inc (Inv # 1510005-20191130) Claimant ID Verification Research through LexisNexis for period 11/01 to 11/30/19: Syngenta Corn Seed Settlement: Claims Administration</td><td>$14.45</td></tr>
<tr><td>10/31/19</td><td>50013 - Other</td><td>Vital Records Control (Inv # 1336509) Monthly storage fee and additional cubic feet space: Syngenta Corn Seed Settlement: Claims Administration</td><td>$86.72</td></tr>
<tr><td>11/30/19</td><td>50013 - Other</td><td>TSYS (Inv # 11/19) Monthly Service fee for online payment transactions 11/1/19 to 11/30/19: Syngenta Corn Seed Settlement: Claims Administration</td><td>$44.05</td></tr>
<tr><td>11/15/19</td><td>50016 - Printing/ Photocopying/Dup Outside</td><td>Donnelley Financial, LLC (Inv # 1281447100) Printing, Inserting and Mail Preparation Services:  Syngenta Corn Seed Settlement: Claims Administration</td><td>$5,667.72</td></tr>
<tr><td>11/30/19</td><td>50015 - Printing/Photocopying/Dup. In-House</td><td>November 2019 Internal Printing - 1267 pieces @ $0.10 per piece: Syngenta Corn Seed Settlement: Claims Administration -</td><td>$126.70</td></tr>
<tr><td>11/30/19</td><td>50020 - Postage-Advance, Internal Postage Meter</td><td>Postmaster (Inv # Nov 2019) November Internal Postage Meter - 78 pieces @ various price per piece: Syngenta Corn Seed Settlement: Claims Administration</td><td>$50.15</td></tr>
<tr><td>11/12/19</td><td>50021 - Postage-Outside Service</td><td>BRM envelope permit. - Bates, John</td><td>$235.00</td></tr>
<tr><td>11/12/19</td><td>50021 - Postage-Outside Service</td><td>BRM envelope maintenance fee. - Bates, John</td><td>$710.00</td></tr>
<tr><td>12/18/19</td><td>50021 - Postage-Outside Service</td><td>Donnelley Financial, LLC (Inv # 1284284500) Postage advance to cover mailings for Settlement Notice Postcard: Syngenta Corn Seed Settlement: Claims Administration</td><td>$47,500.00</td></tr>
<tr><td>11/21/19</td><td>50039 - Telephone/Internet</td><td>Genesys Telecommunications Lab., Inc (Inv # INV-8100-144213) Monthly Call Center and Telephone usage charges for period 10/19 to 11/18/19: Syngenta Corn Seed Settlement: Claims Administration</td><td>$4,987.67</td></tr>
<tr><td>11/19/19</td><td>50043 - Local Meals & Working Lunches</td><td>Syngenta call center working lunch. - Engle, Emily</td><td>$248.66</td></tr>
<tr><td>10/1/19</td><td>50047 - Computer & Software/Hardware Cost</td><td>Core BTS Inc (Inv # INVDRP 187366) Monthly Microsoft Azure cloud consumption costs for period 9/1/ to 9/30/19: Syngenta Corn Seed Settlement: Claims Administration</td><td>$1,724.63</td></tr>
</tbody>
</table>

| BROWNGREER PLC PROFESSIONAL SERVICES SUMMARY AS OF 11/30/19 | | | |
|---|---|---|---|
| **EXPENSE DETAIL** | | | |
| **Date** | **Claims Expense Category** | **Description** | **Amount** |
| 11/1/19 | 50047 - Computer & Software/Hardware Cost | Core BTS Inc (Inv # INVDRP 188327) Monthly Microsoft Azure cloud consumption costs for period 10/1/ to 10/31/19: Syngenta Corn Seed Settlement: Claims Administration | $1,878.04 |
| | | **TOTAL** | **$63,345.89** |


**LexisNexis®**

28330 Network Place
Chicago, IL 60673-1283

866-528-0570

LexisNexis, a division of RELX Inc
For itself or its affiliates

BrownGreer PLC
Attn : Roma Petkauskas
250 rocketts way
RICHMOND, VA 23231 USA

| Invoice | |
|---|---|
| **Current Amount Due** | **USD $72.10** |
| **Outstanding Balance** | **USD $0.00** |
| **Total Balance** | **USD $72.10** |
| Invoice Number | **1509995-20191130** |
| Invoice Date | **Nov 30, 2019** |
| Billing ID | **1509995** |
| Terms | **Net 20** |
| Representative | **John Bierley** |
| Billing Period | **11/1/2019** |
| | **11/30/2019** |

**Questions about your bill?**
**866-528-0570**

LNBIlling@lexisnexis.com

*To view account activity and pay online:*
*Log on to  https://invoice.risk.lexisnexis.com*
*Become a registered user of EPIC 360 to*
*begin viewing invoices, printing invoices,*
*accessing account activity details and*
*paying invoices online.*

**New Activity Summary**

| Date | Description | Amount |
|---|---|---|
| 11/30/2019 | Syngenta | $72.10 |

**Please note that this invoice reflects your 30% monthly discount.**

**This month you saved $1836.69**

**This year you saved $11585.02**

**Please Remit Payment To:**
**LexisNexis Risk Data Management Inc.**
**Billing ID 1509995**
**28330 Network Place**
**Chicago, IL 60673-1283**

| | Total Charges | $72.10 |
|---|---|---|
| | Total Tax | $0.00 |
| 1509995-20191130 | Due Date  12/20/2019    Total | $72.10 |

Please include your full invoice number on all remittance to ensure proper credit.

In early 2020, Accurint® for Legal Professionals will feature a new, more intuitive
user interface. Learn more at lexisnexis.com/accurintnewui.

In order to ensure our customers are not impacted by fraudulent phishing attempts we advise you to never accept remittance information change requests from unsolicited emails or phone calls. All LexisNexis Risk Solutions changes will be communicated via messages attached to your invoice. Please report any suspicious activity to security@relx.com.

 **LexisNexis**®

28330 Network Place
Chicago, IL 60673-1283

866-528-0570

LexisNexis, a division of RELX Inc
For itself or its affiliates

BrownGreer PLC.
Attn : Dustin Davis
250 ROCKETTS WAY
RICHMOND, VA 23231 USA

| Invoice | |
|---|---|
| **Current Amount Due** | **USD $14.45** |
| **Outstanding Balance** | **USD $0.00** |
| **Total Balance** | **USD $14.45** |
| Invoice Number | **1510005-20191130** |
| Invoice Date | **Nov 30, 2019** |
| Billing ID | **1510005** |
| Terms | **Net 20** |
| Representative | **John Bierley** |
| Billing Period | **11/1/2019** |
| | **11/30/2019** |

**Questions about your bill?**
**866-528-0570**

LNBIlling@lexisnexis.com

*To view account activity and pay online:*
*Log on to  https://invoice.risk.lexisnexis.com*
*Become a registered user of EPIC 360 to*
*begin viewing invoices, printing invoices,*
*accessing account activity details and*
*paying invoices online.*

**New Activity Summary**

| Date | Description | Amount |
|---|---|---|
| 11/26/2019 | Syngenta | $14.45 |

**Please Remit Payment To:**
**LexisNexis Risk Data Management Inc.**
**Billing ID 1510005**
**28330 Network Place**
**Chicago, IL 60673-1283**

In order to ensure our customers are not
impacted by fraudulent phishing attempts
we advise you to never accept remittance
information change requests from
unsolicited emails or phone calls. All
LexisNexis Risk Solutions changes will be
communicated via messages attached to
your invoice. Please report any suspicious
activity to security@relx.com.

12006034                       Invoice Date: 10/31/2019              Invoice #1336509



ACCOUNTS PAYABLE
BROWNGREER (R/S) (1108)
250 ROCKETTS WAY
RICHMOND, VA 23231


STANDARD MONTHLY FEE                                                              $65.00

STORAGE SUMMARY
      350 CONTRACTED CUBIC FEET
      134.90 ADDITIONAL CUBIC FEET
                                                                                 $21.72

ACTIVITY SUMMARY
      0 CONTRACTED ACCESSES PER MONTH
      62 TOTAL ACCESSES
            62 NEW ACCESSES


NEW BOX SUMMARY
      0 CONTRACTED INDUCTIONS PER MONTH
      62 TOTAL NEW BOXES (for a total of 80.60 cubic feet)

DESTRUCTION SUMMARY
      0 CONTRACTED DESTRUCTIONS PER MONTH
            0 TOTAL BOXES DESTROYED/PERM-OUT (for a total of 0 cubic feet)
      0 CONTRACTED DESTRUCTION ROTATIONS PER MONTH
            0 TOTAL DESTRUCTION ROTATIONS/LBS


DELIVERY SUMMARY
      0 CONTRACTED STANDARD DELIVERIES PER MONTH
      1 TOTAL STANDARD DELIVERIES

                                                        Invoice Total            $86.72


This invoice represents charges in advance for the "Standard Monthly Fee" which includes Contracted Storage and Services
for 11/01/2019 to 11/30/2019 and charges in arrears for "Additional Storage" and any Service Transactions with a date
from 10/01/2019 to 10/31/2019 inclusive.


                          Please Remit To: Vital Records Control
                                           Dept. 5874
                                           PO Box 11407
                                           Birmingham, AL 35246-5874

                                           ar@vrcnetwork.com
                                           NET DUE: FIFTEEN (15) DAYS





# Merchant Statement

TSYS
12202 AIRPORT WAY SUITE 100 BROOMFIELD CO 80021

Page 1 of 2

ılıılııllllıılıılllıılıılıııılllıllllılıılıılııılı

AGRISURE VIPTERA DURACADE
250 ROCKETTS WAY
HENRICO VA 23231-3753

**N00b6150

| | |
|---|---|
| Processing Month: | 11-19 |
| Association Number: | 121501 |
| Merchant Number: | 3930-0982-9934-86 |
| Routing Number: | xxxxx3164 |
| Deposit Account Number: | xxxxxx0140 |



FOR CUSTOMER SERVICE PLEASE CALL (800) 654-9256
OR EMAIL: CUSTOMERSUPPORT@TSYS.COM

**Amount Deducted**      **44.05**

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Base P/I | Base Rate | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 | 0.000 | 1.700 | 0.00 |
| MC | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 | 0.000 | 1.700 | 0.00 |
| AM | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 | 0.000 | 1.700 | 0.00 |
| DS | 1 | 500.00 | 0 | 0.00 | 500.00 | 500.00 | 0.000 | 1.700 | 8.50 |
| PP | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 | 0.000 | 1.700 | 0.00 |
| ** | 1 | 500.00 | 0 | 0.00 | 500.00 | 500.00 | | | 8.50 |

## News For You

**Plan Summary**



DISCOVER  100%

## Deposits

| Day | Reference Number | Tran Code | Total Number of Sales | Total Amount of Sales | Total Amount of Credits | Net Deposits |
|---|---|---|---|---|---|---|
| 17 | 00000019268 | D | 01 | 500.00 | 0.00 | 500.00 |
| | **Deposit Totals** | | **01** | **$500.00** | **$0.00** | **$500.00** |

## Fees

| Number | Amount | Description | Total |
|---|---|---|---|
| 1 | | MONTHLY SERVICE FEE | 5.95 |
| 1 | | TXP SILVER PACKAGE MONTHLY FEE | 20.00 |
| 1 | | FIXED ACQUIRER NETWORK FEE (FANF) | 5.00 |
| 2 | | TRANSACTION/NETWORK ACCESS FEE | 0.20 |
| | | FEES FOR ACCESS TO CARD BRAND SERVICES | 0.85 |
| 1 | 500.00 | NON QUALIFIED | 3.55 |

TOTAL FEES      35.55

## PLAN CODES / TRANSACTION CODES

| PLAN CODES | | | | TRANSACTION CODES |
|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | AM -AMERICAN EXPRESS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DL -DISCOVER LARGE TICKET | DB -NETWORK PIN DEBIT | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DZ -DISCOVER BUSINESS | EC -ELECTRONIC CHECK | |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DD -DISCOVER DEBIT | EB -EBT | |
| V$ -VISA CASH ADV | M$ -MASTERCARD CASH ADV | D$ -DISCOVER CASH ADV | PP -PAYPAL | |



Processing Month:      11-19
Association Number:    121501
Merchant Number:       3930-0982-9934-86

| Discount | 8.50 |
|---|---|
| Fees | 35.55 |
| Amount Deducted | 44.05 |

## Important Information

AS YOU MAY KNOW, TSYS PARTNERS WITH CONTROLSCAN, A QUALIFIED SECURITY
ASSESSOR (QSA) AND APPROVED SCANNING VENDOR (ASV), TO OFFER MERCHANTS
PCI DSS SELF-ASSESSMENT QUESTIONNAIRE (SAQ) AND SCANNING SERVICES. THESE
SERVICES ARE INTENDED TO HELP MERCHANTS OBTAIN PCI DATA SECURITY STANDARD
(PCI-DSS) COMPLIANCE VALIDATION AND REPORT THAT COMPLIANCE STATUS BACK TO
TSYS. AS SMALL AND MEDIUM-SIZED BUSINESSES ARE VULNERABLE TO HACKERS,
BREACHES AND CYBER-ATTACK, PCI COMPLIANCE IS CRITICAL. FURTHER, THE CARD
BRANDS MANDATE THAT ACQUIRERS (LIKE TSYS) REPORT ON THE PCI DSS COMPLIANCE
OF THEIR MERCHANTS.

IF AS OF DECEMBER 31, 2019, WE HAVE NOT RECEIVED YOUR PCI DSS COMPLIANCE
VALIDATION (MEANING YOUR ACCOUNT IS IN NON-COMPLIANT STATUS), THEN AS A
RESULT, YOUR NON RECEIPT OF PCI VALIDATION FEE WILL BE INCREASED TO $125,
WHICH WILL BE REFLECTED AS A SEPARATE LINE ITEM ON YOUR MERCHANT
STATEMENT REFLECTING JANUARY 2020 ACTIVITY. THIS AMOUNT WILL CONTINUE TO
BE ASSESSED MONTHLY UNTIL YOU HAVE PROVIDED YOUR PCI DSS COMPLIANCE
VALIDATION.

IN ORDER TO BECOME PCI COMPLIANT, PLEASE VISIT COMPLIANCE101.COM AND
FOLLOW THE INSTRUCTIONS ON HOW TO BECOME AND MAINTAIN PCI COMPLIANCE.

EFFECTIVE JANUARY 2020: VISA, MASTERCARD, AMERICAN EXPRESS, AND DISCOVER
CARD SERVICES ARE INTRODUCING NEW (AND MODIFYING CURRENT) INTERCHANGE
STRUCTURES AND ASSOCIATION PROCESSING PROGRAM FEES. DETAILS SURROUNDING
THESE CHANGES WILL BE ADDRESSED ON YOUR DECEMBER 2019 MERCHANT STATEMENT.

# Donnelley Financial Solutions

formerly an RR Donnelley company


**INVOICE**

Payment is due by the payable date indicated below and include the invoice number on your check.

Remit with a copy of the invoice to :

**Donnelley Financial, LLC**
P.O. Box 842282
Boston  MA  02284-2282

TT-COC-005939
TT-SFI/COC-000021
F.E.I.N. 13-2618477

**Sold to :**  BROWN GREER, PLC
**Attn:** ACCOUNTS PAYABLE
250 ROCKETTS WAY
RICHMOND VA  23231

| INVOICE DATE | INVOICE NUMBER | PAYABLE DATE | TERMS | BY | PAGE |
|---|---|---|---|---|---|
| 11/15/2019 | **1281447100** | 11/25/2019 | Net 10  days from DOI | JZ/kc | 1 of 2 |

## BROWN GREER PLC

**Sygenta Settlement**
**Rejection Notices (10/1/19 - 10/3/19)**

### Printing, Inserting and Mail Preparation Services

| **Mailing(s) Number 128** | |
|---|---|
| 10/14/19 | 226 copies of a 4-page Rejection Notice, self-cover, printed one color throughout on 20# bond | |
| 10/14/19 | Letterfold 1 piece (Rejection Notice) into 6" x 9-1/2" window envelope with indicia, seal, affix postage and mail 226 packages | $467.07 |

| **Mailing(s) Number 129-130** | |
|---|---|
| 10/23/19 | 5 copies of a 12-page Rejection Notice, self-cover, printed one color throughout on 20# bond | |
| 10/23/19 | Letterfold 1 piece (Rejection Notice) into 6" x 9-1/2" window envelope without indicia, seal, affix postage and mail 5 package | |
| 10/23/19 | 414 copies of a 4-page Rejection Notice, self-cover, printed one color throughout on 20# bond | |
| 10/23/19 | Letterfold 1 piece (Rejection Notice) into 6" x 9-1/2" window envelope with indicia, seal, affix postage and mail 414 packages | $769.72 |

| **Mailing(s) Number 131-133** | |
|---|---|
| 11/01/19 | 211 copies of a 14-page Rejection Notice, self-cover, printed one color throughout on 20# bond | |
| 11/01/19 | Letterfold 1 piece (Rejection Notice) into 6" x 9-1/2" window envelope with indicia, seal, affix postage and mail 211 packages | |
| 11/01/19 | 2,060 copies of a 12-page Rejection Notice, self-cover, printed one color throughout on 20# bond | |

# Donnelley Financial Solutions

formerly an RR Donnelley company

**INVOICE**

and include the invoice number on your check.
Remit with a copy of the invoice to :

**Donnelley Financial, LLC**
**P.O. Box 842282**
**Boston  MA  02284-2282**

TT-COC-005939
TT-SFI/COC-000021
F.E.I.N. 13-2618477

**Sold to :**   BROWN GREER, PLC
**Attn:** ACCOUNTS PAYABLE
250 ROCKETTS WAY
RICHMOND VA  23231

| INVOICE DATE | INVOICE NUMBER | PAYABLE DATE | TERMS | BY | PAGE | |
|---|---|---|---|---|---|---|
| 11/15/2019 | **1281447100** | 11/25/2019 | Net 10  days from DOI | JZ/kc | | 2 of 2 |

| | | |
|---|---|---|
| 11/01/19 | Letterfold 1 piece (Rejection Notice) into 6" x 9-1/2" window envelope with indicia, seal, affix postage and mail 2,060 packages | |
| 11/01/19 | 65 copies of a 6-page Rejection Notice, self-cover, printed one color throughout on 20# bond | |
| 11/01/19 | Letterfold 1 piece (Rejection Notice) into 6" x 9-1/2" window envelope without indicia, seal, affix postage and mail 65 package | $3,364.29 |

| | |
|---|---|
| **SUBTOTAL** | **$4,601.08** |
| Postage Used | $1,831.90 |
| Postage Advanced | ($1,117.45) |
| State Sales and Use Tax | $352.19 |
| **TOTAL THIS INVOICE** | **$5,667.72** |

**Note: Postage remaining on $35,000.00 advance received on 7/2/19 after this invoice is $0.00**

**If you need assistance, please call Joseph Zielinski at (804) 441-6062**

BMT-PEFC-1517          For information about ACH, Wire payment or W9 information please contact us at DFSEFTandW9Requests@dfsco.com

**PAYMENT BY CHECK:**

Please record the invoice number on your check :**1281447100**

**ACH/EFTS**



PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Name on account: Donnelley Financial, LLC
Transmit in CTX format. If CTX is not possible, please send
remittance information by e-mail to cashapplications@dfsco.com

**OVERNIGHT DELIVERY**

PNC Bank
c/o Donnelley Financial, LLC
Lockbox # 842282
20 Commerce Way, Ste 800
Woburn, MA 01801-1057
Please send remittance
information with payment

**WIRE TRANSFER INFO**

DONNELLEY FINANCIAL, LLC
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222

Please send remittance information
by e-mail to cashapplications@dfsco.com

**ATTENTION: Please note the remittance address on this invoice has changed. Please ensure your A/P system is updated accordingly.**

 **CLIENT BILLABLE EXPENSE REPORT**

| Expense Request | | | | |
|---|---|---|---|---|
| **Employee Name:** | Kerry Clarke | **Date:** | | November 2019 |
| **Client Name:** | Syngenta Corn Seed Settlement: Claims Administration | **Client Number:** | | 470167 |
| **Total Client Billable Amount:** | | **$176.85** | | |
| | **Item** | **Cost Per Unit** | **Units Needed** | **Total Unit Cost** |
| **1.** | **Internal Photocopies and Printing Pages** | $0.10 | 1267 | $126.70 |
| **2.** | **Internal Postage and Mailing Costs** | varies | 78 | $50.15 |

November 2019 Printing

| Client code | Date | Matter number | User | Page Count | Total Jobs | Total Cost |
|---|---|---|---|---|---|---|
| 470167 | 11/1/2019 | 50696 | vwilliamson | 58 | 7 | 5.80 |
| 470167 | 11/1/2019 | 50696 | wligon | 3 | 1 | 0.30 |
| 470167 | 11/3/2019 | 50696 | jmoyers | 26 | 9 | 2.60 |
| 470167 | 11/4/2019 | 50696 | ahunt | 8 | 2 | 0.80 |
| 470167 | 11/4/2019 | 50696 | vwilliamson | 232 | 23 | 23.20 |
| 470167 | 11/5/2019 | 50696 | jmoyers | 16 | 7 | 1.60 |
| 470167 | 11/5/2019 | 50696 | vwilliamson | 210 | 21 | 21.00 |
| 470167 | 11/6/2019 | 50696 | ahunt | 18 | 3 | 1.80 |
| 470167 | 11/6/2019 | 50696 | ahunt | 40 | 1 | 4.00 |
| 470167 | 11/6/2019 | 50696 | vwilliamson | 93 | 11 | 9.30 |
| 470167 | 11/7/2019 | 50696 | vwilliamson | 58 | 6 | 5.80 |
| 470167 | 11/8/2019 | 50696 | ahunt | 6 | 1 | 0.60 |
| 470167 | 11/8/2019 | 50696 | vwilliamson | 14 | 3 | 1.40 |
| 470167 | 11/11/2019 | 50696 | althomas | 1 | 1 | 0.10 |
| 470167 | 11/11/2019 | 50696 | althomas | 2 | 1 | 0.20 |
| 470167 | 11/12/2019 | 50696 | vwilliamson | 7 | 2 | 0.70 |
| 470167 | 11/13/2019 | 50696 | ahunt | 30 | 1 | 3.00 |
| 470167 | 11/13/2019 | 50696 | vwilliamson | 3 | 2 | 0.30 |
| 470167 | 11/14/2019 | 50696 | ahunt | 20 | 2 | 2.00 |
| 470167 | 11/15/2019 | 50696 | vwilliamson | 194 | 19 | 19.40 |
| 470167 | 11/18/2019 | 50696 | ahunt | 10 | 1 | 1.00 |
| 470167 | 11/18/2019 | 50696 | wligon | 28 | 1 | 2.80 |
| 470167 | 11/19/2019 | 50696 | ahunt | 8 | 1 | 0.80 |
| 470167 | 11/19/2019 | 50696 | jmoyers | 17 | 3 | 1.70 |
| 470167 | 11/19/2019 | 50696 | vwilliamson | 80 | 7 | 8.00 |
| 470167 | 11/21/2019 | 50696 | ahunt | 2 | 1 | 0.20 |
| 470167 | 11/21/2019 | 50696 | vwilliamson | 26 | 3 | 2.60 |
| 470167 | 11/25/2019 | 50696 | ahunt | 18 | 3 | 1.80 |
| 470167 | 11/25/2019 | 50696 | jmoyers | 8 | 4 | 0.80 |
| 470167 | 11/25/2019 | 50696 | WAtkinson | 1 | 1 | 0.10 |
| 470167 | 11/26/2019 | 50696 | jhughes | 30 | 4 | 3.00 |
| **Total** | | | | **1267** | **152** | **$ 126.70** |

**November 2019 Postage**

| DATE | Client # | Matter # | per pc $ | # of pcs. | Total | Comments | Column1 |
|---|---|---|---|---|---|---|---|
| 11/1/2019 | 470167 | 50696 | $0.65 | 3 | $1.95 | | |
| 11/1/2019 | 470167 | 50696 | $0.50 | 1 | $0.50 | | |
| 11/4/2019 | 470167 | 50696 | $0.65 | 15 | $9.75 | | |
| 11/4/2019 | 470167 | 50696 | $1.30 | 1 | $1.30 | | |
| 11/5/2019 | 470167 | 50696 | $0.50 | 4 | $2.00 | | |
| 11/5/2019 | 470167 | 50696 | $0.65 | 7 | $4.55 | | |
| 11/5/2019 | 470167 | 50696 | $0.80 | 2 | $1.60 | | |
| 11/5/2019 | 470167 | 50696 | $1.30 | 1 | $1.30 | | |
| 11/6/2019 | 470167 | 50696 | $0.50 | 4 | $2.00 | | |
| 11/6/2019 | 470167 | 50696 | $0.65 | 5 | $3.25 | | |
| 11/7/2019 | 470167 | 50696 | $0.50 | 2 | $1.00 | | |
| 11/7/2019 | 470167 | 50696 | $1.30 | 1 | $1.30 | | |
| 11/7/2019 | 470167 | 50696 | $0.65 | 1 | $0.65 | | |
| 11/8/2019 | 470167 | 50696 | $0.50 | 2 | $1.00 | | |
| 11/11/2019 | 470167 | 50696 | $0.50 | 1 | $0.50 | | |
| 11/12/2019 | 470167 | 50696 | $0.50 | 1 | $0.50 | | |
| 11/13/2019 | 470167 | 50696 | $0.50 | 1 | $0.50 | | |
| 11/15/2019 | 470167 | 50696 | $0.50 | 3 | $1.50 | | |
| 11/15/2019 | 470167 | 50696 | $0.65 | 10 | $6.50 | | |
| 11/15/2019 | 470167 | 50696 | $1.30 | 1 | $1.30 | | |
| 11/19/2019 | 470167 | 50696 | $0.50 | 1 | $0.50 | | |
| 11/19/2019 | 470167 | 50696 | $0.65 | 5 | $3.25 | | |
| 11/21/2019 | 470167 | 50696 | $0.65 | 2 | $1.30 | | |
| 11/26/2019 | 470167 | 50696 | $0.50 | 3 | $1.50 | | |
| 11/26/2019 | 470167 | 50696 | $0.65 | 1 | $0.65 | | |
| **Total** | | | | 78 | $    50.15 | | |

```
                RICHMOND
              1801 BROOK RD
          RICHMOND, VA 23232-9998
               517650-0150
              (800)275-8777
           11/12/2019 05:00 PM
```

===========================================
===========================================
-------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|

-------------------------------------------

BRM - Annual Fee                    $235.00
     (Permit Type:Business Reply)
     (Permit Number:168000)
     (Customer Name:BROWNGREER PLC)
     (FeeType:BRM Permit)
     (Fee Amount:$235.00)
-------------------------------------------
Total:                              $235.00
-------------------------------------------


-------------------------------------------
Credit Card Remitd                  $235.00
     (Card Name:VISA).
     (Account #:XXXXXXXXXXXX5369)
     (Approval #:00705G)
     (Transaction #:072)
     (AID:A0000000031010        Chip)
     (AL:VISA CREDIT)
     (PIN:Not Required     CHASE VISA)
-------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
              www.informeddelivery.com

All sales final on stamps and postage.
 Refunds for guaranteed services only.
        Thank you for your business.

        HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

             Go to:
        https://postalexperience.com/Pos

        840-5230-0258-005-00035-39474-01

           or scan this code with
            your mobile device:

           or call 1-800-410-7420.

           YOUR OPINION COUNTS


Receipt #: 840-52300258-5-3539474-1
Clerk: 13

```
                    RICHMOND
                 1801 BROOK RD
            RICHMOND, VA 23232-9998
                  517650-0150
                 (800)275-8777
             11/12/2019 04:25 PM
=========================================
=========================================
-----------------------------------------
Product              Qty    Unit    Price
                            Price
-----------------------------------------
BRM Ann Acctg Fee                   $710.00
    (Permit Type:Business Reply)
    (Permit Number:168001)
    (Permit Acct Number:936501)
    (Customer Name.BROWNGREER PLC)
    (FeeType:BRM Account Maintenance)
    (Fee Amount:$710.00)
-----------------------------------------
Total:                              $710.00
-----------------------------------------

-----------------------------------------
Credit Card Remitd                  $710.00
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5369)
    (Approval #:05087G)
    (Transaction #:070)
    (AID:A0000000031010         Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required    CHASE VISA)
-----------------------------------------
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
           www.informeddelivery.com


All sales final on stamps and postage.
 Refunds for guaranteed services only.
      Thank you for your business.

        HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

                Go to:
      https://postalexperience.com/Pos

      840-5230-0258-005-00035-38962-01

           or scan this code with
            your mobile device:



        or call 1-800-410-7420.

          YOUR OPINION COUNTS


Receipt #: 840-52300258 5-3538962-1
Clerk: 13

**Donnelley Financial Solutions**
formerly an RR Donnelley company

Please make checks payable to Donnelley Financial Solutions
and include the invoice number on your check.
Remit with a copy of the invoice to :
**Donnelley Financial, LLC**
**P.O. Box 842282**
**Boston  MA  02284-2282**

**INVOICE**

TT-COC-005939
TT-SFI/COC-000021
F.E.I.N. 13-2618477

**Sold to:** BROWN GREER, PLC
**Attn:** ACCOUNTS PAYABLE
250 ROCKETTS WAY
RICHMOND VA  23231

| INVOICE DATE | INVOICE NUMBER | PAYABLE DATE | TERMS | BY | PAGE |
|---|---|---|---|---|---|
| 12/18/19 | **1284284500** | 12/28/19 | Net  10  days from DOI | JZ/kc | 1 of 1 |

## BROWN GREER PLC

### Sygenta Settlement Project

### To be applied towards future deals

|  |  |
|---|---|
| Postage | $47,500.00 |
| **TOTAL THIS INVOICE** | **$47,500.00** |

**This invoice represents advance billing to be applied toward the completion of the deal, when the final invoice is issued. All taxes will be calculated at the completion of the deal.**

**If you need assistance, please call Joseph Zielinski at 804-441-6062 or e-mail joe.zielinski@dfinsolutions.com**

BMT-PEFC-1517           For information about ACH, Wire payment or W9 information please contact us at DFSEFTandW9Requests@dfsco.com

**PAYMENT BY CHECK**

Please record the invoice number on your check :  **1284284500**

**ACH/EFTS**

████████████████

PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
Name on account : Donnelley Financial, LLC
Transmit in CTX format. If CTX is not possible, please send
remittance information by e-mail to cashapplications@dfsco.com

**OVERNIGHT DELIVERY**

PNC Bank
c/o Donnelley Financial, LLC
Lockbox # 842282
20 Commerce Way, Ste 800
Woburn, MA 01801-1057
Please send remittance information
with payment

**WIRE TRANSFER INFO**

DONNELLEY FINANCIAL, LLC
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222
████████████████

Please send remittance information
by e-mail to cashapplications@dfsco.com

**ATTENTION: Please note the remittance address on this invoice has changed. Please ensure your A/P system is updated accordingly.**

If payment is not received by the due date on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. Seller represents that with respect to the production of all goods and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended. Terms within the invoice are confidential and may not be shared with any party outside the paying entity.



# Invoice

Genesys Telecommunications Laboratories, Inc.
2001 Junipero Serra Boulevard
Daly City CA 94014
Tax ID 94-3120525

I n v o i c e :
INV-8100-144213
Date: Nov 21 2019
Due Date: Dec 21 2019

| Bill To | Ship To |
|---|---|
| BrownGreer<br>250 Rocketts Way<br>Richmond VA 23231-3753<br>Account Payables | BrownGreer<br>Receiving<br>250 Rocketts Way<br>Richmond VA 23231-3753 |

| Attention To : Account Payables | Billing Details | |
|---|---|---|
| Purchase Order : Waived 2018-6504360<br>Sales Order : SO-8100-132531<br>Org Name : BrownGreer PLC<br>Sold To: 252872-8100 BrownGreer<br>End User : 252872-8100 BrownGreer | Payable in:<br>Payment Terms:<br>Service Period: | US Dollar<br>Net 30<br>19 Oct 2019 - 18 Nov 2019 |

| Description | Term Start | Term End | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Syngenta | | | | | 4,987.67 |

**Please Remit To:**
Genesys Telecommunication Labs, Inc
P.O. Box 201005 Dallas TX 75320-1005
Wells Fargo, Account # 4911431906
ABA 121000248 SWIFT# WFBIUS6S

**Questions? Contact us**
Billing: NAinquiries@genesys.com
Payments: collections@genesys.com
FAQ:https://help.mypurecloud.com/articles/
about-your-subscription/

View and pay your invoices online with the
Genesys **Easy Pay** portal.Go to
**https://ww2.e-billexpress.com/ebpp/Genesys/**
to make a payment up to $25000(USD).
It's fast, easy and secure.

1 of 1

WELCOME TO
PRIMO PIZZA
8042224900
2903 WILLIAMSBURG RD
*************************

05-12-2004   MC #:0000

DEPT 01            *15.99TX
DEPT 01            *2.49TX

DEPT 01            *5.99TX
DEPT 01            *2.49TX
DEPT 01            *23.99TX
DEPT 01            *23.99TX
DEPT 01            *23.99TX
DEPT 01            *23.99TX
DEPT 01            *23.99TX
DEPT 01            *23.99TX
DEPT 06            *10.00TX
                   *10.12T1
                   *7.64T2

TOTAL              *208.66
CASH               *208.66

        PM 3-11  0002

HAVE A NICE DAY
PLEASE COME AGAIN

---

**PRIMO PIZZA**
2903 WILLIAMSBURG RD
RICHMOND, VA 23231
8042224900

Transaction **100000**

**Total**              **$208.66**

CREDIT CARD AUTH      $208.66
VISA 7045

Tip                    40.00

Total                  248.66

Retain this copy for statement
validation

19-Nov-2019 10:29:54A
$208.66 | Method: KEYED
VISA XXXXXXXXXXXX7045
 MANUALLY ENTERED
Ref #: 932300621800
Auth #: 08637G
MID: ***********9686
SIGNATURE VERIFIED

## Client Monthly PaaS Billing Report - Syngenta

### September 1, 2019 - September 30, 2019

| Description | Project Cost | Comments |
|---|---|---|
| Non-Prod | $70.83 | Monthly |
| Production | $1,618.84 | Monthly |
| Maintenance | $34.97 | Monthly |
| **Total** | **$1,724.63** | **Monthly** |

## Client Monthly PaaS Billing Report - Syngenta

### October 1, 2019 - October 31, 2019

| Description | Project Cost | Comments |
|---|---|---|
| Non-Prod | $73.16 | Monthly |
| Production | $1,778.39 | Monthly |
| Maintenance | $26.49 | Monthly |
| **Total** | **$1,878.04** | **Monthly** |