# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR162 CORN LITIGATION<br><br>This document relates to:<br><br>*Kenneth P. Kellogg, et al. v. Watts Guerra LLP, et al.*,<br>Case No. 18-cv-2408-JWL-JPO | MDL No. 2591<br><br>Case No. 14-md-02591-JWL-JPO |

## **NOTICE OF FILING**

Please take notice that on May 11, 2020, Defendants, by and through the undersigned counsel, caused the following document to be filed in the tagalong case captioned *Kenneth P. Kellogg, et al. v. Watts Guerra, LLC, et al.*, Case No. 18-cv-2408-JWL-JPO: Reply Memorandum in Support of Defendants' Motion to Dismiss Due to Plaintiffs' Continued, Willful Disregard of the Court's Orders (ECF NO. 327).

Dated: 05/11/2020        Thompson, Coe, Cousins & Irons, L.L.P.

/s/ Christopher L. Goodman
Christopher L. Goodman (MN #285626)
408 St. Peter St #510
St. Paul, MN 55102
651-389-5025
cgoodman@thompsoncoe.com

*Counsel for Defendants Watts Guerra LLP, Mikal C. Watts, and Francisco Guerra*

Richard A. Lind (MN #0063381)
João C.J.G. de Medeiros (MN #0390515)
Lind Jenson Sullivan & Peterson PA
901 Marquette Ave S
Minneapolis, MN 55402
612-333-3637
rick.lind@lindjensen.com
joao.medeiros@lindjensen.com

*Counsel for Defendants Daniel M. Homolka, Law Office, Ltd. and Yira Law Office, Ltd.*

Kelly A. Ricke (#16663)
Evans & Dixon, L.L.C.
10851 Mastin Blvd #900
Overland Park, KS 66210
913-701-6810
kricke@evans-dixon.com

*Counsel for Defendant Pagel Weikum, P.L.L.P.*

Arthur G. Boylan (MN #338229)
Anthony Ostlund Baer & Louwagie, P.A.
90 S 7th St #3600
Minneapolis, MN 55402
612-349-6969
aboylan@anthonyostlund.com

*Counsel for Defendants Law Office of Michael Miller, Mauro, Archer & Associates, LLC*

Daniel F. Church
Morrow Willnauer Church, LLC
8330 Ward Pkwy # 300
Kansas City, MO 64114
816-382-1382
dchurch@mwcattorneys.com

*Counsel for Defendant Cross Law Firm, LLC*

                                        Matthew G. Koehler
                                        Teresa M. Young
                                        Steven Schwartz
                                        Brown & James Law Firm P.C.
                                        800 Market St # 1100
                                        St. Louis, MO 63101-2501
                                        314-421-3400
                                        mkoehler@bjpc.com
                                        tyoung@bjpc.com
                                        sschwartz@bjpc.com

*Counsel for Lowe Eklund Wakefield Co., LPA*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that, on April 27, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      /s/ Christopher L. Goodman