# Corn Seed Settle

| CSSP 2076 | | | | |
|---|---|---|---|---|
| Row | Claimant ID | *Claimant Check* | Claimant Name | Business Name |
| 21. | L113735456 | #N/A | Storllen Irene Frances | |
| 27. | L125828407 | #N/A | Jacobson Rosemarie H | |
| 29. | L128681421 | #N/A | Lee Betty R | |
| 33. | L146239814 | #N/A | | Hutchinson Trust - Frances E. Hutchison, Trustee |
| 42. | L163655590 | #N/A | Browne Rockford | |
| 55. | L189931315 | #N/A | Arnold Jeff | |
| 91. | L248889539 | #N/A | Crumpecker C W | |
| 99. | L254650484 | #N/A | Religa Susan Elaine | Spiller Farms Llc |
| 119. | L297891068 | #N/A | Jacobson Jimmy M | |
| 153. | L382180453 | #N/A | Browne Kenneth | |
| 173. | L420230803 | #N/A | Mohler Leann | |
| 180. | L449086600 | #N/A | Marguardt Anthony | |
| 188. | L458028158 | #N/A | Shineman Gerald W | |
| 201. | L493555518 | #N/A | Vansickle Lonnie | |
| 208. | L517048424 | #N/A | Shaw Wilbur | |
| 229. | L544578066 | #N/A | Seymour Ralph Dale | |
| 252. | L592613362 | #N/A | Leroy Marsha G | |
| 259. | L609355366 | #N/A | Vansickle Joyce J | |
| 274. | L644205914 | #N/A | Lebeda Mary Grace | Lebeda Farms |
| 300. | L692411221 | #N/A | Hutchison-chambers Shari | |
| 306. | L706405608 | #N/A | Fitzpatrick Bruce | |
| 311. | L723172045 | #N/A | Breeden Charles Robert | Breeden Family Trust |
| 324. | L758986717 | #N/A | Oaks Suzanne Lee | John Arnold Roth Trust |
| 331. | L768770806 | #N/A | Coulter Timothy J | |
| 335. | L772221547 | #N/A | | Cunningham Brothers Land Co Llc |
| 337. | L773116933 | #N/A | Oaks Suzanne Lee | Life Estate Of Mary Rodes Roth |
| 380. | L855902887 | #N/A | Dayringer Mable | |
| 387. | L871744177 | #N/A | Mcdaid John | |
| 416. | L912362415 | #N/A | Arnold Ii Jefferson P. | |
| 423. | L926742390 | #N/A | Methner Kim | |
| 465. | P114353588 | #N/A | Kumm Margaret R | |

| | | | | |
|---|---|---|---|---|
| 495. | P124622947 | #N/A | Harms Mike | |
| 528. | P143789950 | #N/A | Kowalski Ronald | |
| 554. | P155991574 | #N/A | Schulz Kendall R | |
| 588. | P175721453 | #N/A | Wessel Rodney A | Wessel Farms Llc |
| 599. | P179266702 | #N/A | Herschberger Freeman A | |
| 625. | P185496127 | #N/A | (hughes) Conner Hollie Anne | Hollie Hughes Farm |
| 628. | P186004437 | #N/A | Fisher David James | David Fisher Farm |
| 653. | P196981228 | #N/A | Mason Aaron | |
| 665. | P201874619 | #N/A | Haddad Susan J. | |
| 700. | P215858569 | #N/A | Ritter Don Wade | |
| 752. | P239464131 | #N/A | Kruger Bonnie Deer | |
| 770. | P248045837 | #N/A | Smith Sharon K | |
| 777. | P252991109 | #N/A | Strough Kevin | |
| 806. | P267098691 | #N/A | Strough Steve | |
| 839. | P283044763 | #N/A | Finkbeiner Ermine H. | |
| 851. | P288256464 | #N/A | Meyer Victor | |
| 874. | P297260517 | #N/A | Gabloud Cory J | |
| 891. | P306833268 | #N/A | Biscoe Thomas George | |
| 974. | P348526849 | #N/A | Ritter Skye | |
| 1019. | P368576926 | #N/A | Bradfield Norma Louie | |
| 1125. | P417573884 | #N/A | Shaffer Dave Lee | |
| 1126. | P418641177 | #N/A | Kesling Bud | |
| 1149. | P433318918 | #N/A | Hill Logan | 0009234185 |
| 1161. | P439691106 | #N/A | Rs Hillside Farm | Rs Hillside Farm |
| 1163. | P440447808 | #N/A | Feese Larry L | Feese Farms |
| 1189. | P454653247 | #N/A | | Trimble Farms Llc |
| 1202. | P461070024 | #N/A | Gottswiller Todd | |
| 1220. | P470359265 | #N/A | Ward Mason | |
| 1245. | P480389004 | #N/A | Borer  Leroy | |
| 1246. | P480563137 | #N/A | Petefish Michael Richard | |
| 1260. | P485890320 | #N/A | Schlafli Keith | |
| 1286. | P496260517 | #N/A | Gill Brock | Gill Farms |
| 1290. | P497054268 | #N/A | Seymour Rosalee | Sly Fox Farms Llc |
| 1299. | P503305327 | #N/A | Siegenthaler Carl | Siegenthaler Dairy, Llc |
| 1356. | P530905179 | #N/A | Schlafli James | Schlafli Farm Llc |
| 1368. | P536010309 | #N/A | Gabloud John E | |
| 1410. | P559249904 | #N/A | Folgate Michael | |
| 1412. | P559600828 | #N/A | Minick Dan | |
| 1453. | P578839206 | #N/A | Hine Maynard | Hine Farms Inc. |
| 1486. | P597997136 | #N/A | Strough David | |
| 1495. | P601904500 | #N/A | Minick Jeanne A | 1953 |

| | | | |
|---|---|---|---|
| **1522.** | P611248696 | **#N/A** | Finkbeiner Eileen Marie |
| **1540.** | P621740103 | **#N/A** | Swenson John T |
| **1559.** | P629963047 | **#N/A** | Deeds Darla L |
| **1609.** | P650044150 | **#N/A** | Ward Miles |
| **1612.** | P650235192 | **#N/A** | Folgate Carl E |
| **1649.** | P670726114 | **#N/A** | Rauscher Steven L | Rauscher Farms |
| **1677.** | P681098064 | **#N/A** | Klindt Ryan |
| **1719.** | P699812169 | **#N/A** | Daising Robert |
| **1779.** | P729308138 | **#N/A** | Buschor Brandon |
| **1821.** | P753478531 | **#N/A** | Berget Judy |
| **1848.** | P769492249 | **#N/A** | Handlos Cory |
| **1879.** | P785318998 | **#N/A** | Schulte Paul Scott |
| **1914.** | P800219753 | **#N/A** | Landes David |
| **1915.** | P800862231 | **#N/A** | Gottswiller Dwayne |
| **1951.** | P819251983 | **#N/A** | Nicholas Jeffrey Hall | Nicholas Land Company |
| **1972.** | P828678767 | **#N/A** | Trimble Terry |
| **1981.** | P833031799 | **#N/A** | Ward Jeff L. | Jeff Ward Farms, Inc |
| **2002.** | P840335068 | **#N/A** | Schauer David |
| **2017.** | P848558586 | **#N/A** | Powell Billy |
| **2140.** | P901342042 | **#N/A** | Fevold L. R. | Marley, Inc. |
| **2183.** | P921440540 | **#N/A** | Minick Michael | 1955 |
| **2253.** | P958688636 | **#N/A** | Gleason John |
| **2255.** | P959728619 | **#N/A** | Gabloud Cassidy W |
| **2283.** | P976231515 | **#N/A** | Teachworth Benjamin L |

# ment Program

| Claim Type | Notice Date | Appeal Deadline |
|---|---|---|
| Landlord | 01/06/2020 | 02/05/2020 |
| Landlord | 01/10/2020 | 02/10/2020 |
| Landlord | 04/15/2020 | 05/15/2020 |
| Landlord | 01/20/2020 | 02/19/2020 |
| Landlord | 12/20/2019 | 01/20/2020 |
| Landlord | 12/20/2019 | 01/20/2020 |
| Landlord | 04/27/2020 | 05/27/2020 |
| Landlord | 12/05/2019 | 01/06/2020 |
| Landlord | 01/22/2020 | 02/21/2020 |
| Landlord | 12/20/2019 | 01/20/2020 |
| Landlord | 12/13/2019 | 01/13/2020 |
| Landlord | 12/27/2019 | 01/27/2020 |
| Landlord | 12/23/2019 | 01/22/2020 |
| Landlord | 12/17/2019 | 01/16/2020 |
| Landlord | 01/22/2020 | 02/21/2020 |
| Landlord | 12/23/2019 | 01/22/2020 |
| Landlord | 12/18/2019 | 01/17/2020 |
| Landlord | 12/17/2019 | 01/16/2020 |
| Landlord | 01/08/2020 | 02/07/2020 |
| Landlord | 12/23/2019 | 01/22/2020 |
| Landlord | 12/20/2019 | 01/20/2020 |
| Landlord | 01/08/2020 | 02/07/2020 |
| Landlord | 03/09/2020 | 04/08/2020 |
| Landlord | 12/17/2019 | 01/16/2020 |
| Landlord | 01/02/2020 | 02/03/2020 |
| Landlord | 01/06/2020 | 02/05/2020 |
| Landlord | 12/20/2019 | 01/20/2020 |
| Landlord | 12/20/2019 | 01/20/2020 |
| Landlord | 02/05/2020 | 03/06/2020 |
| Landlord | 01/23/2020 | 02/24/2020 |
| Producer | 01/06/2020 | 02/05/2020 |

| Producer | 12/23/2019 | 01/22/2020 |
|---|---|---|
| Producer | 12/16/2019 | 01/15/2020 |
| Producer | 11/19/2019 | 12/19/2019 |
| Producer | 12/20/2019 | 01/20/2020 |
| Producer | 04/08/2020 | 05/08/2020 |
| Producer | 01/07/2020 | 02/06/2020 |
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 01/02/2020 | 02/03/2020 |
| Producer | 01/06/2020 | 02/05/2020 |
| Producer | 01/20/2020 | 02/19/2020 |
| Producer | 01/02/2020 | 02/03/2020 |
| Producer | 12/17/2019 | 01/16/2020 |
| Producer | 12/30/2019 | 01/29/2020 |
| Producer | 01/06/2020 | 02/05/2020 |
| Producer | 06/05/2020 | 07/06/2020 |
| Producer | 12/20/2019 | 01/20/2020 |
| Producer | 01/13/2020 | 02/12/2020 |
| Producer | 01/06/2020 | 02/05/2020 |
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 01/08/2020 | 02/07/2020 |
| Producer | 01/24/2020 | 02/24/2020 |
| Producer | 07/07/2020 | 08/06/2020 |
| Producer | 12/05/2019 | 01/06/2020 |
| Producer | 01/10/2020 | 02/10/2020 |
| Producer | 06/03/2020 | 07/06/2020 |
| Producer | 01/08/2020 | 02/07/2020 |
| Producer | 12/30/2019 | 01/29/2020 |
| Producer | 12/30/2019 | 01/29/2020 |
| Producer | 01/17/2020 | 02/17/2020 |
| Producer | 01/31/2020 | 03/02/2020 |
| Producer | 12/19/2019 | 01/20/2020 |
| Producer | 02/13/2020 | 03/16/2020 |
| Producer | 07/10/2020 | 08/10/2020 |
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 01/13/2020 | 02/12/2020 |
| Producer | 02/24/2020 | 03/25/2020 |
| Producer | 01/16/2020 | 02/17/2020 |
| Producer | 12/27/2019 | 01/27/2020 |
| Producer | 12/30/2019 | 01/29/2020 |
| Producer | 01/02/2020 | 02/03/2020 |

| Producer | 01/06/2020 | 02/05/2020 |
|---|---|---|
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 02/24/2020 | 03/25/2020 |
| Producer | 01/10/2020 | 02/10/2020 |
| Producer | 02/24/2020 | 03/25/2020 |
| Producer | 04/02/2020 | 05/04/2020 |
| Producer | 01/09/2020 | 02/10/2020 |
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 01/20/2020 | 02/18/2020 |
| Producer | 01/06/2020 | 02/05/2020 |
| Producer | 12/27/2019 | 01/27/2020 |
| Producer | 01/06/2020 | 02/05/2020 |
| Producer | 12/27/2019 | 01/27/2020 |
| Producer | 01/29/2020 | 02/28/2020 |
| Producer | 07/10/2020 | 08/10/2020 |
| Producer | 01/09/2020 | 02/10/2020 |
| Producer | 03/04/2020 | 04/03/2020 |
| Producer | 12/27/2019 | 01/27/2020 |
| Producer | 04/15/2020 | 05/15/2020 |
| Producer | 04/20/2020 | 05/20/2020 |
| Producer | 12/26/2019 | 01/27/2020 |
| Producer | 01/03/2020 | 02/03/2020 |
| Producer | 12/13/2019 | 01/13/2020 |
| Producer | 12/26/2019 | 01/27/2020 |

Notice of Dete

| Appeal | W-9 Submitted | W-9 Status |
|--------|---------------|------------|
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Not Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | Yes | W-9 Not Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | No | W-9 Not Submitted |
| Yes | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |

| | | |
|---|---|---|
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | Yes | W-9 Not Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |

| No | Yes | W-9 Accepted |
|---|---|---|
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| Yes | Yes | W-9 Accepted |
| No | Yes | W-9 Not Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | Yes | W-9 Accepted |
| No | No | W-9 Not Submitted |

## ...ermination Details Report for Shields Law Group, LLC
(As of 8/10/20)

| W-9 Status Date | 2013 | 2014 |
|---|---|---|
| 6/2/2020 | 2,712.84 | 0.00 |
| 2/21/2020 | 0.00 | 0.00 |
| 4/10/2020 | 4,692.97 | 4,133.21 |
| 6/8/2020 | 1,330.98 | 1,558.64 |
|  | 242.91 | 322.17 |
| 1/18/2020 | 720.42 | 2,365.28 |
| 5/13/2020 | 1,030.64 | 0.00 |
| 1/20/2020 | 0.00 | 0.00 |
| 6/11/2020 | 165.56 | 539.46 |
| 6/1/2020 | 0.00 | 1,382.91 |
| 1/14/2020 | 0.00 | 0.00 |
| 2/25/2020 | 669.89 | 665.98 |
| 1/15/2020 | 661.84 | 1,041.77 |
| 1/13/2020 | 313.64 | 411.80 |
| 6/16/2020 | 1,884.74 | 2,588.48 |
| 3/13/2020 | 7,135.77 | 4,472.80 |
| 6/2/2020 | 657.49 | 0.00 |
| 2/4/2020 | 3,439.04 | 2,869.17 |
| 1/14/2020 | 0.00 | 7,432.57 |
| 2/6/2020 | 1,212.07 | 3,457.34 |
|  | 944.47 | 23,855.40 |
|  | 3,320.97 | 4,791.92 |
| 1/6/2020 | 0.00 | 0.00 |
| 2/25/2020 | 7,406.04 | 8,770.16 |
|  | 0.00 | 0.00 |
| 1/6/2020 | 0.00 | 0.00 |
| 2/4/2020 | 1,958.85 | 962.98 |
|  | 103.50 | 0.00 |
| 6/18/2020 | 0.00 | 0.00 |
|  | 386.98 | 513.24 |
| 2/26/2020 | 33,776.85 | 51,780.20 |

| Date | | |
|---|---|---|
| 2/6/2020 | 0.00 | 1,291.72 |
| | 2,999.40 | 4,345.26 |
| 5/20/2020 | 260.45 | 393.69 |
| 6/2/2020 | 572.88 | 0.00 |
| | 0.00 | 0.00 |
| 2/12/2020 | 6,914.26 | 0.00 |
| 1/24/2020 | 3,007.22 | 5,171.78 |
| 5/18/2020 | 3,464.83 | 3,138.39 |
| 4/15/2020 | 453.24 | 700.51 |
| 2/12/2020 | 19,350.45 | 25,353.07 |
| 6/10/2020 | 87,317.83 | 113,641.89 |
| 1/23/2020 | 0.00 | 2,737.90 |
| 2/24/2020 | 4,291.13 | 4,348.33 |
| 2/24/2020 | 12,509.84 | 14,543.26 |
| 6/12/2020 | 17,198.37 | 17,371.71 |
| 5/26/2020 | 3,405.17 | 4,715.95 |
| 1/24/2020 | 4,157.75 | 6,545.13 |
| 2/21/2020 | 28,057.38 | 49,755.25 |
| 2/12/2020 | 19,350.45 | 25,353.07 |
| 6/2/2020 | 661.84 | 1,041.77 |
| 1/13/2020 | 10,458.95 | 15,341.61 |
| 3/27/2020 | 980.34 | 1,473.54 |
| 5/20/2020 | 0.00 | 802.52 |
| 3/12/2020 | 0.00 | 0.00 |
| 1/24/2020 | 3,854.13 | 7,373.26 |
| 2/27/2020 | 9,308.85 | 19,648.75 |
| 2/6/2020 | 13,743.45 | 12,088.45 |
| 2/7/2020 | 0.00 | 0.00 |
| | 0.00 | 3,542.38 |
| 2/19/2020 | 38,154.59 | 60,390.14 |
| 1/22/2020 | 986.59 | 1,804.56 |
| 12/20/2019 | 34,173.74 | 26,465.82 |
| 4/10/2020 | 0.00 | 2,537.04 |
| 1/14/2020 | 3,788.89 | 3,673.37 |
| 1/22/2020 | 1,298.86 | 2,841.75 |
| 8/2/2020 | 12,059.25 | 18,098.38 |
| 2/10/2020 | 7,981.30 | 14,726.58 |
| 2/10/2020 | 7,595.40 | 13,068.98 |
| 2/28/2020 | 8,809.35 | 6,229.71 |
| 1/29/2020 | 7,284.94 | 6,143.66 |
| 2/10/2020 | 16,032.00 | 29,405.20 |

| Date | Amount 1 | Amount 2 |
|---|---|---|
| 2/21/2020 | 0.00 | 17,372.84 |
| | 2,845.31 | 4,672.42 |
| 2/18/2020 | 37,454.44 | 29,607.39 |
| 1/24/2020 | 0.00 | 0.00 |
| 3/12/2020 | 4,328.72 | 6,718.62 |
| 2/12/2020 | 12,477.16 | 16,884.06 |
| 3/3/2020 | 15,004.61 | 32,513.89 |
| 1/27/2020 | 1,693.87 | 4,472.80 |
| 1/27/2020 | 7,294.24 | 3,033.38 |
| 2/14/2020 | 22,016.18 | 64,917.42 |
| 5/13/2020 | 242,818.18 | 246,943.04 |
| 2/6/2020 | 3,704.10 | 7,193.55 |
| 1/27/2020 | 7,431.72 | 19,863.24 |
| | 6,831.36 | 18,363.21 |
| 4/29/2020 | 20,767.07 | 5,556.68 |
| 2/27/2020 | 15,669.16 | 27,846.16 |
| 3/20/2020 | 15,116.16 | 35,202.15 |
| 1/29/2020 | 1,157.38 | 1,647.18 |
| 12/30/2019 | 0.00 | 0.00 |
| 6/8/2020 | 0.00 | 0.00 |
| 2/10/2020 | 7,595.40 | 13,068.98 |
| 3/27/2020 | 10,476.31 | 10,330.09 |
| 6/1/2020 | 0.00 | 0.00 |
| | 0.00 | 0.00 |

**CRQ by Year**

| 2015 | 2016 | 2017 |
|---|---|---|
| 2,079.45 | 0.00 | 899.07 |
| 0.00 | 178.61 | 71.86 |
| 3,749.99 | 0.00 | 0.00 |
| 382.46 | 117.21 | 85.69 |
| 271.57 | 140.01 | 0.00 |
| 1,111.01 | 577.86 | 190.36 |
| 0.00 | 0.00 | 430.11 |
| 0.00 | 1,661.16 | 1,224.85 |
| 102.11 | 0.00 | 0.00 |
| 944.26 | 486.66 | 0.00 |
| 0.00 | 237.69 | 170.02 |
| 951.08 | 282.44 | 360.12 |
| 499.58 | 295.17 | 264.55 |
| 0.00 | 0.00 | 129.50 |
| 928.77 | 775.04 | 428.64 |
| 2,254.53 | 1,823.10 | 2,591.94 |
| 747.94 | 389.38 | 0.00 |
| 1,720.64 | 419.51 | 940.43 |
| 0.00 | 823.85 | 0.00 |
| 962.11 | 921.06 | 995.96 |
| 844.57 | 1,197.50 | 722.40 |
| 1,016.47 | 587.73 | 773.72 |
| 0.00 | 242.62 | 505.49 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 1,287.32 | 571.31 |
| 0.00 | 638.25 | 1,441.45 |
| 1,078.42 | 562.26 | 0.00 |
| 0.00 | 47.72 | 47.27 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 159.78 |
| 31,596.78 | 15,869.46 | 13,437.92 |

| | | |
|---|---|---|
| 0.00 | 479.20 | 0.00 |
| 2,574.12 | 1,860.30 | 1,872.75 |
| 204.86 | 131.58 | 150.88 |
| 193.62 | 660.41 | 569.26 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 3,474.39 | 1,703.89 | 885.32 |
| 2,006.47 | 2,366.42 | 1,405.72 |
| 374.70 | 108.30 | 191.09 |
| 14,752.48 | 10,556.42 | 0.00 |
| 78,175.29 | 41,058.53 | 42,489.97 |
| 0.00 | 0.00 | 0.00 |
| 6,143.90 | 8,264.87 | 4,391.05 |
| 11,652.37 | 7,533.26 | 6,375.85 |
| 0.00 | 0.00 | 0.00 |
| 1,398.51 | 1,075.56 | 2,299.16 |
| 3,697.28 | 2,120.40 | 1,930.12 |
| 34,964.43 | 16,595.59 | 12,314.04 |
| 14,752.48 | 10,556.42 | 0.00 |
| 499.68 | 295.17 | 264.55 |
| 10,245.87 | 5,753.25 | 4,428.93 |
| 601.45 | 473.24 | 347.21 |
| 1,124.72 | 452.70 | 722.14 |
| 0.00 | 972.12 | 575.68 |
| 1,553.28 | 2,938.63 | 1,201.61 |
| 8,153.87 | 5,921.73 | 840.45 |
| 7,661.71 | 4,762.92 | 4,214.07 |
| 1,826.93 | 292.04 | 1,075.52 |
| 0.00 | 1,172.83 | 1,206.80 |
| 29,850.91 | 22,207.19 | 23,991.45 |
| 0.00 | 1,545.01 | 729.03 |
| 27,408.22 | 16,496.36 | 11,155.11 |
| 0.00 | 744.92 | 0.00 |
| 5,015.89 | 4,507.92 | 2,520.36 |
| 892.85 | 663.38 | 597.64 |
| 9,454.53 | 3,985.85 | 3,317.94 |
| 6,514.26 | 3,618.65 | 3,941.42 |
| 8,824.12 | 5,472.33 | 4,347.95 |
| 5,606.44 | 1,845.84 | 2,208.30 |
| 6,185.50 | 3,963.53 | 4,391.05 |
| 18,028.65 | 10,156.02 | 7,955.39 |

| | | |
|---|---|---|
| 10,300.71 | 5,235.12 | 4,492.72 |
| 3,459.94 | 4,108.33 | 630.81 |
| 19,973.78 | 19,281.10 | 12,979.66 |
| 314.75 | 292.04 | 1,329.88 |
| 1,780.61 | 1,135.78 | 1,135.87 |
| 11,861.20 | 3,619.45 | 5,044.89 |
| 8,892.58 | 14,052.51 | 11,731.74 |
| 6,234.84 | 4,700.38 | 3,596.62 |
| 10,120.73 | 3,487.71 | 5,695.88 |
| 36,250.49 | 22,963.71 | 16,928.87 |
| 156,431.57 | 83,209.14 | 17,185.86 |
| 1,519.81 | 5,046.58 | 1,293.47 |
| 4,126.69 | 5,574.10 | 4,589.05 |
| 4,640.59 | 3,725.93 | 1,147.91 |
| 9,825.31 | 9,636.87 | 5,212.06 |
| 9,431.76 | 11,273.13 | 1,751.10 |
| 16,728.38 | 14,549.05 | 12,713.49 |
| 1,132.72 | 1,493.90 | 1,087.43 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 8,824.12 | 5,472.33 | 4,347.95 |
| 7,592.79 | 5,338.92 | 4,517.79 |
| 0.00 | 2,341.75 | 3,132.64 |
| 0.00 | 601.53 | 309.01 |

| Total CRQ | Interim Payment Issued Date |
|---|---|
| 5,691.36 | |
| 250.47 | |
| 12,576.17 | |
| 3,474.98 | |
| 976.66 | |
| 4,964.93 | |
| 1,460.75 | |
| 2,886.01 | |
| 807.13 | |
| 2,813.83 | |
| 407.71 | |
| 2,929.51 | |
| 2,762.91 | |
| 854.94 | |
| 6,605.67 | |
| 18,278.14 | |
| 1,794.81 | |
| 9,388.79 | |
| 8,256.42 | |
| 7,548.54 | |
| 27,564.34 | |
| 10,490.81 | |
| 748.11 | |
| 16,176.20 | |
| 1,858.63 | |
| 2,079.70 | |
| 4,562.51 | |
| 198.49 | |
| 0.00 | |
| 1,060.00 | |
| 146,461.21 | |

| |
|---|
| 1,770.92 |
| 13,671.83 |
| 1,141.46 |
| 1,996.17 |
| 0.00 |
| 6,914.26 |
| 14,242.60 |
| 12,381.83 |
| 1,827.84 |
| 70,012.42 |
| 362,683.51 |
| 2,737.90 |
| 27,439.28 |
| 52,614.58 |
| 34,570.08 |
| 12,894.35 |
| 18,450.68 |
| 141,686.69 |
| 70,012.42 |
| 2,762.91 |
| 46,228.61 |
| 3,875.78 |
| 3,102.08 |
| 1,547.80 |
| 16,920.91 |
| 43,873.45 |
| 42,470.60 |
| 3,194.49 |
| 5,922.01 |
| 180,594.28 |
| 5,065.19 |
| 115,699.25 |
| 3,281.96 |
| 19,506.43 |
| 6,294.48 |
| 46,915.95 |
| 36,782.21 |
| 39,308.78 |
| 24,699.64 |
| 27,968.68 |
| 82,477.26 |

| |
|---|
| 37,401.39 |
| 15,716.81 |
| 119,296.37 |
| 1,936.67 |
| 15,099.60 |
| 49,886.76 |
| 82,195.33 |
| 20,698.71 |
| 29,631.94 |
| 163,076.67 |
| 746,587.79 |
| 18,757.51 |
| 41,584.80 |
| 34,709.00 |
| 50,997.99 |
| 65,971.31 |
| 96,309.25 |
| 6,518.61 |
| 0.00 |
| 0.00 |
| 39,308.78 |
| 38,255.90 |
| 5,474.39 |
| 910.54 |



**Interim Payment Amount**



