# EXHIBIT A

**AGREEMENT TO RECEIVE COMMON BENEFIT FEE AWARD**

I understand that the United States District Court for the District of Kansas ("Court") has approved disbursement of a portion of the fees and the expenses awarded to my firm as part of the Syngenta MIR162 Litigation in the amounts set forth below. Specifically, the Court has awarded fees and approved disbursements for fee awards made from the common-benefit pools. I understand that there are appeals pending to the allocation of attorneys' fees. As a condition of accepting my disbursement, I agree, on behalf of myself all others with an interest in the fees and expenses awarded to my firm, that I will promptly—no later than seven (7) business days from any demand by the Court or Settlement Class Counsel—return my disbursement if demanded, including if needed in the event of modifications of the fee awards made by the Court as a result of any motion for reconsideration or modification made after appeals.   In addition, I submit, on behalf of myself and all others with an interest in my firm's fee and expense awards, to the exclusive jurisdiction of the Court for purposes of interpreting or enforcing this agreement.

**Firm:** _____

**Fee Disbursement:**   [insert amount]

**Expense Disbursement:**   [insert amount]

**Authorized Agent:** _____

**Date:** _____

1