# EXHIBIT C

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 18, 2018
BCO-086-E

No. <u>18-2225</u>

In Re: NFL Players' Concussion

(E.D. Pa. No. 2-12-md-02323)

Present: RESTREPO and BIBAS, <u>Circuit Judges</u>

1.  Emergency Motion to Stay Enforcement of the District Court's $85.6 Million Attorneys' Fee Allocation Order (ECF 10019) Pending Appeal;

2.  Letter from Appellees regarding Motion for Stay;

3.  Letter from Appellants regarding Motion for Stay;

4.  Response by Appellees to Motion to Stay.

5.  Motion filed by Appellant Melvin Aldridge to compel or require the return of funds distributed in violation of the Fed. R. Civ. P. 62(a) Automatic Stay.

6.  Reply by Appellant Melvin Aldridge to Motion for stay.

Respectfully,

Clerk/sb

_____ORDER_____

Appellants have not shown a likelihood of success on the merits of their case or that irreparable harm will result without the stay. So their emergency motion to stay is denied. For the same reasons, we deny the motion to compel.

By the Court,

<u>s/ Stephanos Bibas</u>
Circuit Judge

Dated: June 26, 2018
sb/cc: All Counsel of Record