IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE SYNGENTA AG MIR162 CORN LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:**<br><br>*The Delong Co., Inc. v. Syngenta AG, et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Heartland Corn Prods. v. Syngenta Seeds, LLC, et al.*, No. 20-cv-2168-JWL-JPO | **Master File No. 2:14-MD-02591-JWL-JPO**<br><br>**MDL No. 2591** |

**UNOPPOSED MOTION FOR DISBURSEMENT
OF FUNDS TO PAY CLASS MEMBERS**

For the reasons set forth below, Settlement Class Counsel move the Court for an order approving the disbursement of settlement funds to allow for the final payments to all Class Members that currently have final and valid Claims.

Settlement Class Counsel have worked with the Claims Administrator to facilitate payments to Class Members who have submitted valid and final Claims as promptly as possible. To that end, Settlement Class Counsel filed a motion to allow for interim payments to eligible Class Members, which allowed Class Members to receive money even while the claims process and appeals were ongoing. ECF No. 4339. That motion was granted, ECF No. 4357, and interim payments totaling $475,612,451.12 were made to 135,144 eligible Class Members in 2020.

The process of reviewing claims and appeals under the Settlement Agreement is substantially complete. Final, non-appealable determinations have been made with respect to 196,149 claims, which constitutes nearly 99% of the 198,189 claims that submitted information

showing a potential interest in Corn covered by the Settlement Agreement (and were not closed as untimely, withdrawn, abandoned, or duplicates of another claim).

Only 2,040 claims remain in which a final determination has not been made. It is anticipated that final, non-appealable determinations with respect to those remaining claims will be completed by January 31, 2021.

Rather than wait to make a final payment to each Class Member after the conclusion of the appeal process, which would delay until 2021 all payments to potentially more than 194,000 Class Members who have valid, final claims, Settlement Class Counsel have conferred with the Claims Administrator and, after consulting with the Special Master, have developed a process by which final payments can be made now to all Class Members whose claims are final, valid and eligible for payment under the Settlement Agreement, and by which payments can be made on a rolling basis to Class Members whose claims become final, valid and eligible for payment as their appeals are resolved.

The Court previously determined that there are no remaining appeals to the Final Approval Order, which "permits the parties to begin making distributions of the Settlement Fund under the terms of the [Settlement] Agreement." ECF No. 4357 at 2. Pursuant to Sections 2.9 and 3.9.2 of the Settlement Agreement, ECF No. 3507-2, on or about December 4, 2020, Settlement Class Counsel will submit the Claims Administrator's Preliminary Report to the Court and provide the final CRQ numbers for each Subclass.

The accompanying Declaration from the Claims Administrator ("Declaration"), Exhibit 1 to this motion, explains the payment process for those Claims that are valid and final now and the estimated CRQ dollar values for each Subclass. Settlement Class Counsel have provided a copy of this motion and Declaration to Syngenta, which has advised that it is unopposed to the motion.

3

Settlement Class Counsel therefore move the Court to authorize the Claims Administrator to implement the final payment process described in the accompanying Declaration.

Dated: November 25, 2020

Respectfully Submitted,

/s/  Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:     (816) 714-7101
stueve@stuevesiegel.com

**CO-LEAD, CLASS AND LIAISON COUNSEL**
**FOR PLAINTIFFS AND SETTLEMENT CLASS COUNSEL**


**SEEGER WEISS LLP**
Christopher A. Seeger
55 Challenger Road
Ridgefield Park, NJ  07660
Telephone:     (212) 584-0700
Facsimile:     (212) 584-0799
cseeger@seegerweiss.com

**MEMBER OF PLAINTIFFS' SETTLEMENT**
**NEGOTIATION COMMITTEE**
**AND SETTLEMENT CLASS COUNSEL**


**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
120 S. 6th St., Minneapolis, MN 55402
Telephone:     (612) 333-8844
Facsimile:     (612) 339-6622
dgustafson@gustafsongluek.com

**MINNESOTA CO-LEAD LITIGATION CLASS COUNSEL,**
**MEMBER OF PLAINTIFFS' SETTLEMENT**
**NEGOTIATION COMMITTEE**
**AND SETTLEMENT CLASS COUNSEL**

**SHAMBERG JOHNSON AND BERGMAN**
Lynn R. Johnson
2600 Grand Blvd.
Suite 500
Kansas City, Missouri 64108
Telephone:     (816) 474-0004
Facsimile:     (816) 474-0003
ljohnson@sjblaw.com

**SUBCLASS COUNSEL FOR THE**
**VIPTERA/DURACADE CORN PRODUCER SUBCLASS**

**WEXLER WALLACE LLP**
Kenneth A. Wexler
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Telephone:     (816) 589-6270
Facsimile:     (312) 346-2222
kaw@wexlerwallace.com

**SUBCLASS COUNSEL FOR THE GRAIN HANDLING**
**FACILITY SUBCLASS**

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone:     (973) 994-1700
Facsimile:     (973) 994-1744
JCecchi@carellabyrne.com

**SUBCLASS COUNSEL FOR THE ETHANOL PRODUCTION**
**FACILITY SUBCLASS**