IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES <u>EXCEPT</u>:<br><br>*The Delong Co., Inc. v. Syngenta AG, et al.*, No. 2:17-cv-02614-JWL-JPO<br><br>*Heartland Corn Prods. v. Syngenta Seeds, LLC, et al.*, No. 20-cv-2168-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

### NOTICE OF COMPLIANCE WITH SETTLEMENT AGREEMENT'S REQUIREMENTS REGARDING SUBMISSION OF CLAIMS <u>ADMINISTRATOR'S PRELIMINARY REPORT</u>

The Settlement Agreement provides that "[t]he Claims Administrator shall issue a Claims Administrator's Preliminary Report and a Claims Administrator's Final Report" to the Parties to the Settlement Agreement,[1] the Special Masters, and the Court. ECF No. 3507-2 at § 3.9.2; *see also id.* §§ 2.8, 2.9. As required by Section 3.9.2 of the Settlement Agreement, a copy of the Preliminary Report was provided to the Court on December 4, 2020, and previously to the Parties to the Settlement Agreement.[2] The Preliminary Report includes the information listed in Section 2.8 of the Settlement Agreement and also identifies those remaining Claims with unresolved

---

[1] The Settlement Agreement defines the Parties as "the Representative Plaintiffs, individually and as proposed representatives of all Class Members, by and through Settlement Class Counsel, Subclass Counsel, and the Plaintiffs' Negotiating Committee, and Syngenta[.]" ECF No. 3507-2 at 5.

[2] The Claims Administrator previously sought an extension of time to submit the Preliminary Report from Settlement Class Counsel and Syngenta Counsel, who approved the extension. *See* ECF No. 3860.

appeals.

Section 3.9.2 of the Settlement Agreement limits any appeal of the Preliminary Report to the Settlement Agreement's Parties and any such appeal must be "[b]ased on a clearly erroneous factual determination standard[.]" Settlement Class Counsel have conferred with each Party to the Settlement Agreement and each has confirmed that they will not appeal the Preliminary Report.

As set forth in the Settlement Agreement, the Preliminary Report is not public because it contains confidential information regarding each Claimant's identity, claim number, and Compensable Recovery Quantity.[3] *See* ECF No. 3507-4 (Settlement Agreement Claim Form); ECF No. 3507-5 (Long-Form Notice of Settlement, item 14); Frequently Asked Questions No. 17, available at https://www.cornseedsettlement.com/Docs/FAQs.pdf (last visited Dec. 2, 2020); Claims Processing Procedure No. 1, item 6, available at https://www.cornseedsettlement.com/Docs/CPP_1_Attorney_Communications.pdf (last visited Dec. 2, 2020).

The Parties do, however, provide the following summary information. Over 240,000 claims were initiated with the Claims Administrator. These Claims were reviewed and the Claim Administrator administratively closed: (1) claims without information showing that the claimant farmed Corn acres or had an Interest in Corn covered by the Settlement Agreement; (2) claims that were withdrawn, abandoned, or duplicates of another Claim were eliminated; and (3) claims submitted long after the Claims Deadline. Certain other claims were rejected for failing to provide a complete Claim Form or required documents. As of the date of the Preliminary Report, the remaining 196,224 claims submitted information showing an interest in Corn covered by the

---

[3] On the Claims Administrator's website, www.cornseedsettlement.com, Class Members and their counsel can log into the secure portal to access their individual claim information.

Settlement Agreement. All of these 196,224 claims have a final Compensable Recovery Quantity except for 1,688 claims that remain in the appeal process. The following timely, valid and eligible Claims have been submitted for each of the Subclasses:

| Subclass | Total Claims |
|---|---|
| Subclass 1 | 160,128 |
| Subclass 2 | 33,689 |
| Subclass 3 | 596 |
| Subclass 4 | 123 |
| Claims in Appeal Process | 1,688 |
| **Total** | **196,224** |

In its Declaration filed on November 25, 2020, ECF No. 4498-1, the Claims Administrator stated that it would provide the final CRQ dollar values for each Subclass at the time the Preliminary Report was submitted to the Court. The final CRQ dollar values for each subclass are as follows: $0.12453384 for Subclass 1; $0.0202326 for Subclass 2; $0.00506164 for Subclass 3; and $0.883335 for Subclass 4.

Dated: December 4, 2020

Respectfully submitted,

/s/  Patrick J. Stueve
**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, KS Bar #13847
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:      (816) 714-7101
stueve@stuevesiegel.com

**CO-LEAD, CLASS AND LIAISON COUNSEL
FOR PLAINTIFFS AND SETTLEMENT CLASS COUNSEL**


**SEEGER WEISS LLP**
Christopher A. Seeger
55 Challenger Road
Ridgefield Park, NJ  07660
Telephone:     (212) 584-0700
Facsimile:      (212) 584-0799
cseeger@seegerweiss.com

**MEMBER OF PLAINTIFFS' SETTLEMENT
NEGOTIATION COMMITTEE
AND SETTLEMENT CLASS COUNSEL**


**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
120 S. 6th St., Minneapolis, MN 55402
Telephone:     (612) 333-8844
Facsimile:      (612) 339-6622
dgustafson@gustafsongluek.com

**MINNESOTA CO-LEAD LITIGATION CLASS COUNSEL,
MEMBER OF PLAINTIFFS' SETTLEMENT
NEGOTIATION COMMITTEE
AND SETTLEMENT CLASS COUNSEL**

**SHAMBERG JOHNSON AND BERGMAN**
Lynn R. Johnson
2600 Grand Blvd.
Suite 500
Kansas City, Missouri 64108
Telephone:	(816) 474-0004
Facsimile:	(816) 474-0003
ljohnson@sjblaw.com

**SUBCLASS COUNSEL FOR THE**
**VIPTERA/DURACADE CORN PRODUCER SUBCLASS**

**WEXLER WALLACE LLP**
Kenneth A. Wexler
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Telephone:	(816) 589-6270
Facsimile:	(312) 346-2222
kaw@wexlerwallace.com

**SUBCLASS COUNSEL FOR THE GRAIN HANDLING**
**FACILITY SUBCLASS**

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Rd.
Roseland, NJ 07068
Telephone:	(973) 994-1700
Facsimile:	(973) 994-1744
JCecchi@carellabyrne.com

**SUBCLASS COUNSEL FOR THE ETHANOL PRODUCTION**
**FACILITY SUBCLASS**