FILED
United States Court of Appeals
Tenth Circuit

January 4, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| In re: SYNGENTA AG MIR 162 CORN LITIGATION | Nos. 19-3008, 19-3021, 19-3022, 19-3032, 19-3079, 19-3082, 19-3172, 19-3174, 19-3175, 19-3176, 19-3178, 19-3279, 19-3280, 19-3284, 20-3000 & 20-3002<br>(D.C. No. 2:14-MD-02591-JWL-JPO)<br>(D. Kan.) |

_____

## ORDER
_____

These matters are before the court on the *Joint Motion for Limited Remand*, which was filed by Watts Guerra, LLP, Kansas MDL Co-Lead Plaintiffs' Counsel, Minnesota Co-Lead Plaintiffs' Counsel, and Heninger Garrison Davis, LLC (collectively, "Movants"), on *Toups/Coffman Plaintiff's Counsel's Response in Opposition*, on the *Joint Opposition and Motion for an Order Vacating the District Court's Prior Allocation Orders in their Entirety and Remanding the 16 Pending Appeals to the District Court with Instructions to Make New Findings and Conclusions*, which was filed by the Shields Law Group, LLC, Paul Byrd Law Firm, and Hossley-Embry, LLP, and on Movants' *Reply* in support of their motion for limited remand.

Upon consideration, and at the specific direction of the court, the *Motion for Limited Remand* is granted. Appeal Nos. 19-3021, 19-3082, 19-3172, and 20-3000 are remanded to the district court for the limited purpose of entering an order approving the settlement agreement between the Movants. Movants shall file a status report or

appropriate motion within 14 days from the date of this order, or within 5 days of an order approving the settlement, whichever occurs first. Notwithstanding the limited remand, the court will proceed with setting all 16 of the Syngenta fee allocation appeals for oral argument in March 2021.

By directing this limited remand for the district court to enter an order approving the settlement agreement, this court expresses no opinion as to the district court's jurisdiction to rule on any other motion, including the pending motion for disbursement of attorneys' fees. The assessment of its jurisdiction is for the district court to make in the first instance.

The motion by Shields, Byrd and Hossley-Embrey for an order vacating the district court's prior allocations orders in their entirety is denied.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        */s/ Jane K. Castro*

        by: Jane K. Castro
            Chief Deputy Clerk