# EXHIBIT "D"



| MINNESOTA OFFICE | CALIFORNIA OFFICE |
|---|---|
| CANADIAN PACIFIC PLAZA | 600 W. BROADWAY |
| 120 S. 6TH ST., STE 2600 | SUITE 3300 |
| MINNEAPOLIS, MN 55402 | SAN DIEGO, CA 92101 |

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

May 31, 2023

**VIA E-MAIL**
Douglas J. Nill
Douglas J. Nill, PLLC
120 South 6th Street, #2050
Minneapolis, MN 55402
dnill@farmlaw.com

    Re:    *Kellogg, et al v. Watts Guerra, LLP, et al ("Kellogg II")*

Dear Mr. Nill:

    I write on behalf of myself and my firm, Gustafson Gluek PLLC, in response to your letter of May 16, 2023. First, we join in the letter sent by Thompson Coe, Cousins & Irons, LLP on behalf of their firm and their clients, Watts Guerra, LLP, Mikal C. Watts, Francisco Guerra, Christopher L. Goodman ("Thompson Coe Letter") for the purpose of providing you with notice of our intentions to also seek sanctions against you and your firm. Your settlement demand and request for mediation are denied.

    Further, please be advised that if the action described in your May 16 letter (i.e., *Kellogg II*) is commenced, we will move to dismiss and seek sanctions under Fed. R. Civ. P. 11(c) and 28 U.S.C. § 1927 for the same reason as set forth in the Thompson Coe Letter.

    In addition, as you already know, you have no factual basis for any of the claims against my firm or myself that you allege in the draft *Kellogg II* complaint. I was appointed as Minnesota Class Co-Lead Counsel and later as Settlement Class Co-Lead Counsel. Neither I nor my firm entered into any 40% contingent contracts with any individual farmers in conjunction with Mikal Watts or anyone else. We only represented the Minnesota Class as appointed by the Court in the litigation and the Settlement Class as appointed by the MDL Court regarding the settlement. During the entire litigation, every action we took with regard to the Syngenta farmers was approved by either the Court in Minnesota or the MDL Court or both.

Page 2
May 31, 2023

      As such, there is no basis legal or factual to add me or Gustafson Gluek PLLC to this litigation. If you proceed, we will take appropriate action against you and your firm.

Sincerely,

GUSTAFSON GLUEK PLLC

Daniel E. Gustafson

DEG/sam